# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand and fourteen.

_____

In Re: Vitamin C Antitrust Litigation
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Animal Science Products, Inc., The Ranis Company, Inc.,

    Plaintiffs - Appellees,

v.

Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corporation,

    Defendants - Appellants.

**ORDER**
Docket No. 13-4791

_____

    The Ministry of Commerce of the People's Republic of China moves to participate in oral argument and to divide argument time with Appellants.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

