# 13-4791-cv

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

◆◆◆

In Re: Vitamin C Antitrust Litigation

ANIMAL SCIENCE PRODUCTS, INC., THE RANIS COMPANY, INC.,

*Plaintiffs-Appellees,*

—against—

HEBEI WELCOME PHARMACEUTICAL CO. LTD., and NORTH CHINA PHARMACEUTICAL GROUP CORPORATION,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## VOLUME I OF XV
## (Pages A-1 to A-300)

JONATHAN M. JACOBSON
DANIEL P. WEICK
JUSTIN A. COHEN
WILSON SONSINI GOODRICH
  & ROSATI, P.C.
1301 Avenue of the Americas,
  40th Floor
New York, New York 10019
(212) 999-5800

SCOTT A. SHER
BRADLEY T. TENNIS
WILSON SONSINI GOODRICH
  & ROSATI, P.C.
1700 K Street, N.W., 5th Floor
Washington, D.C. 20006
(202) 973-8800

*Attorneys for Defendants-Appellants*
*(Counsel continued on inside cover)*

WILLIAM A. ISAACSON
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
(202) 237-2727

MICHAEL D. HAUSFELD
BRIAN A. RATNER
MELINDA R. COOLIDGE
HAUSFELD LLP
1700 K Street, NW
Washington, DC 20006
(202) 540-7200

BRENT W. LANDAU
HAUSFELD LLP
325 Chestnut Street, Suite 900
Philadelphia, Pennsylvania 19106
(215) 985-3273

JAMES T. SOUTHWICK
SHAWN L. RAYMOND
KATHERINE KUNZ
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
(713) 651-9366

*Attorneys for Plaintiffs-Appellees*

# TABLE OF CONTENTS

PAGE

Docket Entries ........................................................... A-1

Transfer Order, dated February 14, 2006 ............................. A-144

Brief of Amicus Curiae The Ministry of Commerce of The People's
    Republic of China in Support of the Defendants' Motion to
    Dismiss the Complaint, dated September 22, 2006 ................ A-147

**Memorandum in Support of the Ranis Company's
Motion for Class Certification, dated April 11, 2007**

    Exhibit A—
    China Chamber of Commerce of Medicines and Health Products
    Importers and Exporters......................................... A-176

Declaration of Darrell Prescott in Support of Defendants'
    Memorandum of Law in Opposition to the Motion of The Ranis
    Company for Class Certification, dated August 2, 2007 ........... A-186

    Exhibit H to Prescott Declaration—
    Email from Robert Conway to David Kang,
    dated September 24, 2003 ....................................... A-188

    Exhibit L to Prescott Declaration—
    Email from David Kang to Robert Conway,
    dated September 21, 2004 ....................................... A-192

Declaration of Yang Jianfu in Support of Motion of North China
    Pharmaceutical Group Corp. to Dismiss the Complaint,
    dated April 11, 2008 ........................................... A-194

ii

PAGE

**Letter from Joel M. Mitnick to The Honorable David G. Trager, dated June 9, 2008**

Attachment II—
Statement in *In Re Vitamin C Antitrust Litigation*,
dated June 9, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-205

Letter from Kenneth A. Lapatine to The Honorable James Orenstein,
dated August 26, 2008, with Exhibits . . . . . . . . . . . . . . . . . . . . . . . . . A-208

Letter from Joel M. Mitnick to The Honorable James Orenstein,
dated August 29, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-294

**Declaration of Annabelle Chan in Support of Defendants' Motion for Summary Judgment or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P., dated August 31, 2009**

Exhibit 2—
Letter from Joel M. Mitnick to The Honorable James Orenstein,
dated September 29, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-299

Exhibit 4—
Report of Professor Shen Sibao . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-302

Exhibit 5—
Report of Professor James B. Speta . . . . . . . . . . . . . . . . . . . . . . . . . . . A-369

Exhibit 15—
China Chamber of Commerce of Medicines & Health Products
Importers & Exporters, Publication of Administration and
Regulation (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-407

Exhibit 42—
Excerpts of Deposition Transcript of Dr. Paula Stern,
dated July 28, 2009 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-441

Exhibit 43—
Report of Dr. Paula Stern . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-461

iii

PAGE

**Declaration of Jennifer Milici in Support of Plaintiffs' Opposition
to Defendants' Motion for Summary Judgment or, in the Alternative,
for Determination of Foreign Law and Entry of Judgment,
dated October 16, 2009**

Exhibit P—
Decree of the State Council of the People's Republic of China,
No. 332, Regulations of the People's Republic of China on the
Administration of the Import and Export of Goods................ A-488

Exhibit Q—
Excerpts of Deposition Transcript of Professor Shen Sibao,
dated April 16, 2009 ............................................. A-507

Exhibit T—
World Trade Organization Communication from China ........... A-519

Exhibit KK—
Ministry of Commerce of the People's Republic of China
Announcement, No. 12, 2008, March 6, 2008.................... A-562

Exhibit LL—
Transcript of Motion, dated June 5, 2007........................ A-599

Exhibit MM—
Circular of the General Office of the State Council on the
Reiteration of the Provisions Concerning the Promulgation of
National Regulations and Policies on Foreign Economic
Relations and Trade............................................. A-631

Exhibit YY—
Excerpts of Deposition Transcript of James B. Speta,
dated May 1, 2009 ............................................. A-635

**Letter from Richard S. Goldstein to The Honorable David G. Trager,
dated November 23, 2009**

Attached to Letter—
Statement in *In Re Vitamin C Antitrust Litigation*,
06-MD-1738 (DGT), dated August 31, 2009...................... A-650

iv

PAGE

Order Reassigning Litigation, dated January 19, 2011 . . . . . . . . . . . . . . . . . A-658

Northeast Pharmaceutical Group Co., Ltd.'s Objection to Magistrate
    Orenstein's January 20, 2011 Memorandum and Order,
    dated February 3, 2011 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-659

Letter from Richard S. Goldstein to The Honorable James Orenstein,
    dated February 9, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-679

**Non-Settling Defendants' Notice of Filing of Affidavit of Qiao Haili
Pursuant to the Court's Order of July 11, 2012 and Statement Thereon,
dated August 8, 2012**

    Exhibit B to Letter—
    Affidavit of Qiao Haili Pursuant to the Court Order of
    July 11, 2012, dated August 5, 2012, with exhibits . . . . . . . . . . . . . . . A-683

Select Statements of Fact Made by the Ministry of Commerce of the
    People's Republic of China in its *Amicus Curiae* Brief in Support
    of Defendants' Motion to Dismiss, dated August 15, 2012 . . . . . . . . A-986

    Exhibit 6—
    Expert Report of Lawrence Wu, dated June 29, 2012
    (Redacted, Sealed Version in Volume XV) . . . . . . . . . . . . . . . . . . . . . . . A-990

    Exhibit 8—
    Excerpts of the Deposition Transcript of
    Douglas Bernheim, PhD, dated May 16, 2012 . . . . . . . . . . . . . . . . . . . A-993

Proffer of Testimony of Qiao Haili Pursuant to the Court Order of
    October 12, 2012, dated October 29, 2012 . . . . . . . . . . . . . . . . . . . . . . . . A-999

Memorandum Decision and Order Denying North China
    Pharmaceutical Group Corporation's Motion for Summary
    Judgment and Granting in Part and Denying in Part Plaintiffs'
    Motion to Compel, dated February 8, 2013 . . . . . . . . . . . . . . . . . . . . . . . A-1030

v

PAGE

Defendants' Proposed Preliminary Jury Instructions,
dated February 23, 2013 ........................................ A-1050

**Defendants' Notice of Motion and Renewed Motion for Judgment
as a Matter of Law under Fed. R. Civ. P. 50(B) Based on Act of State
and Foreign Sovereign Compulsion and International Comity,
dated April 11, 2013**

Exhibit M—
China-Measures Related to the Exportation of Various Raw
Materials, Reports of the Panel .................................. A-1073

Exhibit N—
2003 Report to Congress on China's WTO Compliance .......... A-1389

Exhibit O—
2004 Report to Congress on China's WTO Compliance .......... A-1463

Exhibit P—
2006 Report to Congress on China's WTO Compliance .......... A-1554

Exhibit Q—
Article titled "US Vitamin fine 'unfair and inappropriate' says
Mofcom"...................................................... A-1664

Exhibit R—
Article titled "China Criticizes U.S. Ruling on Vitamin C
Makers"...................................................... A-1667

Exhibit S—
Article titled "MOFCOM's Shang says US judgment in vitamin C
case shows 'disrespect'" ...................................... A-1669

**Defendants' Reply in Support of Their Renewed Motion
for Judgment as a Matter of Law, dated May 31, 2013**

Exhibit A—
Regular Press Conference of the Ministry of Commerce
on March 19, 2013........................................... A-1673

vi

PAGE

### Excerpts of Trial Transcripts

Trial Transcript, dated February 26, 2013 ........................... A-1683

Trial Transcript, dated February 27, 2013 ........................... A-1713

Trial Transcript, dated February 28, 2013 ........................... A-1732

Trial Transcript, dated March 4, 2013 .............................. A-1748

Trial Transcript, dated March 5, 2013 .............................. A-1755

Trial Transcript, dated March 6, 2013 .............................. A-1776

Trial Transcript, dated March 7, 2013 .............................. A-1823

Trial Transcript, dated March 11, 2013.............................. A-1856

Trial Transcript, dated March 12, 2013.............................. A-1866

Trial Transcript, dated March 13, 2013.............................. A-1889

Trial Transcript, dated March 14, 2013.............................. A-1911

### Plaintiff's Trial Exhibits

Exhibit 42—
2006 VC and product lines American marketing and sales
strategy ...................................................... A-1913

Exhibit 52—
China Chamber of Commerce for Import and Export of
Medicines and Health Products ................................. A-1934

Exhibit 53—
VC Chapter Meeting Memo (07/23-2003) ........................ A-1939

Exhibit 57—
Memorandum of CCCMHPIE Meeting, dated March 19, 2004 .... A-1943

vii

PAGE

Exhibit 58—
VC Subcommittee Memorandum (12/10/04) ..................... A-1948

Exhibit 73—
China Chamber of Commerce for Import & Export of Medicines
& Health Products VC Subcommittee .......................... A-1953

Exhibit 78—
Import/Export Department June Work Summary ................. A-1967

Exhibit 81—
Import Export Department February 2004 Work Summary ....... A-1973

Exhibit 83—
June 2004 Work Summary Import/Export Department ........... A-1978

Exhibit 85—
Interim Meeting Memorandum, dated May 28, 2004 ............. A-1985

Exhibit 86—
Email from Wang Qi, dated January 5, 2005 .................... A-1992

Exhibit 87—
Email from Wang Qi, dated May 22, 2005 ...................... A-2000

Exhibit 111—
Email from tangql@mail.ncpcwelcome.com,
dated March 14, 2003 ......................................... A-2005

Exhibit 118—
Memorandum, dated September 26, 2007 ....................... A-2035

Exhibit 119—
North China Pharmaceutical Group Corporation Work Summary
for January to June, 2004 ..................................... A-2042

Exhibit 124—
CCCMHPIE Major Events, November-December, 2004 .......... A-2061

Exhibit 133—
Email from Wang Qi, dated September 4, 2005 ................. A-2070

viii

PAGE

Exhibit 134—
China Chamber of Commerce of Medicines & Health Products
Importers & Exporters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2078

Exhibit 135—
Import and Export Work Summary for April [2003] . . . . . . . . . . . . . A-2091

Exhibit 137—
Periodical Summary for December-Import and Export . . . . . . . . . . . A-2099

Exhibit 139—
Email from Chu Jiang, dated April 8, 2004 . . . . . . . . . . . . . . . . . . . . . . . A-2105

Exhibit 141—
Recognize New Trends, Develop on Both Fronts, and Build a
Healthy, Sustainable and Harmonious Jiangshan,
dated January 28, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2110

Exhibit 142—
Memorandum of VC Chapter Meeting of CCCMHPIE,
dated April 19, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2147

Exhibit 144—
Memo, dated November 16, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2153

Exhibit 151—
Chamber Meeting Memorandum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2159

Exhibit 165—
The Prospect of VC Series Products in the First Half of the Next
Year and Our Corresponding Measures . . . . . . . . . . . . . . . . . . . . . . . . . . A-2161

Exhibit 173—
Memorandum, dated April 13, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2166

Exhibit 234—
Chamber of Commerce for Import & Export of Medicines &
Health Products (CCCMHPIE) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-2173

ix

PAGE

Exhibit 249—
Charter of the Vitamin C Subcommittee of the China Chamber of
Commerce of Medicines and Health Products Importers and
Exporters .................................................. A-2180

Exhibit 252—
Report on Henan Xinxiang Housing Pharmaceuticals' Refusal to
Comply with the Industry's Self-Regulation Agreement.......... A-2201

Exhibit 259—
Email from Wang Qiang, dated November 16, 2005 ............. A-2206

Exhibit 273A—
Meeting Summary ........................................... A-2216

Exhibit 300—
North China Pharmaceutical Group Corporation
Company Profile ............................................ A-2221

Exhibit 301—
North China Pharmaceutical Group Corporation Products ........ A-2224

Exhibit 302—
North China Pharmaceutical Group Corporation Products ........ A-2228

Exhibit 306—
North China Pharmaceutical Group Corporation
Work Summary 2004 ........................................ A-2233

Exhibit 318—
Import & Export Dept. May 2004 Work Summary ............... A-2249

Exhibit 320—
Report on the Current International VC Market:
Status and Trends........................................... A-2254

Exhibit 386—
Sales Contract ............................................. A-2267

Exhibit 386A—
Sales Contract ............................................. A-2540

x

PAGE

Exhibit 386B—
Sales Contract ............................................... A-2545

Exhibit 425—
Sales Contract ............................................... A-2565

Exhibit 425A—
Sales Confirmation ........................................... A-2971

Exhibit 425B—
Sales Contract ............................................... A-3014

Exhibit 426—
Sales Contract ............................................... A-3020

Exhibit 426A—
Sales Contract ............................................... A-3376

Exhibit 427—
Sales Contract ............................................... A-3431

Exhibit 442—
China Economic Development Forum, November 7, 2003 ........ A-3670

**Defendant's Trial Exhibits**

Exhibit 3—
Regulations of the Ministry of Foreign Trade and Economic
Cooperation on Enhancing Coordination Regulation of Export
Commodity.................................................... A-3691

Exhibit 4—
MOFTEC Measures for Social Organizations.................... A-3712

Exhibit 6A—
Interim Provisions for Administration of Export Commodities
(approved by the States Council on December 21, 1992, issued
and announced by the Ministry of Foreign Trade and Economic
Cooperation on December 29, 1992) ........................... A-3747

xi

PAGE

Exhibit 6B—
Interim Provisions for Administration of Export Commodities
(Promulgated by the Ministry of Foreign Economic Relations and
Trade on December 29, 1992) .................................. A-3755

Exhibit 7—
Notice of Ministry of Foreign Trade and Economic Cooperation
regarding Printing and Distribution of Several Regulations for
Personnel Management of Chambers of Commerce for Importers
and Exporters ................................................ A-3769

Exhibit 9—
Interim Regulations of the Ministry of Foreign Trade and
Economic Cooperation on Punishment for Conduct of Exporting
at Lower-than-Normal Price .................................... A-3795

Exhibit 12—
1997 MOFTEC & SDA Notice .................................. A-3821

Exhibit 13—
Document of Personnel, Education and Labor Department
of Ministry of Foreign Trade & Economic Cooperation .......... A-3852

Exhibit 28—
China Chamber of Commerce of Medicines & Health Products
Importers & Exporters ......................................... A-3879

Exhibit 29—
List of the Fourth Batch of Departmental Decisions Abolished
by the Ministry of Foreign Trade and Economic Cooperation..... A-3886

Exhibit 31—
2002 MOFTEC & Customs Notice.............................. A-3893

Exhibit 31A—
2002 MOFTEC & Customs Notice as Presented to the Jury ...... A-3917

Exhibit 32A—
Charter of the Vitamin C Subcommittee of the China Chamber
of Commerce of Medicines and Health Products Importers and
Exporters .................................................... A-3926

xii

PAGE

Exhibit 32B—
China Chamber of Commerce for Import & Export of Medicines
& Health Products VC Subcommittee . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-3947

Exhibit 44—
Announcement of Ministry of Commerce of the People's
Republic of China, General Administration of Customs of the
People's Republic of China (No. 36, 2003) . . . . . . . . . . . . . . . . . . . . . .  A-3961

Exhibit 68—
Chamber of Commerce Meeting Minutes,
dated December 23, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-3976

Exhibit 96—
North China Pharmaceutical Group Corporation Contact
Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-3979

Exhibit 97—
North China Pharmaceutical Group Corp. Listed Companies
Temporary and Periodic Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-3980

Exhibit 98—
North China Pharmaceutical Group Corp. List of Group
Members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-3984

Exhibit 99—
NCPC Hebei Welcome Pharmaceutical Co., Ltd. Website . . . . . . . .  A-3988

**Video Exhibits**

Exhibit 5—
Qiao, Haili-08/31/2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-3991

Exhibit 6—
Qiao, Haili-08/30/2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-4005

xiii

PAGE

Notice of Appeal, dated December 23, 2013 . . . . . . . . . . . . . . . . . . . . . . . .  A-4008

Amended Notice of Appeal, dated January 6, 2014 . . . . . . . . . . . . . . . . . .  A-4010

Second Amended Notice of Appeal, dated February 18, 2014 . . . . . . . . .  A-4013

**Filed Under Seal**

**Defendants' Notice of Motion and Motion to Exclude Foreign Purchases
from Plaintiffs' Claims for Lack of Subject Matter Jurisdiction and to
Exclude Certain Other Claims as Without Evidentiary Support,
dated September 28, 2012**

Exhibit 6—
Excerpts of Expert Report of Lawrence Wu,
dated June 29, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A-4016

Case 13-4791, Document 155-1, 07/28/2014, 1280876, Page16 of 165

**A-1**

APPEAL

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:06-md-01738-BMC-JO

In Re Vitamin C Antitrust Litigation        Date Filed: 02/22/2006
Assigned to: Judge Brian M. Cogan        Jury Demand: Plaintiff
Referred to: Magistrate Judge James Orenstein        Nature of Suit: 410 Anti-Trust
Cause: 15:1 Antitrust Litigation        Jurisdiction: Federal Question

**In Re**

**Vitamin C Antitrust Litigation**      represented by     **Charles Edgar Tompkins**
Hausfeld LLP
1146 19th Street NW
5th Floor
Washington, DC 20036
202-579-1089
Email: ctompkins@hausfeldllp.com
*LEAD ATTORNEY*

**James Quadra**
Moscone, Emblidge & Quadra, LLP
220 Montgomery Street
Suite 2100
SAN FRANCISCO, CA 94104
415-362-3599
Fax: 415-362-2006
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alanna Rutherford**
Boies, Schiller & Flexner LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
(212) 446-2300
Fax: (212) 446-2350
Email: arutherford@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Besrat J. Gebrewold**
Cohen Milstein Sellers Toll PLLC
1100 New York Avenue, Nw
Suite 500 - West Tower
Washington, DC 20005
202-408-4600

Fax: 202-408-4699
*TERMINATED: 04/05/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carrie Ann Tendler**
Kobre & Kim LLP
800 Third Avenue, 6fl
New York, NY 10022
(212)488-1200
Fax: (212)488-1220
Email: carrie.tendler@kobrekim.com
*ATTORNEY TO BE NOTICED*

**Daniel Mason**
Zelle, Hofmann, Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: dmason@zelle.com
*ATTORNEY TO BE NOTICED*

**Eric Buetzow**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: ebuetzow@zelle.com
*ATTORNEY TO BE NOTICED*

**Eric B. Fastiff**
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street
30th Fl
San Francisco, CA 94111
(415)956-1000
Fax: (415)956-1008
Email: efastiff@lchb.com
*ATTORNEY TO BE NOTICED*

**Ian P. Otto**
Glancy Binkow & Goldberg LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111

415-972-8160
Fax: 415-972-8166
Email: iotto@straus-boies.com
*ATTORNEY TO BE NOTICED*

**John Han**
Kobre & Kim LLP
Icbc Tower 6th Floor
3 Garden Road
Central, HK 00000
HONG KONG
(212)488-1200
Fax: (212)488-1220
Email: john.han@kobrekim.com
*ATTORNEY TO BE NOTICED*

**Joseph W. Bell**
Zelle Hofmann Voelbel & Mason LLP
Furth Building
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: jbell@zelle.com
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Lieff, Cabraser, Heimann & Bernstein,
LLP
275 Battery Street
Suite 3000
San Francisco, CA 94111
415-956-1000
Fax: 415-956-1008
*ATTORNEY TO BE NOTICED*

**Joseph G. Veenstra**
Johns, Flaherty & Collins, S.C.
205 5th Avenue South
Suite 600
La Crosse, WI 54601
608-784-5678
Fax: 608-784-0557
Email: joe@johnsflaherty.com
*ATTORNEY TO BE NOTICED*

**Michael S Kim**
Kobre & Kim

888 Seventh Avenue
New York, NY 10019
212-586-9150
Fax: 212-586-9600
Email: michael.kim@kobrekim.com
*ATTORNEY TO BE NOTICED*

**Patricia K. Oliver**
Liner Yankelevitz Sunshine &
Regenstreif LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024
310-500-3500
Fax: 310-500-3501
*ATTORNEY TO BE NOTICED*

**Rebecca Bedwell-Coll**
Lieff, Cabraser, Heimann & Bernstein,
LLP
780 Third Avenue
48th Fl
New York, NY 10017
(212)355-9500
Fax: (212)355-9592
*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**
Susman Godfrey LLP
560 Lexington Avenue, 15th Floor
New York, NY 10022
212.471.8349
Fax: 212.336.8330
*TERMINATED: 07/13/2012*
*ATTORNEY TO BE NOTICED*

**Sylvia Sokol**
Moscone, Emblidge & Quadra, LLP
220 Montgomery Street
Suite 2100
SAN FRANCISCO, CA 94104
415-362-3599
Fax: 415-362-2006
*ATTORNEY TO BE NOTICED*

**Movant**

**Julius Anderson**

**Plaintiff**

**A-5**

**Plaintiff(s) in Civil Action Animal          represented by    Alanna Rutherford**
**Science vs Hebei, 05-CV-453**                                 (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Besrat J. Gebrewold**
                                                               (See above for address)
                                                               *TERMINATED: 04/05/2012*
                                                               *LEAD ATTORNEY*
                                                               *PRO HAC VICE*

                                                               **Shawn L. Raymond**
                                                               Susman Godfrey L.L.P.
                                                               1000 Louisiana Street, Suite 5100
                                                               Houston, TX 77002
                                                               713-651-9366
                                                               Fax: 713-654-6666
                                                               Email: sraymond@susmangodfrey.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Tanya S. Chutkan**
                                                               Boies, Schiller & Flexner LLP
                                                               5301 Wisconsin Ave., N.W.
                                                               Suite 800
                                                               Washington, DC 20015
                                                               202-237-2727
                                                               Email: tchutkan@bsfllp.com
                                                               *TERMINATED: 07/07/2014*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **William A. Isaacson**
                                                               Boies, Schiller & Flexner LLP
                                                               5301 Wisconsin Ave., N.W.
                                                               Suite 800
                                                               Washington, DC 20015
                                                               202-237-2727
                                                               Email: wisaacson@bsfllp.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Benjamin D. Brown**
                                                               Cohen, Milstein, Sellers & Toll, P.L.L.C
                                                               1100 New York Avenue, Nw
                                                               Suite 500, West Tower
                                                               Washington, DC 20005
                                                               202-408-4600
                                                               Fax: 202-408-4699

Email: bbrown@cohenmilstein.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brent W. Landau**
Hausfeld LLP
1604 Locust Street
2nd floor
Philadelphia, PA 19103
215-985-2315
Fax: 215-985-3270
Email: blandau@hausfeldllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian C. Baker**
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue NW
Suite 800
Washington, DC 20015
202-237-2727
Fax: 202-237-6131
*ATTORNEY TO BE NOTICED*

**Brian A. Ratner**
Hausfeld LLP
1700 K Street, N W
Suite 650
Washington, DC 20006
202-540-7200
Fax: 202-540-7201
Email: bratner@hausfeldllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Carrie Ann Tendler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James T. Southwick**
Susman Godfrey LLP
1000 Louisiana, Suite 5100


Houston, TX 77002

713-653-7811
Fax: 713-654-6666
Email: jsouthwick@susmangodfrey.com

*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, Nw
Suite 800
Washington, DC 20015
202-237-2727
Fax: 202-237-6131
Email: jmilici@bsfllp.com
*ATTORNEY TO BE NOTICED*

**John Han**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine H. Kunz**
Susman Godfrey, LLP
1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7828
Fax: 713-654-6666
Email: kkunz@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Marcus Johnson Green**
Kobre & Kim LLP
800 Third Avenue
Floor 6
New York, NY 10022
212-488-1200
Fax: 212-488-1220
Email: marcus.green@kobrekim.com
*ATTORNEY TO BE NOTICED*

**Melinda R. Coolidge**
Hausfeld LLP
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
202-540-7200
Fax: 202-540-7201
Email: mcoolidge@hausfeldllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael S Kim**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**
(See above for address)
*TERMINATED: 07/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiff(s) in Civil Action Cribbs vs**        represented by   **David E. Kovel**
**Hebei Welcome Pharmaceutical Co.**                              Kirby McInerney LLP
**Ltd. 05-CV-6059**                                               825 Third Avenue
                                                                  16th Floor
                                                                  New York, NY 10022
                                                                  212-371-6600
                                                                  Fax: 212-751-2540
                                                                  Email: dkovel@kmllp.com
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Alanna Rutherford**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Melinda R. Coolidge**
                                                                  (See above for address)
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Suyash Agrawal**
                                                                  (See above for address)
                                                                  *TERMINATED: 07/13/2012*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiff(s) in Civil Action Keane vs**         represented by   **David Boies**
**Hebei Welcome Pharmaceutical Co.**                              Straus & Boies, LLP
**Ltd. 06-CV-149**                                                4041 University Drive
                                                                  5th Floor
                                                                  Fairfax, VA 22030
                                                                  703-764-8700
                                                                  Fax: 703-764-8704
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **David E. Kovel**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Timothy D. Battin**
Strauss & Boies, LLP
4041 University Drive
Fairfax, VA 22030
(703) 764-8700
Fax: (703) 764-8704
Email: tbattin@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alanna Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher V. Le**
4041 University Drive
5th Floor
Fairfax, VA 22030
703-764-8700
Fax: 703-764-8704
Email: cle@straus-boies.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melinda R. Coolidge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Saveri**
Saveri & Saveri Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: rick@saveri.com
*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**
(See above for address)
*TERMINATED: 07/13/2012*
*ATTORNEY TO BE NOTICED*

**William J. Heye**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813

Email: william@saveri.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988**

represented by **David Boies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth G. Walsh**
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: kwalsh@kmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy D. Battin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alanna Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel C. Hedlund**
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612)333-8844
Fax: (612)339-6622
Email: dhedlund@gustafsongluek.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melinda R. Coolidge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**

(See above for address)
*TERMINATED: 07/13/2012*
*ATTORNEY TO BE NOTICED*

**William J. Heye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**One or more Plaintiffs in 06-cv-05561, Diana Kitch v. Hebei Welcome Pharmaceutical Co et al**

represented by **Robert W. Coykendall**
Morris, Laing, Evans, Brock &
Kennedy, Chtd, --Wichita
Old Town Square
300 N Mead
Suite 200
Wichita, KS 67202-2722
316-262-2671
Fax: 316-262-6226
Email: rcoykendall@morrislaing.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tina J. Moore**
Morris, Laing, Evans, Brock &
Kennedy, Chtd, --Wichita
Old Town Square
300 N Mead
Suite 200
Wichita, KS 67202-2722
316-262-2671
Fax: 316-262-6226
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alanna Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melinda R. Coolidge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**
(See above for address)
*TERMINATED: 07/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A-12**

**Plaintiff(s) in Civil Action Carroll vs. China Pharmaceuticals Group, 07-CV-0226**

represented by **Donald Chidi Amamgbo**
Amamgbo & Associates
7901 Oakport Street
Suite 4900
Oakland, CA 94621
Email: donald@amamgbolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith Blackwell**
Blackwell & Blackwell
584 Valle Vista Avenue
Oakland, CA 94610
510-689-8888
Fax: 510-835-2848
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reginald Von Terrell**
The Terrell Law Group
223 25th Street
Richmond, CA 94804
510-237-9700
Fax: 510-237-4616
Email: reggiet2@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alanna Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melinda R. Coolidge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**
(See above for address)
*TERMINATED: 07/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987**

represented by **Jon T. King**
The Furth Firm LLP
225 Bush Street
15th Floor
San Francisco, CA 94104
415-433-2070

Fax: 415-982-2076
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
Cohen Milstein Hausfeld & Toll LLP
1 Embercadero Ctr
Suite 526 A&B
San Francisco, CA 94111
415-523-2048
*TERMINATED: 05/07/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Alexander Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
(415) 217-6810
Email: rick@saveri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alanna Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melinda R. Coolidge**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suyash Agrawal**
(See above for address)
*TERMINATED: 07/13/2012*
*ATTORNEY TO BE NOTICED*

**Timothy D. Battin**
Strauss & Boies, LLP
4041 University Drive
Fairfax, VA 22030
703-764-8700
Fax: 703-764-8704
Email: tbattin@straus-boies.com

*ATTORNEY TO BE NOTICED*

**William J. Heye**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jabo's Pharmacy, Inc.**      represented by   **Jabo's Pharmacy, Inc.**
PRO SE

**Plaintiff**

**Niall Vignoles**      represented by   **Niall Vignoles**
PRO SE

**Plaintiff**

**Hunt & Behrens, Inc.**      represented by   **Hunt & Behrens, Inc.**
PRO SE

**Plaintiff**

**Dion D. Lee**      represented by   **Dion D. Lee**
PRO SE

**Plaintiff**

**Mauricio Ajanel**      represented by   **Mauricio Ajanel**
PRO SE

**Plaintiff**

**Great Earth Chemical, LLC**      represented by   **Keith A. Pitt**
Slinde Nelson Stanford
111 Sw Fifth Avenue
Suite 1740
Portland, OR 97204
503-417-7777
Fax: 503-417-4250
Email: keith@slindenelson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J. Nelson**
503-417-7777
Fax: 503-417-4250
Email: phil@slindenelson.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**North American World Trade Group, Inc.**      represented by   **Keith A. Pitt**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453**

represented by **Dale C. Christensen**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(212)574-1200
Fax: (212)480-8421
Email: christensen@sewkis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James I. Serota**
Greenberg Traurig LLP
200 Park Ave.
New York, NY 10166
212-801-2277
Fax: 212-224-6155
Email: serotaj@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Alan Lapatine**
Greenberg Traurig LLP
885 Third Avenue
New York, NY 10022
212-801-2100
Fax: 212-688-2449
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Scott Goldstein**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Fax: 212-506-5151
Email: rgoldstein@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sophia Tsokos**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
212-801-2280
Fax: 212-801-6400
*TERMINATED: 01/23/2012*
*LEAD ATTORNEY*

**Stephen V. Bomse**
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
212-506-5325
Fax: 212-506-5151
Email: sbomse@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anastasia Angelova Angelova**
Greenberg Traurig, LLP
Metlife Building
200 Park Avenue
New York, NY 10166
212-801-2132
Fax: 212-805-5580
Email: angelovaa@gtlaw.com
*TERMINATED: 06/08/2012*
*ATTORNEY TO BE NOTICED*

**Darrell Prescott**
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
212-626-4476
Fax: 212-310-1637
Email: darrell.prescott@bakernet.com
*TERMINATED: 01/17/2014*
*ATTORNEY TO BE NOTICED*

**James I. Serota**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jiangxiao Hou**
Zelle Hofmann Voelbel Mason & Gette
LLP
44 Montgomery Street

Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: ahou@zelle.com
*ATTORNEY TO BE NOTICED*

**Joseph W. Bell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Lois Izower-Fadde**
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166
212-801-6992
Fax: 212-805-9382
Email: izowerr@gtlaw.com
*TERMINATED: 06/08/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendant(s) in Civil Action Cribbs
vs Hebei Welcome Pharmaceutical
Co. Ltd. 05-CV-6059**

**Defendant**

**Defendant(s) in Civil Action Keane          represented by    Daniel C. Hedlund**
**vs Hebei Welcome Pharmaceutical                              Gustafson Gluek PLLC
Co. Ltd. 06-CV-149**                                          120 South 6th Street
                                                              Suite 2600
                                                              Minneapolis, MN 55402
                                                              (612)333-8844
                                                              Fax: (612)339-6622
                                                              Email: dhedlund@gustafsongluek.com
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Defendant(s) in Civil Action Audette        represented by    Annapoorni R. Sankaran**
**vs Hebei Welcome Pharmaceutical                              Greenberg Taurig, LLP
Co. Ltd. 06-CV-988**                                          20th Floor
                                                              One International Place
                                                              Boston, MA 02110
                                                              617-310-6000
                                                              Fax: 617-310-6001
                                                              Email: sankarana@gtlaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Gary R. Greenberg**
Greenberg Taurig, LLP
20th Floor
One International Place
Boston, MA 02110
617-310-6013
Fax: 617-310-6001
Email: greenbergg@gtlaw.com
*TERMINATED: 06/08/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Hedlund**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Hebei Welcome Pharmaceutical Co. Ltd.** | represented by | **Charles Howard Critchlow** |

Baker & McKenzie
452 Fifth Avenue
New York, NY 10018
212-626-4496
Fax: 212-310-1614
Email:
charles.critchlow@bakermckenzie.com
*TERMINATED: 01/17/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Paul Weick**
Wilson Sonsini Goodrich & Rosati
1301 Avenue Of The Americas, 40th
Floor
New York, NY 10019
212-497-7759
Fax: 212-999-5899
Email: dweick@wsgr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Mitchell Jacobson**
Wilson Sonsini Goodrich & Rosati. PC
1301 Avenue of the Americas, 39th
Floor
New York, NY 10019
212-397-7758
Fax: 212-999-5899
Email: jjacobson@wsgr.com

Case 13-4791, Document 155-1, 07/28/2014, 1280876, Page34 of 165

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Yunie Stillman**
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
212-626-4218
Fax: 212-310-1679
Email:
Catherine.Stillman@bakermckenzie.com
*TERMINATED: 01/17/2014*
*ATTORNEY TO BE NOTICED*

**Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darrell Prescott**
(See above for address)
*TERMINATED: 01/17/2014*
*ATTORNEY TO BE NOTICED*

**Defendant**

**One or more Defendants in 06-cv-
05561, Diana Kitch v. Hebei
Welcome Pharmaceutical Co et al**

**Defendant**

**Defendant(s) in Civil Action Carroll
vs. China Pharmaceuticals Group,
07-CV-0226**

**Defendant**

**Defendant(s) in Civil Action Philion
vs Hebei Welcome Pharmaceutical
Co. Ltd. 06-CV-987**                    represented by  **Daniel C. Hedlund**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Aland (Jiangsu) Nutraceutical Co.,
Ltd**                                  represented by  **Richard Scott Goldstein**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stephen V. Bomse**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**A-20**

**Steven Robert Newmark**
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Fax: 212-506-5151
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annabelle Chan**
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
212-506-5000
Fax: 212-506-5151
Email: anchan@orrick.com
*TERMINATED: 10/29/2009*
*ATTORNEY TO BE NOTICED*

**Catharine Louise Zurbrugg**
Orrick Herrington & Sutcliffe
51 West 52nd Street
New York, NY 10019
212-506-5000
Fax: 212-506-5151
Email: czurbrugg@orrick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Legend Ingredients Group, Inc.**

**Defendant**

**JSPC America, Inc.**                    represented by  **Richard Scott Goldstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen V. Bomse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Robert Newmark**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Annabelle Chan**
(See above for address)

*TERMINATED: 10/29/2009*
*ATTORNEY TO BE NOTICED*

**Catharine Louise Zurbrugg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**China Pharmaceutical Group Ltd.**     represented by **Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Buetzow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Weisheng Pharmaceutical Co. Ltd.**     represented by **Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Buetzow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Northeast Pharmaceutical Group     represented by **James I. Serota**
Co., Ltd.**                          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott Allan Martin**
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
212-801-2231
Fax: 212-801-6400
Email: martinsc@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shijiazhuang Pharma. Weisheng
Pharmaceutical Co., Ltd.**

**Defendant**

**North China Pharmaceutical Group Corp.**      represented by    **Daniel Paul Weick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darrell Prescott**
(See above for address)
*TERMINATED: 01/17/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Mitchell Jacobson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Yunie Stillman**
(See above for address)
*TERMINATED: 01/17/2014*
*ATTORNEY TO BE NOTICED*

**Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claimant**

**QualChem, LLC d/b/a Great Earth Chemical**      represented by    **Gary Neal Smith**
Hofheimer Gartlir & Gross LLP
530 Fifth Avenue
New York, NY 10036
212-897-7887
Fax: 212-897-7901
Email: gsmith@hgg.com
*LEAD ATTORNEY*

**Douglas A Gross**
Hofheimer Garlir & Gross LLP
530 Fifth Avenue
New York, NY 10036
212-897-7895
Fax: 212-897-4995
Email: dgross@hgg.com
*ATTORNEY TO BE NOTICED*

**Zachary Bennett Grendi**
Hofheimer Gartlir & Gross LLP
530 5th Avenue
New York, NY 10036
212-818-9000

Fax: 212-869-4930
*ATTORNEY TO BE NOTICED*

**Amicus**

**Ministry of Commerce for the**     represented by    **Joel M. Mitnick**
**Peoples Republic of China**                         Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5871
Fax: 212-839-5599
Email: jmitnick@sidley.com
*ATTORNEY TO BE NOTICED*

**Tracey R. Seraydarian**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-7356
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**Christopher Donnelly**           represented by    **Christopher Donnelly**
*TERMINATED: 06/03/2014*                      JK5048
301 Instutition Dr.
Bellefonte, PA 16823
PRO SE

**Intervenor**

**Christopher Wirth**             represented by    **Christopher Wirth**
*TERMINATED: 06/03/2014*                      LA 2120
301 Instutition Dr.
Bellefonte, PA 16823
PRO SE

**Intervenor**

**Jimmy Thule**                  represented by    **Jimmy Thule**
*TERMINATED: 06/03/2014*                      518 George Rd.
Toms River, NJ 08753
PRO SE

**Intervenor**

**Jonathan Rich**                represented by    **Jonathan Rich**
*TERMINATED: 06/03/2014*                      KX 9662
301 Institution Dr.
Bellefonte, PA 16823
PRO SE

<u>**Intervenor**</u>

**Terry Nichols**                                      represented by   **Terry Nichols**
*TERMINATED: 06/03/2014*                                               5880 Highway 67
                                                                       Florence, CO 81226
                                                                       PRO SE


<u>**Intervenor**</u>

**John Lindh**                                         represented by   **John Lindh**
*TERMINATED: 06/03/2014*                                               5880 Highway 67
                                                                       Florence, CO 81226
                                                                       PRO SE


<u>**Intervenor**</u>

**James Holmes**                                       represented by   **James Holmes**
*TERMINATED: 06/03/2014*                                               7375 S. Potomac Street
                                                                       Centennial, CO 80112
                                                                       PRO SE


<u>**Objector**</u>

**Neil Freedman**


| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2006 | 1 | Letter dated February 14, 2006 from the MDL Panel, enclosing a copy of the Panels Transfer Order consolidating this MDL action in EDNY, and assigning it to Judge Trager. (Attachments: # 1 MDL Transfer Order)Associated Cases: 1:06-md-01738-DGT-RML,1:05-cv-00453-DGT-RML,1:05-cv-06059-DGT-RML,1:06-cv-00149-DGT-RML(Brown, Marc) (Entered: 02/22/2006) |
| 02/24/2006 | 2 | ORDER endorsed on letter dated 2/21/06 from James I. Serota to Mag. Levy. Application granted. The conference is adjourned to 5/3/06 at 11:00. Ordered by Judge Robert M. Levy on 2/22/06. Associated Cases: 1:06-md-01738-DGT-RML,1:05-cv-00453-DGT-RML,1:05-cv-06059-DGT-RML,1:06-cv-00149-DGT-RML(Greene, Donna) (Entered: 02/24/2006) |
| 03/06/2006 | 3 | MOTION for Extension of Time to File Answer by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-RML,1:05-cv-00453-DGT-RML,1:05-cv-06059-DGT-RML,1:06-cv-00149-DGT-RML (Bailey, James) (Entered: 03/06/2006) |
| 03/08/2006 | | NOTICE - This matter is being reassigned from Magistrate Judge Robert M. Levy to Magistrate Judge James Orenstein for pretrial supervision.Associated Cases: 1:06-md-01738-DGT-RML,1:05-cv-00453-DGT-RML,1:05-cv-06059-DGT-RML,1:06-cv-00149-DGT-RML(Marino, Janine) (Entered: 03/08/2006) |
| 03/10/2006 | 4 | Letter *to Judge Orenstein* by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-RML,1:05-cv-00453-DGT-RML,1:05-cv-06059-DGT-RML,1:06-cv-00149-DGT-RML(Bailey, James) (Entered: 03/10/2006) |

| 03/13/2006 | 5 | Letter *To Hon David G. Trager on behalf of all defendants in response to Plaintiffs' counsel's letter of 3/10/06* by Northeast Pharmaceutical Group Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-RML,1:05-cv-00453-DGT-RML,1:05-cv-06059-DGT-RML,1:06-cv-00149-DGT-RML(Serota, James) (Entered: 03/13/2006) |
| --- | --- | --- |
| 03/14/2006 | 6 | ORDER granting 3 Motion for Extension of Time to Answer. The date for defendants to answer, move or otherwise respond to the complaints shall be set at the May 3, 2006 conference before Magistrate Judge James Orenstein. Ordered by Judge David G. Trager on 3/14/2006. (Trager, David) (Entered: 03/14/2006) |
| 03/15/2006 | | Mag. Judge James Orenstein added. Mag. Judge Robert M. Levy no longer assigned to case. (Vaughn, Terry) (Entered: 03/15/2006) |
| 03/24/2006 | 7 | Letter dtd. 3/22/06 from D. Morgan, Deputy Clerk of MDL Panel to Mr. Heinemann, enclosing their certified cond. transfer order (CTO-1), so that EDNY can now request the attached case (in re Vitamin C Antitrust Litigation) from Tennessee-Eastern for its consolidation into MDL-1738.(Attachments: # (1)Conditional Transfer Order (CTO-1)).***(Forwarded for assignment of new EDNY civil case number). Associated Cases:1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO(Layne, Monique) (Entered: 04/11/2006) |
| 04/27/2006 | 8 | REPORT of Rule 26(f) Planning Meeting. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00988-DGT-RML(Rutherford, Alanna) (Entered: 04/27/2006) |
| 05/01/2006 | 9 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit A - Letter from W. Isaacson to D. Mason, dated 3/10/06# 2 Exhibit B - Proposed Scheduling Order# 3 Supplement Proof of Service)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00988-DGT-RML(Goldstein, Richard) (Entered: 05/01/2006) |
| 05/02/2006 | 10 | NOTICE of Appearance by Kenneth G. Walsh on behalf of Dennis Audette Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00988-DGT-RML(Walsh, Kenneth) (Entered: 05/02/2006) |
| 05/03/2006 | 11 | Minute Entry for proceedings held before James Orenstein : Initial Conference Hearing held on 5/3/2006. SCHEDULING: The next status conference will be held on June 14, 2006, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: (1) The parties will submit simultaneous letters on May 12, 2006, regarding the authority for a stay of all discovery pending the resolution of anticipated motions for dismissal. The defendants' submission will also include objections or proposed alternative deadlines in the event discovery is not stayed. (2) The issue of the timing of the defendants' answers was not addressed at today's conference. The parties' counsel are directed to meet and confer and make either a joint proposal, or competing proposals for the deadline for each defendant to answer. In the absence of agreement, the parties |

| | | should address whether there is any reason to extend any properly served defendant's deadline for answering past May 23, 2006. (3) I will enter a separate pretrial order governing other aspects of pretrial procedures as discussed at today's conference. (4) The law firm of Sidley Austin LLP, by attorney Joel M. Mitnick, was permitted to appear on behalf of the Ministry of Commerce of the People's Republic of China as *amicus curiae* for purposes of today's conference. I thank Mr. Mitnick and his client for their participation and assistance, and look forward to their continued participation and assistance as the parties and the court grapple with the practical discovery and litigation challenges that may arise in this historic case. Accordingly, *amicus* is invited to appear through counsel at all future conferences before me in this litigation, and need not secure permission to do so in advance. To the extent *amicus* wishes to be heard with respect to the anticipated dispositive motions or other matters before Judge Trager, counsel must seek the court's permission. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00988-DGT-RML (Orenstein, James) (Entered: 05/03/2006) |
| 05/04/2006 | 12 | PRETRIAL ORDER 1: The attached order consolidates cases for pretrial purposes and provides instructions regarding attorney admissions and electronic filing. (SEE ATTACHED ORDER.) Signed by Judge James Orenstein on 05/04/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00988-DGT-RML(Adams-Ciardullo, Diana) (Entered: 05/04/2006) |
| 05/04/2006 | 13 | Letter *Re: Proposed Scheduling Order* by Northeast Pharmaceutical Group Co. Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00988-DGT-RML(Izower, Rachel) (Entered: 05/04/2006) |
| 05/11/2006 | 14 | NOTICE of Appearance by Daniel Mason on behalf of Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO(Mason, Daniel) (Entered: 05/11/2006) |
| 05/11/2006 | 15 | NOTICE of Appearance by Kenneth G. Walsh on behalf of Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988 Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO(Walsh, Kenneth) (Entered: 05/11/2006) |
| 05/12/2006 | 16 | Letter *Re Discovery and Timing of Date for Responsive Pleadings* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Service List) Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO(Bomse, Stephen) (Entered: 05/12/2006) |
| 05/12/2006 | 17 | Letter *to Judge Orenstein* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome |

| | | Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. (Attachments: # 1 Exhibit A-C)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO(Rutherford, Alanna) (Entered: 05/12/2006) |
|---|---|---|
| 05/15/2006 | 18 | Letter *to Judge Trager* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Letter to Judge Orenstein Re Discovery and Timing of Date for Responsive Pleadings# 2 Service List)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO (Bomse, Stephen) (Entered: 05/15/2006) |
| 05/17/2006 | 19 | NOTICE of Appearance by Joseph W. Bell on behalf of Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO(Bell, Joseph) (Entered: 05/17/2006) |
| 05/19/2006 | 20 | Proposed Pretrial Order *No. 2* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. (Attachments: # 1 Text of Proposed Order)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO(Rutherford, Alanna) (Entered: 05/19/2006) |
| 05/23/2006 | 21 | NOTICE of Appearance by Jiangxiao Hou on behalf of Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO(Hou, Jiangxiao) (Entered: 05/23/2006) |
| 05/25/2006 | 22 | FILING FEE FOR ADMISSION PRO HAC VICE as to David Boies and Timothy D. Battin. $ 50.00, receipt number 325655 Associated Cases: 1:06-md-01738-DGT-JO,1:06-cv-00149-DGT-JO,1:06-cv-00988-DGT-JO(Greene, Donna) (Entered: 05/31/2006) |
| 06/07/2006 | 23 | MEMORANDUM AND ORDER -- For the reasons set forth in the attached Memorandum and Order, I deny in its entirety the defendants' application for a stay of all discovery pending resolution of any dismissal motions, or in the alternative for the entry of a scheduling order that differs from the approach proposed by the plaintiffs. **SEE ATTACHED DOCUMENT.** Signed by Judge James Orenstein on 06/07/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO (Adams-Ciardullo, Diana) (Entered: 06/07/2006) |
| | | |

| 06/07/2006 | 24 | PRETRIAL ORDER 2 -- The attached Order sets forth dates for discovery deadlines and court appearances and appoints Co-Lead and Liaison Plaintiffs' Counsel. **SEE ATTACHED ORDER.** Signed by Judge James Orenstein on 06/07/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Adams-Ciardullo, Diana) (Entered: 06/07/2006) |
|---|---|---|
| 06/08/2006 | 25 | Letter *to Magistrate Judge Orenstein with respect to June 14 status conference* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Goldstein, Richard) (Entered: 06/08/2006) |
| 06/09/2006 | | ORDER re 25 Letter -- The application is granted and the status conference scheduled for June 14, 2006 is canceled. The next status conference will take place on August 9, 2006, at 2:00 p.m. Approved by Judge James Orenstein on 06/09/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Adams-Ciardullo, Diana) (Entered: 06/09/2006) |
| 06/14/2006 | 26 | NOTICE of Appearance by Darrell Prescott on behalf of Hebei Welcome Pharmaceutical Co. Ltd. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Prescott, Darrell) (Entered: 06/14/2006) |
| 06/14/2006 | 27 | NOTICE of Appearance by Charles Howard Critchlow on behalf of Hebei Welcome Pharmaceutical Co. Ltd. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO (Critchlow, Charles) (Entered: 06/14/2006) |
| 06/26/2006 | 28 | Letter *regarding the filing of pre-trial motions* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Goldstein, Richard) (Entered: 06/26/2006) |
| 06/28/2006 | 29 | ORDER endorsed on proposed order attached to 28 Letter. Defendants shall serve the motions to dismiss by June 30, 2006. Plaintiffs shall have the opportunity to review defendants' motions before requesting a date by which to serve their responses. Defendants shall then request a date by which to serve their reply briefs. Ordered by Judge David G. Trager on 6/28/2006. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Trager, David) (Entered: 06/28/2006) |
| 06/29/2006 | 30 | MOTION for Leave to File *Amicus Curiae Brief in Support of Defendants' Motion to Dismiss* by Ministry of Commerce for the Peoples Republic of |

| | | China. (Attachments: # 1 Exhibit A# 2 Exhibit B)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Mitnick, Joel) (Entered: 06/29/2006) |
|---|---|---|
| 06/29/2006 | 31 | Letter *to Judge Trager,re: application to file Amicus Brief* by Ministry of Commerce for the Peoples Republic of China. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Mitnick, Joel) (Entered: 06/29/2006) |
| 06/29/2006 | 32 | CERTIFICATE OF SERVICE by Ministry of Commerce for the Peoples Republic of China re 30 MOTION for Leave to File *Amicus Curiae Brief in Support of Defendants' Motion to Dismiss* Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Mitnick, Joel) (Entered: 06/29/2006) |
| 06/30/2006 | 33 | Letter *enclosing payment of pro hac vice admission fee for Jonathan Palmer* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Goldstein, Richard) (Entered: 06/30/2006) |
| 06/30/2006 | 34 | Letter *enclosing Notice of Motion to Dismiss and supporting papers (cover letter only, without enclosures pursuant to Judge Trager's Motion Practices)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Goldstein, Richard) (Entered: 06/30/2006) |
| 07/05/2006 | 36 | Letter dtd. 6/28/06 from D. Morgan, Deputy Clerk of MDL Panel to Mr. Heinemann, enclosing their certified cond. transfer order (CTO-2), so that EDNY can now request the attached case (in re Vitamin C Antitrust Litigation) from California-Northern for its consolidation into MDL-1738. (Attachments: #(1)Cond. Transfer Order- (CTO-2)). ***(Forwarded for assignment of new EDNY civil case number). (Entered: 07/14/2006) |
| 07/06/2006 | 35 | ORDER granting 30 Motion for Leave to File amicus brief. (Order endorsed on proposed order attached to motion.) Ordered by Judge David G. Trager on 7/6/2006. (Trager, David) (Entered: 07/06/2006) |
| 07/14/2006 | 37 | Letter *to Judge Trager Re Reply Date to Motion to Dismiss* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO(Rutherford, Alanna) (Entered: 07/14/2006) |

**A-30**

| 07/20/2006 | 38 | NOTICE of Appearance by Brian A. Ratner on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO(Ratner, Brian) (Entered: 07/20/2006) |
| --- | --- | --- |
| 07/25/2006 | 39 | TRANSCRIPT of Conference held on May 3, 2006 before Judge James Orenstein. Court Reporter: Gene Rudolph. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Permaul, Jenny) (Entered: 07/25/2006) |
| 08/02/2006 | 40 | Letter *seeking to continue August 9, 2006 status conference until September 2006* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 08/02/2006) |
| 08/08/2006 | | ORDER re 40 Letter -- The application is granted. The conference scheduled for August 9, 2006, is rescheduled for September 12, 2006, at 3:00 p.m. Approved by Judge James Orenstein on 08/08/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Adams-Ciardullo, Diana) (Entered: 08/08/2006) |
| 08/08/2006 | 41 | ORDER endorsed on 37 requesting that the time for responding to defendants' motions to dismiss be set at August 16, 2006, with the exception of the personal jurisdiction motion. Application granted. Ordered by Judge David G. Trager on 8/7/2006. (Entered: 08/08/2006) |
| 08/11/2006 | 42 | Letter *Re Relief from Page Limit on Brief* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT (Rutherford, Alanna) (Entered: 08/11/2006) |
| 08/15/2006 | 43 | ORDER endorsed on 42 Letter requesting leave to file a 62-page opposition brief. Application granted. Ordered by Judge David G. Trager on 8/14/2006. (Entered: 08/15/2006) |
| 08/15/2006 | 44 | NOTICE of Appearance by Shawn L. Raymond on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Raymond, Shawn) (Entered: 08/15/2006) |
| 08/15/2006 | 47 | FILING FEE: $ 25.00, receipt number 328817 Pro Hac Vice admission as to Shawn L. Raymond. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Greene, Donna) (Entered: 08/17/2006) |
| 08/16/2006 | 45 | REPLY in Opposition *Defendants' Motion to Dismiss or Strike Ranis's Claims for Damages* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Affidavit of William Isaacson)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Rutherford, Alanna) (Entered: 08/16/2006) |
| 08/16/2006 | 46 | MEMORANDUM in Opposition *to Defendants' Motion to Dismiss* by all plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Rutherford, Alanna) (Entered: 08/16/2006) |
| 08/17/2006 | 48 | DISCLOSURE of Interested Parties by Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988.Associated Cases: 1:06-md-01738-DGT-JO,1:06-cv-00987-DGT-JO(Walsh, Kenneth) (Entered: 08/17/2006) |
| 08/17/2006 | 50 | FILING FEE: $ 25.00, receipt number 328932 for admission for Suyash Agrawal pro hac vice Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Greene, Donna) (Entered: 08/25/2006) |
| 08/21/2006 | | Email Notification Test - DO NOT REPLY (Greene, Donna) (Entered: 08/21/2006) |
| 08/21/2006 | 49 | NOTICE of Appearance by Suyash Agrawal on behalf of Vitamin C Antitrust Litigation Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT (Agrawal, Suyash) (Entered: 08/21/2006) |
| 09/08/2006 | 51 | Letter *NEPG Requesting Permission to File Motion* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO(Izower, Rachel) (Entered: 09/08/2006) |
| 09/08/2006 | 52 | Letter *to report on the status of the litigation in advance of the September 12, 2006 status conference* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/08/2006) |

| | | |
|---|---|---|
| 09/08/2006 | 53 | Letter *NEPG Request for Permission to File Motion* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 09/08/2006) |
| 09/08/2006 | 54 | NOTICE of Appearance by Brian C. Baker on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Baker, Brian) (Entered: 09/08/2006) |
| 09/08/2006 | 55 | STATUS REPORT by Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Walsh, Kenneth) (Entered: 09/08/2006) |
| 09/11/2006 | 56 | Letter *to Judge Orenstein* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Rutherford, Alanna) (Entered: 09/11/2006) |
| 09/12/2006 | 57 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 9/12/2006. SCHEDULING: The next status conference will be held on November 7, 2006, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: (1) The parties discussed several issues, none of which is yet ripe for my decision. Counsel shall promptly meet and confer in an effort to resolve these issues independently and thereafter submit a letter motion with respect to any issue that requires my decision. (2) In the event that Judge Trager schedules a hearing in advance of November 7, counsel shall notify my chambers to reschedule the conference before me for the same date. (Attachments: # 1 Exhibit Appearances) Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Adams-Ciardullo, Diana) (Entered: 09/12/2006) |
| 09/13/2006 | 58 | Letter *to join in defendant Northeast Pharmaceutical Group Co., Ltd.'s September 8, 2006 pre-motion letter* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/13/2006) |
| 09/13/2006 | 59 | Letter *regarding filing of defendants' dismissal motion* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv- |

| | | |
|---|---|---|
| | | 00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/13/2006) |
| 09/14/2006 | 60 | Letter *to Judge Trager regarding filing of reply brief in support of motion to dismiss or strike class action allegations* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Mason, Daniel) (Entered: 09/14/2006) |
| 09/18/2006 | 61 | ORDER endorsed on 59 Letter requesting that defendants' reply brief in support of their motion to dismiss be due September 22, 2006 and that they be given leave to file a 30-page reply brief. Application granted. Ordered by Judge David G. Trager on 9/18/2006. (Trager, David) (Entered: 09/18/2006) |
| 09/18/2006 | 62 | ORDER endorsed on 60 Letter requesting that defendants' reply brief in support of their motion to dismiss The Ranis Co., Inc.'s claim for damages or alternatively, to strike class action allegations be due September 22, 2006. Application granted. Ordered by Judge David G. Trager on 9/18/2006. (Trager, David) (Entered: 09/18/2006) |
| 09/22/2006 | 63 | Notice of MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Plaintiff The Ranis Company, Inc.'s Claim for Damages Under the Federal Antitrust Laws or Alternatively, to Strike Class Action Allegations* by Vitamin C Antitrust Litigation. (Attachments: # 1 Memorandum# 2 Exhibit A to Memorandum# 3 Exhibit B to Memorandum)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Bell, Joseph) (Entered: 09/22/2006) |
| 09/22/2006 | 64 | MEMORANDUM in Opposition re 63 Notice of MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Plaintiff The Ranis Company, Inc.'s Claim for Damages Under the Federal Antitrust Laws or Alternatively, to Strike Class Action Allegations* by Vitamin C Antitrust Litigation. (Attachments: # 1 Exhibit A to Memorandum in Opposition) Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Bell, Joseph) (Entered: 09/22/2006) |
| 09/22/2006 | 65 | RESPONSE in Support re 63 Notice of MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Plaintiff The Ranis Company, Inc.'s Claim for Damages Under the Federal Antitrust Laws or Alternatively, to Strike Class Action Allegations* filed by Vitamin C Antitrust Litigation. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Bell, Joseph) (Entered: 09/22/2006) |
| 09/22/2006 | 66 | Notice of MOTION to Dismiss *the Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6)* by Defendant(s) in Civil |

| | | |
|---|---|---|
| | | Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/22/2006) |
| 09/22/2006 | 67 | MOTION to Dismiss *(Defendants' Memorandum in Support of Motion to Dismiss)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/22/2006) |
| 09/22/2006 | 68 | MOTION to Dismiss *(Declaration of Richard S. Goldstein in Support of Defendants' Motion to Dismiss)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3 (part 1 of 3)# 4 Exhibit 3 (part 2 of 3)# 5 Exhibit 3 (part 3 of 3)# 6 Exhibit 4# 7 Exhibit 5 (part 1 of 6)# 8 Exhibit 5 (part 2 of 6)# 9 Exhibit 5 (part 3 of 6)# 10 Exhibit 5 (part 4 of 6)# 11 Exhibit 5 (part 5 of 6)# 12 Exhibit 5 (part 6 of 6)# 13 Exhibit 6# 14 Exhibit 7# 15 Exhibit 8)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/22/2006) |
| 09/22/2006 | 69 | MOTION to Dismiss *(Brief of Amicus Curiae the Ministry of Commerce of the People's Republic of China in Support of the Defendants' Motion to Dismiss the Complaint)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT (Goldstein, Richard) (Entered: 09/22/2006) |
| 09/22/2006 | 70 | MOTION to Dismiss *(Declaration of Joel M. Mitnick in Support of the Brief of Amicus Curiae the Ministry of Commerce of the People's Republic of China)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/22/2006) |
| 09/22/2006 | 71 | RESPONSE in Opposition re 67 MOTION to Dismiss *(Defendants' Memorandum in Support of Motion to Dismiss) (Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss)* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv- |

| | | 00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/22/2006) |
|---|---|---|
| 09/22/2006 | 72 | REPLY to Response to Motion re 67 MOTION to Dismiss *(Defendants' Memorandum in Support of Motion to Dismiss) (Defendants' Reply Memorandum in Support of Motion to Dismiss)* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/22/2006) |
| 09/22/2006 | 73 | MOTION to Dismiss *(Certificate of Service)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/22/2006) |
| 09/26/2006 | 74 | MOTION to Dismiss *(Corrected Certificate of Service to replace Document Number 73)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 09/26/2006) |
| 10/06/2006 | 75 | Letter MOTION for Discovery by all defendants. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Prescott, Darrell) (Entered: 10/06/2006) |
| 10/10/2006 | | ORDER re 75 -- Any party opposing the relief requested may file a written response of up to seven pages, exclusive of attachments, no later than October 13, 2006. In the future, any party seeking discovery relief must either abide by my individual practice rules, including those regarding the length of submissions, or seek permission to file a motion on notice pursuant to Local Civil Rule 6.1. Ordered by Judge James Orenstein on 10/10/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT (Pallak, Michelle) (Entered: 10/10/2006) |
| 10/10/2006 | 76 | Letter by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Prescott, Darrell) (Entered: 10/10/2006) |
| 10/12/2006 | 77 | Letter dtd. 09/18/2006 from D. Morgan, Deputy Clerk of MDL Panel to Mr. Heinemann, enclosing their certified cond. transfer order (CTO-3), so that EDNY can now request the attached case (in re Vitamin C Antitrust Litigation) from Kansas its consolidation into MDL-1738.((Marziliano, August) Additional attachment(s) added on 10/17/2006 (Marziliano, August). (Entered: 10/12/2006) |

| | | |
|---|---|---|
| 10/13/2006 | 78 | Letter *To Judge Trager from James I. Serota, Esq. on behalf of defendant Northeast Pharmaceutical Group Co., Ltd. and the other defendants requesting approval of proposed briefing schedule for motions to compel and related stays* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Entered: 10/13/2006) |
| 10/16/2006 | 79 | STIPULATION by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Prescott, Darrell) (Entered: 10/16/2006) |
| 10/16/2006 | 80 | ORDER endorsed on 78 Letter proposing briefing schedule for motions to compel arbitration and related stays: defendants will serve their respective motions on Oct. 16, 2006 plaintiffs will serve their responses on Nov. 3, 2006, and defendants will reply on Nov. 10, 2006. Ordered by Judge David G. Trager on 10/16/2006. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Trager, David) (Entered: 10/16/2006) |
| 10/16/2006 | 81 | Letter *cover to motion to compel arbitration and stay proceedings* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 10/16/2006) |
| 10/16/2006 | 82 | Letter *cover to motion to compel arbitration and stay proceedings* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 10/16/2006) |
| 10/20/2006 | 83 | STIPULATION by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Prescott, Darrell) (Entered: 10/20/2006) |
| 10/20/2006 | 84 | ORDER endorsed on letter dated 10/10/06 from James T. Southwick to Judge Trager. Application for leave to file a three-page sur-reply brief in opposition to defts. motion to dismiss Ranis as a pltf. is granted. Ordered by Judge David G. Trager on 10/11/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Greene, Donna) (Entered: 10/20/2006) |

| 10/25/2006 | | ORDER re 83 -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 10/25/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT (Pallak, Michelle) (Entered: 10/25/2006) |
|---|---|---|
| 10/25/2006 | | ORDER re 75 -- The motion is terminated as moot. *See* October 25, 2006 Order re 83 . Ordered by Judge James Orenstein on 10/25/06. (Pallak, Michelle) (Entered: 10/25/2006) |
| 11/01/2006 | 85 | AMENDED COMPLAINT against Defendant(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, filed by Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Walsh, Kenneth) (Entered: 11/01/2006) |
| 11/02/2006 | 86 | NOTICE of Appearance by Brent W. Landau on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Landau, Brent) (Entered: 11/02/2006) |
| 11/03/2006 | 87 | STATUS REPORT *by letter to Judge Orenstein* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Southwick, James) (Entered: 11/03/2006) |
| 11/03/2006 | 88 | Letter *re November 7, 2006 status conference* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 11/03/2006) |
| 11/03/2006 | 89 | Letter *response re November 7, 2006 status conference* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 11/03/2006) |
| 11/06/2006 | 90 | STATUS REPORT by Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Walsh, Kenneth) (Entered: 11/06/2006) |
| 11/07/2006 | 91 | Minute Entry for proceedings held before James Orenstein on 11/7/2006. SCHEDULING: The next status conference will be held on January 10, 2007 at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: The parties report that they have resolved on consent their dispute about the extent to which discovery should continue pending resolution of the defendants' motions to dismiss and compel arbitration. The parties will promptly submit a stipulation |

| | | reflecting the terms of their agreement. Ordered by Judge James Orenstein on 11/07/06. (Attachments: # 1 Exhibit Appearances)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT (Pallak, Michelle) Modified on 11/13/2006 (Guy, Alicia). (Entered: 11/07/2006) |
|---|---|---|
| 11/08/2006 | 92 | Letter MOTION for Extension of Time to File Response/Reply as to 80 Order,,, MOTION for Leave to File Excess Pages *Pursuant to Stipulation of All Parties* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/08/2006) |
| 11/08/2006 | 93 | ORDER granting 92 Motion for Extension of Time to File Response/Reply and granting 92 Motion for Leave to File Excess Pages. Replies due by 11/17/2006. Ordered by Judge David G. Trager on 11/8/2006. (Trager, David) (Entered: 11/08/2006) |
| 11/17/2006 | 94 | MOTION to Compel *Arbitration* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Additional attachment(s) added on 12/18/2013: # 1 Motion) (Marziliano, August). (Entered: 11/17/2006) |
| 11/17/2006 | 95 | RESPONSE in Support re 94 MOTION to Compel *Arbitration Memorandum of Law* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Entered: 11/17/2006) |
| 11/17/2006 | 96 | AFFIDAVIT in Support re 94 MOTION to Compel *Arbitration Declaration of James Serota* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A# 2 Exhibit b# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G through J coverpage# 8 Exhibit K# 9 Exhibit L# 10 Exhibit M# 11 Exhibit N)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Entered: 11/17/2006) |
| 11/17/2006 | 97 | AFFIDAVIT in Support re 94 MOTION to Compel *Arbitration Declaration of Ge Yaping* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Entered: 11/17/2006) |
| 11/17/2006 | 98 | Notice of MOTION to Compel *Arbitration and for a Stay of Litigation* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated |

| | | Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 11/17/2006) |
|---|---|---|
| 11/17/2006 | 99 | MEMORANDUM in Support re 98 Notice of MOTION to Compel *Arbitration and for a Stay of Litigation* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 11/17/2006) |
| 11/17/2006 | 100 | RESPONSE in Opposition re 98 Notice of MOTION to Compel *Arbitration and for a Stay of Litigation*, 94 MOTION to Compel *Arbitration - Plaintiffs' Memorandum In Opposition To Defendants' Motions To Compel Arbitration* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1-8 Filed Under Seal Pursuant To Stipulated Interim Protective Order Entered By The Court 10/25/06# 2 Exhibit 9# 3 Exhibit 10# 4 Exhibit 11# 5 Exhibit 12# 6 Exhibit 13# 7 Exhibit 14# 8 Exhibit 15# 9 Exhibit 16# 10 Exhibit 17# 11 Exhibit 18# 12 Exhibit 19# 13 Exhibit 20# 14 Exhibit 21# 15 Exhibit 22# 16 Exhibit 23# 17 Exhibit 24# 18 Exhibit 25# 19 Exhibit 26# 20 Exhibit 27# 21 Exhibit 28# 22 Exhibit 29# 23 Exhibit 30# 24 Exhibit 31# 25 Exhibit 32)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Additional attachment(s) added on 12/18/2013: # 26 Exhibits 1-8) (Marziliano, August). (Additional attachment(s) added on 12/18/2013: # 27 Exhibits 1-8 part 2) (Marziliano, August). (Entered: 11/17/2006) |
| 11/17/2006 | 101 | REPLY to Response to Motion re 98 Notice of MOTION to Compel *Arbitration and for a Stay of Litigation* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 11/17/2006) |
| 11/17/2006 | 102 | CERTIFICATE OF SERVICE by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 re 98 Notice of MOTION to Compel *Arbitration and for a Stay of Litigation*, 101 Reply to Response to Motion,, 99 Memorandum in Support, Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Goldstein, Richard) (Entered: 11/17/2006) |
| 11/17/2006 | 103 | REPLY to Response to Motion re 94 MOTION to Compel *Arbitration* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/17/2006) |

**A-40**

Eastern District of New York - LIVE Database V6.1                    Page 40 of 143

| | | |
|---|---|---|
| 11/17/2006 | 104 | AFFIDAVIT in Opposition re 94 MOTION to Compel *Arbitration Declaration of Ji Yong* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/17/2006) |
| 11/17/2006 | 105 | AFFIDAVIT in Support re 94 MOTION to Compel *Arbitration Declaration of Professor Le-Ning Liu* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/17/2006) |
| 11/17/2006 | 106 | AFFIDAVIT in Support re 94 MOTION to Compel *Arbitration Declaration of James I. Serota* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/17/2006) |
| 11/17/2006 | 107 | AFFIDAVIT in Support re 94 MOTION to Compel *Arbitration Declaration of Professor Randall Peerenboom* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H) Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/17/2006) |
| 11/17/2006 | 108 | AFFIDAVIT in Support re 94 MOTION to Compel *Arbitration Declaration of Professor Lu Song* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/17/2006) |
| 11/17/2006 | 109 | CERTIFICATE OF SERVICE by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 re 94 MOTION to Compel *Arbitration*, 105 Affidavit in Support of Motion,, 108 Affidavit in Support of Motion,, 107 Affidavit in Support of Motion,,, 106 Affidavit in Support of Motion,, 96 Affidavit in Support of Motion,,, 103 Reply to Response to Motion,, 97 Affidavit in Support of Motion,, 95 Response in Support of Motion,, 104 Affidavit in Opposition to Motion,, Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/17/2006) |
| 11/20/2006 | 110 | |

| | | |
|---|---|---|
| | | Letter *to Judge Trager* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/20/2006) |
| 11/22/2006 | 111 | Letter *To Judge Trager* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Entered: 11/22/2006) |
| 11/22/2006 | 112 | EXHIBIT *Replacement Copies of Exhs B, C, D, E, G and H to Ji Yong Declaration* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453.. Related document: 104 Affidavit in Opposition to Motion,, filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453,. (Attachments: # 1 Exhibit C# 2 Exhibit D# 3 Exhibit E# 4 Exhibit G# 5 Exhibit H)Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Serota, James) (Entered: 11/22/2006) |
| 11/22/2006 | 113 | NOTICE of Change of Address by Alanna Rutherford Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Rutherford, Alanna) (Entered: 11/22/2006) |
| 11/24/2006 | 114 | EXHIBIT *Replacement Exh. I to Declaration of Ji Yong* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453.. Related document: 104 Affidavit in Opposition to Motion,, filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453,.Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/24/2006) |
| 11/27/2006 | 115 | Letter *to Judge Trager re. Exhibit I to Ji Yong Declaration in Support of Motion to Compel Arbitration* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Izower, Rachel) (Entered: 11/27/2006) |
| 12/14/2006 | 116 | STIPULATION *AND ORDER REGARDING SCHEDULING AS TO CERTAIN PLAINTIFFS ALLEGING INDIRECT PURCHASER CLAIMS* by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Prescott, Darrell) (Entered: 12/14/2006) |
| 12/14/2006 | 117 | STIPULATION *REGARDING DISCOVERY* by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv- |

| | | |
|---|---|---|
| | | 00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT(Prescott, Darrell) (Entered: 12/14/2006) |
| 12/20/2006 | | ORDER re 116 , 117 -- The stipulations are so ordered. Ordered by Judge James Orenstein on 12/20/06. Associated Cases: 1:06-md-01738-DGT-JO,1:05-cv-00453-DGT-JO,1:05-cv-06059-DGT-JO,1:06-cv-00149-DGT-JO, 1:06-cv-00987-DGT-JO,1:06-cv-00988-DGT-JO,1:06-cv-01721-DGT-JO,1:06-cv-03528-DGT (Pallak, Michelle) (Entered: 12/20/2006) |
| 01/03/2007 | 118 | NOTICE of Voluntary Dismissal by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 *of Plaintiff The Ranis Company* (Rutherford, Alanna) (Entered: 01/03/2007) |
| 01/04/2007 | 119 | Letter *to Judge Trager* by Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988 (Rutherford, Alanna) (Entered: 01/04/2007) |
| 01/05/2007 | 120 | Letter *to Judge Trager* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Goldstein, Richard) (Entered: 01/05/2007) |
| 01/05/2007 | 121 | Letter *to Magistrate Judge Orenstein requesting continuance of January 10 pretrial conference* by Vitamin C Antitrust Litigation (Mason, Daniel) (Entered: 01/05/2007) |
| 01/08/2007 | | SCHEDULING ORDER: The application is granted and the conference previously scheduled for January 10, 2007 is rescheduled for March 14, 2007 at 11:30 a.m. Ordered by Judge James Orenstein on 1/08/07. (Pallak, Michelle) (Entered: 01/08/2007) |
| 01/11/2007 | 123 | Letter dtd. 01/8/2007 from Denise Morgan, Deputy Clerk of MDL Panel to Mr. Heinemann, enclosing their certified cond. transfer order (CTO-4), so that EDNY can now request the attached case (in re Vitamin C Antitrust Litigation) from California-Northern for its consolidation into MDL-1738.((Marziliano, August) (Marziliano, August) Additional attachment(s) added on 1/17/2007 (Marziliano, August). (Entered: 01/17/2007) |
| 01/16/2007 | 122 | ORDER 119 Letter filed by Plaintiff(s), 120 Letter filed by Defendant(s). Plaintiff The Ranis Company shall serve and file a brief of no more than ten pages by January 31, 2007, and defendants are directed to serve and file a brief of no more than ten pages in response by February 14, 2007. Ordered by Judge David G. Trager on 1/16/2007. (Trager, David) (Entered: 01/16/2007) |
| 01/31/2007 | 124 | AMENDED COMPLAINT against all defendants, filed by all plaintiffs. (Rutherford, Alanna) (Entered: 01/31/2007) |
| 01/31/2007 | 125 | RESPONSE to Motion re 94 MOTION to Compel *Arbitration and Court Order of January 16, 2007* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Certificate of Service) (Rutherford, Alanna) (Entered: 01/31/2007) |
| 02/07/2007 | 126 | Letter *Withdrawing Motion* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 02/07/2007) |
| | | |

| 02/12/2007 | 127 | STIPULATION *regarding discovery* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 02/12/2007) |
| 02/14/2007 | 128 | STIPULATION *Regarding Motion to Dismiss* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 02/14/2007) |
| 02/15/2007 | 129 | NOTICE of Appearance by Daniel C. Hedlund on behalf of Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988 (Attachments: # 1 Certificate of Service) (Hedlund, Daniel) (Entered: 02/15/2007) |
| 02/26/2007 | 130 | NOTICE of Appearance by Michael P. Lehmann on behalf of Melanie Farley Associated Cases: 1:06-md-01738-DGT-JO, 1:06-cv-00987-DGT-JO (Lehmann, Michael) (Entered: 02/26/2007) |
| 02/26/2007 | 131 | NOTICE of Appearance by Jon T. King on behalf of Melanie Farley Associated Cases: 1:06-md-01738-DGT-JO, 1:06-cv-00987-DGT-JO (King, Jon) (Entered: 02/26/2007) |
| 03/09/2007 | 132 | Letter *to Magistrate Judge Orenstein regarding pre-trial conference* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 03/09/2007) |
| 03/12/2007 | | ORDER re 132 Letter filed by Hebei Welcome Pharmaceutical Co. Ltd. -- The application is granted and the conference shall be rescheduled for a date to be determined. No later than March 19, 2007 the parties shall submit jointly a proposal that contemplates a conference no later than April 30, 2007. Ordered by Judge James Orenstein on 3/12/07. (Pallak, Michelle) (Entered: 03/12/2007) |
| 03/14/2007 | 133 | STIPULATION *FOR PROTECTIVE ORDER* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Additional attachment(s) added on 10/4/2012: # 1 Plaintiff's Exhibit 3, # 2 Plaintiff's Exhibit 4, # 3 Plaintiff's Exhibit 5, # 4 Plaintiff's Exhibit 6, # 5 Plaintiff's Exhibit 9, # 6 Plaintiff's Exhibit 10, # 7 Defendant's Exhibit C, # 8 Defendant's Exhibit E) (Marziliano, August). (Entered: 03/14/2007) |
| 03/19/2007 | 134 | Letter *Regarding Conference* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 03/19/2007) |
| 03/19/2007 | | Email Notification Test - DO NOT REPLY (Vaughn, Terry) (Entered: 03/19/2007) |
| 03/20/2007 | | SCHEDULING ORDER re 134 : The application is granted and a conference will be held on April 25, 2007 at 2:00 p.m. Ordered by Judge James Orenstein on 3/20/07. (Pallak, Michelle) (Entered: 03/20/2007) |
| 03/20/2007 | | ORDER re 133 Stipulation filed by Hebei Welcome Pharmaceutical Co. Ltd. -- The stipulation is SO ORDERED. Ordered by Judge James Orenstein on 3/20/07. (Pallak, Michelle) (Entered: 03/20/2007) |
| 04/18/2007 | 135 | ORDER endorsed on 128 Stipulation. Ordered by Judge David G. Trager on 4/17/2007. (Trager, David) (Entered: 04/18/2007) |
| 04/23/2007 | 136 | Letter by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 04/23/2007) |
| | | |

| 04/24/2007 | 137 | Letter by Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988 (Walsh, Kenneth) (Entered: 04/24/2007) |
| --- | --- | --- |
| 04/25/2007 | 138 | ORDER: The Clerk is respectfully directed to issue summonses for the foreign defendants in *Keane, et al. v. Hebei Welcome Pharmaceutical Co. Ltd., et al.*, CV 06-149. Ordered by Judge James Orenstein on 4/25/07. (Movahed, Michelle) (Entered: 04/25/2007) |
| 04/25/2007 | 139 | Minute Entry for proceedings held before James Orenstein: Status Conference held on 4/25/2007. (Court Reporter Henry Shapiro)SCHEDULING: The next status conference will be held on August 1, 2007, at 2:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: (1) I denied the defendants' application to adjourn the deadline for responding to the class certification motion until 60 days after Judge Trager's ruling on the dismissal motions, and granted the alternate scheduling relief with the consent of the plaintiffs. (2) Without objection from any party, I granted the Indirect Purchaser plaintiffs' application for an order directing the Clerk to issue summonses for the foreign defendants who are to be served pursuant to the Hague Convention.(3) With the consent of all parties, I granted the Indirect Purchaser plaintiffs' application to amend the discovery schedule so as to provide for an additional six-month period for the parties to conduct discovery unique to the Indirect Purchaser plaintiffs' claims. (4) I will enter a separate pretrial order reflecting the amended deadlines. **SEE ATTACHED DOCUMENT.** (Attachments: # 1 Appendix Appearances) (Movahed, Michelle) (Entered: 04/25/2007) |
| 04/25/2007 | 140 | PRETRIAL ORDER 3: The attached order contains amended discovery deadlines and incorporates by reference certain other deadlines listed in docket entry 136 . In addition, the timing provisions of the Stipulation and Order of December 20, 2006, docket entry 116 remain in effect. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on 4/25/07. (Movahed, Michelle) (Entered: 04/25/2007) |
| 05/16/2007 | 141 | MOTION for Extension of Time to File Response/Reply *to motion for class certification for defendants filed* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 05/16/2007) |
| 05/17/2007 |  | ORDER granting 141 Motion for Extension of Time to File Response/Reply: The application is granted on consent and the proposed briefing schedule is SO ORDERED. Ordered by Judge James Orenstein on 5/17/07. (Movahed, Michelle) (Entered: 05/17/2007) |
| 05/30/2007 | 142 | Letter *to Judge Trager* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Goldstein, Richard) (Entered: 05/30/2007) |
| 05/30/2007 | 143 | EXHIBIT *Replacement Copy of Exhibit 8 to Declaration of Richard S. Goldstein* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 8, pt 2# 2 Exhibit 8, pt 3# 3 Exhibit 8, pt 4) (Goldstein, Richard) (Entered: 05/30/2007) |
| 05/31/2007 | 144 |  |

| | | |
|---|---|---|
| | | Letter *to Honorable Judge David G.Trager* by Ministry of Commerce for the Peoples Republic of China (Attachments: # 1 Un signed Order) Associated Cases: 1:06-md-01738-DGT-JO et al. (Mitnick, Joel) (Entered: 05/31/2007) |
| 06/01/2007 | 145 | Letter *responding to Ministry of Commerce's letter motion to appear at oral argument* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 06/01/2007) |
| 06/04/2007 | 146 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit WT/ACC/CHN/49# 2 Exhibit WT/L/432) (Rutherford, Alanna) (Entered: 06/04/2007) |
| 06/05/2007 | 153 | Minute Entry for proceedings held before David G. Trager : Status Conference held on 6/5/2007. Oral argument on the motion to dismiss. (Greene, Donna) (Entered: 06/21/2007) |
| 06/07/2007 | 147 | Letter MOTION to Compel *Discovery* by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Certificate of Service) (Prescott, Darrell) (Entered: 06/07/2007) |
| 06/08/2007 | 148 | Letter *Pro Hac Vice Admission Letter* by Vitamin C Antitrust Litigation (Veenstra, Joseph) (Entered: 06/08/2007) |
| 06/08/2007 | 149 | NOTICE of Appearance by Joseph G. Veenstra on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Veenstra, Joseph) (Entered: 06/08/2007) |
| 06/12/2007 | 150 | Letter *To Heinemann Clerk of Court re: Pro hac vice admission* by Vitamin C Antitrust Litigation (Attachments: # 1 Pro hac vice admission fees) (Bedwell-Coll, Rebecca) (Entered: 06/12/2007) |
| 06/12/2007 | 151 | RESPONSE in Opposition re 147 Letter MOTION to Compel *Discovery* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 06/12/2007) |
| 06/13/2007 | 152 | ORDER granting 147 Motion to Compel -- For the reasons stated in the attached order, I grant the defendants' motion and direct plaintiff Animal Science to conduct a comprehensive search for documents and information responsive to the defendants' discovery requests, and to produce all such documents and other information no later than July 6, 2007, in unredacted and electronic form where appropriate. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on June 13, 2007. (Movahed, Michelle) (Entered: 06/13/2007) |
| 06/22/2007 | 154 | Letter MOTION for Extension of Time to File Response/Reply *to Motion for Class Certification* by all defendants. (Prescott, Darrell) (Entered: 06/22/2007) |
| 06/22/2007 | 155 | STIPULATION of Dismissal *With Prejudice* by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 06/22/2007) |
| 06/25/2007 | 156 | NOTICE of Appearance by Joseph R. Saveri on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Saveri, Joseph) (Entered: 06/25/2007) |
| 06/25/2007 | 157 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Eric B. Fastiff on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Fastiff, Eric) (Entered: 06/25/2007) |
| 06/25/2007 | 158 | NOTICE of Appearance by Rebecca Bedwell-Coll on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Bedwell-Coll, Rebecca) (Entered: 06/25/2007) |
| 06/25/2007 | 159 | RESPONSE to Motion re 154 Letter MOTION for Extension of Time to File Response/Reply *to Motion for Class Certification* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 06/25/2007) |
| 06/26/2007 | 160 | NOTICE of Change of Address by Jayne A. Goldstein (Goldstein, Jayne) (Entered: 06/26/2007) |
| 06/26/2007 | 161 | ORDER endorsed on 154 Motion for Extension of Time to File Response/Reply to Motion for Class Certification. Responses due by 8/2/2007. Replies due by 10/4/2007. Ordered by Judge David G. Trager on 6/26/2007. (Trager, David) (Entered: 06/26/2007) |
| 06/27/2007 | 162 | Letter *to Heinemann Clerk of the Court re: Pro hac vice admission* by Vitamin C Antitrust Litigation (Attachments: # 1 Pro Hac Vice Admission Fees) (Quadra, James) (Entered: 06/27/2007) |
| 07/09/2007 | 163 | NOTICE of Appearance by James Quadra on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Quadra, James) (Entered: 07/09/2007) |
| 07/09/2007 | 164 | NOTICE of Appearance by Sylvia Sokol on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Sokol, Sylvia) (Entered: 07/09/2007) |
| 07/16/2007 | 165 | Letter dated June 28, 2007, from Reginald Terrell to Clerk of the Court, enclosing notices of appearance. (Abdallah, Fida) (Entered: 07/16/2007) |
| 07/24/2007 | 166 | Letter MOTION for Leave to File Excess Pages *in Memorandum of Law in Opposition to the Motion of the Ranis Company for Class Certification* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Prescott, Darrell) (Entered: 07/24/2007) |
| 07/27/2007 | 167 | Letter *to Judge Orenstein re continuing the pre-trial conference* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987 (Rutherford, Alanna) (Entered: 07/27/2007) |
| 07/30/2007 | | ORDER re 167 Letter filed by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987 -- The application is granted, and the status conference previously scheduled for August 1, 2007 is adjourned for a date to be determined. No later than August 6, 2007, the parties shall submit a proposed date for the next status conference. Ordered by Judge James Orenstein on July 30, 2007. (Movahed, Michelle) (Entered: 07/30/2007) |
| 08/02/2007 | 168 | ORDER endorsed on 166 Motion for Leave to File Excess Pages. Application granted. Ordered by Judge David G. Trager on 7/31/2007. (Trager, David) (Entered: 08/02/2007) |
| 08/06/2007 | 169 | Letter *re new scheduling conference date* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 08/06/2007) |

| | | |
|---|---|---|
| 08/07/2007 | | ORDER re 169 Letter filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- The application is granted and the next status conference is scheduled for October 2, 2007 at 2:00 p.m. Ordered by Judge James Orenstein on August 7, 2007. (Movahed, Michelle) (Entered: 08/07/2007) |
| 08/10/2007 | 170 | Letter dated 8/10/2007 from Joel M. Mitnick, Counsel for Amicus The Ministry of Commerce of the People's Republic of China to judge David G. Trager. (Attachments: # 1 Certificate of Replacement Copies# 2 Certificate of Replacement Copies) (Marziliano, August) (Entered: 08/10/2007) |
| 08/20/2007 | 171 | AMENDED COMPLAINT *and Motion to File the Amended Complaint* against all defendants, filed by all plaintiffs. (Attachments: # 1 Affidavit # 2 Exhibit Amended Complaint) (Rutherford, Alanna) (Entered: 08/20/2007) |
| 08/22/2007 | 172 | TRANSCRIPT of Proceedings held on 4/25/07 before Judge James Orenstein. Court Reporter: Henry Shapiro. (Guy, Alicia) (Entered: 08/22/2007) |
| 08/27/2007 | 173 | Letter *in Response and Opposition to Plaintiffs' Letter Motion to Amend* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 08/27/2007) |
| 09/10/2007 | 174 | Letter *in Response to Plaintiffs' Motion to Amend* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 09/10/2007) |
| 09/17/2007 | 175 | Letter MOTION to Amend/Correct 173 Letter, 174 Letter *motion in opposition to plaintiffs' motion to amend the complaint* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 09/17/2007) |
| 09/25/2007 | 176 | ORDER granting 171 letter motion to file a Second Amended Complaint. The court is inclined to grant a reasonable extension of the schedule to accommodate the issues raised by defendants, but refers the issue of scheduling to Magistrate Judge James Orenstein. Ordered by Judge David G. Trager on 9/25/2007. (Martinez, Mira) (Entered: 09/25/2007) |
| 09/25/2007 | | Motions terminated: 175 Letter MOTION to Amend/Correct 173 Letter, 174 Letter *motion in opposition to plaintiffs' motion to amend the complaint* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Greene, Donna) (Entered: 09/26/2007) |
| 09/27/2007 | 177 | AMENDED COMPLAINT against all defendants, filed by all plaintiffs. (Rutherford, Alanna) (Entered: 09/27/2007) |
| 09/27/2007 | 178 | RESPONSE to Motion re 166 Letter MOTION for Leave to File Excess Pages *in Memorandum of Law in Opposition to the Motion of the Ranis Company for Class Certification* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 09/27/2007) |
| 09/27/2007 | 179 | AMENDED COMPLAINT *Second Amended Class Action Complaint. Document number 177 was filed in error* against Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 09/27/2007) |
| | | |

| 09/27/2007 | 180 | Letter MOTION for Leave to File Excess Pages *in Their Reply Memoranda in Support of Their Motions for Class Certification* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 09/27/2007) |
| 09/27/2007 | 181 | STATUS REPORT *BY LETTER TO JUDGE ORENSTEIN* by Animal Science Products, Inc. Associated Cases: 1:06-md-01738-DGT-JO, 1:05-cv-00453-DGT-JO (Southwick, James) (Entered: 09/27/2007) |
| 09/27/2007 | 182 | NOTICE by Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 *OF CHANGE OF LAW FIRM NAME* Associated Cases: 1:06-md-01738-DGT-JO et al. (Kovel, David) (Entered: 09/27/2007) |
| 09/28/2007 | 183 | STATUS REPORT *for Indirect Purchaser Plaintiffs* by Vitamin C Antitrust Litigation (Walsh, Kenneth) (Entered: 09/28/2007) |
| 09/28/2007 | 184 | Letter *re Defendants Non-Opposition to Letter Motion of Plaintiffs The Ranis Company, Inc. and Animal Products, Inc. to file Excess pages in Their Reply Memoranda in Support of Their Motions for Class Certification [Doc #180]* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Agrawal, Suyash) (Entered: 09/28/2007) |
| 09/28/2007 | 185 | Letter *Preconference* by Hebei Welcome Pharmaceutical Co. Ltd. (Attachments: # 1 Exhibit Exhibit A - Trager Order Sept. 25, 2007# 2 Exhibit Exhibit B - Defendants' Sept. 10 Response to Motion to Amend) (Prescott, Darrell) (Entered: 09/28/2007) |
| 10/02/2007 | 186 | Minute Entry for proceedings held before James Orenstein : Status Conference held on 10/2/2007. SCHEDULING: The next status conference will be held on December 3, 2007, at 2:00 p.m. Further conferences are scheduled as set forth in the attached document. THE FOLLOWING RULINGS WERE MADE: After discussing scheduling matters with the parties, I ordered that, with one exception, merits discovery will be stayed until December 14, 2007 (the deadline for the defendants to submit their opposition to the submission of new plaintiff Magno-Humphries Laboratories, Inc.). The exception is that the defendants shall timely respond to merits discovery requests that were pending as of today's date. In all other respects, I adopted the defendants' proposed amendments to the schedule, and will enter a separate order reflecting those revised deadlines. **SEE ATTACHED DOCUMENT.** (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 10/02/2007) |
| 10/02/2007 | 187 | PRETRIAL ORDER 4: The attached order contains amended discovery deadlines and incorporates by reference certain other deadlines listed in docket entry 185 . In addition, the timing provisions of the Stipulation and Order of December 20, 2006, docket entry 116 remain in effect. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on October 2, 2007. (Kochendorfer, Kate) (Entered: 10/02/2007) |
| 10/10/2007 | 188 | |

| | | ORDER endorsed on 180 Motion for Leave to File Excess Pages. Application granted. Ordered by Judge David G. Trager on 10/10/2007. (Trager, David) (Entered: 10/10/2007) |
|---|---|---|
| 10/15/2007 | 189 | Letter *to Judge Orenstein re Service of Process* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987 (Attachments: # 1 Affidavit D. Murphy# 2 Text of Proposed Order) (Rutherford, Alanna) (Entered: 10/15/2007) |
| 10/16/2007 | | ORDER re 189 Letter filed by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987 -- Any party wishing to be heard on the matter is directed to respond in writing by October 18, 2007. Plaintiffs are directed to serve their letter and my order on the new defendants. Ordered by Judge James Orenstein on October 16, 2007. (Kochendorfer, Kate) (Entered: 10/16/2007) |
| 10/16/2007 | 190 | Letter by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 10/16/2007) |
| 10/18/2007 | 191 | Letter MOTION to Withdraw as Attorney *for Shijiazhuang Pharmaceutical (USA) Inc.* by Vitamin C Antitrust Litigation. (Mason, Daniel) (Entered: 10/18/2007) |
| 10/22/2007 | 194 | TRANSCRIPT of Proceedings held on 10/2/07 before Mag. Orenstein. Court Reporter: Mickey Brymer. Hebei Welcom - Daniel Prescott,Esq., and Charles H. Critchlow, Esq. Northest - Kenneth A. Lapatine, Esq. and James Ian Serota, Esq. Ranis, Animal Science, MHL - James T. Southwick, Esq. and Brent W. Landau, Esq. Audette - Kenneth Walsh, Esq. Weishang-China - Daniel S. Mason, Esq. (Greene, Donna) (Entered: 10/23/2007) |
| 10/23/2007 | 192 | FILING FEE: $ 25.00, receipt number 344187 received re:Pro Hace Vice Admission for Ian Otto. (Guy, Alicia) (Entered: 10/23/2007) |
| 10/23/2007 | 193 | Letter *to All Counsel of Record re October 25 call with Magistrate Judge Orenstein re Letter MOTION to Withdraw as Attorney for Shijiazhuang Pharmaceutical (USA) Inc. filed October 18, 2007 191* by Vitamin C Antitrust Litigation (Mason, Daniel) (Entered: 10/23/2007) |
| 10/25/2007 | 195 | Letter MOTION for Extension of Time to File Answer *, Move, or Otherwise Respond to the Amended Consolidated Class Action Complaint to Judge Orenstein* by Jiangsu Jiangshan Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 10/25/2007) |
| 10/25/2007 | 196 | Proposed Scheduling Order *Authorizing Extension of Time to Respond to Amended Consolidated Class Action Complaint* by Jiangsu Jiangshan Pharmaceutical Co., Ltd. (Goldstein, Richard) (Entered: 10/25/2007) |
| 10/25/2007 | 197 | Minute Entry for proceedings held before James Orenstein : Telephone Conference held on 10/25/2007. After hearing from Mr. Mason, counsel for SJZ USA, and representatives of the plaintiffs, I concluded that no disposition of Mr. Mason's pending motion to withdraw will have any effect on the rights or obligations of any party. Accordingly, the motion is moot and is denied on that basis. I note in addition that there is no reason to believe that SJZ USA is |

|            |     | unable to cure the disability that currently prevents it from allowing its counsel to take action on its behalf in these proceedings; for that reason, allowing counsel to withdraw would create the risk of an otherwise unnecessary default. (Orenstein, James) (Entered: 10/25/2007) |
| ---------- | --- | --- |
| 10/25/2007 |     | ORDER finding as moot 191 Motion to Withdraw as Attorney. See docket entry 197. Ordered by Judge James Orenstein on October 25, 2007. (Orenstein, James) (Entered: 10/25/2007) |
| 10/26/2007 |     | ORDER granting 195 Motion for Extension of Time to Answer -- The application is granted. Defendant Jiangsu Jiangshan Pharmaceutical Co., Ltd. shall respond to the Amended Consolidated Class Action Complaint 30 days after plaintiffs have filed proof of service of the complaint on all defendants. Ordered by Judge James Orenstein on October 26, 2007. (Kochendorfer, Kate) (Entered: 10/26/2007) |
| 10/26/2007 | 198 | Letter *enclosing Notice of Supplemental Motion to Dismiss and support papers (cover letter only)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Goldstein, Richard) (Entered: 10/26/2007) |
| 10/26/2007 | 199 | Letter MOTION to Compel *production of merits-related documents in response to document production requests served* by all plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) Associated Cases: 1:06-md-01738-DGT-JO et al. (Agrawal, Suyash) (Entered: 10/26/2007) |
| 10/29/2007 |     | ORDER denying 199 Motion to Compel -- The application is denied without prejudice to renewal in conformity with Rule III.A.1 of my individual practice requirements. The parties shall meet and confer by November 2, 2007. Ordered by Judge James Orenstein on October 29, 2007. (Kochendorfer, Kate) (Entered: 10/29/2007) |
| 10/30/2007 | 200 | Letter *Pro Hac Vice Admission Letter* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Oliver, Patricia) (Entered: 10/30/2007) |
| 10/30/2007 | 201 | NOTICE of Appearance by Patricia K. Oliver on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Oliver, Patricia) (Entered: 10/30/2007) |
| 10/30/2007 | 202 | Letter *Motion for Extension of Time to File Answer, Move, or Otherwise Respond to the Second Amended Class-Action Complaint* by Legend Ingredients Group, Inc. (Oliver, Patricia) Modified on 10/31/2007 to change this letter to a motion. (Vaughn, Terry). (Entered: 10/30/2007) |
| 10/31/2007 |     | ORDER granting 202 Motion for Extension of Time to Answer -- The application is granted; defendant Legend Ingredients Group, Inc., shall answer or otherwise respond to the complaint by November 20, 2007. Ordered by Judge James Orenstein on October 31, 2007. (Kochendorfer, Kate) (Entered: 10/31/2007) |
| 11/02/2007 | 203 | NOTICE of Appearance by Ian Otto on behalf of Vitamin C Antitrust Litigation (aty to be noticed) (Otto, Ian) (Entered: 11/02/2007) |
| 11/02/2007 | 204 | Proposed Pretrial Order *modification* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 11/02/2007) |

| 11/02/2007 | 205 | Letter MOTION to Compel *production of documents* by all plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (Southwick, James) (Entered: 11/02/2007) |
| 11/05/2007 | | ORDER re 204 Proposed Pretrial Order filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- The application is granted. I will enter a separate pretrial order reflecting the amended deadlines. Ordered by Judge James Orenstein on November 5, 2007. (Kochendorfer, Kate) (Entered: 11/05/2007) |
| 11/05/2007 | 206 | PRETRIAL ORDER 5: The attached order contains amended discovery deadlines and incorporates by reference certain other deadlines listed in docket entry 204. In addition, the timing provisions of the Stipulation and Order of December 20, 2006, docket entry 116 remain in effect. **SEE ATTACHED ORDER.** Ordered by Judge James Orenstein on November 5, 2007. (Kochendorfer, Kate) (Entered: 11/05/2007) |
| 11/05/2007 | 207 | SUMMONS Returned Executed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Legend Ingredients Group, Inc. served on 10/11/2007, answer due 10/31/2007. (Ratner, Brian) (Entered: 11/05/2007) |
| 11/05/2007 | 208 | SUMMONS Returned Executed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 served on 10/11/2007, answer due 10/31/2007. (Ratner, Brian) (Entered: 11/05/2007) |
| 11/05/2007 | | Reset Deadlines: Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 answer due 11/20/2007; Legend Ingredients Group, Inc. answer due 11/20/2007. See Order of Judge James Orenstein dated 11/5/2007, Document #206. (Lee, Tiffeny) (Entered: 11/06/2007) |
| 11/07/2007 | 209 | RESPONSE in Opposition re 205 Letter MOTION to Compel *production of documents* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A) (Critchlow, Charles) (Entered: 11/07/2007) |
| 11/08/2007 | | ORDER granting 205 Motion to Compel. The motion is granted; I direct the defendants immediately to produce all non-privileged records that are responsive to the outstanding discovery requests, as set forth in the letter motion. To the extent the defendants understood my previous orders to allow them to withhold such production until December 14, 2007, they were incorrect. On the assumption that the dispute arose out of a good-faith misunderstanding of my prior orders, I decline to order the reimbursement of costs pursuant to Federal Rule of Civil Procedure 37(a)(4)(A). Ordered by JudgeJames Orenstein on November 8, 2007. (Orenstein, James) (Entered: 11/08/2007) |
| 11/19/2007 | 210 | NOTICE of Change of Address by Ian Otto (Otto, Ian) (Entered: 11/19/2007) |
| 11/19/2007 | 211 | NOTICE of Change of Firm Affiliation by Ian Otto (Otto, Ian) (Entered: 11/19/2007) |
| 11/20/2007 | 212 | NOTICE of Appearance by Richard Scott Goldstein on behalf of JSPC America, Inc. (aty to be noticed) (Goldstein, Richard) (Entered: 11/20/2007) |

| 11/20/2007 | 213 | Letter *enclosing Notice of Motion to Dismiss Second Amended Complaint and supporting papers (cover letter only)* by Legend Ingredients Group, Inc., JSPC America, Inc. (Goldstein, Richard) (Entered: 11/20/2007) |
|---|---|---|
| 11/21/2007 | 214 | NOTICE of Appearance by Stephen V. Bomse on behalf of JSPC America, Inc. (aty to be noticed) (Bomse, Stephen) (Entered: 11/21/2007) |
| 11/28/2007 | 215 | STATUS REPORT *on behalf of all parties* by Vitamin C Antitrust Litigation (Goldstein, Richard) (Entered: 11/28/2007) |
| 11/29/2007 | | ORDER re 215 Status Report filed by Vitamin C Antitrust Litigation -- The application is granted and the conference previously scheduled for December 3, 2007 is cancelled. The next status conference is scheduled for February 1, 2008. Ordered by Magistrate Judge James Orenstein on November 29, 2007. (Kochendorfer, Kate) (Entered: 11/29/2007) |
| 12/03/2007 | 216 | MOTION for Extension of Time to File Answer *to Motion to Dismiss the Second Amended Complaint* by Vitamin C Antitrust Litigation. (Rutherford, Alanna) (Entered: 12/03/2007) |
| 12/04/2007 | | ORDER granting 216 Motion for Extension of Time to Answer -- The application is granted; the Class Plaintiffs shall respond to the motion to dismiss the second amended complaint by December 5, 2007. Ordered by Magistrate Judge James Orenstein on December 4, 2007. (Kochendorfer, Kate) (Entered: 12/04/2007) |
| 12/06/2007 | 217 | Letter *enclosing Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Amended Complaint* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Ratner, Brian) (Entered: 12/06/2007) |
| 12/12/2007 | 218 | Letter MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Supplemental Memorandum of Motion for Class Certification (Damages Class)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 12/12/2007) |
| 12/13/2007 | | ORDER granting 218 Motion for Extension of Time to File Response/Reply -- The application is granted. The defendants shall respond to the Plaintiffs' Supplemental Memorandum in Support of Motion for Class Certification (Damages Class) by January 11, 2008. The plaintiffs' reply brief is due on January 25, 2008. Ordered by Magistrate Judge James Orenstein on December 13, 2007. (Kochendorfer, Kate) (Entered: 12/13/2007) |
| 12/14/2007 | 219 | Supplemental MOTION to Dismiss *Second Amended Complaint* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 220 | Supplemental MOTION to Dismiss *Memorandum in Support* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 221 | MOTION to Dismiss by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1 Filed Under Seal) (Goldstein, Richard) (Entered: 12/14/2007) |

| 12/14/2007 | 222 | MOTION to Dismiss *Second Amended Complaint* by Legend Ingredients Group, Inc., JSPC America, Inc.. (Goldstein, Richard) (Entered: 12/14/2007) |
|---|---|---|
| 12/14/2007 | 223 | MOTION to Dismiss *Memorandum in Support* by Legend Ingredients Group, Inc., JSPC America, Inc.. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 224 | MOTION to Dismiss *Declaration by Richard Goldstein* by Legend Ingredients Group, Inc., JSPC America, Inc.. (Attachments: # 1 Exhibit 1) (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 225 | RESPONSE in Opposition re 219 Supplemental MOTION to Dismiss *Second Amended Complaint*, 222 MOTION to Dismiss *Second Amended Complaint* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 226 | REPLY to Response to Motion re 219 Supplemental MOTION to Dismiss *Second Amended Complaint* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 227 | Supplemental MOTION to Dismiss *Certificate of Service* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 228 | REPLY to Response to Motion re 222 MOTION to Dismiss *Second Amended Complaint* filed by Legend Ingredients Group, Inc., JSPC America, Inc.. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 229 | REPLY to Response to Motion re 222 MOTION to Dismiss *Second Amended Complaint Declaration by Ellen Jalkut* filed by Legend Ingredients Group, Inc., JSPC America, Inc.. (Attachments: # 1 Exhibit 1 Filed Under Seal) (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 230 | MOTION to Dismiss *Certificate of Service* by Legend Ingredients Group, Inc., JSPC America, Inc.. (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/14/2007 | 231 | Letter *enclosing courtesy copies of filed motion to dismiss papers* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Goldstein, Richard) (Entered: 12/14/2007) |
| 12/18/2007 | | Motions terminated, docketed incorrectly: 230 MOTION to Dismiss *Certificate of Service* filed by JSPC America, Inc., Legend Ingredients Group, Inc., 221 MOTION to Dismiss filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453, 224 MOTION to Dismiss *Declaration by Richard Goldstein* filed by JSPC America, Inc., Legend Ingredients Group, Inc., 227 Supplemental MOTION to Dismiss *Certificate of Service* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453, 220 Supplemental MOTION to Dismiss *Memorandum in Support* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453, 223 MOTION to Dismiss *Memorandum in Support* filed by JSPC America, Inc., Legend Ingredients Group, Inc. THESE DOCUMENTS ARE MEMORANDUMS, DECLARATIONS AND CERTIFICATES OF SERVICE. (Guy, Alicia) (Entered: 12/18/2007) |
| | | |

| 12/27/2007 | 232 | TRANSCRIPT of Civil Cause for Motion Proceedings held on 6/5/07 @10:00 a.m. before Judge David G. Trager. Court Reporter: Gene Rudolph. (Drayton, Lorraine) (Entered: 12/27/2007) |
|---|---|---|
| 01/11/2008 | 233 | Letter *accompanying service of supplemental opposition to class certification* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Goldstein, Richard) (Entered: 01/11/2008) |
| 01/14/2008 | 234 | Letter *accompanying Amended Supplemental Memorandum in Opposition to Class Certification* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Goldstein, Richard) (Entered: 01/14/2008) |
| 01/18/2008 | 235 | Letter MOTION for Protective Order *by Defendants* by Vitamin C Antitrust Litigation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Bomse, Stephen) (Entered: 01/18/2008) |
| 01/22/2008 | | ORDER re 235 Letter MOTION for Protective Order *by Defendants* filed by Vitamin C Antitrust Litigation -- The plaintiffs shall respond in writing by January 24, 2008. By the same date, I invite counsel for *amicus curiae* the Ministry of Commerce for the People's Republic of China (the "PRC") to submit a letter setting forth the extent, if any, to which it will use its good offices to facilitate the ability of witnesses who reside in the PRC to provide the testimony to which the parties are entitled without undue burden or delay, either by relaxing the prohibition on conducting depositions within the PRC, by encouraging sister ministries to hasten the process of securing permission to travel abroad, or by any other appropriate means. Ordered by Magistrate Judge James Orenstein on January 22, 2008. (Kochendorfer, Kate) (Entered: 01/22/2008) |
| 01/22/2008 | 236 | Letter by Ministry of Commerce for the Peoples Republic of China (Mitnick, Joel) (Entered: 01/22/2008) |
| 01/23/2008 | 237 | Letter *Plaintiffs' Letter Requesting Extension of Time and Page Limit* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Ratner, Brian) (Entered: 01/23/2008) |
| 01/23/2008 | 238 | ORDER endorsed on 237 Letter request for extension of time and page limit. Application granted. Ordered by Senior Judge David G. Trager on 1/23/2008. (Trager, David) (Entered: 01/23/2008) |
| 01/24/2008 | 239 | MEMORANDUM in Opposition re 235 Letter MOTION for Protective Order *by Defendants* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 01/24/2008) |
| 01/25/2008 | 240 | MOTION for Leave to File *Reply in Support of Defendants' Letter Motion for Protective Order* by Vitamin C Antitrust Litigation. (Attachments: # 1 Proposed Reply) (Bomse, Stephen) (Entered: 01/25/2008) |
| 01/29/2008 | | ORDER: The status conference scheduled for February 1, 2008 is rescheduled for February 12, 2008, at 2:00 p.m. At that time, I will receive oral argument on the defendants' motion for a protective order. Docket entry 235 . Counsel for *amicus curiae* the Ministry of Commerce for the People's Republic of China is invited, but not required, to attend. Ordered by Magistrate Judge |

| | | James Orenstein on January 29, 2008. (Kochendorfer, Kate) (Entered: 01/29/2008) |
|---|---|---|
| 02/04/2008 | 241 | Letter *to Magistrate Judge Orenstein* by Ministry of Commerce for the Peoples Republic of China Associated Cases: 1:06-md-01738-DGT-JO et al. (Mitnick, Joel) (Entered: 02/04/2008) |
| 02/07/2008 | | Email Notification Test - DO NOT REPLY (Fernandez, Erica) (Entered: 02/07/2008) |
| 02/07/2008 | | Email Notification Test - DO NOT REPLY (Fernandez, Erica) (Entered: 02/07/2008) |
| 02/08/2008 | 242 | MOTION to Certify Class *(Injunction Class)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 243 | MEMORANDUM in Support re 242 MOTION to Certify Class *(Injunction Class)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 244 | REPLY in Support re 242 MOTION to Certify Class *(Injunction Class)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 245 | STATUS REPORT *on behalf of all parties* by Vitamin C Antitrust Litigation (Prescott, Darrell) (Entered: 02/08/2008) |
| 02/08/2008 | 246 | MOTION to Certify Class *(Damages Class)* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987. (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 247 | MOTION to Certify Class *(Damges Class)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 248 | MEMORANDUM in Support re 247 MOTION to Certify Class *(Damges Class)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J) (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 249 | MEMORANDUM in Support re 247 MOTION to Certify Class *(Damges Class) Supplemental* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 250 | AFFIDAVIT/DECLARATION in Support re 247 MOTION to Certify Class *(Damges Class) Declaration Of Magno-Humphries Laboratories, Inc. In Support Of Plaintiff's Motion For Class Certification* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/08/2008 | 251 | |

| | | Letter *addressed to Judge Trager enclosing fully briefed motion for Certification of Class (Injunction Class)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 02/08/2008) |
|---|---|---|
| 02/08/2008 | 252 | Letter *addressed to Judge Trager enclosing fully briefed motion for Certification of Class (Damages Class)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 02/08/2008) |
| 02/12/2008 | 253 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 2/12/2008. SCHEDULING: The next status conference will be held on April 1, 2008, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: (1) For reasons set forth on the record, I denied the Defendants' motion, Docket Entry ("DE") 235, for a protective order with respect to notices of deposition for twelve current Chinese employees of the defendants. (2) In light of the ruling on the protective order, the parties will confer through counsel and submit a letter by March 7, 2008, setting forth either a joint proposal or competing proposals for amending the case management and scheduling order with new specific deadlines for completing discovery. (Court Reporter Gene Rudolph.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 02/12/2008) |
| 02/13/2008 | | ORDER denying 235 Motion for Protective Order; granting 240 Motion for Leave to File. See docket entry 253 . Ordered by Magistrate Judge James Orenstein on February 13, 2008. (Orenstein, James) (Entered: 02/13/2008) |
| 02/13/2008 | 254 | TRANSCRIPT of Proceedings held on February 12, 2008 before Judge James Orenstein. Court Reporter: Gene Rudolph. (Kochendorfer, Kate) (Entered: 02/13/2008) |
| 03/07/2008 | 255 | Letter *To Hon James Orenstein on behalf of defendant Northeast Phamaceutical Group as well as all parties advising of adjustment to Court's Case Management Order (Pretrial Order No. 4)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Lapatine, Kenneth) (Entered: 03/07/2008) |
| 03/10/2008 | 256 | PRETRIAL ORDER 6: The attached order contains amended discovery deadlines and incorporates by reference certain other deadlines listed in docket entry 255 . In addition, the timing provisions of the Stipulation and Order of December 20, 2006, docket entry 116 , remain in effect. **SEE ATTACHED ORDER.** Ordered by Magistrate Judge James Orenstein on March 10, 2008. (Kochendorfer, Kate) (Entered: 03/10/2008) |
| 03/28/2008 | 257 | STATUS REPORT *on behalf of all parties* by Vitamin C Antitrust Litigation (Goldstein, Richard) (Entered: 03/28/2008) |
| 03/31/2008 | | SCHEDULING ORDER: The status conference scheduled for April 1, 2008 is rescheduled for June 17, 2008, at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on March 31, 2008. (Kochendorfer, Kate) (Entered: 03/31/2008) |
| 04/23/2008 | 258 | MOTION for Leave to Appear Pro Hac Vice by Vitamin C Antitrust Litigation. (Attachments: # 1 Declaration of Charles E. Tompkins, # 2 Affidavit Besrat J. Gebrewold, # 3 Exhibit Proposed Order) (Tompkins, Charles) (Entered: 04/23/2008) |

| 04/24/2008 | 259 | MOTION for Leave to File *To File A Supplemental Memorandum In Opposition To Defendants' Motion To Dismiss* by Animal Science Products, Inc.. Associated Cases: 1:06-md-01738-DGT-JO et al. (Rutherford, Alanna) (Entered: 04/24/2008) |
|---|---|---|
| 04/24/2008 | 260 | ORDER granting 258 Motion for Leave to Appear Pro Hac Vice -- Attorney Besrat J. Gebrewold ("Gebrewold") is permitted to argue or try this case as co-counsel with Charles E. Tompkins. By May 1, 2008, Gebrewold shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Gebrewold shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Gebrewold shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on April 24, 2008. (Kochendorfer, Kate) (Entered: 04/24/2008) |
| 04/24/2008 | 261 | Letter *to Magistrate Orenstein Re: Removal of Confidentiality Designations* by Animal Science Products, Inc. (Attachments: # 1 Appendix) Associated Cases: 1:06-md-01738-DGT-JO et al. (Rutherford, Alanna) Modified on 4/25/2008 to change this letter to be a motion. (Vaughn, Terry). (Entered: 04/24/2008) |
| 04/24/2008 | 262 | Letter *Pursuant to Paragraph 19 of Stipulated Protective Order (D.E. 133) Requesting Conference With Judge Orenstein* by Hebei Welcome Pharmaceutical Co. Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Prescott, Darrell) (Entered: 04/24/2008) |
| 04/24/2008 | 263 | CERTIFICATE OF SERVICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 re 259 MOTION for Leave to File *To File A Supplemental Memorandum In Opposition To Defendants' Motion To Dismiss* (Ratner, Brian) (Entered: 04/24/2008) |
| 04/25/2008 | | SCHEDULING ORDER: A conference is scheduled to discuss the Class Plaintiffs' letter motion, Docket Entry ("DE") 261, on May 8, 2008, at 2:00 p.m. The conference will be conducted in person unless any party shows good cause why a substantive motion should be argued by telephone. Ordered by Magistrate Judge James Orenstein on April 25, 2008. (Kochendorfer, Kate) (Entered: 04/25/2008) |
| 04/29/2008 | 266 | NOTICE of Appearance by Besrat J. Gebrewold on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (notification declined) (Gebrewold, Besrat) (Entered: 04/29/2008) |
| 04/29/2008 | 267 | Letter MOTION for Extension of Time to File Response/Reply as to 259 MOTION for Leave to File *To File A Supplemental Memorandum In Opposition To Defendants' Motion To Dismiss on behalf of all defendants* by Jiangsu Jiangshan Pharmaceutical Co., Ltd., JSPC America, Inc.. (Goldstein, Richard) (Entered: 04/29/2008) |
| 05/01/2008 | 268 | ORDER endorsed on 259 Motion for Leave to File Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss. Application granted. Ordered by Senior Judge David G. Trager on 5/1/2008. (Trager, David) (Greene, Donna). (Entered: 05/01/2008) |
| 05/01/2008 | 269 | |

| | | |
|---|---|---|
| | | ORDER endorsed on 267 Motion for Extension of Time to File Response/Reply to 259 Supplemental Memorandum In Opposition To Defendants' Motion To Dismiss. Application granted. Responses due by 5/28/2008. Ordered by Senior Judge David G. Trager on 5/1/2008. (Trager, David) (Greene, Donna). (Entered: 05/01/2008) |
| 05/02/2008 | 270 | Letter *to Honorable James Orenstein* by Vitamin C Antitrust Litigation (Mason, Daniel) (Entered: 05/02/2008) |
| 05/02/2008 | 271 | Letter *to Honorable James Orenstein re request to appear telephonically at May 8, 2008 conference* by Legend Ingredients Group, Inc. (Oliver, Patricia) (Entered: 05/02/2008) |
| 05/05/2008 | | ORDER re 271 Letter filed by Legend Ingredients Group, Inc., 270 Letter filed by Vitamin C Antitrust Litigation -- The applications are denied without prejudice to renewal upon seeking consent of all counsel. Ordered by Magistrate Judge James Orenstein on May 5, 2008. (Kochendorfer, Kate) (Entered: 05/05/2008) |
| 05/05/2008 | 272 | Letter *to Honorable James Orenstein renewing request to appear telephonically at May 8, 2008 conference by defendants Shijiazhuang Pharma. Weisheng Pharmaceutical (Shijiazhuang) Co., Ltd. and China Pharmaceutical Group Co., Ltd.* by Vitamin C Antitrust Litigation (Mason, Daniel) (Entered: 05/05/2008) |
| 05/05/2008 | 273 | Letter *to the Honorable James Orenstein renewing request to appear telephonically at May 8, 2008 conference* by Legend Ingredients Group, Inc. (Oliver, Patricia) (Entered: 05/05/2008) |
| 05/06/2008 | | ORDER re 273 Letter filed by Legend Ingredients Group, Inc., 272 Letter, filed by Vitamin C Antitrust Litigation -- The applications are granted. Ordered by Magistrate Judge James Orenstein on May 6, 2008. (Kochendorfer, Kate) (Entered: 05/06/2008) |
| 05/06/2008 | 274 | MOTION to Substitute Attorney *for Plaintiff Melanie Farley (N/K/A/ Melanie King)* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987. (Saveri, Richard) (Entered: 05/06/2008) |
| 05/06/2008 | 275 | DECLARATION re 274 MOTION to Substitute Attorney *for Plaintiff Melanie Farley (N/K/A/ Melanie King) Declaration of Henry A. Cirillo* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987 (Saveri, Richard) (Entered: 05/06/2008) |
| 05/06/2008 | 276 | DECLARATION re 274 MOTION to Substitute Attorney *for Plaintiff Melanie Farley (N/K/A/ Melanie King) Declaration of Melanie Farley* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987 (Saveri, Richard) (Entered: 05/06/2008) |
| 05/06/2008 | 277 | Proposed Pretrial Order *Granting Motion of Melanie Farley to Substitute Counsel* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987 (Saveri, Richard) (Entered: 05/06/2008) |
| 05/07/2008 | | ORDER granting 274 Motion to Substitute Attorney. Added attorney R. Alexander Saveri for Plaintiff(s) in Civil Action Philion vs Hebei Welcome |

| | | Pharmaceutical Co. Ltd. 06-CV-987. Attorney Jon T. King and Michael P. Lehmann terminated. Ordered by Magistrate Judge James Orenstein on May 7, 2008. (Kochendorfer, Kate) (Entered: 05/07/2008) |
|---|---|---|
| 05/08/2008 | 278 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Motion Hearing held on 5/8/2008 re 261 MOTION to Compel filed by Animal Science Products, Inc. SCHEDULING: The next status conference will be held on June 17, 2008, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: I heard argument on the Class Plaintiffs' motion to remove the confidentiality designations of a group of documents produced by the manufacturer defendants. See DE 261 . After discussing the matter with counsel as set forth in the record, I ruled that, to the extent the information at issue in the motion reflects information shared between competitors, the defendants failed to meet their burden of demonstrating that such information is "of a proprietary or commercially sensitive nature or should otherwise be subject to confidential treatment" simply because the information was shared pursuant to a mandate of the Chinese government but had not otherwise been disseminated. The parties will confer as to whether that ruling applies to all of the information at issue in this motion or whether, instead, there are certain documents as to which the designation of confidentiality rests on some other basis. If the parties remain in dispute as to such documents, they will submit the matter to me by means of letter-motion. (Court Reporter Gene Rudolph.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 05/08/2008) |
| 05/12/2008 | 279 | MOTION for Protective Order *Precluding Deposition of Mr. Cai Dong Chen, Chairman of Defendant Shijiazhuang Pharma. Weisheng Pharmaceutical (Shijiazhuang) Co., Ltd.* by Vitamin C Antitrust Litigation. (Attachments: # 1 Affidavit in Support Declaration of Cai Dong Chen in Support of Motion for a Protective Order) (Mason, Daniel) (Entered: 05/12/2008) |
| 05/15/2008 | 280 | RESPONSE to Motion re 279 MOTION for Protective Order *Precluding Deposition of Mr. Cai Dong Chen, Chairman of Defendant Shijiazhuang Pharma. Weisheng Pharmaceutical (Shijiazhuang) Co., Ltd.* MOTION for Protective Order *Precluding Deposition of Mr. Cai Dong Chen, Chairman of Defendant Shijiazhuang Pharma. Weisheng Pharmaceutical (Shijiazhuang) Co., Ltd.* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/15/2008) |
| 05/15/2008 | 281 | Transcript of Motion held on 2/12/2008, before Judge James Orenstein. Court Reporter: Gene Rudolph, Telephone number: (718) 613-2538. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/5/2008. Redacted Transcript Deadline set for 6/16/2008. Release of Transcript Restriction set for 8/13/2008. (Brucella, Michelle) (Entered: 05/15/2008) |
| 05/16/2008 | | ORDER withdrawing 279 Motion for Protective Order -- *See* docket entry 280 . Ordered by Magistrate Judge James Orenstein on May 16, 2008. (Kochendorfer, Kate) (Entered: 05/16/2008) |
| 05/20/2008 | 282 | |

Case 13-4791, Document 155-1, 07/28/2014, 1280876, Page75 of 165
**A-60**

| | | |
|---|---|---|
| | | MOTION for Leave to File *One Reply Brief to Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs Separate Opposition to Defendants China Pharmaceutical Group and Shijiazhuang Pharma. Weisheng Pharmaceutical's Motion to Dismiss for Lack of Personal Jurisdiction* by Vitamin C Antitrust Litigation. (Mason, Daniel) (Entered: 05/20/2008) |
| 05/21/2008 | 283 | Letter MOTION for Extension of Time to File Response/Reply as to 269 Order on Motion for Extension of Time to File Response/Reply, *on behalf of all Defendants* by Jiangsu Jiangshan Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 05/21/2008) |
| 05/21/2008 | 284 | ORDER endorsed on 282 Motion for Leave to File single reply brief not exceeding 25 substantive pages in length. Application granted. Ordered by Senior Judge David G. Trager on 5/21/2008. (Trager, David) (Entered: 05/21/2008) |
| 05/21/2008 | 285 | ORDER endorsed on 283 Motion for Extension of Time to File Response/Reply as to 269 . Responses due by 6/9/2008. Application granted. Ordered by Senior Judge David G. Trager on 5/21/2008. (Trager, David) (Entered: 05/21/2008) |
| 05/27/2008 | 286 | MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* by China Pharmaceutical Group Ltd.. (Mason, Daniel) (Entered: 05/27/2008) |
| 05/27/2008 | 287 | MEMORANDUM in Support re 286 MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by China Pharmaceutical Group Ltd.. (Attachments: # 1 Affidavit Declaration of Jin Yue) (Mason, Daniel) (Entered: 05/27/2008) |
| 05/27/2008 | 288 | Letter *to Judge Trager enclosing fully brief Motion to Dismiss for Lack of Personal Jurisdiction* by China Pharmaceutical Group Ltd. (Mason, Daniel) (Entered: 05/27/2008) |
| 05/28/2008 | 289 | Letter dated 5/27/2008 to the Clerks of court from Jiangxiao Athena Hou requesting case related documents to be filed under seal. (Lagana, Michael) (Entered: 05/29/2008) |
| 05/28/2008 | 290 | Letter dated 4/17/2008 to the Clerks of Court from Suyash Agrawal requesting case related documents to be filed under seal. (Lagana, Michael) (Entered: 05/29/2008) |
| 05/29/2008 | 291 | MEMORANDUM in Opposition re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by Plaintiff(s) in Civil Action Aminal Science vs Hebei, 05-CV-453 Sealed, placed in vault) (Lagana, Michael) Modified on 5/30/2008 (Marziliano, August). Modified on 5/30/2008 (Marziliano, August). (Entered: 05/29/2008) |
| 05/29/2008 | 292 | DECLARATION in Opposition re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by Plaintiff(s) in Civil Action Aminal Science vs Hebei, 05-CV-453.(Sealed,placed in vault) (Lagana, Michael) |

|            |     | Modified on 5/30/2008 (Marziliano, August). Modified on 5/30/2008 (Marziliano, August). (Entered: 05/29/2008) |
|------------|-----|---|
| 05/29/2008 | 293 | DECLARATION in Opposition re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453.( Sealed, placed in vault) (Lagana, Michael) Modified on 5/30/2008 (Marziliano, August). Modified on 5/30/2008 (Marziliano, August). (Entered: 05/29/2008) |
| 05/29/2008 | 294 | DECLARATION in Opposition re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by APlaintiff(s) in Civil Action Aminal Science vs Hebei, 05-CV-453. (Sealed,placed in vault) (Lagana, Michael) Modified on 5/30/2008 (Marziliano, August). (Entered: 05/29/2008) |
| 05/29/2008 | 295 | Letter dated 4/30/2008 from Ian Otto to counsel regarding case related documents which are sealed. (Lagana, Michael) (Entered: 05/29/2008) |
| 05/29/2008 | 296 | MEMORANDUM in Opposition re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by Vitamin C Antitrust Litigation, Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. (sealed, placed in vault) (Lagana, Michael) (Entered: 05/29/2008) |
| 05/29/2008 | 297 | DECLARATION in Opposition re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by Vitamin C Antitrust Litigation, Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988.( sealed, placed in vault) (Lagana, Michael) (Entered: 05/29/2008) |
| 05/29/2008 | 298 | ERRATA re (297 in 1:06-md-01738-DGT-JO, 31 in 1:06-cv-00149-DGT-JO, 37 in 1:06-cv-00988-DGT-JO, 34 in 1:06-cv-00987-DGT-JO) Affidavit in Opposition to Motion. (sealed placed in vault) (Lagana, Michael) Modified on 5/30/2008 (Marziliano, August). (Entered: 05/29/2008) |
| 05/29/2008 | 299 | MEMORANDUM in Support *of Supplemental Opposition to Defendants' Motion to Dismiss (PUBLIC VERSION)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Certificate of Service) (Ratner, Brian) (Entered: 05/29/2008) |
| 05/29/2008 | 300 | |

| | | |
|---|---|---|
| | | REPLY MEMORANDUM in Support re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by China Pharmaceutical Group, Ltd., China Pharmaceutical Group Ltd.( sealed placed in vault) (Lagana, Michael) (Entered: 05/29/2008) |
| 05/29/2008 | 301 | DECLARATION in Support re (286 in 1:06-md-01738-DGT-JO) MOTION to Dismiss for Lack of Jurisdiction *Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction* filed by China Pharmaceutical Group LTD (sealed placed in vault) (Lagana, Michael) Modified on 5/30/2008 (Marziliano, August). (Entered: 05/29/2008) |
| 06/02/2008 | 302 | Letter *to Magistrate Orenstein re: Removal of Confidentiality Designations (Public Version)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (part 1), # 3 Exhibit 2 (part 2), # 4 Exhibit 2 (part 3), # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6) (Rutherford, Alanna) (Entered: 06/02/2008) |
| 06/09/2008 | 303 | MEMORANDUM in Support re 66 Notice of MOTION to Dismiss *the Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6)*Notice of MOTION to Dismiss *the Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) Defendants' Response to Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss* filed by Jiangsu Jiangshan Pharmaceutical Co., Ltd.. (Attachments: # 1 Affidavit of Service) (Goldstein, Richard) (Entered: 06/09/2008) |
| 06/09/2008 | 304 | DECLARATION re 303 Memorandum in Support,, *Declaration of Ellen Jalkut in Support of Defendants' Response to Plaintiffs' Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss* by Jiangsu Jiangshan Pharmaceutical Co., Ltd. (Attachments: # 1 Exhibit 1) (Goldstein, Richard) (Entered: 06/09/2008) |
| 06/09/2008 | 305 | Letter *accompanying courtesy copies of supplemental briefing to Judge Trager* by Jiangsu Jiangshan Pharmaceutical Co., Ltd. (Goldstein, Richard) (Entered: 06/09/2008) |
| 06/09/2008 | 306 | Letter *to Honorable. David G. Trager* by Ministry of Commerce for the Peoples Republic of China (Attachments: # 1 Attachment I, # 2 Attachment II) (Mitnick, Joel) (Entered: 06/09/2008) |
| 06/12/2008 | 307 | STATUS REPORT *on behalf of all parties Re: June 17, 2008 status conference* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Southwick, James) (Entered: 06/12/2008) |
| 06/18/2008 | | SCHEDULING ORDER: The status conference scheduled for June 17, 2008 is rescheduled for August 5, 2008, at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on June 18, 2008. (Kochendorfer, Kate) (Entered: 06/18/2008) |
| 06/20/2008 | 308 | NOTICE of Voluntary Dismissal by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 *of Legend Ingredients Group, Inc.* (Ratner, Brian) (Entered: 06/20/2008) |
| | | |

| 06/20/2008 | 309 | NOTICE by Legend Ingredients Group, Inc. *OF WITHDRAWAL OF ITS MOTION TO DISMISS AND JOINDER IN DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION* (Oliver, Patricia) (Entered: 06/20/2008) |
| --- | --- | --- |
| 07/10/2008 | 310 | NOTICE of Change of law firm address by David E. Kovel Associated Cases: 1:06-md-01738-DGT-JO et al. (Kovel, David) (Entered: 07/10/2008) |
| 07/11/2008 | 311 | Transcript of Proceedings held on May 8, 2008, before Judge James Orenstein. Court Reporter/Transcriber Gene Rudolph. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/1/2008. Redacted Transcript Deadline set for 8/11/2008. Release of Transcript Restriction set for 10/9/2008. (Kochendorfer, Kate) (Entered: 07/11/2008) |
| 07/11/2008 | 312 | PRETRIAL ORDER 7: I have reminded counsel repeatedly about the importance of avoiding the multiplication of electronic filings when docketing a submission in the Master File of this multidistrict litigation. Most recently, I reminded counsel at a conference before me on May 8, 2008. Docket Entry ("DE") 311 at 3 (Transcript of Proceedings). More thoroughly, I explained the need to avoid spreading text in a memorandum distributed to counsel on August 22, 2006. *See* Attachment 1. This obligation has been imposed on counsel almost since this case's inception. Pretrial Order 1 (Master File docket entry 12 ) requires any attorney docketing a submission in this case "[t]o avoid duplicate filings and notice of filings [by] select[ing] NO when prompted whether to spread text." Pretrial Order 1 at 2. Counsel is reminded for a final time to make certain to file docket submissions *only* in the MDL Master Docket (06-MD-1738). Do not "spread text" from the MDL to the dockets of individual cases, and do not docket submissions in those individuals cases. Failure to comply with this order will result in an order to show cause why I should not impose sanctions. Ordered by Magistrate Judge James Orenstein on July 11, 2008. (Attachments: # 1 Appendix Memorandum) (Kochendorfer, Kate) (Entered: 07/11/2008) |
| 08/01/2008 | 313 | STATUS REPORT *Letter to Judge Orenstein Regarding August 5, 2008 Status Conference* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 08/01/2008) |
| 08/04/2008 | | SCHEDULING ORDER: The status conference scheduled for August 5, 2008 is rescheduled for September 10, 2008, at 2:00 p.m. Ordered by Magistrate Judge James Orenstein on August 4, 2008. (Kochendorfer, Kate) (Entered: 08/04/2008) |
| 08/15/2008 | 314 | Letter MOTION for Protective Order by Jiangsu Jiangshan Pharmaceutical Co., Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Bomse, Stephen) (Entered: 08/15/2008) |
| 08/18/2008 | 315 | MOTION for Protective Order *filed by defendants Northeast Pharmaceutical Group Co., Ltd and all other defendants except defendant Jiangsu Jiangsham Pharmaceutical Co., Ltd* by Defendant(s) in Civil Action Animal Science vs |

| | | |
|---|---|---|
| | | Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Lapatine, Kenneth) (Entered: 08/18/2008) |
| 08/19/2008 | 316 | RESPONSE in Opposition re 314 Letter MOTION for Protective Order, 315 MOTION for Protective Order *filed by defendants Northeast Pharmaceutical Group Co., Ltd and all other defendants except defendant Jiangsu Jiangsham Pharmaceutical Co., Ltd* filed by Vitamin C Antitrust Litigation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 filed under seal, # 5 Exhibit 5 filed Under Seal, # 6 Exhibit 6 Filed Under Seal, # 7 Exhibit 7 Filed Under Seal, # 8 Exhibit 8 Filed Under Seal, # 9 Exhibit 9 Filed Under Seal, # 10 Exhibit 10 Filed Under Seal) (Landau, Brent) (Entered: 08/19/2008) |
| 08/20/2008 | | ORDER denying 314 Motion for Protective Order; denying 315 Motion for Protective Order -- I deny the defendants' motions for a protective order vacating the notices for depositions pursuant to Federal Rule of Civil Procedure 30(b)(6). The defendants have not persuaded me that the notices are improper. To the extent that the defendants invoke a rule pursuant to which I "must," if the rule is applicable, limit the extent of discovery, I find that they have not met their burden of showing that the discovery the plaintiffs seek is "unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or less expensive[.]" Fed. R. Civ. P. 26(b)(2)(C)(i). Specifically, the type of information the plaintiffs seek is properly discoverable, and cannot be completely obtained through written questions (which do not allow for immediate follow-up). As a result, the defendants have not demonstrated that there is a "more convenient, less burdensome, or less expensive" way for the plaintiffs to get the full extent of the information to which they are entitled under Rule 30(b)(6). Even if it is true, as the defendants argue, that the parties' overall discovery burdens could have been lessened if the plaintiffs had noticed the Rule 30(b)(6) depositions sooner, that fact would neither establish that there are less burdensome alternatives available now, or that the plaintiffs are solely responsible for the lack of planning that will result in a less efficient course of discovery. Moreover, the defendants have also failed to demonstrate that the information the plaintiffs seek is "unreasonably cumulative or duplicative" based on the fact that other individual employees of the defendants have testified. Accordingly, Rule 26(b)(2)(C)(i) does not require the relief the defendants seek. Ordered by Magistrate Judge James Orenstein on August 20, 2008. (Kochendorfer, Kate) (Entered: 08/20/2008) |
| 08/21/2008 | 317 | Letter MOTION to Compel *Documents Withheld by NEPG* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A) (Landau, Brent) (Entered: 08/21/2008) |
| 08/22/2008 | 318 | NOTICE of Change of Address by Brent W. Landau (Landau, Brent) (Entered: 08/22/2008) |
| 08/26/2008 | 319 | Letter *from Joel M. Mitnick Counsel for* by Ministry of Commerce for the Peoples Republic of China (Mitnick, Joel) (Entered: 08/26/2008) |
| 08/26/2008 | 320 | Letter *dated August 26, 2008 from Defendant Northeast Pharmaceutical Group Co., Ltd.* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Lapatine, Kenneth) (Entered: 08/26/2008) |

| | | |
|---|---|---|
| 08/26/2008 | 321 | RESPONSE in Opposition re 317 Letter MOTION to Compel *Documents Withheld by NEPG* filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Appendix Cover Page, # 6 Appendix Exhibit 1, # 7 Appendix Exhibit 2, # 8 Appendix Exhibit 3, # 9 Appendix Exhibit 4, # 10 Appendix Exhibit 5, # 11 Appendix Exhibit 6, # 12 Appendix Exhibit 7, # 13 Appendix Exhibit 8, # 14 Appendix Exhibit 9) (Lapatine, Kenneth) (Entered: 08/26/2008) |
| 08/27/2008 | | ORDER re 319 Letter filed by Ministry of Commerce for the Peoples Republic of China -- Parties are normally required to respond to letter-motions seeking discovery relief within three days. The Ministry may file an *amicus* submission no later than August 29, 2008. Ordered by Magistrate Judge James Orenstein on August 27, 2008. (Kochendorfer, Kate) (Entered: 08/27/2008) |
| 08/29/2008 | 322 | Letter *from J. Mitnick* by Ministry of Commerce for the Peoples Republic of China (Mitnick, Joel) (Entered: 08/29/2008) |
| 09/05/2008 | 323 | Letter MOTION for Extension of Time to Complete Discovery by Vitamin C Antitrust Litigation. (Mason, Daniel) (Entered: 09/05/2008) |
| 09/05/2008 | 324 | STATUS REPORT by Vitamin C Antitrust Litigation (Mason, Daniel) (Entered: 09/05/2008) |
| 09/09/2008 | 325 | RESPONSE in Opposition re 323 Letter MOTION for Extension of Time to Complete Discovery filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 09/09/2008) |
| 09/10/2008 | 326 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: Status Conference held on 9/10/2008. SCHEDULING: The next status conference will be held on November 6, 2008, at 2:00 p.m. THE FOLLOWING RULINGS WERE MADE: (1) For the reasons set forth on the record, and in light of the fact that there is no procedural change in the case since I first considered this application for a stay of discovery, see Docket Entry ("DE") 23 , I denied the defendants' motion to adjourn expert discovery until after the court renders judgment on the defendants' motion to dismiss and the plaintiffs' motion for class certification. DE 323 . (2) I heard argument, and reserved judgment, on the plaintiffs' motion to compel defendant Northeast Pharmaceutical Group Co., Ltd. to produce nine documents the plaintiffs assert are improperly withheld on the basis of privilege. DE 317 . The Ministry of Commerce of the People's Republic of China was not represented as *amicus curiae* at the conference, despite requesting the opportunity to be heard and filing a submission in opposition to the motion. DE 319 , 322 . (Court Reporter Burt Sulzer.) (Attachments: # 1 Appendix Appearances) (Kochendorfer, Kate) (Entered: 09/10/2008) |
| 09/11/2008 | 327 | Letter *in further opposition to Plaintiff's motion to compel production* by Vitamin C Antitrust Litigation (Lapatine, Kenneth) (Entered: 09/11/2008) |
| 09/22/2008 | | ORDER denying 323 Motion for Extension of Time to Complete Discovery -- *See* docket entry 326 . Ordered by Magistrate Judge James Orenstein on September 22, 2008. (Kochendorfer, Kate) (Entered: 09/22/2008) |

| 09/23/2008 | 328 | NOTICE by Vitamin C Antitrust Litigation re Order on Motion for Extension of Time to Complete Discovery *Defendants' Objection to Magistrate Judge's Order Denying Motion to Continue Dates for Expert Reports* (Mason, Daniel) (Entered: 09/23/2008) |
| --- | --- | --- |
| 09/25/2008 | 329 | Transcript of Proceedings held on September 10, 2008, before Judge Orenstein. Court Reporter/Transcriber Burt Sulzer, Telephone number 718 613-2481. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/16/2008. Redacted Transcript Deadline set for 10/27/2008. Release of Transcript Restriction set for 12/24/2008. (Sulzer, Burt) (Entered: 09/25/2008) |
| 09/26/2008 | 330 | STIPULATION re 328 Notice(Other) *Stipulation and [Proposed] Order Regarding Briefing on Defendants' Objection to Magistrate Judge's Order Denying Motion to Continue Dates for Expert Reports* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 09/26/2008) |
| 09/29/2008 | 331 | Letter by Ministry of Commerce for the Peoples Republic of China (Mitnick, Joel) (Entered: 09/29/2008) |
| 09/29/2008 | 332 | ORDER endorsed on 330 Stipulation regarding briefing on defendants' objection to Magistrate Judge's orde denying motion to continue dates for expert reports. Plaintiffs' memorandum in opposition shall be served by 10/7/08 and defendants' reply shall be served by 10/14/08. Ordered by Senior Judge David G. Trager on 9/29/2008. (Trager, David) (Entered: 09/29/2008) |
| 10/07/2008 | 333 | MEMORANDUM in Opposition re 328 Notice(Other) *Plaintiffs' Opposition to Defendants' Objection to Magistrate Judge's Order Denying Motion to Continue Dates for Expert Reports* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Certificate of Service) (Landau, Brent) (Entered: 10/07/2008) |
| 10/13/2008 | 334 | REPLY in Support re 328 Notice(Other) *Defendants' Reply Memorandum in Support of Objection to Magistrate Judge's Order Denying Motion to Contnue Dates for Expert Reports* filed by all defendants. (Mason, Daniel) (Additional attachment(s) added on 12/18/2013: # 1 Annex A, # 2 Annex B, # 3 Sealing Cover Sheet and Cover Letter) (Marziliano, August). (Entered: 10/13/2008) |
| 10/14/2008 | 335 | NOTICE of Change of Firm, Address and Email by Richard Scott Goldstein (Goldstein, Richard) (Entered: 10/14/2008) |
| 10/20/2008 | 336 | NOTICE of Change of Firm Name by Daniel C. Hedlund (Hedlund, Daniel) (Entered: 10/20/2008) |
| 10/30/2008 | 337 | STATUS REPORT *on behalf of all parties Re: November 6, 2008 status conference* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 10/30/2008) |
| 10/31/2008 |  |  |

| | | |
|---|---|---|
| | | SCHEDULING ORDER: -- The status conference scheduled for November 6, 2008 is rescheduled for January 21, 2009, at 10:30 a.m. Ordered by Magistrate Judge James Orenstein on October 31, 2008. (Fick, Sarah) (Entered: 10/31/2008) |
| 11/06/2008 | 338 | MEMORANDUM AND ORDER denying defendants' motion to dismiss the complaints under the act of state doctrine, foreign sovereign compulsion and international comity. Defendants' motions to dismiss the second amended complaint are granted. Plaintiffs have 30 days to replead the second amended complaint to make allegations against JSPC and Legend. Ordered by Senior Judge David G. Trager on 11/6/2008. (Trager, David) (Entered: 11/06/2008) |
| 11/07/2008 | 339 | Letter MOTION for Extension of Time to File *Expert Reports* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 11/07/2008) |
| 11/10/2008 | | ORDER granting 339 Motion for Extension of Time to File -- The motion is granted. Ordered by Magistrate Judge James Orenstein on November 10, 2008. (Turner, Juno) (Entered: 11/10/2008) |
| 11/11/2008 | 340 | STIPULATION *of all Counsel and [Proposed] Order Regarding a Stay of the Indirect Purchaser Action* by Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 11/11/2008) |
| 11/13/2008 | 341 | Letter *from Richard S. Goldstein to The Honorable David G. Trager, re: Defendants respectfully request a status conference* by Jiangsu Jiangshan Pharmaceutical Co., Ltd., JSPC America, Inc. (Goldstein, Richard) (Entered: 11/13/2008) |
| 11/14/2008 | 342 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 *Notice of Firm Name Change and Notice of Appearance* (Olson, Steig) (Entered: 11/14/2008) |
| 11/14/2008 | 343 | Letter *to the Honorable David G. Trager opposing defendants' request for a status conference and stay* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 11/14/2008) |
| 11/17/2008 | | Email Notification Test - DO NOT REPLY (Marziliano, August) (Entered: 11/17/2008) |
| 11/17/2008 | | Email Notification Test - DO NOT REPLY (Marziliano, August) (Entered: 11/17/2008) |
| 11/17/2008 | 344 | Letter *Re Pro Hac Vice Admission* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Brown, Benjamin) (Entered: 11/17/2008) |
| 11/17/2008 | 345 | NOTICE of Appearance by Benjamin D. Brown on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (aty to be noticed) (Brown, Benjamin) (Entered: 11/17/2008) |
| 11/17/2008 | 346 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 re 342 Notice(Other) *Notice of Firm Name Change* (Gebrewold, Besrat) (Entered: 11/17/2008) |
| 11/19/2008 | | |

**A-68**

| | | |
|---|---|---|
| | | SCHEDULING ORDER re 341 , 343 : The Honorable David G. Trager, United States District Judge, has authorized me to direct the parties' counsel to appear before him on December 5, 2008 at 2:30 p.m. The parties shall submit memoranda setting forth their respective views on the matters to be discussed at the conference no later than 12:00 noon on December 1, 2008. The defendants' request to hold further proceedings in abeyance pending the conference is denied; the deadlines set forth in Pretrial Order 6, Docket Entry 256 , remain in effect. Ordered by Magistrate Judge James Orenstein on November 19, 2008. (Turner, Juno) (Entered: 11/19/2008) |
| 11/19/2008 | 347 | STIPULATION *and Proposed Order on Expert Discovery* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Proposed Order on Expert Discovery) (Rutherford, Alanna) (Entered: 11/19/2008) |
| 11/20/2008 | | ORDER re 347 Stipulation filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- So ordered. Ordered by Magistrate Judge James Orenstein on November 20, 2008. (Turner, Juno) (Entered: 11/20/2008) |
| 11/26/2008 | 348 | NOTICE of Change of Firm Affiliation by Michael D. Hausfeld , *Brian A. Ratner, Charles E. Tompkins, and Brent W. Landau* (Hausfeld, Michael) (Entered: 11/26/2008) |
| 11/26/2008 | 349 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 *Notice of Substitution of Counsel* (Hausfeld, Michael) (Entered: 11/26/2008) |
| 11/26/2008 | 350 | STIPULATION re 24 Order, *Stipulation and [Proposed] Order Substituting Co-Lead Counsel* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Proposed Order) (Hausfeld, Michael) (Entered: 11/26/2008) |
| 12/01/2008 | | ORDER re 350 Stipulation filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- I will rule on the application to substitute counsel upon the submission of some evidence that the relevant clients either do or do not consent to it. Ordered by Magistrate Judge James Orenstein on December 1, 2008. (Turner, Juno) (Entered: 12/01/2008) |
| 12/01/2008 | 351 | STATUS REPORT / *Defendants' Statement In Advance Of December 5, 2008 Conference* by Weisheng Pharmaceutical Co. Ltd., Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., JSPC America, Inc., China Pharmaceutical Group Ltd. (Goldstein, Richard) (Entered: 12/01/2008) |
| 12/01/2008 | 352 | STATUS REPORT *on Outstanding Matters for December 5, 2008 Status Conference* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Southwick, James) (Entered: 12/01/2008) |
| 12/01/2008 | 353 | STATUS REPORT *On Outstanding Matters for December 5, 2008 Status Conference* by Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988 (Attachments: # 1 Exhibit A) (Hedlund, Daniel) (Entered: 12/01/2008) |
| 12/02/2008 | 354 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 *of Filing Plaintiffs' Declarations* (Attachments: # 1 Declaration of Magno- |

| | | Humphries Laboratories, Inc., # 2 Declaration of Counsel for the Ranis Company, # 3 Declaration of Animal Science Products, Inc.) (Hausfeld, Michael) (Entered: 12/02/2008) |
|---|---|---|
| 12/02/2008 | 355 | AMENDED COMPLAINT *Third Amended Class Action Complaint* against all defendants, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Letter to Judge Trager, # 2 Comparison of Second and Third Amended Complaints) (Rutherford, Alanna) (Entered: 12/02/2008) |
| 12/04/2008 | 356 | STATUS REPORT *Memorandum on Defendants' Request to File a Motion for Interlocutory Appeal and Related to December 5 Status Conference* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Rutherford, Alanna) (Entered: 12/04/2008) |
| 12/05/2008 | 357 | Minute Entry for proceedings held before Senior Judge David G. Trager: Status Conference held on 12/5/2008. (Court Reporter Victoria Torres Butler) (Attachments: # 1 Plaintiff's Sign In, # 2 Defense Sign In) (Siegfried, Evan) (Entered: 12/09/2008) |
| 12/09/2008 | 358 | FILING FEE: $ 25.00, receipt number 360725. Received on motion for PHV by Cadio Zirpoli. (Siegfried, Evan) (Entered: 12/09/2008) |
| 12/16/2008 | 359 | NOTICE of Change of Address by Cadio Zirpoli (Zirpoli, Cadio) (Entered: 12/16/2008) |
| 01/15/2009 | 360 | STATUS REPORT *On Behalf of All Parties to Judge Orenstein Regarding January 21, 2009 Status Conference* by Hebei Welcome Pharmaceutical Co. Ltd. (Critchlow, Charles) (Entered: 01/15/2009) |
| 01/16/2009 | | SCHEDULING ORDER: The status conference previously scheduled for January 21, 2009 is rescheduled for March 31, 2009 at 10:30 a.m. Ordered by Magistrate Judge James Orenstein on January 16, 2009. (Turner, Juno) (Entered: 01/16/2009) |
| 01/16/2009 | 361 | NOTICE of Change of Address by Ian P. Otto (Otto, Ian) (Entered: 01/16/2009) |
| 01/16/2009 | 362 | NOTICE of Change of Firm Name by Daniel Mason (Mason, Daniel) (Entered: 01/16/2009) |
| 01/22/2009 | 363 | NOTICE of Appearance by Anastasia Angelova Angelova on behalf of Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (aty to be noticed) (Angelova, Anastasia) (Entered: 01/22/2009) |
| 01/30/2009 | 364 | *Defendant Hebei Welcome Pharmaceutical Co. Ltd.'s* ANSWER to 355 Amended Complaint, by Hebei Welcome Pharmaceutical Co. Ltd.. (Critchlow, Charles) (Entered: 01/30/2009) |
| 01/30/2009 | 365 | *Defendant Shijiazhuang Pharma's* ANSWER to 355 Amended Complaint, by Weisheng Pharmaceutical Co. Ltd.. (Mason, Daniel) (Entered: 01/30/2009) |
| 01/30/2009 | 366 | ANSWER to 355 Amended Complaint, by Jiangsu Jiangshan Pharmaceutical Co., Ltd.. (Attachments: # 1 Certificate of Service) (Goldstein, Richard) (Entered: 01/30/2009) |
| | | |

**A-70**

| 01/30/2009 | 367 | ANSWER to 355 Amended Complaint, by JSPC America, Inc.. (Attachments: # 1 Certificate of Service) (Goldstein, Richard) (Entered: 01/30/2009) |
|---|---|---|
| 01/30/2009 | 368 | ANSWER to 355 Amended Complaint, by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Angelova, Anastasia) (Entered: 01/30/2009) |
| 03/16/2009 | 369 | NOTICE of Change of Address for Jonathan M. Palmer by Richard Scott Goldstein (Goldstein, Richard) (Entered: 03/16/2009) |
| 03/26/2009 | 370 | Letter MOTION for Extension of Time to Complete Discovery *on behalf of all parties* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Proposed Order Proposed Stipulated Scheduling Order) (Southwick, James) (Entered: 03/26/2009) |
| 03/27/2009 | | ORDER granting 370 Motion for Extension of Time to Complete Discovery -- The stipulation is so ordered. Ordered by Magistrate Judge James Orenstein on 3/27/2009. (Turner, Juno) (Entered: 03/27/2009) |
| 03/27/2009 | | SCHEDULING ORDER: The status conference previously scheduled for March 31, 2009 is rescheduled for June 1, 2009 at 10:30 a.m. Ordered by Magistrate Judge James Orenstein on 3/27/2009. (Turner, Juno) (Entered: 03/27/2009) |
| 03/27/2009 | 371 | Fully Briefed MOTION to Dismiss for Lack of Jurisdiction *Cover Letter to Honorable Judge Trager Enclosing Motion Papers Filed Under Seal by Defendants North China Pharmaceutical Group Corp., North China Pharmaceutical Co., Ltd., and North China Pharmaceutical Group International Trade Co., Ltd. (f/k/a North China Pharmaceutical Group Import and Export Trade Co., Ltd.),* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Prescott, Darrell) (Entered: 03/27/2009) |
| 03/30/2009 | 372 | MOTION to Dismiss by North China Pharmaceutical Group, et al. Memorandum in support of motion to dismiss. Plaintiff's opposition to motion to dismiss. Declaration of support of plaintiff's opposition. Reply memo in support of North China Pharmaceutical. Declaration of Christopher Chin. Documents filed under seal and placed in vault. (Siegfried, Evan) (Entered: 03/30/2009) |
| 05/26/2009 | 373 | MOTION to Adjourn Conference by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Rutherford, Alanna) (Entered: 05/26/2009) |
| 05/27/2009 | | ORDER granting 373 Motion to Adjourn Conference -- The motion is granted. The status conference previously scheduled for June 1, 2009 is rescheduled for August 5, 2009 at 11:00 a.m. Ordered by Magistrate Judge James Orenstein on 5/27/2009. (Turner, Juno) (Entered: 05/27/2009) |
| 07/28/2009 | 374 | Letter MOTION to Adjourn Conference *for Two Months* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 07/28/2009) |
| 07/30/2009 | | ORDER granting 374 Motion to Adjourn Conference -- The motion is granted and the status conference previously scheduled for August 5, 2009 is |

| | | rescheduled for October 6, 2009 at 11:00 a.m. Ordered by Magistrate Judge James Orenstein on 7/30/2009. (Turner, Juno) (Entered: 07/30/2009) |
|---|---|---|
| 08/14/2009 | 375 | NOTICE of Appearance by Annabelle Chan on behalf of JSPC America, Inc., Jiangsu Jiangshan Pharmaceutical Co., Ltd. (aty to be noticed) (Chan, Annabelle) (Entered: 08/14/2009) |
| 08/17/2009 | 376 | Letter MOTION for Leave to File Excess Pages *And For Permission To Submit A Joint Memorandum Of Law In Support of Motion For Summary Judgment* by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 08/17/2009) |
| 08/18/2009 | 377 | ORDER granting 376 Motion for Leave to File Excess Pages. Ordered by Senior Judge David G. Trager on 8/18/2009. (Siegfried, Evan) (Entered: 08/18/2009) |
| 08/31/2009 | 378 | NOTICE of Appearance by Scott Allan Martin on behalf of Northeast Pharmaceutical Group Co., Ltd. (aty to be noticed) (Martin, Scott) (Entered: 08/31/2009) |
| 10/01/2009 | 379 | STATUS REPORT *by all parties re October 6, 2009 Status Conference* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Agrawal, Suyash) (Entered: 10/01/2009) |
| 10/02/2009 | | ORDER re 350 Stipulation filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- So ordered. Ordered by Magistrate Judge James Orenstein on 10/2/2009. (Turner, Juno) (Entered: 10/02/2009) |
| 10/02/2009 | | SCHEDULING ORDER: re 379 Status Report filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- The status conference previously scheduled for October 6, 2009 is rescheduled for January 20, 2010 at 11:00 a.m. Ordered by Magistrate Judge James Orenstein on 10/2/2009. (Turner, Juno) (Entered: 10/02/2009) |
| 10/09/2009 | 380 | Letter MOTION for Leave to File Excess Pages *for Plaintiffs' Joint Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Ratner, Brian) (Entered: 10/09/2009) |
| 10/13/2009 | 381 | ORDER in case 1:05-cv-00453-DGT-JO; granting (380) Motion for Leave to File Excess Pages in case 1:06-md-01738-DGT-JO. Ordered by Senior Judge David G. Trager on 10/11/2009. Associated Cases: 1:06-md-01738-DGT-JO et al. (Siegfried, Evan) (Entered: 10/13/2009) |
| 10/28/2009 | 382 | Letter MOTION for Extension of Time to File Response/Reply *Briefs in Support of Defendants Motions for Summary Judgment*, Letter MOTION for Leave to File Excess Pages by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., JSPC America, Inc., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 10/28/2009) |
| | | |

| 10/28/2009 | 383 | Letter MOTION to Withdraw as Attorney by JSPC America, Inc., Jiangsu Jiangshan Pharmaceutical Co., Ltd.. (Attachments: # 1 Declaration of Annabelle Chan in Support, # 2 Proposed Order) (Chan, Annabelle) (Entered: 10/28/2009) |
|---|---|---|
| 10/28/2009 | 384 | NOTICE of Appearance by Steven Robert Newmark on behalf of JSPC America, Inc., Jiangsu Jiangshan Pharmaceutical Co., Ltd. (aty to be noticed) (Newmark, Steven) (Entered: 10/28/2009) |
| 10/29/2009 | | ORDER granting 383 Motion to Withdraw as Attorney. Attorney Annabelle Chan terminated. Ordered by Magistrate Judge James Orenstein on 10/29/2009. (Stein, Noah) (Entered: 10/29/2009) |
| 10/29/2009 | 385 | ORDER granting 382 Motion for Extension of Time to File Response/Reply ; and, granting 382 Motion for Leave to File Excess Pages. Ordered by Senior Judge David G. Trager on 10/28/2009. (Lee, Tiffeny) (Entered: 10/29/2009) |
| 11/04/2009 | 386 | NOTICE of Appearance by Jennifer Milici on behalf of The Ranis Company, Inc. (aty to be noticed) (Attachments: # 1 PHV Receipt) Associated Cases: 1:06-md-01738-DGT-JO et al. (Siegfried, Evan) (Entered: 11/04/2009) |
| 11/20/2009 | 387 | MOTION for Summary Judgment *CHINA PHARMACEUTICAL GROUP LTD.S NOTICE OF MOTION AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT* by China Pharmaceutical Group Ltd.. (Attachments: # 1 MEMORANDUM OF LAW IN SUPPORT OF ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 2 LOCAL RULE 56.1 STATEMENT IN SUPPORT OF ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 3 DECLARATION OF JIANGXIAO HOU IN SUPPORT OF ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 4 Exhibit A TO DECLARATION OF JIANGXIAO HOU ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 5 Exhibit B TO DECLARATION OF JIANGXIAO HOU ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 6 Exhibit C TO DECLARATION OF JIANGXIAO HOU ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 7 Exhibit D TO DECLARATION OF JIANGXIAO HOU ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 8 Exhibit E TO DECLARATION OF JIANGXIAO HOU ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 9 Exhibit F TO DECLARATION OF JIANGXIAO HOU ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 10 Exhibit G TO DECLARATION OF JIANGXIAO HOU ALTERNATIVE MOTION FOR SUMMARY JUDGMENT) (Mason, Daniel) (Entered: 11/20/2009) |
| 11/20/2009 | 388 | MEMORANDUM in Opposition re 387 MOTION for Summary Judgment *CHINA PHARMACEUTICAL GROUP LTD.S NOTICE OF MOTION AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 PLAINTIFFS LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 2 DECLARATION OF SUYASH |

AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 3 DEPOSITION EXCERPTS OF JIN YUE AS CPG'S RULE 30(B)(6) CORPORATE REPRESENTATIVE ON JURISDICTIONAL ISSUES, # 4 Exhibit 1 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 5 Exhibit 5 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 6 Exhibit 7 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 7 Exhibit 8 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 8 Exhibit 9 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 9 Exhibit 10 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 10 Exhibit 11 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 11 Exhibit 16 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 12 Exhibit 18 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 13 Exhibit 20 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 14 Exhibit 21 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 15 Exhibit 23 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 16 Exhibit 24 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 17 Exhibit 25 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 18 Exhibit 26 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY

| | | |
|---|---|---|
| | | JUDGMENT, # 19 Exhibit 27 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 20 Exhibit 28 TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 21 Exhibit A TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 22 Exhibit B TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 23 Exhibit C TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 24 Exhibit D TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 25 Exhibit E TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 26 Exhibit F TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 27 Exhibit G TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 28 Exhibit H TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 29 Exhibit I TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 30 Exhibit J TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 31 Exhibit K TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT, # 32 Exhibit L TO DECLARATION OF SUYASH AGRAWAL IN SUPPORT OF PLAINTIFFS OPPOSITION TO CHINA PHARMACEUTICAL GROUP LTD.S MOTION FOR SUMMARY JUDGMENT) (Mason, Daniel) (Entered: 11/20/2009) |
| 11/20/2009 | 389 | REPLY in Support re 387 MOTION for Summary Judgment *CHINA PHARMACEUTICAL GROUP LTD.S NOTICE OF MOTION AND ALTERNATIVE MOTION FOR SUMMARY JUDGMENT REPLY MEMORANDUM IN SUPPORT OF CHINA PHARMACEUTICAL GROUP LTD.S ALTERNATIVE MOTION FOR SUMMARY JUDGMENT* filed by China Pharmaceutical Group Ltd.. (Attachments: # 1 DECLARATION OF |

| | | |
|---|---|---|
| | | JIANGXIAO HOU IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.S ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 2 Exhibit A TO DECLARATION OF JIANGXIAO HOU IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.S ALTERNATIVE MOTION FOR SUMMARY JUDGMENT, # 3 Exhibit B TO DECLARATION OF JIANGXIAO HOU IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.S ALTERNATIVE MOTION FOR SUMMARY JUDGMENT) (Mason, Daniel) (Entered: 11/20/2009) |
| 11/20/2009 | 390 | Letter *to the Honorable David G. Trager* by China Pharmaceutical Group Ltd. (Mason, Daniel) (Entered: 11/20/2009) |
| 11/23/2009 | 391 | MOTION for Summary Judgment by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 392 | RULE 56.1 STATEMENT re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 393 | MEMORANDUM in Support re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 394 | AFFIDAVIT/DECLARATION in Support re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Attachments: # 1 Exhibits 1-5, # 2 Exhibits 6-12, # 3 Exhibits 13-22, # 4 Exhibits 23-39, # 5 Exhibits 40-44, # 6 Exhibits 45-48, # 7 Exhibit 49, # 8 Exhibits 50-52, # 9 Exhibits 53-59) (Goldstein, Richard) (Additional attachment(s) added on 11/30/2009: # 10 Exhibit 35) (Marziliano, August). (Entered: 11/23/2009) |
| 11/23/2009 | 395 | MEMORANDUM in Opposition re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 396 | |

|  |  |  |
|---|---|---|
|  |  | RULE 56.1 STATEMENT re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 397 | AFFIDAVIT/DECLARATION in Opposition re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibits C-G, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibits J-M, # 7 Exhibit N (Part 1 of 2), # 8 Exhibit N (Part 2 of 2), # 9 Exhibits O-R, # 10 Exhibits S-U, # 11 Exhibits V-X, # 12 Exhibits Y-CC, # 13 Exhibits DD-II, # 14 Exhibit JJ, # 15 Exhibits KK-MM, # 16 Exhibits NN-RR, # 17 Exhibits SS-VV, # 18 Exhibits WW-YY, # 19 Exhibit 21, # 20 Exhibits 37,38,40,42, # 21 Exhibits 43,47,49, # 22 Exhibits 50,51,52,53,54,56, # 23 Exhibits 57,58,59,61,64, # 24 Exhibits 65,72,74, # 25 Exhibits 76,79,81,83, # 26 Exhibits 85,86,87,88,92, # 27 Exhibits 111,119,135, # 28 Exhibits 136,137,138,139, # 29 Exhibits 141,142, # 30 Exhibits 144,149,150, # 31 Exhibit 154,159,160,162,164,176,233) (Goldstein, Richard) (Additional attachment(s) added on 11/30/2009: # 32 Exhibit B, # 33 Exhibit E, # 34 Exhibit F, # 35 Errata H) (Marziliano, August). (Additional attachment(s) added on 11/30/2009: # 36 Exhibit 56, # 37 Errata 59 61 and 64, # 38 Exhibit 65 and 74, # 39 76 79 81 and 83, # 40 Exhibit 85 86 and 88, # 41 Exhibit 11 119 and 135, # 42 136 137 138 and 139, # 43 Exhibit 141, # 44 Exhibit 149 and 150, # 45 Exhibit 176) (Marziliano, August). (Entered: 11/23/2009) |
| 11/23/2009 | 398 | REPLY in Support re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 399 | AFFIDAVIT/DECLARATION in Support re 391 MOTION for Summary Judgment *or, in the Alternative, for Determination of Foreign Law and Entry of Judgment Pursuant to Rule 44.1, Fed. R. Civ. P.* filed by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12) (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 400 | Letter *from Richard S. Goldstein to the Honorable David G. Trager* by Hebei Welcome Pharmaceutical Co. Ltd., Jiangsu Jiangshan Pharmaceutical Co., Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd. (Attachments: # 1 Statement Of The Ministry Of Commerce of the PRC, dated 8/31/09) (Goldstein, Richard) (Entered: 11/23/2009) |
|  |  |  |

| 11/23/2009 | 401 | MOTION for Summary Judgment by JSPC America, Inc.. (Goldstein, Richard) (Entered: 11/23/2009) |
|---|---|---|
| 11/23/2009 | 402 | RULE 56.1 STATEMENT re 401 MOTION for Summary Judgment filed by JSPC America, Inc.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 403 | MEMORANDUM in Support re 401 MOTION for Summary Judgment filed by JSPC America, Inc.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 404 | AFFIDAVIT/DECLARATION in Support re 401 MOTION for Summary Judgment filed by JSPC America, Inc.. (Attachments: # 1 Exhibits 1-8, # 2 Exhibits 9-17) (Goldstein, Richard) (Additional attachment(s) added on 11/30/2009: # 3 Exhibit 8, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12) (Marziliano, August). (Entered: 11/23/2009) |
| 11/23/2009 | 405 | MEMORANDUM in Opposition re 401 MOTION for Summary Judgment filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Certificate of Service) (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 406 | RULE 56.1 STATEMENT re 401 MOTION for Summary Judgment filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 407 | AFFIDAVIT/DECLARATION in Opposition re 401 MOTION for Summary Judgment filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibits 1-7) (Goldstein, Richard) (Additional attachment(s) added on 11/30/2009: # 2 Exhibit 3,4 and 5) (Marziliano, August). (Entered: 11/23/2009) |
| 11/23/2009 | 408 | REPLY in Support re 401 MOTION for Summary Judgment filed by JSPC America, Inc.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 409 | RULE 56.1 STATEMENT re 401 MOTION for Summary Judgment filed by JSPC America, Inc.. (Goldstein, Richard) (Entered: 11/23/2009) |
| 11/23/2009 | 410 | AFFIDAVIT/DECLARATION in Support re 401 MOTION for Summary Judgment filed by JSPC America, Inc.. (Attachments: # 1 Exhibit 1) (Goldstein, Richard) (Entered: 11/23/2009) |
| 12/07/2009 | 411 | Plaintiffs' Opposition to China Pharmaceutical Group Ltd.'s Motion for Summary Judgment; Plaintiffs' Local Rule 56.1 Statement; Declaration of Suyash Agrawal in Support of Plaintiffs' Opposition and confidential exhibits. Documents sealed and placed in vault. (Manuel, Germaine) (Entered: 12/07/2009) |
| 01/13/2010 | 412 | STATUS REPORT *by all parties for Jan. 20, 2010 conference* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Agrawal, Suyash) (Entered: 01/13/2010) |
| 01/14/2010 | | SCHEDULING ORDER: re 412 Status Report filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- The application is granted; the status conference previously scheduled for January 20, 2010 is rescheduled for |

| | | |
|---|---|---|
| | | May 20, 2010 at 10:30 a.m. Ordered by Magistrate Judge James Orenstein on 1/14/2010. (Stein, Noah) (Entered: 01/14/2010) |
| 01/14/2010 | 413 | Letter MOTION for Leave to File *Sur-Reply in Opposition to Defendants' Motion for Summary Judgment or Determination of Foreign Law (Doc #391)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Opposition Sur-Reply) (Agrawal, Suyash) (Entered: 01/14/2010) |
| 01/15/2010 | 414 | Letter MOTION to Withdraw as Attorney by JSPC America, Inc., Jiangsu Jiangshan Pharmaceutical Co., Ltd.. (Attachments: # 1 Declaration of Jonathan M. Palmer in Support, # 2 Proposed Order) (Goldstein, Richard) (Entered: 01/15/2010) |
| 01/19/2010 | 415 | ORDER granting 413 Motion for Leave to File. Ordered by Senior Judge David G. Trager on 1/15/2010. (Siegfried, Evan) (Entered: 01/19/2010) |
| 01/19/2010 | 416 | REPLY in Opposition re 391 MOTION for Summary Judgment *(sur-reply permitted by D.E. 415)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Agrawal, Suyash) (Entered: 01/19/2010) |
| 01/19/2010 | | ORDER granting 414 Motion to Withdraw as Attorney -- The application is granted; attorney Jonathan M. Palmer terminated. Ordered by Magistrate Judge James Orenstein on 1/19/2010. (Stein, Noah) (Entered: 01/19/2010) |
| 02/01/2010 | 417 | Letter *Motion From Richard S. Goldstein To The Honorable James Orenstein Requesting Defendant's Name Change From "Jiangsu Jiangshan Pharmaceutical Co., Ltd." To "Aland (Jiangsu) Nutraceutical Co., Ltd."* by Jiangsu Jiangshan Pharmaceutical Co., Ltd. (Goldstein, Richard) (Entered: 02/01/2010) |
| 02/02/2010 | | ORDER re 417 Letter, filed by Jiangsu Jiangshan Pharmaceutical Co., Ltd. -- The application is granted. The Clerk is respectfully directed to change the party name Jiangsu Jiangshan Pharmaceutical Co., Ltd. to Aland (Jiangsu) Nutraceutical Co., Ltd. in the caption in this case and in the cases with the following docket numbers: 05-cv-0453, 06-cv-0987, and 06-cv-0988. Ordered by Magistrate Judge James Orenstein on 2/2/2010. (Stein, Noah) (Entered: 02/02/2010) |
| 02/05/2010 | 418 | Letter *To The Honorable David G. Trager* by Aland (Jiangsu) Nutraceutical Co., Ltd (Goldstein, Richard) (Entered: 02/05/2010) |
| 02/05/2010 | 419 | REPLY in Opposition re 391 MOTION for Summary Judgment */Defendants' Response To Plaintiffs' Sur-Reply Opposing Summary Judgment And Determination Of Foreign Law (Response to D.E. 416)* filed by Aland (Jiangsu) Nutraceutical Co., Ltd. (Goldstein, Richard) (Entered: 02/05/2010) |
| 04/20/2010 | 420 | NOTICE of Change of Address of Orrick, Herrington & Sutcliffe LLP to 51 West 52nd Street, New York, New York 10019 by Steven Robert Newmark (Newmark, Steven) (Entered: 04/20/2010) |
| 05/04/2010 | 421 | Letter *to Judge Trager Regarding Opinion* by Hebei Welcome Pharmaceutical Co. Ltd. (Attachments: # 1 Appendix Opinion Part 1, # 2 Appendix Opinion Part 2, # 3 Appendix Opinion Part 3) (Prescott, Darrell) (Entered: 05/04/2010) |

| 05/13/2010 | 422 | STATUS REPORT *on behalf of all parties re May 20, 2010 Status Conference* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Agrawal, Suyash) (Entered: 05/13/2010) |
|---|---|---|
| 05/13/2010 | | ORDER re 422 Status Report -- The application is granted; the status conference previously scheduled for May 20, 2010 is adjourned without date pending resolution of the motions for summary judgment. Ordered by Magistrate Judge James Orenstein on 5/13/2010. (Stein, Noah) (Entered: 05/13/2010) |
| 01/19/2011 | 423 | JPMDL Order reassigning litigation to the Honorable Brian Cogan. Associated Cases: 1:06-md-01738-DGT-JO et al. (Marziliano, August) (Entered: 01/19/2011) |
| 01/19/2011 | | Judge Brian M. Cogan added. Senior Judge David G. Trager no longer assigned to case. Associated Cases: 1:06-md-01738-DGT-JO et al. (Marziliano, August) (Entered: 01/19/2011) |
| 01/20/2011 | 424 | MEMORANDUM AND ORDER granting in part and denying in part 317 Motion to Compel -- For the reasons set forth in the attached memorandum and order, I grant in part and deny in part the motion to compel; specifically, I order defendant Northeast Pharmaceutical Group Co., Ltd. to produce documents numbered 1, 3, 4, 6, 7, 8, 13, and 43 in its Privilege Log but deny similar relief with respect to document number 17. **SEE ATTACHED MEMORANDUM AND ORDER.** Ordered by Magistrate Judge James Orenstein on 1/20/2011. (Lardo, Melissa) (Entered: 01/20/2011) |
| 02/03/2011 | 425 | Letter *Requesting Permission to submit documents ex parte for in camera review* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Cohen, Philip) (Entered: 02/03/2011) |
| 02/03/2011 | | ORDER granting 425 Letter permitting to submit documents ex parte for in camera review filed by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Ordered by Judge Brian M. Cogan on 2/3/2011. (Clarke, Melonie) (Entered: 02/03/2011) |
| 02/03/2011 | 426 | DECLARATION re 424 Order on Motion to Compel,, *of Philip H. Cohen in Support of Objection to Discovery Order of the Magistrate* by Northeast Pharmaceutical Group Co., Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Appendix Cover Page, # 6 Ex 1, # 7 Ex 2, # 8 Ex 3, # 9 Ex 4, # 10 Ex 5, # 11 Ex 6, # 12 Ex 7, # 13 Ex 8, # 14 Ex 9) (Cohen, Philip) (Entered: 02/03/2011) |
| 02/03/2011 | 427 | MEMORANDUM in Opposition re 424 Order on Motion to Compel,, *Objection to Magistrate Orenstein's January 20, 2011 Memorandum and Order* filed by Northeast Pharmaceutical Group Co., Ltd.. (Cohen, Philip) (Entered: 02/03/2011) |
| 02/03/2011 | 428 | DECLARATION re 424 Order on Motion to Compel,, *of Philip H. Cohen in Support of Objection to Discovery Order of the Magistrate* by Northeast Pharmaceutical Group Co., Ltd. (Attachments: # 1 Exhibit A - Redacted, # 2 Exhibit B - Redacted, # 3 Exhibit C - Redacted, # 4 Exhibit D - Redacted, # 5 Appendix Cover Sheet, # 6 Ex 1 - Redacted, # 7 Ex 2 - Redacted, # 8 Ex 3 - |

| | | Redacted, # 9 Ex 4 - Redacted, # 10 Ex 5 - Redacted, # 11 Ex 6 - Redacted, # 12 Ex 7 Redacted, # 13 Ex 8 - Redacted, # 14 Ex 9 - Redacted) (Cohen, Philip) (Entered: 02/03/2011) |
|---|---|---|
| 02/03/2011 | 429 | REDACTION to 427 Exparte, Memorandum in Opposition *Northeast Pharmaceutical's Objection to Magistrate Orenstein's January 20, 2011 Memorandum and Order* by Northeast Pharmaceutical Group Co., Ltd. (Cohen, Philip) (Entered: 02/03/2011) |
| 02/07/2011 | 430 | REPLY in Opposition re 427 Exparte, Memorandum in Opposition *re Order on Motion to Compel, Objection to Magistrate Orenstein's January 20, 2011 Memorandum and Order* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Declaration Declaration of Brent W. Landau, # 2 Exhibit A, # 3 Certificate of Service Certificate of Service) (Landau, Brent) (Entered: 02/07/2011) |
| 02/10/2011 | 431 | REPLY in Support re 427 Exparte, Memorandum in Opposition *Reply Declaration of Philip H. Cohen in Support of Objection To Judge Orenstein's January 20, 2011 Memorandum and Order* filed by Northeast Pharmaceutical Group Co., Ltd.. (Attachments: # 1 Exhibit A) (Cohen, Philip) (Entered: 02/10/2011) |
| 02/10/2011 | 432 | MEMORANDUM in Support re 427 Exparte, Memorandum in Opposition *Reply in Support of Objection to Judge Orenstein's January 20, 2011 Memorandum and Order* filed by Northeast Pharmaceutical Group Co., Ltd.. (Cohen, Philip) (Entered: 02/10/2011) |
| 03/25/2011 | 433 | Letter *To The Honorable Brian M. Cogan, re: supplemental authority* by Aland (Jiangsu) Nutraceutical Co., Ltd, JSPC America, Inc. (Attachments: # 1 Exhibit A) (Goldstein, Richard) (Entered: 03/25/2011) |
| 06/23/2011 | 434 | MOTION for Summary Judgment *Originally filed on 11/23/2009 as Docket Entry 96, 96-1 & 96-2 in case number 05-cv-00453.* by Northeast Pharmaceutical Group Co., Ltd.. (Attachments: # 1 Exhibit Cover Letter, # 2 Rule 56.1 Statement) (Serota, James) (Entered: 06/23/2011) |
| 06/23/2011 | 435 | MEMORANDUM in Support re 434 MOTION for Summary Judgment *Originally filed on 11/23/2009 as Docket Entry 96, 96-1 & 96-2 in case number 05-cv-00453. Dkt Entry No. 97 in 05-cv-00453* filed by Northeast Pharmaceutical Group Co., Ltd.. (Serota, James) (Entered: 06/23/2011) |
| 06/23/2011 | 436 | AFFIDAVIT/DECLARATION in Support re 434 MOTION for Summary Judgment *Originally filed on 11/23/2009 as Docket Entry 96, 96-1 & 96-2 in case number 05-cv-00453. Dkt Entry 98 & 98-1 in 05-cv-00453* filed by Northeast Pharmaceutical Group Co., Ltd.. (Attachments: # 1 Exhibit A) (Serota, James) (Entered: 06/23/2011) |
| 06/23/2011 | 437 | MEMORANDUM in Opposition re 434 MOTION for Summary Judgment *Originally filed on 11/23/2009 as Docket Entry 96, 96-1 & 96-2 in case number 05-cv-00453. Dkt Entry 99, 99-1, 99-2 & 99-3 in 05-cv-00453* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit Cover Letter, # 2 Rule 56.1 Statement Response to |

| | | |
|---|---|---|
| | | R56.1 Statement, # 3 Certificate of Service) (Serota, James) (Entered: 06/23/2011) |
| 06/23/2011 | 438 | AFFIDAVIT/DECLARATION in Opposition re 434 MOTION for Summary Judgment *Originally filed on 11/23/2009 as Docket Entry 96, 96-1 & 96-2 in case number 05-cv-00453. Dkt Entry 100 in 05-cv-00453* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Serota, James) (Entered: 06/23/2011) |
| 06/23/2011 | 439 | REPLY in Support re 434 MOTION for Summary Judgment *Originally filed on 11/23/2009 as Docket Entry 96, 96-1 & 96-2 in case number 05-cv-00453. Dkt Entry 101 and 101-1 in 05-cv-00453* filed by Northeast Pharmaceutical Group Co., Ltd.. (Attachments: # 1 Rule 56.1 Statement Rule 56.1 Statement Summary on Reply) (Serota, James) (Entered: 06/23/2011) |
| 09/06/2011 | 440 | ORDER denying 391 Motion for Summary Judgment. Ordered by Judge Brian M. Cogan on 9/1/2011. (Marziliano, August) (Entered: 09/06/2011) |
| 09/06/2011 | | SCHEDULING ORDER: In light of the Memorandum Decision and Order 440 denying defendants' motion for summary judgment, a Status Conference will be held on 10/4/2011 at 2:15 PM in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 9/6/2011. (Weisberg, Peggy) (Entered: 09/06/2011) |
| 09/23/2011 | 441 | Letter MOTION to Adjourn Conference *on consent of all defendants from 10/4/11 to on or after 11/3/11* by Northeast Pharmaceutical Group Co., Ltd.. (Serota, James) (Entered: 09/23/2011) |
| 09/23/2011 | | ORDER granting 441 Motion to Adjourn Conference to 11/3 at 2:15 pm in Courtroom 8D. Ordered by Judge Brian M. Cogan on 9/23/2011. (Weisberg, Peggy) (Entered: 09/23/2011) |
| 11/03/2011 | 442 | Letter *to Judge Cogan enclosing Plaintiffs' Proposed Schedule* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Plaintiffs' Proposed Schedule) (Landau, Brent) (Entered: 11/03/2011) |
| 11/03/2011 | 443 | Proposed Scheduling Order *List of Pending Motions and Proposed Schedule* by Northeast Pharmaceutical Group Co., Ltd. (Martin, Scott) (Entered: 11/03/2011) |
| 11/04/2011 | | Minute Entry for Status Conference held before Judge Brian M. Cogan on 11/3/11. All parties present. The Court stated that it will set a schedule for expert discovery upon determination of the class certification motion. The Court also set the following dates. Defendants' 1292(b) motion is due 11/11. Plaintiffs' opposition due 11/25. Reply, if any, due 12/2. See transcript for details. (Court reporter Marsha Diamond). (Weisberg, Peggy) (Entered: 11/04/2011) |
| 11/07/2011 | 444 | NOTICE of Appearance by Catharine Louise Zurbrugg on behalf of Aland (Jiangsu) Nutraceutical Co., Ltd, JSPC America, Inc. (aty to be noticed) (Zurbrugg, Catharine) (Entered: 11/07/2011) |
| 11/11/2011 | 445 | MOTION for Leave to Appeal by Aland (Jiangsu) Nutraceutical Co., Ltd, Hebei Welcome Pharmaceutical Co. Ltd., JSPC America, Inc., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng |

| | | Pharmaceutical Co., Ltd.. (Attachments: # 1 Memorandum in Support Of Defendants' Motion For Certification Of The Court's September 1, 2011 Order For Interlocutory Appeal Pursuant To 28 U.S.C. § 1292(b)) (Bomse, Stephen) (Entered: 11/11/2011) |
|---|---|---|
| 11/16/2011 | 446 | MOTION for Extension of Time to File *Brief Opposing Defendants' Motion for Certification of Court's 9-1-11 Order* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 11/16/2011) |
| 11/16/2011 | | ORDER granting 446 Motion for Extension of Time to File Brief Opposing Defendants' Motion for Certification. Plaintiffs' opposition due by 11/30; defendants' reply due by 12/7. Ordered by Judge Brian M. Cogan on 11/16/2011. (Weisberg, Peggy) (Entered: 11/16/2011) |
| 11/17/2011 | 447 | Letter MOTION for Extension of Time to File Response/Reply *In Support of Motion for Certification of Court's 9-1-11 Order* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Mason, Daniel) (Entered: 11/17/2011) |
| 11/17/2011 | | ORDER granting (447) Motion for Extension of Time to File Reply to motion to certify order for appeal to 12/12/11. Ordered by Judge Brian M. Cogan on 11/17/2011. Associated Cases: 1:06-md-01738-BMC-JO et al. (Cogan, Brian) (Entered: 11/17/2011) |
| 11/30/2011 | 448 | MEMORANDUM in Opposition re 445 MOTION for Leave to Appeal filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Affidavit of Service) (Landau, Brent) (Entered: 11/30/2011) |
| 12/08/2011 | 449 | ORDER. NEPG's objections are denied in part and sustained in part. NEPG must produce the Ministry Report Documents, but may withhold the Report to Government Agencies Documents. Ordered by Judge Brian M. Cogan on 12/7/2011. (Siegfried, Evan) (Entered: 12/08/2011) |
| 12/12/2011 | 450 | REPLY in Support re 445 MOTION for Leave to Appeal filed by Aland (Jiangsu) Nutraceutical Co., Ltd, Hebei Welcome Pharmaceutical Co. Ltd., JSPC America, Inc., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd.. (Bomse, Stephen) (Entered: 12/12/2011) |
| 12/12/2011 | 451 | Letter *Dated December 12, 2012 from Joel M. Mitnick to Judge Cogan* by Ministry of Commerce for the Peoples Republic of China (Mitnick, Joel) (Entered: 12/12/2011) |
| 12/28/2011 | 452 | **Memorandum Decision and Order** granting (401) Motion for Summary Judgment in case 1:06-md-01738-BMC-JO. Ordered by Judge Brian M. Cogan on 12/27/2011. Forwarded for judgment. (Siegfried, Evan) (Entered: 12/28/2011) |
| 01/26/2012 | 453 | **MEMORANDUM DECISION AND ORDER** denying 63 Motion to Dismiss; granting 242 Motion to Certify Class; granting 247 Motion to Certify Class. Ordered by Judge Brian M. Cogan on 1/25/2012. (Siegfried, Evan) (Entered: 01/26/2012) |
| 02/02/2012 | | |

| | | SCHEDULING ORDER: The Court will hold a Telephonic Status Conference on 2/7/12 at 2:15 pm. **All parties will jointly call Chambers at 718-613-2230.** Parties on the stayed actions are not required to participate in the telephone conference. Ordered by Judge Brian M. Cogan on 2/2/2012. (Weisberg, Peggy) (Entered: 02/02/2012) |
| 02/03/2012 | 454 | Letter MOTION to Compel *production of document* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Landau, Brent) (Entered: 02/03/2012) |
| 02/06/2012 | | ORDER re 454 Letter MOTION to Compel *production of document* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- Defendant Aland (Jiangsu) Nutraceutical Co., Ltd shall respond to the motion to compel by February 9, 2012. The response must include an affidavit from a person with authority on behalf of Aland stating whether the company asserts an attorney-client privilege with respect to communications between itself and Sidley Austin. If Aland does assert such a privilege, it must provide sufficient information, such as contemporaneous documents establishing the relationship, to allow the court to determine that the privilege existed at the time the document at issue was created; such documents may, if necessary, be submitted *in camera*. In addition, counsel for *amicus curiae* Ministry of Commerce is invited to submit an affidavit specifying whether it also serves as counsel to Aland for any purpose. Ordered by Magistrate Judge James Orenstein on 2/6/12. (Konkoly, Antonia) (Entered: 02/06/2012) |
| 02/07/2012 | | MINUTE ENTRY for status conference held before Judge Brian M. Cogan on 2/7/2012 via telephone. The Court discussed outstanding discovery. By 2/28/2012, the parties shall jointly submit a proposed schedule for the completion of expert discovery and for class notice to be submitted. See transcript for details. (Court reporter: Michelle Nardone) (Weisberg, Peggy) (Entered: 02/07/2012) |
| 02/09/2012 | 455 | **MEMORANDUM DECISION AND ORDER** denying 445 Motion for Leave to Appeal. Ordered by Judge Brian M. Cogan on 2/8/2012. (Siegfried, Evan) (Entered: 02/09/2012) |
| 02/09/2012 | 456 | RESPONSE to Motion re 454 Letter MOTION to Compel *production of document* filed by Aland (Jiangsu) Nutraceutical Co., Ltd. (Attachments: # 1 Declaration of Wang Qiang, # 2 Exhibit A) (Goldstein, Richard) (Entered: 02/09/2012) |
| 02/09/2012 | 457 | Letter *to Magistrate Judge James Orenstein dated 2/9/2012* by Ministry of Commerce for the Peoples Republic of China (Mitnick, Joel) (Entered: 02/09/2012) |
| 02/09/2012 | 458 | DECLARATION re Order,,,, dated *02/06/2012* by Ministry of Commerce for the Peoples Republic of China (Attachments: # 1 Appendix A (Redacted in Full), # 2 Appendix B (Redacted in Full)) (Mitnick, Joel) (Entered: 02/09/2012) |
| 02/28/2012 | 459 | |

| | | |
|---|---|---|
| | | Letter *Submitting Proposed Schedule* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Southwick, James) (Entered: 02/28/2012) |
| 02/28/2012 | 460 | Letter *to Judge Brian M. Cogan* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Mason, Daniel) (Entered: 02/28/2012) |
| 02/29/2012 | | ORDER re 459 Letter Submitting Proposed Schedule. The time for filing dispositive motions on liability was previously set and has passed. In order to decide whether to allow defendants to file additional dispositive motions, the Court needs more information. Defendants therefore must file a letter by 3/7/2012 describing in detail the proposed dispositive motion. Ordered by Judge Brian M. Cogan on 2/29/2012. (Weisberg, Peggy) (Entered: 02/29/2012) |
| 03/02/2012 | | SCHEDULING ORDER: re 454 Letter MOTION to Compel *production of document* -- A telephone conference to discuss the motion will be held on March 16, 2012, at 4:00 p.m. Counsel for Aland shall coordinate the call and conference in chambers when all parties are on the line. Ordered by Magistrate Judge James Orenstein on 3/2/2012. (Konkoly, Antonia) (Entered: 03/02/2012) |
| 03/07/2012 | 461 | Letter *to Judge Brian M. Cogan in Response to the Court's Order of February 29, 2012* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Mason, Daniel) (Entered: 03/07/2012) |
| 03/09/2012 | | ORDER adopting the proposed schedule set forth at 459 . Expert discovery to be complete by 9/7/12; Daubert motions and non-liability dispositive motions by 9/14/12; trial in October, 2012. Ordered by Judge Brian M. Cogan on 3/9/2012. (Weisberg, Peggy) (Entered: 03/09/2012) |
| 03/16/2012 | 462 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Telephone Conference held on 3/16/2012. THE FOLLOWING RULINGS WERE MADE: I asked the plaintiff and amicus curiae for certain supplemental submissions on the pending motion to compel discovery. The plaintiff will submit a letter specifying the bases for contending the document at issue is discoverable in the absence of any privilege, and the amicus, as well as the law firm that serves as its counsel, will submit declarations or affidavits providing further information as to the relationship between the law firm and defendant Aland at the time the document at issue was created. I did not set a deadline for the submissions during the call but hereby request that the submissions described above be made no later than March 30, 2012. If any party seeks to alter that schedule, the parties shall confer and jointly propose an alternative. (Konkoly, Antonia) (Entered: 03/16/2012) |
| 03/30/2012 | 463 | Letter *to Judge James Orenstein with Declaration of Joel M. Mitnick attached,* by Ministry of Commerce for the Peoples Republic of China (Attachments: # 1 Declaration Declaration of Joel M. Mitnick) (Mitnick, Joel) (Entered: 03/30/2012) |
| 03/30/2012 | 464 | Letter *to Judge James Orenstein in Response to Order (Dkt. 462) of March 16, 2012* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 03/30/2012) |
| 04/04/2012 | 465 | |

| | | |
|---|---|---|
| | | Letter MOTION to Withdraw as Attorney by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Declaration, # 2 Proposed Order) (Gebrewold, Besrat) (Entered: 04/04/2012) |
| 04/05/2012 | | ORDER granting 465 Motion to Withdraw as Attorney. Attorney Besrat J. Gebrewold terminated -- The motion is granted and the proposed order so ordered. Ordered by Magistrate Judge James Orenstein on 4/5/2012. (Konkoly, Antonia) (Entered: 04/05/2012) |
| 04/12/2012 | 466 | NOTICE of Appearance by Melinda R. Coolidge on behalf of All Plaintiffs (aty to be noticed) (Coolidge, Melinda) (Entered: 04/12/2012) |
| 05/04/2012 | 467 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 11 03 2011, before Judge BRIAN M. COGAN. Court Reporter/Transcriber MARSHA DIAMOND, Telephone number 718 613-2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS.GOV. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/25/2012. Redacted Transcript Deadline set for 6/4/2012. Release of Transcript Restriction set for 8/2/2012. (Diamond, Marsha) (Entered: 05/04/2012) |
| 05/08/2012 | 468 | Copy of receipt for fee paying PHV due by Melinda R. Coolidge. (Siegfried, Evan) (Entered: 05/08/2012) |
| 05/10/2012 | 469 | Letter MOTION to Amend/Correct/Supplement *Schedule entered by the Court on March 9, 2012* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Coolidge, Melinda) (Entered: 05/10/2012) |
| 05/16/2012 | | ORDER granting 469 motion to amend the discovery schedule. The revised schedule set forth in the plaintiffs' letter is hereby adopted. Ordered by Judge Brian M. Cogan on 5/16/2012. (Weisberg, Peggy) (Entered: 05/16/2012) |
| 05/21/2012 | 470 | Notice of MOTION for Settlement *Preliminary Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd.* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Michael D. Hausfeld in Support of Certified Classes Settlement Agreement, # 3 Exhibit A, # 4 Declaration of Daniel C. Hedlund in Support of Indirect Purchaser Settlement Agreement, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Proposed Order) (Coolidge, Melinda) (Entered: 05/21/2012) |
| 05/21/2012 | 471 | Letter *to the Honorable Brian M. Cogan enclosing courtesy copies* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. |

| | | Ltd. 06-CV-149 (Coolidge, Melinda) Modified on 5/22/2012 to change filer. (Chee, Alvin). (Entered: 05/21/2012) |
|---|---|---|
| 05/23/2012 | | SCHEDULING ORDER. The Court will hold a telephone conference on 5/30/2012 at 5:00 pm. Plaintiffs' counsel is directed to arrange and initiate the call and will call Chambers at 718-613-2230. It is further Ordered that lawyers who are signatories to the settlement agreement 470 must attend. All other parties may participate if they wish. Ordered by Judge Brian M. Cogan on 5/23/2012. (Weisberg, Peggy) (Entered: 05/23/2012) |
| 05/24/2012 | 472 | Letter *to Judge Brian M. Cogan Regarding Class Notice Proposal* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Mason, Daniel) (Entered: 05/24/2012) |
| 05/25/2012 | 473 | Notice of MOTION for Settlement *Direct and Indirect Purchaser Plaintiffs' Notice of Joint Motion for Approval of Notice Plan, Form of Notice, and Claim Form* by Plaintiff(s) in Civil Action Philon vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Katherine Kinsella, # 3 Exhibit 1 to Kinsella Decl., # 4 Exhibit 2 to Kinsella Decl., # 5 Exhibit 3 to Kinsella Decl., # 6 Exhibit 4 to Kinsella Decl., # 7 Exhibit 5 to Kinsella Decl., # 8 Declaration of Brent W. Landau, # 9 Exhibit 1 to Landau Decl., # 10 Exhibit 2 to Landau Decl., # 11 Exhibit 3 to Landau Decl., # 12 Exhibit 4 to Landau Decl., # 13 Proposed Order) (Coolidge, Melinda) (Entered: 05/25/2012) |
| 05/25/2012 | 474 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Philon vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Coolidge, Melinda) (Entered: 05/25/2012) |
| 05/29/2012 | 475 | RESPONSE to Motion re 473 Notice of MOTION for Settlement *Direct and Indirect Purchaser Plaintiffs' Notice of Joint Motion for Approval of Notice Plan, Form of Notice, and Claim Form* , RESPONSE in Opposition re 470 Notice of MOTION for Settlement *Preliminary Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd.* filed by Hebei Welcome Pharmaceutical Co. Ltd., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Declaration of Gina M. Intrepido-Bowden) (Mason, Daniel) (Entered: 05/29/2012) |
| 05/29/2012 | 476 | Letter *to the Honorable Brian M. Cogan* by Hebei Welcome Pharmaceutical Co. Ltd., Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 05/29/2012) |
| 05/30/2012 | 477 | Letter *to Judge Cogan Regarding the Expert Report of B. Douglas Bernheim* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 05/30/2012) |
| | | |

| 05/31/2012 | | MINUTE ENTRY for status conference held before Judge Brian M. Cogan via telephone on May 30, 2012. Counsel for various plaintiffs and defendants present. The Court discussed the parties' motion for preliminary approval of their settlement. See transcript for details. (Court reporter: Charisse Kitt) (Weisberg, Peggy) (Entered: 05/31/2012) |
| 05/31/2012 | | SCHEDULING ORDER: The Court will hold a status conference in Courtroom 8D on July 10, 2012, at 11:00 AM. Parties on the stayed actions are not required to attend. Ordered by Judge Brian M. Cogan on 5/31/2012. (Weisberg, Peggy) (Entered: 05/31/2012) |
| 06/01/2012 | 478 | REPLY in Support re 473 Notice of MOTION for Settlement *Direct and Indirect Purchaser Plaintiffs' Notice of Joint Motion for Approval of Notice Plan, Form of Notice, and Claim Form* filed by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Declaration of Brent W. Landau, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Coolidge, Melinda) (Entered: 06/01/2012) |
| 06/01/2012 | 479 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Coolidge, Melinda) (Entered: 06/01/2012) |
| 06/04/2012 | 480 | **MEMORANDUM DECISION AND ORDER** denying 434 Motion for Summary Judgment. Ordered by Judge Brian M. Cogan on 6/1/2012. (Siegfried, Evan) (Entered: 06/04/2012) |
| 06/08/2012 | 481 | Letter dated 6/4/2012 to Judge Brian M. Cogan from counsel James I. Serota RE: counsel informs the Court that several attorneys from Greenberg Traurig are no longer working on this case. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | 482 | DECLARATION *Of Service Of Notice Of Class Action Settlement Pursuant To 28 U.S.C. § 1715* by Aland (Jiangsu) Nutraceutical Co., Ltd (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldstein, Richard) (Entered: 06/08/2012) |
| 06/11/2012 | 483 | NOTICE of Voluntary Dismissal by Plaintiff(s) in Civil Action Carroll vs. China Pharmaceuticals Group, 07-CV-0226, Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Jabo's Pharmacy, Inc., Niall Vignoles, Hunt & Behrens, Inc. (Battin, Timothy) (Entered: 06/11/2012) |
| 06/11/2012 | 484 | Letter *to Judge Cogan Regarding Status of Indirect Purchaser Complaints* by Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Battin, Timothy) (Entered: 06/11/2012) |
| 06/14/2012 | 485 | |

| | | |
|---|---|---|
| | | **ORDER**. Ordered by Judge Brian M. Cogan on 6/13/2012. Associated Cases: 1:06-md-01738-BMC-JO et al. (Siegfried, Evan) (Entered: 06/14/2012) |
| 06/14/2012 | 486 | ORDER. Please see attached order for details. Ordered by Judge Brian M. Cogan on 6/14/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-06059-BMC-JO, 1:06-cv-00897-BMC-JO, 1:06-cv-05561-BMC-JO (Siegfried, Evan) (Main Document 486 replaced on 6/14/2012) (Siegfried, Evan). (Entered: 06/14/2012) |
| 06/14/2012 | 487 | ORDER. Please see attached order for details. Ordered by Judge Brian M. Cogan on 6/14/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-01721-BMC-JO, 1:06-cv-03528-BMC-JO, 1:07-cv-00226-BMC-JO (Siegfried, Evan) (Entered: 06/14/2012) |
| 06/15/2012 | 488 | MEMORANDUM DECISION AND ORDER regarding 473 Direct and Indirect Purchaser Plaintiffs' Notice of Joint Motion for Approval of Notice Plan, Form of Notice, and Claim Form. Fairness Hearing set for 10/17/2012 at 02:00 PM in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 6/14/2012. (Lee, Tiffany) (Entered: 06/15/2012) |
| 07/03/2012 | 489 | NOTICE by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453 *NON-SETTLING DEFENDANTS STATEMENT OF RULE 16 CONFERENCE* (Mason, Daniel) (Entered: 07/03/2012) |
| 07/06/2012 | 490 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 re 489 Notice(Other) *DIRECT PURCHASER AND INJUNCTION CLASS PLAINTIFFS' STATEMENT OF ISSUES FOR STATUS CONFERENCE AND RESPONSE TO NON-SETTLING DEFENDANTS' STATEMENT OF RULE 16 CONFERENCE* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Certificate of Service) (Landau, Brent) (Entered: 07/06/2012) |
| 07/10/2012 | | MINUTE ENTRY AND ORDER for Status Conference held before Judge Brian M. Cogan on July 10, 2012. Counsel for both sides present. By July 12, 2012, the parties shall jointly submit a proposed briefing schedule for defendants' motion in limine regarding statements of the Ministry of Commerce. The parties are required to file a Joint Pretrial Order using the form posted on the Court's website by September 26, 2012. The parties are to simultaneously deliver to Chambers a set of those exhibits to which objection has been made, and those portions of deposition testimony that a party intends to offer and to which the adversary objects, both as reflected in the Joint Pretrial Order, so that the Court can rule on the objections at the Final Pretrial Conference to the extent practicable. Exhibits and deposition testimony which the parties may use solely for the purposes of impeachment or rebuttal should be omitted from the Joint Pretrial Order. Final Pretrial Conference is set for 10/10/2012 at 10:00 A.M. in Courtroom 8D South. The Court heard argument regarding whether Qiao Haili should be precluded from testifying at trial; the Court reserved decision on this issue. Trial will begin on November 5, 2012. See transcript for details. (Court Reporter: Fred Guerino) (Weisberg, Peggy) (Entered: 07/10/2012) |
| 07/11/2012 | | ORDER regarding plaintiffs' motion to preclude defense witness Qiao Haili from testifying at trial. As an initial step to resolving this inquiry, defendants |

| | | must file an affidavit of Mr. Qiao with this Court, by August 8, 2012, setting forth in exacting detail the substance of Mr. Qiao's anticipated direct testimony. The Court will then determine whether to rule on plaintiffs' motion based on this affidavit or conduct further proceedings to determine what, if any, prejudice plaintiffs would suffer as a result of Mr. Qiao's testimony. Ordered by Judge Brian M. Cogan on 7/11/2012. (Weisberg, Peggy) (Entered: 07/11/2012) |
|------------|-----|----------------------------------------------------------------------------------------------|
| 07/12/2012 | 491 | Letter *to Honorable Brian M. Cogan* by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd. (Mason, Daniel) (Entered: 07/12/2012) |
| 07/12/2012 | 492 | Letter *to Honorable Brian M. Cogan* by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd. (Mason, Daniel) (Entered: 07/12/2012) |
| 07/13/2012 | | ORDER adopting 492 proposed scheduling order. Defendants' motion in limine due by August 15, 2012; opposition by September 7, 2012; reply, if any, by September 21, 2012. Ordered by Judge Brian M. Cogan on 7/13/2012. (Weisberg, Peggy) (Entered: 07/13/2012) |
| 07/13/2012 | 493 | MOTION to Withdraw as Attorney by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Agrawal, Suyash) (Entered: 07/13/2012) |
| 07/13/2012 | | ORDER granting 493 Motion to Withdraw as Attorney. Attorney Suyash Agrawal terminated. Ordered by Judge Brian M. Cogan on 7/13/2012. (Weisberg, Peggy) (Entered: 07/13/2012) |
| 07/18/2012 | 494 | **MEMORANDUM DECISION AND ORDER** denying (387) Motion for Summary Judgment; denying (286) Motion to Dismiss for Lack of Jurisdiction. See attached order for further details. Ordered by Judge Brian M. Cogan on 7/17/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Siegfried, Evan) (Entered: 07/18/2012) |
| 08/01/2012 | 495 | *DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.'S* ANSWER to 355 Amended Complaint, by China Pharmaceutical Group Ltd.. (Mason, Daniel) (Entered: 08/01/2012) |
| 08/08/2012 | 496 | **MEMORANDUM DECISION AND ORDER**. The NCPC defendants' 371 motion to dismiss is granted in part and denied in part. Defendants North China Pharmaceutical Co. Limited and North China Pharmaceutical Group International Trade Co., Ltd. are dismissed from this case for lack of personal jurisdiction. The motion to dismiss is denied insofar as it seeks dismissal of defendant North China Pharmaceutical Group Corp. See attached order for further details. Ordered by Judge Brian M. Cogan on 8/7/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 08/08/2012) |
| 08/08/2012 | 497 | NOTICE by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd. *NON-SETTLING DEFENDANTS NOTICE OF FILING OF AFFIDAVIT OF QIAO HAILI PURSUANT TO THE COURTS ORDER OF JULY 11, 2012* |

**A-90**

| | | |
|---|---|---|
| | | *AND STATEMENT THEREON* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Mason, Daniel) (Entered: 08/08/2012) |
| 08/10/2012 | 498 | ORDER. Please see attached order for details. Ordered by Judge Brian M. Cogan on 8/9/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 08/10/2012) |
| 08/14/2012 | 499 | Letter *supplementing March 30, 2012 letter to Magistrate Judge Orenstein regarding pending motion to compel* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 08/14/2012) |
| 08/15/2012 | 500 | NOTICE by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd. *NON-SETTLING DEFENDANTS MEMORANDUM REGARDING THE ADMISSIBILITY AT TRIAL OF CERTAIN STATEMENTS BY THE MINISTRY OF COMMERCE OF THE PEOPLES REPUBLIC OF CHINA AND APPENDIX A* (Mason, Daniel) (Entered: 08/15/2012) |
| 08/16/2012 | 501 | Letter *TO JUDGE COGAN* by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 08/16/2012) |
| 08/16/2012 | | ORDER re 501 Letter filed by Northeast Pharmaceutical Group Co., Ltd., Hebei Welcome Pharmaceutical Co. Ltd., Weisheng Pharmaceutical Co. Ltd. Defendants may deem their letter to constitute their motion for reconsideration, or they may choose to file a formal motion. Ordered by Judge Brian M. Cogan on 8/16/2012. (Cogan, Brian) (Entered: 08/16/2012) |
| 08/17/2012 | 502 | Notice of MOTION for Reconsideration *OF THE COURTS AUGUST 9, 2012 ORDER REQUIRING AN ADVERSE INFERENCE INSTRUCTION IN CONNECTION WITH DEFENDANTS WITNESS QIAO HAILI* by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Memorandum in Support, # 2 Certificate of Service) (Mason, Daniel) (Entered: 08/17/2012) |
| 08/17/2012 | 503 | Letter by Northeast Pharmaceutical Group Co., Ltd. (Serota, James) (Entered: 08/17/2012) |
| 08/21/2012 | 504 | Letter *TO HONORABLE BRIAN M. COGAN* by Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 08/21/2012) |
| 08/22/2012 | | ORDER re 504 Letter. Joint Pretrial Order due 10/3/2012. Pretrial Conference and Trial date will remain as previously scheduled. Ordered by Judge Brian M. Cogan on 8/22/2012. (Weisberg, Peggy) (Entered: 08/22/2012) |
| 08/22/2012 | 505 | ANSWER to 355 Amended Complaint, by North China Pharmaceutical Group Corp.. (Prescott, Darrell) (Entered: 08/22/2012) |
| 08/22/2012 | 506 | ORDER denying 454 Motion to Compel -- For the reasons set forth in the attached document, I deny the motion to compel. Ordered by Magistrate Judge James Orenstein on 8/22/2012. (Orenstein, James) (Entered: 08/22/2012) |
| 08/31/2012 | 507 | Notice of MOTION for Settlement *Final Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd.* by Plaintiff(s) in Civil |

| | | |
|---|---|---|
| | | Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support of Motion for Final Approval, # 2 Declaration of Michael D. Hausfeld in Support of Motions for Final Approval, # 3 Exhibit Ex. A to Hausfeld Decl., # 4 Declaration of R. Alexander Saveri in Support of Motions for Final Approval, # 5 Exhibit Ex. A to Saveri Decl., # 6 Affidavit Aff. of Charlene Young, # 7 Certificate of Service) (Coolidge, Melinda) (Entered: 08/31/2012) |
| 08/31/2012 | 508 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Coolidge, Melinda) (Entered: 08/31/2012) |
| 08/31/2012 | 509 | RESPONSE in Opposition re 502 Notice of MOTION for Reconsideration *OF THE COURTS AUGUST 9, 2012 ORDER REQUIRING AN ADVERSE INFERENCE INSTRUCTION IN CONNECTION WITH DEFENDANTS WITNESS QIAO HAILI* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 08/31/2012) |
| 08/31/2012 | 510 | Notice of MOTION for Attorney Fees *and Expenses* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support of Indirect Purchaser Plaintiffs' Motion for an Interim Reimbursement of Expenses, # 2 Declaration of Daniel C. Hedlund, Timothy D. Battin, and R. Alexander Saveri in Support of Indirect Purchaser Plaintiffs' Motion for an Interim Reimbursement of Expenses, # 3 Exhibit : Indirect Purchaser Plaintiffs' Compendium in Support of Lead Counsel Declaration, # 4 Certificate of Service) (Battin, Timothy) (Entered: 08/31/2012) |
| 08/31/2012 | 511 | Notice of MOTION for Attorney Fees *and Expenses* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Support Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses, # 2 Declaration Benjamin D. Brown, # 3 Declaration James T. Southwick, # 4 Declaration Michael D. Hausfeld, # 5 Declaration Tanya S. Chutkin) (Southwick, James) (Entered: 08/31/2012) |
| 09/06/2012 | 512 | Letter MOTION for Extension of Time to File *Letter regarding Re-Deposing Witnesses* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Coolidge, Melinda) (Entered: 09/06/2012) |
| 09/06/2012 | | ORDER granting 512 Motion for Extension of Time to File Letter regarding Re-Deposing Witnesses to 9/12. Ordered by Judge Brian M. Cogan on 9/6/2012. (Cogan, Brian) (Entered: 09/06/2012) |
| 09/07/2012 | 513 | |

| | | REPLY in Support re 502 Notice of MOTION for Reconsideration *OF THE COURTS AUGUST 9, 2012 ORDER REQUIRING AN ADVERSE INFERENCE INSTRUCTION IN CONNECTION WITH DEFENDANTS WITNESS QIAO HAILI AND APPENDIX A* filed by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Mason, Daniel) (Entered: 09/07/2012) |
|---|---|---|
| 09/07/2012 | 514 | MEMORANDUM in Opposition re 500 Notice(Other), *Direct Purchaser and Injunction Class Plaintiffs' Memorandum in Response to Non-Settling Defendants' Memorandum Regarding the Admissibility at Trial of Certain Statements of the Ministry of Commerce of the People's Republic of China* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Landau, Brent) (Entered: 09/07/2012) |
| 09/12/2012 | 515 | MOTION for Leave to Electronically File Document under Seal by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Letter Motion to Re-Depose Defense Witnesses, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8) (Coolidge, Melinda) (Entered: 09/12/2012) |
| 09/12/2012 | 516 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 09/12/2012) |
| 09/13/2012 | 517 | ORDER in case 1:05-cv-00453-BMC-JO; denying 502 . See attached order for further details. Ordered by Judge Brian M. Cogan on 9/12/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 09/13/2012) |
| 09/14/2012 | | ORDER granting in part and denying in part 515 plaintiffs' motion for leave to file under seal. Plaintiffs' letter does not contain any confidential, proprietary, or commercially sensitive information. Nor do the attached exhibits, except for Exhibit 8. The Clerk of the Court is directed to unseal plaintiffs' motion, letter, and exhibits, except for Exhibit 8 [515-9] which shall remain sealed. The Court appreciates that many of the exhibits to plaintiffs' letter are excerpts of larger deposition transcripts. This Order is limited to the documents as filed. The Court has made no ruling on whether any portions of these transcripts which are not currently before the Court may be appropriately designated as confidential. Ordered by Judge Brian M. Cogan on 9/14/2012. (Weisberg, Peggy) (Entered: 09/14/2012) |
| 09/17/2012 | 518 | NOTICE /Objection to Proposed Settlement by movant Bradford L. Edwards. (Fernandez, Erica) (Entered: 09/17/2012) |
| 09/17/2012 | 521 | Letter dated 9/17/12 from P.C. Holland to Judge Cogan, objecting to the proposed settlement for the Indirect Purchaser Damages Class. (Brucella, Michelle) (Entered: 09/19/2012) |
| 09/18/2012 | 519 | Letter MOTION for Extension of Time to File Response/Reply *TO PLAINTIFFS' LETTER REGARDING RE-DEPOSING CERTAIN WITNESSES* by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Mason, Daniel) (Entered: 09/18/2012) |
| | | |

| 09/18/2012 | 520 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 09/18/2012) |
|---|---|---|
| 09/19/2012 | | ORDER granting 519 Motion for Extension of Time to File Response/Reply to 9/20/2012. Ordered by Judge Brian M. Cogan on 9/19/2012. (Weisberg, Peggy) (Entered: 09/19/2012) |
| 09/19/2012 | | ORDER as to 520 plaintiffs' letter. The Clerk of the Court is directed to unseal Exhibit 8 to Plaintiffs' Letter Motion to Re-Depose Defense Witnesses [515-9]. Ordered by Judge Brian M. Cogan on 9/19/2012. (Weisberg, Peggy) (Entered: 09/19/2012) |
| 09/20/2012 | 522 | REPLY in Support *NON-SETTLING DEFENDANTS REPLY MEMORANDUM REGARDING THE ADMISSIBILITY AT TRIAL OF CERTAIN STATEMENTS BY THE MINISTRY OF COMMERCE OF THE PEOPLES REPUBLIC OF CHINA re 500 NOTICE* filed by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Mason, Daniel) (Entered: 09/20/2012) |
| 09/20/2012 | 523 | REPLY in Opposition *TO PLAINTIFFS' REQUEST FOR "SPOLIATION" DEPOSITIONS OF EVERY NON-SETTLING DEFENDANT* filed by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Mason, Daniel) (Entered: 09/20/2012) |
| 09/21/2012 | 524 | Letters from individuals requesting claim forms. (Siegfried, Evan) (Entered: 09/21/2012) |
| 09/21/2012 | 525 | ORDER. See attached order for further details. Ordered by Judge Brian M. Cogan on 9/21/2012. (Siegfried, Evan) (Entered: 09/21/2012) |
| 09/24/2012 | 526 | Letter MOTION to Amend/Correct/Supplement *SEPTEMBER 21, 2012 COURT ORDER [DE 525]* by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Mason, Daniel) (Entered: 09/24/2012) |
| 09/25/2012 | | ORDER granting 526 defendant Weisheng's letter motion to amend the September 21, 2012 Order. The depositions provided for by the September 21st Order must be completed by October 19, 2012. The depositions shall be conducted either by video or in Hong Kong, at plaintiffs' option. Ordered by Judge Brian M. Cogan on 9/25/2012. (Weisberg, Peggy) (Entered: 09/25/2012) |
| 09/25/2012 | 527 | NOTICE of Appearance by Katherine H. Kunz on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (aty to be noticed) (Kunz, Katherine) (Entered: 09/25/2012) |
| 09/26/2012 | 528 | Letters from individuals requesting claim forms. (Siegfried, Evan) (Entered: 09/26/2012) |
| 09/26/2012 | 529 | Letters from individuals requesting claim forms. (Siegfried, Evan) (Entered: 09/26/2012) |
| 09/28/2012 | 530 | |

| | | |
|---|---|---|
| | | MOTION to Strike *Defendants' Expert Testimony* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 09/28/2012) |
| 09/28/2012 | 531 | Notice of MOTION for Judgment on the Pleadings *or Summary Judgment, and Determination of Foreign Law* by China Pharmaceutical Group Ltd.. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support English Version, # 3 Affidavit in Support Chinese Version, # 4 Rule 56.1 Statement, # 5 Certificate of Service) (Mason, Daniel) (Entered: 09/28/2012) |
| 09/28/2012 | 532 | MEMORANDUM in Support re 530 MOTION to Strike *Defendants' Expert Testimony* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Southwick, James) (Entered: 09/28/2012) |
| 09/28/2012 | 533 | MOTION to Dismiss *Notice of Motion* by Hebei Welcome Pharmaceutical Co. Ltd.. Responses due by 10/12/2012 (Prescott, Darrell) (Entered: 09/28/2012) |
| 09/28/2012 | 534 | MOTION to Dismiss *Foreign Purchases From Plaintiffs' Claims for Lack of Subject Matter Jurisdiction and to Exclude Certain Other Claims as Without Evidentiary Support* ( Responses due by 10/12/2012) by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit 1 through 9) (Prescott, Darrell) (Entered: 09/28/2012) |
| 10/01/2012 | 535 | Letter *to Judge Cogan dated October 1, 2012 Re Courtesy Copies of Defendants' Motion to Exclude Foreign Purchases* by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 10/01/2012) |
| 10/01/2012 | 536 | MEMORANDUM DECISION AND ORDER: For reasons set forth below, the Court concludes that the Ministry Statements are relevant but are nonetheless inadmissible since they do not fall into either exception to the hearsay rule and should, in any case, be excluded under Rule 403; For these reasons, the Ministry Statements are excluded. Ordered by Judge Brian M. Cogan on 9/27/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Fernandez, Erica) (Entered: 10/01/2012) |
| 10/01/2012 | 541 | Objection to Certification of Indirect Purchaser Settlement Class and Injunction Class and Objection to Plaintiffs' Motion for Final Approval of Settlements with Defendant Aland (Jiangsu) Nutraceutical Co., Ltd. And Objection to Certification of the Settlement Class (Marziliano, August) (Entered: 10/05/2012) |
| 10/02/2012 | 537 | Letter MOTION for Protective Order *(JOINT PRE-MOTION LETTER REGARDING CPG'S MOTION FOR PROTECTIVE ORDER CONCERNING DEPOSITION OF CAI DONG CHEN)* by China Pharmaceutical Group Ltd.. (Attachments: # 1 Exhibit Defendant Ex. A-G, # 2 Exhibit Plaintiff Ex. 1-21) (Mason, Daniel) (Entered: 10/02/2012) |
| 10/03/2012 | | ORDER granting 537 Motion for Protective Order. Plaintiffs have made an insufficient showing to warrant this deposition. Ordered by Judge Brian M. Cogan on 10/3/2012. (Weisberg, Peggy) (Entered: 10/03/2012) |
| 10/03/2012 | 538 | |

| | | |
|---|---|---|
| | | [Proposed] Joint Pretrial Order; filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. W/Attachments: # 1 Plaintiffs' Exhibit List, # 2 Defendants' Exhibit List. (Coolidge, Melinda) *(Modified: Attachment # 2 has been replaced.)* (Entered: 10/03/2012) |
| 10/04/2012 | | Set/Reset Hearing: Final Pretrial Conference previously set for 10/10/2012 is reset to 10/12/2012 at 3:30 pm in Courtroom 8D South. (Weisberg, Peggy) (Entered: 10/04/2012) |
| 10/04/2012 | 539 | Letter *to Judge Cogan regarding enclosed set of Defendants' trial exhibits* by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 10/04/2012) |
| 10/04/2012 | 540 | Letter *to the Honorable Brian M. Cogan enclosing courtesy copies* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 10/04/2012) |
| 10/05/2012 | | ORDER. In light of the recent motions filed in this case, the number of evidentiary objections contained in the parties' proposed Joint Pretrial Order, and the parties' estimate of the length of the trial, the trial date is continued to 1/14/13 with jury selection to be conducted by a MagistrateJudge. All other dates remain unchanged, including the Pretrial Conference on 10/10/12 (which may be the first of several such conferences before trial). Additionally, the parties are reminded that therequirements of Local Civil Rule 6.1 apply to their recently-filed motions [530, 531, 533]. Ordered by Judge Brian M. Cogan on 10/5/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Cogan, Brian) (Entered: 10/05/2012) |
| 10/05/2012 | | ORDER revising the Court's Order of earlier today. The Pretrial Conference is scheduled for October 12, 2012 at 3:30 pm in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 10/5/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Clarke, Melonie) (Entered: 10/05/2012) |
| 10/08/2012 | 542 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Plaintiffs' Exhibit List) (Coolidge, Melinda) (Entered: 10/08/2012) |
| 10/09/2012 | 543 | Letter from individual requesting claim form. (Siegfried, Evan) (Entered: 10/09/2012) |
| 10/09/2012 | 544 | Notice of MOTION to Amend/Correct/Supplement *(Motion to Extend Claims Deadline and Mail Additional Notice)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Declaration of Charlene Young, # 4 Exhibit A, # 5 Proposed Order) (Coolidge, Melinda) (Entered: 10/09/2012) |
| 10/10/2012 | 545 | **ORDER REGARDING NOTICE AND EXTENSION OF CLAIMS DEADLINE.** See attached order for further details. Ordered by Judge Brian M. Cogan on 10/9/2012. (Siegfried, Evan) (Entered: 10/10/2012) |
| 10/11/2012 | 546 | |

| | | |
|---|---|---|
| | | Letter MOTION to Compel *Joint Letter Regarding Plaintiffs' Motion to Compel CPG Documents* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit Plaintiffs Exhibits A-I, # 2 Exhibit Defendants Exhibits 1-4) (Raymond, Shawn) (Entered: 10/11/2012) |
| 10/11/2012 | | MOTIONS REFERRED: 546 Letter MOTION to Compel Joint Letter Regarding Plaintiffs' Motion to Compel CPG Documents. Motion referred to Magistrate Judge James Orenstein. (Weisberg, Peggy) (Entered: 10/11/2012) |
| 10/11/2012 | | SCHEDULING ORDER: re 546 Letter MOTION to Compel *Joint Letter Regarding Plaintiffs' Motion to Compel CPG Documents* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- A status conference to discuss the motion will be held on October 25, 2012 at 11:00 a.m. Ordered by Magistrate Judge James Orenstein on 10/11/2012. (Tarpey, Clare) (Entered: 10/11/2012) |
| 10/11/2012 | 547 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 re 546 Letter MOTION to Compel *Joint Letter Regarding Plaintiffs' Motion to Compel CPG Documents CPG Exhibit 1 to Joint Letter Regarding Plaintiffs' Motion to Compel CPG Documents* (Attachments: # 1 Exhibit CPG 1) (Raymond, Shawn) (Entered: 10/11/2012) |
| 10/12/2012 | 548 | RESPONSE in Opposition re 531 Notice of MOTION for Judgment on the Pleadings *or Summary Judgment, and Determination of Foreign Law* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Raymond, Shawn) (Entered: 10/12/2012) |
| 10/12/2012 | 549 | RESPONSE in Opposition re 530 MOTION to Strike *Defendants' Expert Testimony* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Declaration of Dr. Lawrence Wu) (Prescott, Darrell) (Entered: 10/12/2012) |
| 10/12/2012 | 550 | RESPONSE in Opposition re 533 MOTION to Dismiss *Notice of Motion to Dismiss Foreign Purchases From Plaintiffs' Claims for Lack of Subject Matter Jurisdiction and to Exclude Certain Other Claims as Without Evidentiary Support* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Coolidge, Melinda) (Entered: 10/12/2012) |
| 10/15/2012 | | MINUTE ENTRY for Pretrial Conference held before Judge Brian M. Cogan on October 12, 2012. Both sides present. Certain evidentiary rulings made. See transcript for details. (Court Reporter: Marie Foley). Plaintiffs and defendants shall simultaneously file any motions in limine by October 29, 2012 and their responses to the motions in limine by November 12, 2012. Plaintiffs and defendants shall each submit revised exhibit lists with their motions in limine. NEPG's motion for summary judgment, if it chooses to make one, shall be filed by November 12, 2012. Plaintiffs' opposition to NEPG's motion is due on December 3, 2012, and NEPG's reply is due on December 10, 2012. If plaintiffs choose to make a motion concerning NCPG's document production, such motion shall be filed by November 12, 2012, with opposition due by November 19, 2012, and reply due by November 21, 2012. The parties may not file any pretrial motions other than those listed in this Minute Entry without |

| | | first obtaining the Court's permission. The Court will hold another pretrial conference on November 19, 2012 at 10:00 am in Courtroom 8D South. The trial date is continued to February 25, 2013, with jury selection to be conducted by a Magistrate Judge. (Weisberg, Peggy) (Entered: 10/15/2012) |
|---|---|---|
| 10/15/2012 | 551 | Letter MOTION for Extension of Time to File Response/Reply *and Other Relief Regarding Scheduling* by Hebei Welcome Pharmaceutical Co. Ltd.. (Prescott, Darrell) (Entered: 10/15/2012) |
| 10/16/2012 | 552 | ORDER granting 551 Motion for Extension of Time to File Response/Reply. Ordered by Judge Brian M. Cogan on 10/15/2012. (Siegfried, Evan) (Entered: 10/16/2012) |
| 10/16/2012 | 553 | Letter from individual requesting claim forms. (Siegfried, Evan) (Entered: 10/16/2012) |
| 10/16/2012 | 554 | Letter Motion to Appear by Telephone by China Pharmaceutical Group Ltd.. (Mason, Daniel) (Entered: 10/16/2012) |
| 10/17/2012 | | MINUTE ENTRY for Fairness Hearing held before Judge Brian M. Cogan on October 17, 2012. Counsel for the Direct Purchaser Damages Class, the Injunction Class, the Indirect Purchaser Damages Settlement Class, and settling defendant Aland (Jiangsu) Nutraceutical Co., Ltd. appeared. No objectors or class members appeared. Plaintiffs' motion for final approval of the settlements with Aland 507 is granted, as are plaintiffs' motions for fees and expenses [510 and 511]. See transcript for details. (Court Reporter: Charisse Kitt). A written decision will be entered shortly. (Weisberg, Peggy) (Entered: 10/17/2012) |
| 10/18/2012 | | ORDER granting 554 Motion to Appear by Telephone -- The application is granted; defendants China Pharmaceutical Group Co., Ltd. and Weisheng Pharmaceutical (Shijiazhuang) Co., Ltd. may appear by telephone for the status conference previously scheduled on October 25, 2012 at 11:00 a.m. Ordered by Magistrate Judge James Orenstein on 10/18/2012. (Tarpey, Clare) (Entered: 10/18/2012) |
| 10/19/2012 | 555 | Letter *Re Aland Settlement Direct Purchaser Claims* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Milici, Jennifer) (Entered: 10/19/2012) |
| 10/19/2012 | 556 | REPLY in Support re 531 Notice of MOTION for Judgment on the Pleadings *or Summary Judgment, and Determination of Foreign Law* filed by China Pharmaceutical Group Ltd.. (Mason, Daniel) (Entered: 10/19/2012) |
| 10/19/2012 | 557 | REPLY in Support re (534 in 1:06-md-01738-BMC-JO, 534 in 1:06-md-01738-BMC-JO) MOTION to Dismiss *Foreign Purchases From Plaintiffs' Claims for Lack of Subject Matter Jurisdiction and to Exclude Certain Other Claims as Without Evidentiary Support*, (114 in 1:05-cv-00453-BMC-JO, 114 in 1:05-cv-00453-BMC-JO) MOTION to Dismiss *Foreign Purchases from Plaintiffs' Claims for Lack of Subject Matter Jurisdiction and to Exclude Certain Other Claims as Without Evidentiary Support* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 10/19/2012) |

| | | |
|---|---|---|
| 10/22/2012 | 558 | Letter *to Judge Cogan regarding enclosed courtesy copies of Defendants' October 19, 2012 Reply Memorandum in Support of Motion to Exclude Foreign Purchases* by Hebei Welcome Pharmaceutical Co. Ltd. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 10/22/2012) |
| 10/22/2012 | 559 | REPLY in Support re 530 MOTION to Strike *Defendants' Expert Testimony* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 10/22/2012) |
| 10/23/2012 | 560 | **MEMORANDUM DECISION AND ORDER**. Plaintiffs' motion for final approval of the Aland settlements 507 is granted. The Court also grants plaintiffs' motions for fees and expenses ( 510 and [51l]). See attached order for further details. Ordered by Judge Brian M. Cogan on 10/22/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Siegfried, Evan) (Entered: 10/23/2012) |
| 10/24/2012 | 561 | **FINAL JUDGMENT**. Please see attached document for further details. Ordered by Judge Brian M. Cogan on 10/24/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 10/24/2012) |
| 10/24/2012 | 562 | **FINAL JUDGMENT**. Please see attached document for further details. Ordered by Judge Brian M. Cogan on 10/24/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Siegfried, Evan) (Entered: 10/24/2012) |
| 10/25/2012 | 563 | EXHIBIT *A Amended [dkt 546]* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 546 Letter MOTION to Compel *Joint Letter Regarding Plaintiffs' Motion to Compel CPG Documents* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Raymond, Shawn) (Entered: 10/25/2012) |
| 10/25/2012 | 564 | EXHIBIT *J [Additional Exhibit to dkt 546]* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 546 Letter MOTION to Compel *Joint Letter Regarding Plaintiffs' Motion to Compel CPG Documents* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Raymond, Shawn) (Entered: 10/25/2012) |
| 10/25/2012 | 565 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 10/25/2012. SCHEDULING: There are no further conferences scheduled before me at this time. THE FOLLOWING RULINGS WERE MADE: For the reasons set forth on the record, I granted the motion to compel in its entirety, with the exception that CPG shall have 30 days, rather than 10 days, to discharge its obligations. I denied CPG's request to shift to the plaintiffs the cost of having an ESI specialist assist CPG in discharging its discovery obligations. The plaintiffs shall submit a proposed order by October 29, 2012 (Court Reporter Mary Agnes Drury x2615.) (Tarpey, Clare) (Entered: 10/25/2012) |
| 10/25/2012 | | |

| | | |
|---|---|---|
| | | ORDER granting in part and denying in part 546 Motion to Compel -- as set forth on the record and in docket entry 565, I granted the motion to compel in its entirety, with the exception that CPG shall have 30 days, rather than 10 days, to discharge its obligations. Ordered by Magistrate Judge James Orenstein on 10/25/2012. (Orenstein, James) (Entered: 10/25/2012) |
| 10/29/2012 | 566 | MOTION in Limine *(omnibus)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibits 1-13) (Coolidge, Melinda) (Entered: 10/29/2012) |
| 10/29/2012 | 567 | Letter *to Judge Cogan pursuant to the Court's request at the 10/12/2012 Pretrial Conference and 10/15/2012 Minute Entry to provide a Revised Trial Exhibit List* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit Plaintiffs' Revised Trial Exhibit List) (Kunz, Katherine) (Entered: 10/29/2012) |
| 10/29/2012 | 568 | Letter *to Judge Orenstein pursuant to the Court's ruling at the 10/25/2012 status conference [dkt 565]* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit A - Proposed Order) (Raymond, Shawn) (Entered: 10/29/2012) |
| 10/29/2012 | 569 | MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE ANY REFERENCE TO OTHER VITAMINS LITIGATION OR ANTITRUST INVESTIGATIONS OR PROSECUTIONS* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Certificate of Service) (Mason, Daniel) (Entered: 10/29/2012) |
| 10/29/2012 | 570 | MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE DOCUMENTS OF SETTLING DEFENDANT ALAND (FILED UNDER SEAL)* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Certificate of Service) (Mason, Daniel) (Additional attachment(s) added on 5/16/2013: # 4 SEALING COVER SHEET) (Barrett, C.) (Entered: 10/29/2012) |
| 10/29/2012 | 571 | MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE PLAINTIFFS PROPOSED TRIAL EXHIBIT 18 [DEPOSITION EX. 72] (FILED UNDER SEAL)* by Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Certificate of Service) (Mason, Daniel) (Entered: 10/29/2012) |
| 10/29/2012 | 572 | MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE STATEMENTS BY THE CHINESE GOVERNMENT IN UNRELATED PROCEEDINGS, INCLUDING FOR IMPEACHMENT PURPOSES (FILED UNDER SEAL)* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Certificate of Service) (Mason, Daniel) (Entered: 10/29/2012) |
| | | |

| 10/29/2012 | 573 | Letter *TO HONORABLE BRIAN M. COGAN AND DEFENDANTS REVISED TRIAL EXHIBIT LIST* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 10/29/2012) |
|---|---|---|
| 10/29/2012 | 574 | MOTION in Limine *to Exclude Chinese Laws and Regulations and Opinion Testimony and to Correct Discovery Orders* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4 FILED SEPARATELY UNDER SEAL) (Southwick, James) (Entered: 10/29/2012) |
| 10/29/2012 | 575 | REDACTION to 574 MOTION in Limine *to Exclude Chinese Laws and Regulations and Opinion Testimony and to Correct Discovery Orders* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit 4 FILED UNDER SEAL) (Southwick, James) (Entered: 10/29/2012) |
| 10/29/2012 | 576 | AFFIDAVIT/AFFIRMATION *PROFFER OF TESTIMONY OF QIAO HAILI PURSUANT TO THE COURT ORDER OF OCTOBER 12, 2012* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Weisheng Pharmaceutical Co. Ltd. (Attachments: # 1 Certificate of Service) (Mason, Daniel) (Entered: 10/29/2012) |
| 10/29/2012 | 577 | MOTION in Limine *Briefing on Admissibility of Aland Documents* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 10/29/2012) |
| 10/29/2012 | 578 | MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE INCORRECT TRANSLATIONS OF PLAINTIFFS TRIAL EXHIBITS* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Certificate of Service) (Mason, Daniel) (Entered: 10/29/2012) |
| 10/30/2012 | 579 | Letter *LETTER TO HONORABLE JAMES ORENSTEIN RE: CPG'S OBJECTIONS TO PLAINTIFFS' PROPOSED ORDER [D.E. 567]* by China Pharmaceutical Group Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Mason, Daniel) (Entered: 10/30/2012) |
| 11/02/2012 | 580 | Letter *to Judge Cogan regarding the delivery of courtesy copies of Defendants' trial exhibits* by Hebei Welcome Pharmaceutical Co. Ltd. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 11/02/2012) |
| 11/08/2012 | | ORDER re 579 Letter filed by China Pharmaceutical Group Ltd., 568 Letter filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- Having reviewed the parties' submissions, I am satisfied that the substance of proposed order submitted by the plaintiffs, docket entry [568-1], aptly reflects the oral ruling I made on October 25, 2012, *see* docket entry 565 . I therefore |

| | | |
|---|---|---|
| | | adopt that order in its entirety, notwithstanding the defendant's objections, with the proviso that I extend the time for the parties to meet and confer and reach an agreement as to search terms to November 16, 2012. Ordered by Magistrate Judge James Orenstein on 11/8/2012. (Orenstein, James) (Entered: 11/08/2012) |
| 11/08/2012 | 581 | MOTION to Set Aside *DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.S OBJECTION TO MAGISTRATE JUDGE JAMES ORENSTEINS OCTOBER 25, 2012 ORDER COMPELLING THE PRODUCTION OF DELOITTES WORK FILES* by China Pharmaceutical Group Ltd.. (Mason, Daniel) (Entered: 11/08/2012) |
| 11/12/2012 | 582 | NOTICE of Appearance by Eric Buetzow on behalf of China Pharmaceutical Group Ltd., Vitamin C Antitrust Litigation, Weisheng Pharmaceutical Co. Ltd. (aty to be noticed) (Buetzow, Eric) (Entered: 11/12/2012) |
| 11/12/2012 | 583 | RESPONSE in Opposition re 577 MOTION in Limine *Briefing on Admissibility of Aland Documents* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A) (Prescott, Darrell) (Entered: 11/12/2012) |
| 11/12/2012 | 584 | RESPONSE to Motion re 566 MOTION in Limine *(omnibus)* filed by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A (Filed Under Seal), # 2 Certificate of Service) (Mason, Daniel) (Entered: 11/12/2012) |
| 11/12/2012 | 585 | RESPONSE to Motion re 574 MOTION in Limine *to Exclude Chinese Laws and Regulations and Opinion Testimony and to Correct Discovery Orders* filed by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Certificate of Service) (Mason, Daniel) (Entered: 11/12/2012) |
| 11/12/2012 | 586 | MEMORANDUM in Opposition re 571 MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE PLAINTIFFS PROPOSED TRIAL EXHIBIT 18 [DEPOSITION EX. 72] (FILED UNDER SEAL)* filed by Plaintiff (s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1 Filed under seal, # 2 Exhibit 2 Filed under seal, # 3 Exhibit 3 Filed under seal, # 4 Exhibit 4 filed under seal) (Milici, Jennifer) (Entered: 11/12/2012) |
| 11/12/2012 | 587 | MOTION for Summary Judgment ( Responses due by 12/3/2012) by North China Pharmaceutical Group Corp.. (Attachments: # 1 Memorandum in Support, # 2 Rule 56.1 Statement, # 3 Declaration of James D. Bailey, # 4 Exhibit A, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit K, # 15 Exhibit L, # 16 Exhibit M, # 17 Exhibit N, # 18 Exhibit O, # 19 Exhibit P) (Prescott, Darrell) (Entered: 11/12/2012) |
| 11/12/2012 | 588 | EXHIBIT *1- 4* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 586 Memorandum in Opposition, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 |

**A-102**

| | | |
|---|---|---|
| | | Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Milici, Jennifer) (Entered: 11/12/2012) |
| 11/12/2012 | 589 | MEMORANDUM in Opposition re 576 Affidavit, *Proffer of Testimony of Qiao Haili* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1 (filed separately under seal), # 2 Exhibit 2) (Milici, Jennifer) (Entered: 11/12/2012) |
| 11/12/2012 | 590 | EXHIBIT *1 to Plaintiffs' Response to Proffer of Testimony of Qiao Haili* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987. Related document: 589 Memorandum in Opposition, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1) (Milici, Jennifer) (Entered: 11/12/2012) |
| 11/12/2012 | 591 | MEMORANDUM in Opposition re 570 MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE DOCUMENTS OF SETTLING DEFENDANT ALAND (FILED UNDER SEAL)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1 (filed spearately under seal)) (Milici, Jennifer) (Entered: 11/12/2012) |
| 11/12/2012 | 592 | EXHIBIT *1 to Plaintiffs' Opposition to Defendants' Motion to Exclude Aland Documents* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1) (Milici, Jennifer) (Entered: 11/12/2012) |
| 11/12/2012 | 593 | RESPONSE in Opposition re 578 MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE INCORRECT TRANSLATIONS OF PLAINTIFFS TRIAL EXHIBITS (filed under seal)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibits 1-14, # 2 Declaration of Shiqi Liao) (Coolidge, Melinda) (Entered: 11/12/2012) |
| 11/12/2012 | 594 | RESPONSE in Opposition re 569 MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE ANY REFERENCE TO OTHER VITAMINS LITIGATION OR ANTITRUST INVESTIGATIONS OR PROSECUTIONS (filed under seal)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibits 1-6) (Coolidge, Melinda) (Entered: 11/12/2012) |
| 11/12/2012 | 595 | MOTION to Compel by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A - PX 124, # 2 Exhibit B - May 2008 RFP, # 3 Exhibit C - June 2008 Response to RFP, # 4 Exhibit D - August 2008 Merits RFP, # 5 Exhibit E - August 2012 Email, # 6 Exhibit F - September 2012 Response to RFP, # 7 Exhibit G - September 2012 Email, # 8 Exhibit H - September 2012 ROG Request, # 9 Exhibit I - September 2012 ROG Response, # 10 Exhibit J - FILED SEPARATELY UNDER SEAL, # 11 Exhibit K - FILED SEPARATELY UNDER SEAL, # 12 Exhibit L - FILED SEPARATELY UNDER SEAL, # 13 Exhibit M - FILED SEPARATELY UNDER SEAL) (Southwick, James) (Entered: 11/12/2012) |
| 11/12/2012 | 596 | EXHIBIT *J, K, L & M* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 595 MOTION to Compel filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit J - Jianfu Yang Depo Pages - FILED SEPARATELY UNDER SEAL, |

| | | |
|---|---|---|
| | | # 2 Exhibit K - PX 433 - FILED SEPARATELY UNDER SEAL, # 3 Exhibit L - PX 306 - FILED SEPARATELY UNDER SEAL, # 4 Exhibit M - PX 119 - FILED SEPARATELY UNDER SEAL) (Southwick, James) (Entered: 11/12/2012) |
| 11/12/2012 | 597 | RESPONSE in Opposition re 572 MOTION in Limine *DEFENDANTS MOTION IN LIMINE TO EXCLUDE STATEMENTS BY THE CHINESE GOVERNMENT IN UNRELATED PROCEEDINGS, INCLUDING FOR IMPEACHMENT PURPOSES (FILED UNDER SEAL)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Coolidge, Melinda) (Entered: 11/12/2012) |
| 11/14/2012 | 598 | Notice of MOTION for Disbursement of Funds *(Motion to Authorize Payment of Notice and Claims Administration Costs)* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Proposed Order) (Coolidge, Melinda) (Entered: 11/14/2012) |
| 11/15/2012 | 599 | MOTION for Leave to File *REPLY MEMO IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE STATEMENTS BY THE CHINESE GOVERNMENT IN UNRELATED PROCEEDINGS [D.E. 572]* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., Northeast Pharmaceutical Group Co., Ltd., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 [PROPOSED] REPLY MEMORANDUM, # 2 Certificate of Service) (Mason, Daniel) (Entered: 11/15/2012) |
| 11/15/2012 | 600 | RESPONSE in Opposition re 581 MOTION to Set Aside *DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.S OBJECTION TO MAGISTRATE JUDGE JAMES ORENSTEINS OCTOBER 25, 2012 ORDER COMPELLING THE PRODUCTION OF DELOITTES WORK FILES* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Raymond, Shawn) (Entered: 11/15/2012) |
| 11/16/2012 | | NOTICE TO ALL PARTIES. **Final Pretrial Conference previously set for November 19, 2012 at 10:00 am is CANCELLED.** The Court will reschedule the conference in a subsequent Order. Ordered by Judge Brian M. Cogan on 11/16/2012. (Weisberg, Peggy) (Entered: 11/16/2012) |
| 11/16/2012 | | ORDER as to 599 defendants' motion for leave to file a reply memorandum. The motion is granted and the reply memorandum is deemed filed. Ordered by Judge Brian M. Cogan on 11/16/2012. (Weisberg, Peggy) (Entered: 11/16/2012) |
| 11/16/2012 | 601 | Letter *from C. Critchlow to Judge Cogan regarding cancellation of the November 19 Pretrial Conference and defense counsel's availability for a rescheduled conference* by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 11/16/2012) |
| 11/16/2012 | 602 | |

| | | |
|---|---|---|
| | | Letter *from James D. Bailey to Judge Cogan regarding delivery of courtesy copies of November 12 filings* by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 11/16/2012) |
| 11/16/2012 | 603 | REPLY in Support re 581 MOTION to Set Aside *DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.S OBJECTION TO MAGISTRATE JUDGE JAMES ORENSTEINS OCTOBER 25, 2012 ORDER COMPELLING THE PRODUCTION OF DELOITTES WORK FILES AND CERTIFICATE OF SERVICE* filed by China Pharmaceutical Group Ltd.. (Buetzow, Eric) (Entered: 11/16/2012) |
| 11/19/2012 | 604 | **MEMORANDUM DECISION AND ORDER**. Defendants' motion to dismiss the foreign purchaser claims, strike evidence related to the foreign purchaser claims, and strike evidence of purchases from Hualong and Tiger 533 is denied. Ordered by Judge Brian M. Cogan on 11/16/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 11/19/2012) |
| 11/19/2012 | 605 | Letter *to Judge Cogan Regarding North China Pharmaceutical Group Corp.'s Opposition to Plaintiffs' Motion to Compel* by North China Pharmaceutical Group Corp. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 11/19/2012) |
| 11/21/2012 | 606 | MEMORANDUM AND ORDER dated 11/19/12 that CPG's objection 581 is sustained and Magistrate Judge Orenstein's Orders are reversed to the extent set forth above. ( Ordered by Judge Brian M. Cogan on 11/19/2012 ) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Guzzi, Roseann) (Entered: 11/21/2012) |
| 11/21/2012 | 607 | REPLY to Response to Motion re 595 MOTION to Compel filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 11/21/2012) |
| 11/21/2012 | 608 | EXHIBIT *A* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 607 Reply to Response to Motion filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 11/21/2012) |
| 11/21/2012 | 609 | EXHIBIT *B* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 607 Reply to Response to Motion filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 11/21/2012) |
| 11/21/2012 | 610 | EXHIBIT *C* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 607 Reply to Response to Motion filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 11/21/2012) |
| 11/21/2012 | 611 | MOTION for Leave to File *Reply Memorandum in Support of Plaintiffs' Motion in Limine No. 1 (ECF No. 566)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 [Proposed] Reply |

| | | |
|---|---|---|
| | | Memorandum, # 2 Exhibit A, # 3 Exhibit B) (Coolidge, Melinda) (Entered: 11/21/2012) |
| 11/21/2012 | 612 | REPLY to Response to Motion re 595 MOTION to Compel *[Corrected]* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 11/21/2012) |
| 11/21/2012 | | ORDER in case 1:05-cv-00453-BMC-JO; granting (611) Motion for Leave to File in case 1:06-md-01738-BMC-JO. Ordered by Judge Brian M. Cogan on 11/21/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Cogan, Brian) (Entered: 11/21/2012) |
| 11/21/2012 | 613 | REPLY in Support re 566 MOTION in Limine *(omnibus) No. 1* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Coolidge, Melinda) (Entered: 11/21/2012) |
| 12/03/2012 | 614 | Notice of MOTION for Reconsideration *of the Court's November 19, 2012 Order* by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 12/03/2012) |
| 12/03/2012 | 615 | MOTION for Reconsideration *(Memorandum of Law in Support of)* by Hebei Welcome Pharmaceutical Co. Ltd.. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 12/03/2012) |
| 12/03/2012 | 616 | MEMORANDUM in Opposition re 587 MOTION for Summary Judgment filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 12/03/2012) |
| 12/03/2012 | 617 | AFFIDAVIT/DECLARATION in Opposition re 587 MOTION for Summary Judgment filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A - FILED UNDER SEAL, # 2 Exhibit B - FILED UNDER SEAL, # 3 Exhibit C - FILED UNDER SEAL, # 4 Exhibit D - FILED UNDER SEAL, # 5 Exhibit E - FILED UNDER SEAL, # 6 Exhibit F - FILED UNDER SEAL, # 7 Exhibit G - FILED UNDER SEAL, # 8 Exhibit H - FILED UNDER SEAL, # 9 Exhibit I - FILED UNDER SEAL, # 10 Exhibit J - FILED UNDER SEAL, # 11 Exhibit K - FILED UNDER SEAL, # 12 Exhibit L - FILED UNDER SEAL, # 13 Exhibit M - FILED UNDER SEAL, # 14 Exhibit N - FILED UNDER SEAL, # 15 Exhibit O - FILED UNDER SEAL, # 16 Exhibit P - FILED UNDER SEAL) (Southwick, James) (Entered: 12/03/2012) |
| 12/03/2012 | 618 | RULE 56.1 STATEMENT re 587 MOTION for Summary Judgment filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 12/03/2012) |
| 12/04/2012 | 619 | Letter *to Judge Cogan regarding enclosed courtesy copies of Defendants' Motion for Reconsideration* by Hebei Welcome Pharmaceutical Co. Ltd. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 12/04/2012) |
| 12/04/2012 | 620 | |

| | | DECLARATION *OF EDDIE CHAK REGARDING DEFENDANT CHINA PHARMACEUTICAL GROUP LTD.S CONTACT OF FORMER EMPLOYEES AND EXECUTIVE DIRECTORS Pursuant to the November 8, 2012 Magistrate Judge Order* by China Pharmaceutical Group Ltd. (Mason, Daniel) (Entered: 12/04/2012) |
|---|---|---|
| 12/10/2012 | 621 | REPLY in Support re 587 MOTION for Summary Judgment filed by North China Pharmaceutical Group Corp.. (Attachments: # 1 Exhibit A) (Prescott, Darrell) (Entered: 12/10/2012) |
| 12/10/2012 | 622 | AFFIDAVIT/DECLARATION in Support re 587 MOTION for Summary Judgment *James Bailey* filed by North China Pharmaceutical Group Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Prescott, Darrell) (Entered: 12/10/2012) |
| 12/10/2012 | 623 | AFFIDAVIT/DECLARATION in Support re 587 MOTION for Summary Judgment *by Sarah Hu* filed by North China Pharmaceutical Group Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Prescott, Darrell) (Entered: 12/10/2012) |
| 12/11/2012 | 624 | Letter *to Judge Cogan regarding hand-delivery of courtesy copies of December 10, 2012 Reply* by North China Pharmaceutical Group Corp. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 12/11/2012) |
| 12/14/2012 | 625 | RESPONSE in Opposition re 614 Notice of MOTION for Reconsideration *of the Court's November 19, 2012 Order* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Coolidge, Melinda) (Entered: 12/14/2012) |
| 12/18/2012 | 626 | REPLY in Support re 614 Notice of MOTION for Reconsideration *of the Court's November 19, 2012 Order* filed by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Certificate of Service) (Buetzow, Eric) (Entered: 12/18/2012) |
| 12/21/2012 | 627 | **MEMORANDUM DECISION AND ORDER**. Plaintiffs' motion to exclude the testimony of Dr. Wu 530 is denied. Please see attached order for further details. Ordered by Judge Brian M. Cogan on 12/20/2012. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 12/21/2012) |
| 12/21/2012 | 628 | ORDER REGARDING PAYMENT OF NOTICE AND CLAIMS ADMINISTRATION COSTS. Please see attached order for further details. Ordered by Judge Brian M. Cogan on 12/20/2012. (Siegfried, Evan) (Entered: 12/21/2012) |
| 01/10/2013 | 629 | NOTICE of Change of Firm Address by Darrell Prescott Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 01/10/2013) |
| 01/10/2013 | 630 | |

| | | NOTICE of Change of Firm Address by Darrell Prescott *(Charles H. Critchlow)* Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Prescott, Darrell) (Entered: 01/10/2013) |
|---|---|---|
| 01/24/2013 | 631 | Letter *TO HONORABLE BRIAN M. COGAN REGARDING PRETRIAL CONFERENCE AVAILABILITY* by China Pharmaceutical Group Ltd., Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 01/24/2013) |
| 01/31/2013 | 632 | Letter dated 1/21/2013 from Hayes Barker to Clerk of Court RE: Mr. Barker requests to be added to the action. (Siegfried, Evan) (Entered: 01/31/2013) |
| 01/31/2013 | 633 | **SCHEDULING ORDER:** This case has been referred to me for purposes of selecting a trial jury, which I will do on February 25, 2013, beginning promptly at 9:30 a.m in courtroom 8D, South. I direct counsel for each party to submit, no later than February 19, 2013, any questions the party wishes me to ask of prospective jurors during *voir dire*. Only questions specifically addressing the issues to be tried should be submitted; routine questions are not necessary. I further direct each party to include within its submission a list of the names of all persons, entities, and locations that the party expects to be mentioned during the trial. Ordered by Magistrate Judge James Orenstein on 1/31/2013. (Guy, Alicia) (Entered: 01/31/2013) |
| 02/01/2013 | 634 | NOTICE of Appearance by Catherine Yunie Stillman on behalf of Hebei Welcome Pharmaceutical Co. Ltd. (aty to be noticed) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Stillman, Catherine) (Entered: 02/01/2013) |
| 02/08/2013 | 635 | **MEMORANDUM DECISION AND ORDER** denying (587) Motion for Summary Judgment; granting in part and denying in part (595) Motion to Compel. See attached order for further details. Ordered by Judge Brian M. Cogan on 2/8/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 02/08/2013) |
| 02/11/2013 | 636 | Letter MOTION for Extension of Time to Complete Discovery by North China Pharmaceutical Group Corp.. (Stillman, Catherine) (Entered: 02/11/2013) |
| 02/15/2013 | | ORDER granting 636 Motion for Extension of Time to Complete Discovery. NCPG's time to produce any responsive documents is extended to 2/25/2013. Ordered by Judge Brian M. Cogan on 2/15/2013. (Weisberg, Peggy) (Entered: 02/15/2013) |
| 02/19/2013 | 637 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 02/19/2013) |
| 02/19/2013 | 638 | Proposed Voir Dire by Hebei Welcome Pharmaceutical Co. Ltd. (Attachments: # 1 Jury Questionnaire, # 2 List of Names, Entities, Locations, # 3 Proposed Brief Case Summary) (Stillman, Catherine) (Entered: 02/19/2013) |
| 02/19/2013 | 639 | Letter *to the Honorable Brian M. Cogan (revised)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 02/19/2013) |
| 02/19/2013 | 640 | |

| | | Proposed Voir Dire by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 02/19/2013) |
|---|---|---|
| 02/20/2013 | 641 | Letter *Responding to 638 Defendants' Proposed Jury Questionnaire, Case Summary, and List of Names* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 02/20/2013) |
| 02/20/2013 | | ORDER re 638 Proposed Voir Dire filed by Hebei Welcome Pharmaceutical Co. Ltd., 641 Letter filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 -- I deny the defendants' request to conduct *voir dire* by means of a written questionnaire. Using a questionnaire would impose needless burdens on the parties and the court, and would make it impossible for the parties to complete jury selection on February 25, 2013, as previously scheduled. The parties should be prepared to make their opening statements immediately after the jury has been selected, no later than the afternoon of February 25, 2013. To the extent that the parties have not agreed on a proposed description of the case, I respectfully request that the parties meet and confer and submit by noon on February 21, 2013, either a joint proposal or competing proposals for a short, and non argumentative case description. Ordered by Magistrate Judge James Orenstein on 2/20/2013. (Orenstein, James) (Entered: 02/20/2013) |
| 02/20/2013 | 642 | **MEMORANDUM DECISION AND ORDER**. CPG's motion for a determination of foreign law and judgment on the pleadings or, in the alternative, for summary judgment 531 is denied as untimely. Ordered by Judge Brian M. Cogan on 2/20/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 02/20/2013) |
| 02/21/2013 | 643 | Proposed Voir Dire by Hebei Welcome Pharmaceutical Co. Ltd. (Attachments: # 1 Proposed Brief Case Summary) (Stillman, Catherine) (Entered: 02/21/2013) |
| 02/21/2013 | 644 | Proposed Voir Dire by Hebei Welcome Pharmaceutical Co. Ltd. (Attachments: # 1 Defendants' Proposed Voir Dire Questions) (Stillman, Catherine) (Entered: 02/21/2013) |
| 02/21/2013 | 645 | Letter *Regarding Original Apostiled Documents Attached as Exhibits to Mitnick Declaration in Support of the Brief of Amicus Curiae of the Ministry of Commerce of the People's Republic of China* by Hebei Welcome Pharmaceutical Co. Ltd. (Stillman, Catherine) (Entered: 02/21/2013) |
| 02/21/2013 | 646 | Proposed Jury Instructions by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 02/21/2013) |
| 02/21/2013 | 647 | Letter *to Magistrate Judge James Orenstein regarding objections to ECF 644 (proposed voir dire)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 02/21/2013) |
| 02/22/2013 | 648 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 02/22/2013) |
| 02/23/2013 | 649 | |

|  |  | Letter *to Judge Cogan Regarding Resolution of Plaintiffs' Motion in Limine No. 1 566* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 02/23/2013) |
|---|---|---|
| 02/23/2013 | 650 | Proposed Jury Instructions by Hebei Welcome Pharmaceutical Co. Ltd. (Stillman, Catherine) (Entered: 02/23/2013) |
| 02/23/2013 | 651 | Letter *to the Honorable Judge James Orenstein* by Hebei Welcome Pharmaceutical Co. Ltd. (Attachments: # 1 Recent Publicity About China For Possible Use In Connection with Voir Dire) (Stillman, Catherine) (Entered: 02/23/2013) |
| 02/23/2013 | 652 | Letter *regarding Plaintiffs' Qiao Deposition Designations* by Hebei Welcome Pharmaceutical Co. Ltd. (Stillman, Catherine) (Entered: 02/23/2013) |
| 02/24/2013 | 653 | ORDER in case 1:06-cv-00149-BMC-JO; granting in part and denying in part Motions in Limine; granting in part and denying in part (566)(569) (570) (571) (572) (574) (577) (578) Motion in Limine in case 1:06-md-01738-BMC-JO. See attached Order. Ordered by Judge Brian M. Cogan on 2/24/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO (Cogan, Brian) (Entered: 02/24/2013) |
| 02/24/2013 | 654 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit 1) (Coolidge, Melinda) (Entered: 02/24/2013) |
| 02/24/2013 | 655 | Letter *to Magistrate Judge Orenstein regarding Defendants' proposed list of names for voir dire 638* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 02/24/2013) |
| 02/24/2013 | 656 | Proposed Jury Instructions by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 02/24/2013) |
| 02/25/2013 | 657 | Letter *to Honorable Brian M. Cogan* by China Pharmaceutical Group Ltd., Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 02/25/2013) |
| 02/25/2013 | 658 | Minute Entry for proceedings held before Judge Brian M. Cogan: Jury Selection held on 2/25/2013.(Court Reporter Charleane Heading) (Lee, Tiffeny) (Entered: 02/26/2013) |
| 02/25/2013 |  | Minute Entry for Jury Trial begun on 2/25/2013 before Judge Brian M. Cogan. All parties present. Opening statements. Jury Trial continued to 2/26/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Marsha Diamond.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) Modified. (Entered: 02/26/2013) |
| 02/26/2013 |  | Minute Entry for Jury Trial held on 2/26/2013 before Judge Brian M. Cogan. All parties present. Evidence entered; testimony heard. Jury Trial cont'd to 2/27/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Marsha Diamond.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 02/26/2013) |
| 02/27/2013 |  |  |

| | | |
|---|---|---|
| | | Minute Entry for Jury Trial held on 2/27/2013 before Judge Brian M. Cogan. All parties present. Evidence entered; testimony heard. Jury Trial cont'd to 2/28/2013 at 9:30 AM in Courtroom 8D South.(Court Reporter Marsha Diamond.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 02/27/2013) |
| 02/28/2013 | | Minute Entry for Jury Trial held on 2/28/2013 before Judge Brian M. Cogan. All parties present. Evidence entered; testimony heard. Jury Trial cont'd to 3/4/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Anthony Mancuso.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 02/28/2013) |
| 03/01/2013 | | NOTICE TO COUNSEL: Jury Trial will continue on 3/4/2013 at **10:30 AM** in Courtroom 8D South. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/01/2013) |
| 03/02/2013 | | ORDER. Any party wishing to submit proposed jury charges shall do so by close of business on 3/8/13. The Court generally does not need standard charges, e.g., weighing of the evidence, evaluation of witness credibility, expert witness instruction, mechanism of jury deliberations, unless the parties are so inclined, but is interested in proposed substantive instructions if the parties wish to submit them. Ordered by Judge Brian M. Cogan on 3/2/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Cogan, Brian) (Entered: 03/02/2013) |
| 03/03/2013 | 659 | Letter *to Judge Cogan regarding objections to deposition designations* by Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988 (Landau, Brent) (Entered: 03/03/2013) |
| 03/04/2013 | | Minute Entry for Jury Trial held on 3/4/2013 before Judge Brian M. Cogan. All parties present. Evidence entered; testimony heard. Jury Trial cont'd to 3/5/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Mary Agnes Drury.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/04/2013) |
| 03/04/2013 | 660 | Letter *to Judge Cogan withdrawing objection to DX 105* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 03/04/2013) |
| 03/05/2013 | | Minute Order for proceedings before Judge Brian M. Cogan: All parties present. Motions for Reconsideration 125 and 614 are denied on the record. Jury Trial held on 3/5/2013. Evidence entered; testimony heard. Plaintiffs rests. Jury Trial cont'd to 3/6/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Mary Agnes Drury.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO(Clarke, Melonie) (Entered: 03/05/2013) |
| 03/05/2013 | 661 | Letter *to Judge Cogan regarding the cross-examination of Qiao Haili* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Landau, Brent) (Entered: 03/05/2013) |
| 03/06/2013 | 662 | Proposed Jury Instructions by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 03/06/2013) |
| | | |

| 03/06/2013 | 663 | NOTICE by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 *(Proposed Verdict Form)* (Coolidge, Melinda) (Entered: 03/06/2013) |
| 03/06/2013 | | Minute Entry for Jury Trial held on 3/6/2013 before Judge Brian M. Cogan. All parties present. Evidence entered; testimony heard. Jury Trial cont'd to 3/7/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Mary Agnes Drury.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/06/2013) |
| 03/06/2013 | 664 | Proposed Jury Instructions by Hebei Welcome Pharmaceutical Co. Ltd. (Stillman, Catherine) (Entered: 03/06/2013) |
| 03/06/2013 | 665 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 03/06/2013) |
| 03/07/2013 | 666 | MOTION in Limine *to Exclude Exhibit PX 72* by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Stillman, Catherine) (Entered: 03/07/2013) |
| 03/07/2013 | | Minute Order for proceedings before Judge Brian M. Cogan: All parties present. Motion in Limine 666 is granted on the record. Jury Trial held on 3/7/2013. Evidence entered; testimony heard. Jury Trial cont'd to 3/11/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Mary Agnes Drury.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO(Clarke, Melonie) (Entered: 03/07/2013) |
| 03/08/2013 | 667 | Letter *to Judge Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Southwick, James) (Entered: 03/08/2013) |
| 03/08/2013 | | ORDER re (667 in 1:06-md-01738-BMC-JO) Letter filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. The Court will withhold ruling on plaintiff's motion in limine pending receipt of defendant's response, but defendants should have Dr. Wu prepared to proceed without the material (and accompanying testimony) to which plaintiffs have objected. Ordered by Judge Brian M. Cogan on 3/8/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Cogan, Brian) (Entered: 03/08/2013) |
| 03/09/2013 | 668 | NOTICE by Hebei Welcome Pharmaceutical Co. Ltd. *(Defendants' Proposed Special Verdict Form)* (Stillman, Catherine) (Entered: 03/09/2013) |
| 03/09/2013 | 669 | Letter *to Judge Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Southwick, James) (Entered: 03/09/2013) |
| 03/10/2013 | 670 | Letter *to Judge Cogan Regarding Plaintiffs' Objections to Dr. Wu's Demonstratives* by China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Weisheng Pharmaceutical Co. Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Prescott, Darrell) (Entered: 03/10/2013) |
| 03/10/2013 | 671 | |

| | | |
|---|---|---|
| | | MEMORANDUM in Opposition re 668 Notice(Other) *Defendants' Proposed Special Verdict Form* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Milici, Jennifer) (Entered: 03/10/2013) |
| 03/10/2013 | 672 | Letter *to Judge Cogan Regarding Dr. Wu's Demonstratives* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 03/10/2013) |
| 03/10/2013 | 673 | MEMORANDUM in Opposition re 664 Proposed Jury Instructions filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Landau, Brent) (Entered: 03/10/2013) |
| 03/11/2013 | | Minute Entry for Jury Trial held on 3/11/2013 before Judge Brian M. Cogan. All parties present. Evidence entered; testimony heard. Defendants'rests. Charging Conference set for 3/12/2013 at 10:30 AM in Courtroom 8D South. (Court Reporter Victoria Butler.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/11/2013) |
| 03/12/2013 | 674 | MOTION in Limine *and proposed jury instruction* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Proposed Jury Instruction) (Milici, Jennifer) (Entered: 03/12/2013) |
| 03/12/2013 | | Minute Order for proceedings held before Judge Brian M. Cogan. All parties present. Motion in Limine(674) granting in part on the record. Charging Conference held on 3/12/2013. Jury Trial cont'd to 3/13/2013 at 10:30 AM in Courtroom 8D South. (Court Reporter Victoria Butler.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO(Clarke, Melonie) (Entered: 03/12/2013) |
| 03/13/2013 | | Minute Entry for Jury Trial held on 3/13/2013 before Judge Brian M. Cogan. All parties present. Closing arguments. Jury charged. Deliberations will resume 3/14/2013 at 9:30 AM in Courtroom 8D South. (Court Reporter Victoria Butler.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/13/2013) |
| 03/13/2013 | | ORDER OF SUSTENANCE: It is hereby Ordered that the Marshal supply proper sustenance to the seven jurors empaneled in the above action. Ordered by Judge Brian M. Cogan on 3/13/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/15/2013) |
| 03/14/2013 | | Minute Entry for Jury Trial completed on 3/14/2013 before Judge Brian M. Cogan. All parties present. The jury deliberated and returned a verdict in favor of plaintiffs. The jurors were polled and excused. On motion of plaintiffs, the Court directed entry of judgment in favor of plaintiffs and against defendants in the amount of $162,300,000. (Court Reporter Victoria Butler.) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/14/2013) |
| 03/14/2013 | 675 | JURY VERDICT Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/14/2013) |
| 03/14/2013 | 676 | JUDGMENT: The jury having rendered its verdict in this case in favor of plaintiff, the Ranis Company, Inc., as representative of the Direct Purchaser |

| | | |
|---|---|---|
| | | Class, in the amount of $54,100,000.00, and the Court, upon motion of plaintiff, having directed entry of judgment upon trebling the damage award pursuant to 15 U.S.C.§ 15(a), less $9,000,000 received from former defendants, it is hereby ORDERED and ADJUDGED, that the Ranis Company, as class representative, take judgment against defendants, Hebei Welcome Pharmaceutical Co., Ltd. and North China Pharmaceutical Group Corp., jointly and severally, in the amount of $153,300,000. Ordered by Judge Brian M. Cogan on 3/14/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/14/2013) |
| 03/14/2013 | | ORDER OF SUSTENANCE: It is hereby Ordered that the Marshal supply proper sustenance to the seven jurors empaneled in the above action. Ordered by Judge Brian M. Cogan on 3/14/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Clarke, Melonie) (Entered: 03/15/2013) |
| 03/15/2013 | | ORDER: The Court directs counsel for all parties in the MDL and associated cases that have not been adjudicated or fully settled to file with the Court by 3/25/2013 a joint status report. The parties may submit one joint report for each pending case or they may submit one report for all pending cases. These reports should contain counsels' proposal or proposals (if there is disagreement) as to how to proceed to dispose of the open cases. The reports need not encompass actions that are awaiting settlement approval or where a settlement has been placed on the record. Ordered by Judge Brian M. Cogan on 3/15/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Clarke, Melonie) (Entered: 03/15/2013) |
| 03/25/2013 | 677 | MOTION for Extension of Time to File *Petitions for Attorney Fees & Reimbursable Costs* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 03/25/2013) |
| 03/25/2013 | | ORDER granting 677 Motion. Plaintiffs time to file their petitions for attorney fees and reimbursable costs extended to 4/11/2013. Ordered by Judge Brian M. Cogan on 3/25/2013. (Weisberg, Peggy) (Entered: 03/25/2013) |
| 03/25/2013 | 678 | Notice of MOTION for Settlement *with Defendant Northeast Pharmaceutical Co., Ltd.* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Michael D. Hausfeld, # 3 Exhibit A, # 4 Proposed Order) (Coolidge, Melinda) (Entered: 03/25/2013) |
| 03/25/2013 | 679 | Notice of MOTION for Settlement *with Defendants Weisheng Pharmaceutical Co., Ltd. and China Pharmaceutical Group, Ltd.* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Michael D. Hausfeld, # 3 Exhibit A, # 4 Proposed Order) (Coolidge, Melinda) (Entered: 03/25/2013) |
| 03/25/2013 | 680 | Letter *to the Honorable Brian M. Cogan enclosing courtesy copies* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 03/25/2013) |
| 03/25/2013 | 681 | |

| | | |
|---|---|---|
| | | STATUS REPORT *Joint Status Report* by China Pharmaceutical Group Ltd., Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 03/25/2013) |
| 03/28/2013 | 682 | ORDER re 678 motion for settlement. Please see attached order for further details and modifications made by the Court. Ordered by Judge Brian M. Cogan on 3/28/2013. (Siegfried, Evan) (Entered: 03/28/2013) |
| 03/28/2013 | 683 | ORDER regarding 679 Motion for Settlement. Please see attached order for further details and modifications made by the Court. Ordered by Judge Brian M. Cogan on 3/28/2013. (Siegfried, Evan) (Entered: 03/28/2013) |
| 04/01/2013 | | ORDER as to 681 joint status report. The stay in the Indirect Purchaser Actions shall remain in place except that (1) defendants may file their motion to dismiss the underlying complaints for lack of service, (2) plaintiffs may file their motion to amend their pleadings, and (3) plaintiffs may file their motion on the preclusive effect of the judgment in the Direct Purchaser Action. The motions must be made by 5/1/2013. Opposition briefs shall be filed by 5/15/2013 and reply briefs shall be filed by 5/22/2013. Ordered by Judge Brian M. Cogan on 4/1/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Weisberg, Peggy) (Entered: 04/01/2013) |
| 04/01/2013 | 684 | Notice of MOTION for Settlement *with NEPG* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Timothy D. Battin, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Proposed Order) (Battin, Timothy) (Entered: 04/01/2013) |
| 04/01/2013 | 685 | Letter *to the Honorable Brian M. Cogan enclosing courtesy copies* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Battin, Timothy) (Entered: 04/01/2013) |
| 04/03/2013 | 686 | ORDER re 684 Motion for Settlement. Please see attached order for further details and modifications made by the Court. Ordered by Judge Brian M. Cogan on 4/1/2013. (Siegfried, Evan) (Entered: 04/03/2013) |
| 04/08/2013 | 687 | MOTION for Extension of Time to File *Motions for Attorneys' Fees and Costs* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 04/08/2013) |
| 04/09/2013 | | ORDER granting 687 . Plaintiffs' time to file their motions for attorneys' fees and costs is extended to 5/2/2013. Ordered by Judge Brian M. Cogan on 4/9/2013. (Weisberg, Peggy) (Entered: 04/09/2013) |
| 04/11/2013 | 688 | MOTION for Judgment as a Matter of Law *to Reduce Damages by $7.5 Million (Before Trebling) Due to Speculation, Guess and Surmise as to Co-Conspirator Sales* by Hebei Welcome Pharmaceutical Co. Ltd.. Responses due by 4/25/2013 (Attachments: # 1 Memorandum in Support of Defendants' Renewed Motion for Judgment as as Matter of Law to Reduce Damages by |

|            |     |     |
|------------|-----|-----|
|            |     | $7.5 Million (Before Trebling) Due to Speculation, Guess and Surmise as to Co-Conspirator Sales, # 2 Exhibit A, # 3 Exhibit B) (Stillman, Catherine) (Entered: 04/11/2013) |
| 04/11/2013 | 689 | MOTION for Judgment as a Matter of Law *(Renewed) Under Fed. R. Civ. P. 50(b)* by North China Pharmaceutical Group Corp.. Responses due by 4/25/2013 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z, # 28 Exhibit AA, # 29 Exhibit BB, # 30 Exhibit CC, # 31 Exhibit DD, # 32 Exhibit EE, # 33 Exhibit FF, # 34 Exhibit GG, # 35 Exhibit HH, # 36 Exhibit II) (Stillman, Catherine) (Entered: 04/11/2013) |
| 04/11/2013 | 690 | DECLARATION *OF JIANGXIAO ATHENA HOU CERTIFYING COMPLIANCE WITH NOTICE REQUIREMENTS OF 28 U.S.C. § 1715* by China Pharmaceutical Group Ltd., Weisheng Pharmaceutical Co. Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Hou, Jiangxiao) (Entered: 04/11/2013) |
| 04/11/2013 | 691 | MOTION for Judgment as a Matter of Law *(Renewed) Based on Act of State, Foreign Sovereign Compulsion, and International Comity* by Hebei Welcome Pharmaceutical Co. Ltd.. Responses due by 4/25/2013 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y) (Stillman, Catherine) (Entered: 04/11/2013) |
| 04/12/2013 |     | ORDER in case 1:05-cv-00453-BMC-JO; terminating (689) Motion for Judgment as a Matter of Law; terminating (691) Motion for Judgment as a Matter of Law in case 1:06-md-01738-BMC-JO. Rule 50(b) provides that a party may file "a" renewed motion for judgment as a matter of law; it does not provide that a party may file three motions for judgment as a matter of law. It is unclear why defendants felt the need to file three motions instead of one motion with their different grounds for relief. The latter two motions are therefore terminated. The court will consider the grounds raised in those motions as part of its determination of motion 688. Defendant is directed not to refile. Ordered by Judge Brian M. Cogan on 4/12/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Cogan, Brian) (Entered: 04/12/2013) |
| 04/12/2013 | 692 | Letter *to Honorable Judge Cogan re Courtesy Copies of Defendants' April 11, 2013 Motions [D.E. 688, D.E. 689, D.E. 691]* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Stillman, Catherine) (Entered: 04/12/2013) |
| 04/12/2013 | 693 | Notice of MOTION for Permanent Injunction by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Responses due by 4/29/2013 |

| | | |
|---|---|---|
| | | (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Proposed Order) (Coolidge, Melinda) *(Modified)* (Entered: 04/12/2013) |
| 04/22/2013 | 694 | Letter MOTION for Extension of Time to File Response/Reply as to 688 MOTION for Judgment as a Matter of Law *to Reduce Damages by $7.5 Million (Before Trebling) Due to Speculation, Guess and Surmise as to Co-Conspirator Sales*, 693 Notice of MOTION for Permanent Injunction by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Milici, Jennifer) (Entered: 04/22/2013) |
| 04/24/2013 | | ORDER granting 694 the parties' request for an extension. Plaintiffs' opposition to 688 , defendants' Rule 50(b) motion shall be filed by 5/10/2013 and defendants' reply shall be submitted by 5/31/2013. Defendants' opposition to 693 plaintiffs' motion for a permanent injunction shall be filed by 5/13/2013. Ordered by Judge Brian M. Cogan on 4/24/2013. (Weisberg, Peggy) (Entered: 04/24/2013) |
| 04/29/2013 | 695 | Notice of MOTION for Settlement *Direct and Indirect Purchaser Plaintiffs' Notice of Joint Motion for Approval of Notice Plan and Form of Notice* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Daniel C. Hedlund, # 3 Exhibit A to Hedlund Declaration, # 4 Exhibit B to Hedlund Declaration, # 5 Exhibit C to Hedlund Declaration, # 6 Proposed Order, # 7 Exhibit 1 to Proposed Order (Proposed Detailed Notice), # 8 Exhibit 2 to Proposed Order (Proposed Publication Notice)) (Coolidge, Melinda) (Entered: 04/29/2013) |
| 04/30/2013 | 696 | ORDER in case 1:05-cv-00453-BMC-JO; granting (695) Motion for an ORDER APPROVING DIRECT AND INDIRECT PURCHASER PLAINTIFFS NOTICE PLAN AND FORM OF NOTICE in case 1:06-md-01738-BMC-JO. Ordered by Judge Brian M. Cogan on 4/30/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Marziliano, August) (Entered: 04/30/2013) |
| 04/30/2013 | 697 | Letter MOTION for Extension of Time to File *Motions for Attorneys' Fees and Costs* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Landau, Brent) (Entered: 04/30/2013) |
| 04/30/2013 | | ORDER granting 697 . Plaintiffs' time to file their motions for attorneys' fees and costs is extended to 5/16/2013. Ordered by Judge Brian M. Cogan on 4/30/2013. (Weisberg, Peggy) (Entered: 04/30/2013) |
| 05/01/2013 | 698 | Letter by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 05/01/2013) |
| 05/01/2013 | 699 | Letter by Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059 (Hedlund, Daniel) (Entered: 05/01/2013) |
| 05/01/2013 | | |

| | | |
|---|---|---|
| | | ORDER re: 699 . If plaintiffs do not want to file their preclusion motion now, they may wait for the Court to set a new schedule after disposition of the post-trial motions. Ordered by Judge Brian M. Cogan on 5/1/2013. (Weisberg, Peggy) (Entered: 05/01/2013) |
| 05/01/2013 | 700 | MOTION to Amend/Correct/Supplement *Indirect Purchaser Complaints* by Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support of Motion to Amend, # 2 Exhibit A) (Battin, Timothy) (Entered: 05/01/2013) |
| 05/08/2013 | 701 | Letter MOTION for Leave to File Excess Pages by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Kunz, Katherine) (Entered: 05/08/2013) |
| 05/09/2013 | | ORDER granting plaintiffs' 701 Motion for Leave to File Excess Pages, up to fifty pages. Ordered by Judge Brian M. Cogan on 5/9/2013. (Weisberg, Peggy) (Entered: 05/09/2013) |
| 05/10/2013 | 702 | MEMORANDUM in Opposition re 688 MOTION for Judgment as a Matter of Law *to Reduce Damages by $7.5 Million (Before Trebling) Due to Speculation, Guess and Surmise as to Co-Conspirator Sales* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 PX 21 to PX 165, # 5 PX 173 to PX 320, # 6 PX 386 to PX 386A, # 7 PX 425 part 1, # 8 PX 425 part 2, # 9 PX 425 part 3, # 10 PX 425A, # 11 PX 426 part 1, # 12 PX 426 part 2, # 13 PX 426 part 3, # 14 PX 426A, # 15 PX 427, # 16 PX 427A to PX 442, # 17 DTX 28 to DTX 68, # 18 Video Exhibit 1 to Video Exhibit 6) (Milici, Jennifer) (Entered: 05/10/2013) |
| 05/13/2013 | 703 | EXHIBIT *Exhibit A (corrected) to Plaintiffs Memorandum in Opposition to Defendants' Renewed Motion* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 702 Memorandum in Opposition,, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Milici, Jennifer) (Entered: 05/13/2013) |
| 05/13/2013 | 704 | Letter *enclosing courtesy copies* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Milici, Jennifer) (Entered: 05/13/2013) |
| 05/13/2013 | 705 | MEMORANDUM in Opposition *to Injunction Class Plaintiffs' Motion for Permanent Injunction* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Stillman, Catherine) (Entered: 05/13/2013) |
| 05/14/2013 | 708 | Letter *to Judge Cogan Regarding Courtesy Copies of Defendants' Memorandum of Law in Opposition to Injunction Class Plaintiffs' Motion for Permanent Injunction* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Stillman, Catherine) (Entered: 05/14/2013) |
| 05/15/2013 | 723 | MEMORANDUM in Opposition re 700 MOTION to Amend/Correct/Supplement *Indirect Purchaser Complaints* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Prescott, Darrell) (Entered: 05/15/2013) |
| | | |

| 05/16/2013 | 724 | Letter *to Judge Cogan regarding courtesy copies of Defendant's May 15 filing (D.E. 723)* by Hebei Welcome Pharmaceutical Co. Ltd. (Stillman, Catherine) (Entered: 05/16/2013) |
|---|---|---|
| 05/16/2013 | 725 | MOTION for Attorney Fees by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 726 | MEMORANDUM in Support re 725 MOTION for Attorney Fees *, Costs & Post-Judgment Interest* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 727 | AFFIDAVIT/DECLARATION in Support re 725 MOTION for Attorney Fees *of James T. Southwick* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4, # 4 Exhibit 7, # 5 Exhibit 8, # 6 Exhibit 9, # 7 Exhibit 10, # 8 Exhibit 11, # 9 Exhibit 12, # 10 Exhibit 13, # 11 Exhibit 14, # 12 Exhibit 15, # 13 Exhibit 16, # 14 Exhibit 17) (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 728 | EXHIBIT *2 (part 1 of 2)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 727 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 729 | EXHIBIT *2 (part 2 of 2)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 727 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 730 | EXHIBIT *5 (part 1 of 2)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 727 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 731 | EXHIBIT *5 (part 2 of 2)* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 727 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 732 | EXHIBIT *6* by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 727 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 733 | AFFIDAVIT/DECLARATION in Support re 725 MOTION for Attorney Fees *by William A. Isaacson* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4) (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 734 | EXHIBIT *2 (part 1 of 2)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |

| 05/16/2013 | 735 | EXHIBIT *2 (part 2 of 2)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| --- | --- | --- |
| 05/16/2013 | 736 | EXHIBIT *5 (part 1 of 6)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 737 | EXHIBIT *5 (part 2 of 6)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 738 | EXHIBIT *5 (part 3 of 6)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 739 | EXHIBIT *5 (part 4 of 6)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 740 | EXHIBIT *5 (part 5 of 6)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 741 | EXHIBIT *5 (part 6 of 6)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 742 | EXHIBIT *6 (part 1 of 4)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 743 | EXHIBIT *6 (part 2 of 4)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 744 | EXHIBIT *6 (3 of 4)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 745 | EXHIBIT *6 (part 4 of 4)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 733 Affidavit in Support of Motion, |

| | | |
|---|---|---|
| | | filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 746 | AFFIDAVIT/DECLARATION in Support re 725 MOTION for Attorney Fees *by Michael D. Hausfeld* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 5, # 4 Exhibit 7, # 5 Exhibit 9, # 6 Exhibit 11, # 7 Exhibit 12, # 8 Exhibit 14, # 9 Exhibit 15) (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 747 | EXHIBIT *2* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 748 | EXHIBIT *4* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 749 | EXHIBIT *6* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 750 | EXHIBIT *8* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 751 | EXHIBIT *10a* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 752 | EXHIBIT *10b* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 753 | EXHIBIT *13a* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 754 | EXHIBIT *13b* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| 05/16/2013 | 755 | EXHIBIT *13c* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| | | |

| 05/16/2013 | 756 | EXHIBIT *13d* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Related document: 746 Affidavit in Support of Motion, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 05/16/2013) |
| --- | --- | --- |
| 05/17/2013 | 757 | Letter MOTION for Extension of Time to File Response/Reply as to 705 Memorandum in Opposition, 693 Notice of MOTION for Permanent Injunction by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Coolidge, Melinda) (Entered: 05/17/2013) |
| 05/17/2013 | | ORDER granting 757 Motion for Extension of Time to File Reply to 693 to 6/6/13. Ordered by Judge Brian M. Cogan on 5/17/2013. (Cogan, Brian) (Entered: 05/17/2013) |
| 05/22/2013 | 759 | REPLY in Support re 700 MOTION to Amend/Correct/Supplement *Indirect Purchaser Complaints* filed by All Plaintiffs. (Hedlund, Daniel) (Entered: 05/22/2013) |
| 05/23/2013 | 760 | Letter *to Judge Cogan re Courtesy Copies of Plaintiffs' May 22, 2013 filing (Doc.Entry 759) by All Plaintiffs* by Hunt & Behrens, Inc., Jabo's Pharmacy, Inc., One or more Plaintiffs in 06-cv-05561, Diana Kitch v. Hebei Welcome Pharmaceutical Co et al, Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Carroll vs. China Pharmaceuticals Group, 07-CV-0226, Plaintiff(s) in Civil Action Cribbs vs Hebei Welcome Pharmaceutical Co. Ltd. 05-CV-6059, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Niall Vignoles (Hedlund, Daniel) (Entered: 05/23/2013) |
| 05/23/2013 | 761 | REPLY in Opposition re 700 MOTION to Amend/Correct/Supplement *Indirect Purchaser Complaints* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 Exhibit 1) (Prescott, Darrell) (Entered: 05/23/2013) |
| 05/24/2013 | 762 | Letter MOTION for Extension of Time to File Response/Reply as to 725 MOTION for Attorney Fees by Hebei Welcome Pharmaceutical Co. Ltd.. (Stillman, Catherine) (Entered: 05/24/2013) |
| 05/28/2013 | | ORDER granting 762 defendants' Motion for Extension of Time to File Response to plaintiffs' motion for attorneys' fees and costs to 7/15/2013. Ordered by Judge Brian M. Cogan on 5/28/2013. (Weisberg, Peggy) (Entered: 05/28/2013) |
| 05/29/2013 | 763 | Letter MOTION for Leave to File Excess Pages by Hebei Welcome Pharmaceutical Co. Ltd.. (Stillman, Catherine) (Entered: 05/29/2013) |
| 05/30/2013 | | ORDER granting 763 Motion for Leave to File reply in excess of page limit up to 22 pages. Ordered by Judge Brian M. Cogan on 5/30/2013. (Weisberg, Peggy) (Entered: 05/30/2013) |
| 05/31/2013 | 764 | REPLY in Support *of Defendants' Renewed Motion for Judgment as a Matter of Law* filed by Hebei Welcome Pharmaceutical Co. Ltd.. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Stillman, Catherine) (Entered: 05/31/2013) |
| 06/03/2013 | 765 | Letter *to Judge Cogan Regarding Courtesy Copies of Defendants' May 31 Filing* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Stillman, Catherine) (Entered: 06/03/2013) |
| 06/06/2013 | 766 | REPLY in Support re 693 Notice of MOTION for Permanent Injunction filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Proposed Order (Amended)) (Coolidge, Melinda) (Entered: 06/06/2013) |
| 06/26/2013 | 767 | MOTION for Attorney Fees *Notice of Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 06/26/2013) |
| 06/26/2013 | 768 | MEMORANDUM in Support re 767 MOTION for Attorney Fees *Notice of Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 06/26/2013) |
| 06/26/2013 | 769 | AFFIDAVIT/DECLARATION in Support re 767 MOTION for Attorney Fees *Notice of Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses (Declaration of James T. Southwick)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Southwick, James) (Entered: 06/26/2013) |
| 06/26/2013 | 770 | AFFIDAVIT/DECLARATION in Support re 767 MOTION for Attorney Fees *Notice of Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses (Tanya S. Chutkan)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Southwick, James) (Entered: 06/26/2013) |
| 06/26/2013 | 771 | AFFIDAVIT/DECLARATION in Support re 767 MOTION for Attorney Fees *Notice of Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses (Michael D. Hausfeld)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Southwick, James) (Entered: 06/26/2013) |
| 07/15/2013 | 772 | MEMORANDUM in Opposition *to Class Plaintiffs' Motion for Attorneys' Fees, Costs, and Post-Judgment Interest* filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Stillman, Catherine) (Entered: 07/15/2013) |
| 07/16/2013 | 773 | Letter *to Judge Cogan Regarding Delivery of Courtesy Copies of Defendants' July 15 Filing* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Stillman, Catherine) (Entered: 07/16/2013) |
| | | |

| 07/17/2013 | 774 | Letter MOTION for Extension of Time to File Response/Reply as to 772 Sealed, Memorandum in Opposition,, *to Class Plaintiffs' Motion for Attorneys' Fees, Costs, and Post-Judgment Interest* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Kunz, Katherine) (Entered: 07/17/2013) |
| --- | --- | --- |
| 07/17/2013 | | ORDER granting 774 Motion for Extension of Time to File Response to sealed memorandum in opposition to 8/9/2013. Ordered by Judge Brian M. Cogan on 7/17/2013. (Weisberg, Peggy) (Entered: 07/17/2013) |
| 07/18/2013 | | RESCHEDULING ORDER: The Fairness Hearing currently scheduled for 8/29/2013 at 2:30 PM is rescheduled to 8/30/2013 at 11:00 AM in Courtroom 8D South. In accordance with 696 the Court's Order approving the class notice plan, class counsel is instructed to reflect the new date and time for the Fairness Hearing on the www.vitaminCantitrust.com website. The Court will also post the new date and time for the Fairness Hearing on its public calendar and at the courthouse. Additionally, class counsel is instructed to mail actual notice of the rescheduling of the Fairness Hearing to any members of the Settlement Classes who timely file objections. Ordered by Judge Brian M. Cogan on 7/18/2013. (Weisberg, Peggy) (Entered: 07/18/2013) |
| 07/19/2013 | 775 | Notice of MOTION for Settlement *Final Approval of Settlement with Northeast Pharmaceutical Group Co., Ltd.* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support of Final Approval of Settlement with Defendant NEPG, # 2 Declaration of Charlene Young, # 3 Declaration of James I. Serota) (Battin, Timothy) (Entered: 07/19/2013) |
| 07/19/2013 | 776 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Battin, Timothy) (Entered: 07/19/2013) |
| 07/19/2013 | 777 | Notice of MOTION for Settlement *Final Approval of Settlements with Defendants Northeast Pharmaceutical Co., Ltd., Weisheng Pharmaceutical Co., Ltd., and China Pharmaceutical Group, Ltd. and for Payment of Notice Costs* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Michael D. Hausfeld and Exs. A and B, # 3 Declaration of Charlene Young and Exs. 1-9, # 4 Declaration of James I. Serota and Ex. A) (Coolidge, Melinda) (Entered: 07/19/2013) |
| 07/19/2013 | 778 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 07/19/2013) |
| 08/02/2013 | 779 | Letter from Michael Blackwell RE: status of case (Siegfried, Evan) (Entered: 08/02/2013) |
| 08/05/2013 | 780 | MOTION for Joinder by Julius Anderson. (Greene, Donna) (Entered: 08/09/2013) |

| | | |
|---|---|---|
| 08/05/2013 | 781 | Plaintiffs Notice to Stay in the Class Lawsuit after August 29,2013. (Greene, Donna) (Entered: 08/09/2013) |
| 08/05/2013 | 785 | Notice of MOTION for Joinder and Motion for Appointment of Counsel; filed by Dion D. Lee, dated 8/1/2013. (Latka-Mucha, Wieslawa) (Entered: 08/12/2013) |
| 08/05/2013 | 786 | "Notice to Stay in the Lawsuit After August 29, 2013" filed by Dion D. Lee, dated 7/31/2013. (Latka-Mucha, Wieslawa) (Entered: 08/12/2013) |
| 08/08/2013 | 787 | Notice of MOTION for Joinder "and Identification to Class Counsel for Purpose of Settlement" filed by Mauricio Ajanel, dated 8/4/2013. (Latka-Mucha, Wieslawa) (Entered: 08/12/2013) |
| 08/09/2013 | | RESCHEDULING ORDER: The Fairness Hearing currently scheduled for 8/30/2013 at 11:00 AM is rescheduled to 9/11/2013 at 2:15 PM in Courtroom 8D South. In accordance with 696 the Court's Order approving the class notice plan, class counsel is instructed to reflect the new date and time for the Fairness Hearing on the www.vitaminCantitrust.com website. The Court will also post the new date and time for the Fairness Hearing on its public calendar and at the courthouse. Additionally, class counsel is instructed to mail actual notice of the rescheduling of the Fairness Hearing to any members of the Settlement Classes who timely file objections. Ordered by Judge Brian M. Cogan on 8/9/2013 (Weisberg, Peggy) (Entered: 08/09/2013) |
| 08/09/2013 | 782 | REPLY in Support re 725 MOTION for Attorney Fees *, Costs, and Post-Judgment Interest* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N) (Southwick, James) (Entered: 08/09/2013) |
| 08/09/2013 | 783 | AFFIDAVIT/DECLARATION in Support re 725 MOTION for Attorney Fees *Declaration of Tanya S. Chutkan in Support of Reply Memorandum for Attorney's Fees, Costs, and Post-Judgment Interest* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Southwick, James) (Entered: 08/09/2013) |
| 08/09/2013 | 784 | AFFIDAVIT/DECLARATION in Support re 725 MOTION for Attorney Fees *Declaration of James T. Southwick in Support of Reply Memorandum for Attorney's Fees, Costs, and Post-Judgment Interest* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit 1) (Southwick, James) (Entered: 08/09/2013) |
| 08/13/2013 | 788 | NOTICE of Motion to Permit Joinder filed by Andie' West (Siegfried, Evan) (Entered: 08/13/2013) |
| 08/20/2013 | 789 | Letter *to the Honorable Brian M. Cogan* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Coolidge, Melinda) (Entered: 08/20/2013) |
| 08/20/2013 | | ORDER granting 789 Letter request to adjourn. Fairness Hearing is adjourned to 10/2/2013 at 10:00 am in Courtroom 8D South. Ordered by Judge Brian M. Cogan on 8/20/2013. (Weisberg, Peggy) (Entered: 08/20/2013) |

| 08/20/2013 | 790 | Notice of MOTION for Disbursement of Funds *(Motion to Authorize Distribution of the Aland Direct Purchaser Settlement Fund and to Pay Costs of Claims Administration)* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Charlene Young and Exhibits, # 3 Proposed Order) (Coolidge, Melinda) (Entered: 08/20/2013) |
|---|---|---|
| 08/21/2013 | 791 | Letter to the Court from David Sellers RE: Mr. Sellers indicates that he will exercise his option to receive settlement. (Siegfried, Evan) (Entered: 08/21/2013) |
| 09/12/2013 | 792 | ORDER Authorizing the Distribution of the Aland Direct Purchaser Settlement Fund. See attached document for further details. Ordered by Judge Brian M. Cogan on 9/10/2013. (Siegfried, Evan) (Entered: 09/12/2013) |
| 09/13/2013 | 793 | Letter dated 9/7/2013 from Clem L. Davis RE: Mr. Davis gives notice of plaintiff's agreement to accept settlement. (Siegfried, Evan) (Entered: 09/13/2013) |
| 10/02/2013 | | Minute Entry and Order for Fairness Hearing held before Judge Brian M. Cogan on 10/2/2013. Counsel for the Direct Purchaser Damages Class, the Injunction Class, the Indirect Purchaser Damages Settlement Class, and settling defendants Northeast Pharmaceutical Co., Ltd., Weisheng Pharmaceutical Co., Ltd., and China Pharmaceutical Group, Ltd. appeared. No objectors or class members appeared. Plaintiffs' motions for final approval of the settlements with these defendants 775 777 is granted, as is plaintiffs' motion for fees and expenses 767 . Parties to submit proposed form of judgment. See transcript for details. (Court reporter: Alan Sherman). (Weisberg, Peggy) (Entered: 10/02/2013) |
| 10/10/2013 | 794 | Letter *to the Honorable Brian M. Cogan enclosing courtesy copy of Proposed Final Judgment for IPP Settlement with NEPG* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Attachments: # 1 Proposed Judgment re: NEPG Settlement) (Battin, Timothy) (Entered: 10/10/2013) |
| 10/11/2013 | | Order re: Letter to the Honorable Brian M. Cogan enclosing courtesy copy of Proposed Final Judgment for IPP Settlement with NEPG at 794 . This letter does not indicate whether the settling defendants consent to the form of the Proposed Final Judgment. The Court will assume they do absent advice to the contrary by today. Ordered by Judge Brian M. Cogan on 10/11/2013. (Clarke, Melonie) (Entered: 10/11/2013) |
| 10/11/2013 | 795 | Letter *to the Honorable Brian M. Cogan enclosing courtesy copies of Proposed Final Judgments* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (Attachments: # 1 Proposed Judgment re CPG and Weisheng, # 2 Proposed Judgment re NEPG) (Milici, Jennifer) (Entered: 10/11/2013) |
| 10/16/2013 | 796 | Final Judgment as to Direct Purchaser Damages Class and Defendants CPG and Weisheng. The Court finds that there is no just reasons for delay and |

| | | |
|---|---|---|
| | | hereby directs the entry of this final judgment of dismissal forthwith as the the Released Parties. See attached order for further details. Ordered by Judge Brian M. Cogan on 10/16/2013. (Siegfried, Evan) (Entered: 10/16/2013) |
| 10/16/2013 | 797 | Final Judgment as to Indirect Purchaser Settlement Class and Defendant NEPG. The Court finds that there is no just reason for delay and hereby directs the entry of this final judgment of dismissal forthwith as the the Releasees. See attached order for further details. Ordered by Judge Brian M. Cogan on 10/16/2013. (Siegfried, Evan) (Entered: 10/16/2013) |
| 10/21/2013 | 798 | Final Judgment as to Injunction Class and Defendant NEPG. See attached order for further details. Ordered by Judge Brian M. Cogan on 10/16/2013. (Siegfried, Evan) (Entered: 10/21/2013) |
| 10/24/2013 | 799 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 10/02/2013, before Judge BRIAN M COGAN. Court Reporter/Transcriber ALLAN R SHERMAN, Telephone number 718-613-2529. Email address: asher99983@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/14/2013. Redacted Transcript Deadline set for 11/25/2013. Release of Transcript Restriction set for 1/22/2014. (Sherman, Allan) (Entered: 10/24/2013) |
| 11/26/2013 | 800 | **MEMORANDUM DECISION AND ORDER**. Defendants' renewed motion for judgment as a matter of law 688 is denied and the Injunction Class's motion for a permanent injunction 693 is granted. An Amended Judgment and Decree will issue by separate order. Ordered by Judge Brian M. Cogan on 11/25/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Siegfried, Evan) (Entered: 11/26/2013) |
| 11/27/2013 | 801 | AMENDED JUDGMENT AND FINAL DECREE: The Ranis Company, as class representative, will take damages of defendants Hebei Welcome Pharmaceutical Co., Ltd. and North China Pharmaceutical Group Corp. jointly and severally, in the amount of One Hundred Fifty Three Million Three Hundred Thousand Dollars ($153,300,000).. Ordered by Judge Brian M. Cogan on 11/27/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Marziliano, August) Modified on 11/27/2013 (Marziliano, August). Modified on 11/27/2013 (Marziliano, August). (Entered: 11/27/2013) |
| 12/06/2013 | 802 | NOTICE of Appearance by Jonathan Mitchell Jacobson on behalf of Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (aty to be noticed) (Jacobson, Jonathan) (Entered: 12/06/2013) |
| 12/06/2013 | 803 | NOTICE of Appearance by Daniel Paul Weick on behalf of Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (aty to be noticed) (Weick, Daniel) (Entered: 12/06/2013) |
| 12/13/2013 | 804 | NOTICE of Appearance by Zachary Bennett Grendi on behalf of QualChem, LLC d/b/a Great Earth Chemical (aty to be noticed) (Grendi, Zachary) (Entered: 12/13/2013) |
| 12/13/2013 | 805 | |

| | | NOTICE of Appearance by Douglas A Gross on behalf of QualChem, LLC d/b/a Great Earth Chemical (aty to be noticed) (Gross, Douglas) (Entered: 12/13/2013) |
|---|---|---|
| 12/13/2013 | 806 | Letter *Request for Scheduling of Pre-Motion Conference* by QualChem, LLC d/b/a Great Earth Chemical (Gross, Douglas) (Entered: 12/13/2013) |
| 12/13/2013 | | ORDER re 806 Letter Request for Scheduling of Pre-Motion Conference. Premotion Conference is waived. QualChem is directed to file its motion by 12/20/13; opposition, if any, is due 1/3/14; reply by 1/10/14. Ordered by Judge Brian M. Cogan on 12/13/2013. (Weisberg, Peggy) (Entered: 12/13/2013) |
| 12/13/2013 | 807 | Notice of MOTION for Settlement *Preliminary Approval of Settlement with Defendants Weisheng Pharmaceutical Co., Ltd and CSPC Pharmaceutical Group Limited* by Defendant(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Defendant(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Defendant(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # 1 Memorandum in Support, # 2 Declaration with Exhibits A-G, # 3 Proposed Order) (Hedlund, Daniel) (Entered: 12/13/2013) |
| 12/16/2013 | 808 | Letter *to Judge Cogan Regarding Enclosed Courtesy Copies of Defendant's Opposition to Class Counsels' Motion for Attorneys' Fees, Costs, and Post-Judgment Interest* by Hebei Welcome Pharmaceutical Co. Ltd. (Prescott, Darrell) (Entered: 12/16/2013) |
| 12/19/2013 | 809 | MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* by QualChem, LLC d/b/a Great Earth Chemical. (Grendi, Zachary) (Entered: 12/19/2013) |
| 12/19/2013 | 810 | MEMORANDUM in Support re 809 MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* filed by QualChem, LLC d/b/a Great Earth Chemical. (Grendi, Zachary) (Entered: 12/19/2013) |
| 12/19/2013 | 811 | AFFIDAVIT/AFFIRMATION re 809 MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* by QualChem, LLC d/b/a Great Earth Chemical (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Grendi, Zachary) (Entered: 12/19/2013) |
| 12/19/2013 | 812 | AFFIDAVIT/AFFIRMATION re 809 MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* by QualChem, LLC d/b/a Great Earth Chemical (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5) (Grendi, Zachary) (Entered: 12/19/2013) |
| 12/20/2013 | 813 | DECLARATION *of Jiangxiao Athena Hou Certifying Compliance with Notice Requirements of 28 U.S.C. § 1715* by China Pharmaceutical Group, Ltd., Weisheng Pharmaceutical Group Co. Ltd. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Hou, Jiangxiao) (Entered: 12/20/2013) |
| | | |

| 12/23/2013 | 814 | NOTICE OF APPEAL as to 801 Judgment,, by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. Filing fee $ 505, receipt number 0207-6632038. (Jacobson, Jonathan) (Entered: 12/23/2013) |
| --- | --- | --- |
| 12/23/2013 | | Electronic Index to Record on Appeal sent to US Court of Appeals. (814 in 1:06-md-01738-BMC-JO) Notice of Appeal (McGee, Mary Ann) (Entered: 12/23/2013) |
| 12/30/2013 | 815 | ORDER in case 1:05-cv-00453-BMC-JO; granting in part and denying in part (725) Motion for Attorney Fees in case 1:06-md-01738-BMC-JO. Ordered by Judge Brian M. Cogan on 12/30/2013. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Cogan, Brian) (Entered: 12/30/2013) |
| 12/30/2013 | 816 | SECOND AMENDED JUDGMENT AND FINAL DECREE: ORDERED, ADJUDGED AND DECREED, that The Ranis Company, as class representative, will take of defendants Hebei Welcome Pharmaceutical Co., Ltd. and North China Pharmaceutical Group Corp., jointly and severally, damages in the amount of One Hundred Fifty Three Million Three Hundred Dollars ($153,300,000) plus attorneys fees in the amount of $4,903,163.35, for a total judgment amount of One Hundred Fifty Eight Million Two Hundred Three Thousand One Hundred Sixty Three Dollars and 35/100 ($158,203,163.35) with post judgment interest thereon pursuant to 28 U.S.C. § 1961 nunc pro tunc to March 14, 2013. Ordered by Clerk of Court, by Michele Gapinski, on 12/30/2013. (Barrett, C) (Entered: 12/30/2013) |
| 01/02/2014 | 817 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6644515. by North American World Trade Group, Inc., Great Earth Chemical, LLC. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Nelson, Philip) (Entered: 01/02/2014) |
| 01/02/2014 | 818 | NOTICE of Appearance by Philip J. Nelson on behalf of Great Earth Chemical, LLC, North American World Trade Group, Inc. (notification declined or already on case) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Nelson, Philip) (Entered: 01/02/2014) |
| 01/02/2014 | | ORDER granting 817 Motion for Philip J. Nelson to appear pro hac vice as counsel for Great Earth Chemical, LLC and North American World Trade Group, Inc. Ordered by Judge Brian M. Cogan on 1/2/2014. (Weisberg, Peggy) (Entered: 01/02/2014) |
| 01/03/2014 | 819 | RESPONSE in Opposition re (809 in 1:06-md-01738-BMC-JO) MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* filed by Great Earth Chemical, LLC, North American World Trade Group, Inc.. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Nelson, Philip) (Entered: 01/03/2014) |
| 01/03/2014 | 820 | AFFIDAVIT/DECLARATION in Opposition re (809 in 1:06-md-01738-BMC-JO) MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* filed by Great Earth Chemical, LLC, North American World Trade Group, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) Associated Cases: 1:06- |

|  |  | md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Nelson, Philip) (Entered: 01/03/2014) |
|---|---|---|
| 01/06/2014 | 821 | DECLARATION re (819 in 1:06-md-01738-BMC-JO, 145 in 1:05-cv-00453-BMC-JO) Response in Opposition to Motion, *QualChem, LLC's Motion for Distribution of Class Action Proceeds* by Great Earth Chemical, LLC, North American World Trade Group, Inc. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Nelson, Philip) (Entered: 01/06/2014) |
| 01/06/2014 | 822 | Subsequent/Amended NOTICE OF APPEAL as to 816 Clerk's Judgment,,, 801 Judgment,,by Defendant(s) in Civil Action Animal Science vs Hebei, 05-CV-453, North China Pharmaceutical Group Corp. No fee for an Amended Notice of Appeal. Service done electronically. Associated cases: 06-md-1738-BMC-JO and 05-cv-453-BMC-JO (McGee, Mary Ann) (Entered: 01/06/2014) |
| 01/07/2014 |  | First Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 822 Subsequent/Amended Notice of Appeal (McGee, Mary Ann) (Entered: 01/07/2014) |
| 01/10/2014 | 823 | REPLY in Support re 809 MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* filed by QualChem, LLC d/b/a Great Earth Chemical. (Grendi, Zachary) (Entered: 01/10/2014) |
| 01/13/2014 | 824 | MOTION for Reconsideration re 815 Order on Motion for Attorney Fees, by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Notice of Motion to Partially Reconsider) (Kunz, Katherine) (Entered: 01/13/2014) |
| 01/15/2014 | 825 | MOTION to Withdraw *As Counsel* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Stillman, Catherine) (Entered: 01/15/2014) |
| 01/16/2014 |  | ORDER REFERRING MOTION: Motion 809 for Disbursement of Funds is referred to Magistrate Judge Orenstein for a Report and Recommendation. Ordered by Judge Brian M. Cogan on 1/16/2014. (Weisberg, Peggy) (Entered: 01/16/2014) |
| 01/16/2014 | 826 | Letter *to Honorable Judge Cogan Regarding Courtesy Copy of Motion to Withdraw as Counsel* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Stillman, Catherine) (Entered: 01/16/2014) |
| 01/16/2014 | 827 | ORDER granting Indirect Purchaser Plaintiffs' 807 Motion for Preliminary Approval of Settlement with Defendants Weisheng Pharmaceutical Co. Ltd. and CSPC Pharmaceutical Group Limited and Approval of Notice Plan and Form of Notice. Ordered by Judge Brian M. Cogan, on 1/16/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Barrett, C) (Entered: 01/16/2014) |
| 01/17/2014 |  | ORDER re 809 MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* filed by QualChem, LLC d/b/a Great Earth Chemical, Order Referring Motion -- Any claimant or other party seeking to be heard in opposition to the motion shall file a response no later than January 31, |

| | | |
|---|---|---|
| | | 2014. Ordered by Magistrate Judge James Orenstein on 1/17/2014. (Pollock, David) (Entered: 01/17/2014) |
| 01/17/2014 | 828 | ORDER granting 825 Motion to Withdraw As Counsel in 06-MDL-1738, by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.: This matter, having come before the Court on a motion for an order granting leave for Charles H. Critchlow, Darrell Prescott and Catherine Y. Stillman ("Movants") of the law firm Baker & McKenzie LLP to withdraw from representation of Defendants Hebei Welcome Pharmaceutical Co., Ltd. and North China Pharmaceutical Group Corp. in this matter and all of the actions subsumed under the above-captioned MDL number, and the Court, having considered the papers filed in support thereof, hereby orders that the motion is GRANTED, and Movants may withdraw and hereby do withdraw from representation of Hebei Welcome Pharmaceutical Co., Ltd. and North China Pharmaceutical Group Corp. in this matter and all of the actions subsumed under the above-captioned MDL number. Ordered by Judge Brian M. Cogan, on 1/17/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Barrett, C) (Entered: 01/17/2014) |
| 01/27/2014 | 829 | Letter *to Judge Cogan Enclosing Replacement Documents re: Dckt. Entry 807-3* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Attachments: # 1 Proposed Order) (Hedlund, Daniel) (Entered: 01/27/2014) |
| 01/27/2014 | 830 | AMENDED ORDER granting Indirect Purchaser Plaintiffs' 807 Motion for Preliminary Approval of Settlement with Defendants Weisheng Pharmaceutical Co. Ltd. and CSPC Pharmaceutical Group Limited and Approval of Notice Plan and Form of Notice. Ordered by Judge Brian M. Cogan, on 1/27/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987- BMC-JO, 1:06-cv-00988-BMC-JO. (Barrett, C) (Entered: 01/27/2014) |
| 01/30/2014 | 831 | MEMORANDUM in Opposition re 824 MOTION for Reconsideration re 815 Order on Motion for Attorney Fees, filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Jacobson, Jonathan) (Entered: 01/30/2014) |
| 01/31/2014 | 832 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (700) Motion to Amend/Correct/Supplement Indirect Purchaser Complaints in case 1:06-md-01738-BMC-JO: Plaintiffs' motion to amend is denied to the extent that it would add claims against North China under the laws of any state other than Massachusetts, and granted in all other respects. The Second Amended Consolidated Complaint, as modified consistent with this decision, shall be filed within 14 days. Ordered by Judge Brian M. Cogan, on 1/31/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987- BMC-JO, 1:06-cv-00988-BMC-JO (Barrett, C) (Entered: 01/31/2014) |
| 02/06/2014 | 833 | |

| | | |
|---|---|---|
| | | REPLY in Support re 824 MOTION for Reconsideration re 815 Order on Motion for Attorney Fees, filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Southwick, James) (Entered: 02/06/2014) |
| 02/06/2014 | | SCHEDULING ORDER: re 809 MOTION for Disbursement of Funds -- Oral Argument on the motion will take place before the undersigned on March 6, 2014, at 10:30 a.m. Ordered by Magistrate Judge James Orenstein on 2/6/2014. (Pollock, David) (Entered: 02/06/2014) |
| 02/12/2014 | 834 | ORDER granting 824 Motion for Reconsideration: The motion for reconsideration is granted. Plaintiffs have now belatedly made clear that the fee award they requested was not to be paid to Class Counsel, but to the Direct Purchasers themselves. Because the full amount of each settlement will already be offset against the total damages owed by defendants, off-setting the portion of those settlements paid as fees to Class Counsel money already included in the settlement totals would be double counting. The Clerk is therefore directed to enter a Third Amended Judgment and Final Decree in the amount of $147,831,471.03 with interest *nunc pro tunc* to March 14, 2013. Ordered by Judge Brian M. Cogan, on 2/11/2014. (Barrett, C) (Entered: 02/12/2014) |
| 02/12/2014 | 835 | THIRD AMENDED JUDGMENT AND FINAL DECREE that The Ranis Company, as class representative, will take of defendants Hebei Welcome Pharmaceutical Co., Ltd. and North China Pharmaceutical Group Corp., jointly and severally, damages in the amount of One Hundred Forty Seven Million Eight Hundred Thirty One Thousand Four Hundred Seventy One Dollars and 03/100 ($147,831,471.03) with post judgment interest thereon pursuant to 28 U.S.C.§ 1961 nunc pro tunc to March 14, 2013 Signed Douglas C. Palmer, Clerk of Court by Michele Gapinski, Chief Deputy Clerk on 2/12/2014. (Lee, Tiffeny) (Entered: 02/12/2014) |
| 02/14/2014 | 836 | AMENDED COMPLAINT *Second Amended Consolidated Complaint* against China Pharmaceutical Group Ltd., Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp., Northeast Pharmaceutical Group Co., Ltd., Shijiazhuang Pharma. Weisheng Pharmaceutical Co., Ltd., Weisheng Pharmaceutical Co. Ltd., filed by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-149, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988. (Battin, Timothy) (Entered: 02/14/2014) |
| 02/18/2014 | 837 | Subsequent NOTICE OF APPEAL by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. *SECOND AMENDED NOTICE OF APPEAL as to 835 THIRD AMENDED JUDGMENT AND FINAL DECREE, 816 SECOND AMENDED JUDGMENT AND FINAL DECREE, and 801 AMENDED JUDGMENT AND FINAL DECREE.* (Jacobson, Jonathan) (Entered: 02/18/2014) |
| 02/18/2014 | | Second Supplemental Electronic Index to Record on Appeal sent to US Court of Appeals. 837 Subsequent/Amended Notice of Appeal. (McGee, Mary Ann) (Entered: 02/18/2014) |
| 02/18/2014 | 838 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6738189. by Great Earth Chemical, LLC, North American World Trade Group, Inc.. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Pitt, Keith) (Entered: 02/18/2014) |
| 02/19/2014 | 839 | ORDER granting 838 Motion for Leave to Appear Pro Hac Vice -- Attorney Keith A. Pitt, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By February 26, 2014, Mr. Pitt shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Pitt shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Pitt shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 2/19/2014. (Pollock, David) (Entered: 02/19/2014) |
| 02/19/2014 | 840 | NOTICE of Appearance by Keith A. Pitt on behalf of Great Earth Chemical, LLC, North American World Trade Group, Inc. (notification declined or already on case) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Pitt, Keith) (Entered: 02/19/2014) |
| 02/20/2014 | 841 | Letter *to The Honorable Brian M. Cogan respectfully requesting an extension of time to respond to the Second Amended Consolidated Complaint* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Weick, Daniel) (Entered: 02/20/2014) |
| 02/20/2014 | | ORDER granting 841 defendants Hebei Welcome Pharmaceutical Corp. and North China Pharmaceutical Group Corp.'s request for an extension of time to file their response to the Second Amended Consolidated complaint to 3/28/2014. Ordered by Judge Brian M. Cogan on 2/20/2014. (Weisberg, Peggy) (Entered: 02/20/2014) |
| 02/21/2014 | | SCHEDULING ORDER: re 836 Amended Complaint -- There will be a Status Conference on March 13, 2014, at 2:00 p.m. in Courtroom 11D South before Magistrate Judge James Orenstein. Ordered by Magistrate Judge James Orenstein on 2/21/2014. (Pollock, David) (Entered: 02/21/2014) |
| 02/25/2014 | 842 | MOTION for Leave to Appear Pro Hac Vice *of Dean C. Eyler* Filing fee $ 25, receipt number 0207-6753638. by QualChem, LLC d/b/a Great Earth Chemical. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Smith, Gary) (Entered: 02/25/2014) |
| 02/26/2014 | 843 | ORDER granting 842 Motion for Leave to Appear Pro Hac Vice -- Attorney Dean C. Eyler, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By March 5, 2014, Mr. Eyler shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Eyler shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Eyler shall also ensure that the $25 admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 2/26/2014. (Pollock, David) (Entered: 02/26/2014) |
| 02/26/2014 | 844 | |

| | | |
|---|---|---|
| | | Letter MOTION to Stay *Indirect Purchaser Action as to Settling Defendants* by China Pharmaceutical Group Ltd., Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149, Weisheng Pharmaceutical Co. Ltd.. (Attachments: # 1 Proposed Order & Stipulation) (Battin, Timothy) (Entered: 02/26/2014) |
| 02/27/2014 | | ORDER granting 844 Motion to Stay -- The motion is granted and the proposed stipulation is so ordered; all non-settlement proceedings as between the signing parties are stayed pending the court's consideration of the proposed settlement. Ordered by Magistrate Judge James Orenstein on 2/27/2014. (Pollock, David) (Entered: 02/27/2014) |
| 03/06/2014 | 845 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Motion Hearing held on 3/6/2014 re 809 MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical* filed by QualChem, LLC d/b/a Great Earth Chemical. SCHEDULING: The next status conference will be held on March 13, 2014, at 2:00 p.m. SUMMARY: (1) North American will promptly file on the docket copies of all declarations of Cliff Chulos and Ruth Yien to which the previously filed submissions refer. (2) QualChem and North American are seeking to resolve their dispute on consent. They will confer through counsel and promptly contact chambers to schedule a settlement conference. All parties other than QualChem and North American are excused from attending any such settlement conference, although all are welcome. (Orenstein, James) (Main Document 845 replaced on 3/6/2014) (Guy, Alicia). (Entered: 03/06/2014) |
| 03/06/2014 | 846 | Letter *to The Honorable James Orenstein respectfully requesting that all proceedings in the Indirect-Purchaser Actions as to Defendants Hebei and North China Pharmaceutical Group Corporation are stayed until the issuance of the mandate of the U.S. Court of Appeals for the Second Circuit in the currently-pending appeal, In re Vitamin C Antitrust Litigation, No. 13-4791* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Attachments: # 1 Proposed Order) (Weick, Daniel) (Entered: 03/06/2014) |
| 03/07/2014 | 847 | DECLARATION *of Phil Nelson* by Great Earth Chemical, LLC, North American World Trade Group, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Pitt, Keith) (Entered: 03/07/2014) |
| 03/12/2014 | 848 | Letter *Requesting Telephone Appearance* by North American World Trade Group, Inc., Great Earth Chemical, LLC Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Pitt, Keith) (Entered: 03/12/2014) |
| 03/12/2014 | | ORDER re 848 Letter, filed by Great Earth Chemical, LLC, North American World Trade Group, Inc. -- The application is granted. Counsel for North American World Trade Group is permitted to appear by telephone at the status conference scheduled for March 13, 2014, at 2:00 p.m. Counsel is respectfully directed to send a direct dial number in advance of the conference to orenstein_chambers@nyed.uscourts.gov. Ordered by Magistrate Judge James Orenstein on 3/12/2014. (Pollock, David) (Entered: 03/12/2014) |
| | | |

| 03/13/2014 | 849 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Status Conference held on 3/13/2014. The parties will confer and by March 21, 2014, will submit a joint proposal as to the discovery that can be completed without undue burden pending the resolution of the appellate review of the judgment on the direct purchaser plaintiffs' claims. Upon reviewing the parties' submission I will schedule further proceedings as appropriate. (Orenstein, James) (Entered: 03/13/2014) |
|---|---|---|
| 03/20/2014 | 850 | WAIVER OF SERVICE Returned Executed by North China Pharmaceutical Group Corp.. North China Pharmaceutical Group Corp. waiver sent on 2/28/2014, answer due 5/29/2014. (Battin, Timothy) (Entered: 03/20/2014) |
| 03/21/2014 | 851 | Letter *to The Honorable James Orenstein enclosing joint proposal regarding discovery* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Attachments: # 1 Proposed Order) (Weick, Daniel) (Entered: 03/21/2014) |
| 03/24/2014 | | ORDER re 851 Letter filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. -- The proposed scheduling order is So Ordered. The parties shall complete the limited discovery specified in the order no later than August 29, 2014. Proceedings in the Indirect Purchaser Actions as to the non-settling defendants are otherwise stayed until resolution of the pending appeal. The non-settling defendants shall answer or otherwise respond to the second amended consolidated complaint no later than 30 days following a resolution of the pending appeal. Ordered by Magistrate Judge James Orenstein on 3/24/2014. (Pollock, David) (Entered: 03/24/2014) |
| 03/25/2014 | 852 | NOTICE of Appearance by Michael S Kim on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Vitamin C Antitrust Litigation (aty to be noticed) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/25/2014) |
| 03/25/2014 | 853 | NOTICE of Appearance by Carrie Ann Tendler on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Vitamin C Antitrust Litigation (aty to be noticed) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Tendler, Carrie) (Entered: 03/25/2014) |
| 03/25/2014 | 854 | Letter *to Judge Cogan re Pre-Motion Conference Request* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/25/2014) |
| 03/25/2014 | | ORDER re 854 in 1:06-md-01738-BMC-JO; 156 in 1:05-cv-00453-BMC-JO Letter re Pre-Motion Conference Request. The premotion conference is waived. Plaintiff may file the motion described in this letter, and may file such portions of that motion (not the entire motion) under seal as is required by the current protective order. Ordered by Judge Brian M. Cogan on 3/25/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Weisberg, Peggy) (Entered: 03/25/2014) |
| 03/26/2014 | 855 | NOTICE of Appearance by John Han on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453, Vitamin C Antitrust Litigation (aty to |

| | | be noticed) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Han, John) (Entered: 03/26/2014) |
|---|---|---|
| 03/26/2014 | 856 | MOTION to Enforce Judgment *Motion for Turnover Orders, Restraining Orders, and Discovery in Aid of Execution Against Defendants North China Pharmaceutical Group Corporation and Hebei Welcome Pharmaceutical Co., Ltd.* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 03/26/2014 | 857 | MEMORANDUM in Support re (158 in 1:05-cv-00453-BMC-JO, 856 in 1:06-md-01738-BMC-JO) MOTION to Enforce Judgment *Motion for Turnover Orders, Restraining Orders, and Discovery in Aid of Execution Against Defendants North China Pharmaceutical Group Corporation and Hebei Welcome Pharmaceutical Co., Ltd. Memorandum of Law* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Proposed Order) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 03/26/2014 | 858 | AFFIDAVIT/DECLARATION in Support re (158 in 1:05-cv-00453-BMC-JO, 856 in 1:06-md-01738-BMC-JO) MOTION to Enforce Judgment *Motion for Turnover Orders, Restraining Orders, and Discovery in Aid of Execution Against Defendants North China Pharmaceutical Group Corporation and Hebei Welcome Pharmaceutical Co., Ltd. Declaration and Exhibits* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 03/26/2014 | 859 | MOTION to Enforce Judgment *Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 03/26/2014 | 860 | MEMORANDUM in Support re (161 in 1:05-cv-00453-BMC-JO, 859 in 1:06-md-01738-BMC-JO) MOTION to Enforce Judgment *Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963 Memorandum of Law* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 03/26/2014 | 861 | AFFIDAVIT/DECLARATION in Support re (161 in 1:05-cv-00453-BMC-JO, 859 in 1:06-md-01738-BMC-JO) MOTION to Enforce Judgment *Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963 Declaration and Exhibits* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 03/26/2014 | 862 | MEMORANDUM in Support re (161 in 1:05-cv-00453-BMC-JO, 859 in 1:06-md-01738-BMC-JO) MOTION to Enforce Judgment *Motion for Leave to* |

| | | |
|---|---|---|
| | | *Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963 Memorandum of Law filed Under Seal* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 03/26/2014 | 863 | AFFIDAVIT/DECLARATION in Support re (161 in 1:05-cv-00453-BMC-JO, 859 in 1:06-md-01738-BMC-JO) MOTION to Enforce Judgment *Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963 Declaration and Exhibits filed Under Seal* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit C, # 2 Exhibit D) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 03/26/2014) |
| 04/01/2014 | 864 | MOTION for Extension of Time to File Response/Reply *re [Dkt. Nos. 856-63]* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Weick, Daniel) (Entered: 04/01/2014) |
| 04/01/2014 | 865 | RESPONSE in Opposition re (864 in 1:06-md-01738-BMC-JO) MOTION for Extension of Time to File Response/Reply *re [Dkt. Nos. 856-63]* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Tendler, Carrie) (Entered: 04/01/2014) |
| 04/02/2014 | 866 | REPLY in Support re 864 MOTION for Extension of Time to File Response/Reply *re [Dkt. Nos. 856-63]* filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Weick, Daniel) (Entered: 04/02/2014) |
| 04/02/2014 | 867 | MEMORANDUM DECISION AND ORDER denying (158) MOTION to Enforce Judgment Motion for Turnover Orders, Restraining Orders, and Discovery in Aid of Execution Against Defendants North China Pharmaceutical Group Corporation and Hebei Welcome Pharmaceutical Co., Ltd. in case 1:05-cv-00453-BMC-JO; denying (856) MOTION to Enforce Judgment Motion for Turnover Orders, Restraining Orders, and Discovery in Aid of Execution Against Defendants North China Pharmaceutical Group Corporation and Hebei Welcome Pharmaceutical Co., Ltd. in case 1:06-md-01738-BMC-JO; granting in part and denying in part (864) Motion for Extension of Time to File Response/Reply re (Dkt. Nos. 856-63 in 1:06-md-01738-BMC-JO); Response to 859 MOTION to Enforce Judgment *Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963* in case 1:06-md-01738-BMC-JO and 161 MOTION to Enforce Judgment Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963 in case 1:05-cv-00453- BMC-JO due by 5/5/2014. Ordered by Judge Brian M. Cogan, on 4/2/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO. (Barrett, C) (Entered: 04/02/2014) |
| 04/07/2014 | 868 | Notice of MOTION for Disbursement of Funds *Motion to Authorize Distribution of the Weisheng Direct Purchaser Settlement Fund and to Pay Costs of Claims Administration* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Memorandum in Support, # 2 |

| | | Declaration of Charlene Young and Exhibits, # 3 Proposed Order) (Coolidge, Melinda) (Entered: 04/07/2014) |
|---|---|---|
| 04/16/2014 | 869 | NOTICE by Neil Freedman *of Objections* (Siegel, Edward) (Entered: 04/16/2014) |
| 04/16/2014 | 870 | NOTICE by Neil Freedman of objections to the fairness and reasonableness of Class Counsels' requested attorneys' fees. (Attachments: # 1 Exhibit A, # 2 Certificate of Service) (Barrett, C) (Entered: 04/22/2014) |
| 04/17/2014 | | ORDER re 809 MOTION for Disbursement of Funds, 845 Motion Hearing -- Counsel for claimants QualChem, LLC, and North American World Trade Group, Inc., shall file a joint status report no later than April 24, 2014. Ordered by Magistrate Judge James Orenstein on 4/17/2014. (Pollock, David) (Entered: 04/17/2014) |
| 04/22/2014 | 871 | Letter *to Judge Cogan re Pre-Motion Conference Request* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 04/22/2014) |
| 04/22/2014 | | ORDER re 871 . Plaintiff is granted leave to file whatever motion it wants, but the Court's preliminary take on this is that if the bank is holding the money, then the bank is the respondent in the turnover proceeding, not the debtor, as plaintiff presumably has served a restraining notice on the bank to prevent withdrawals. Ordered by Judge Brian M. Cogan on 4/22/2014. (Weisberg, Peggy) (Entered: 04/22/2014) |
| 04/22/2014 | 872 | ORDER AUTHORIZING THE DISTRIBUTION of the Weisheng/CPG Direct Purchaser Settlement Fund, granting (868) Motion for Disbursement of Funds in case 1:06- md-01738-BMC-JO. Ordered by Judge Brian M. Cogan on 4/22/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Barrett, C) (Entered: 04/22/2014) |
| 04/24/2014 | 873 | STATUS REPORT by North American World Trade Group, Inc. (Nelson, Philip) (Entered: 04/24/2014) |
| 04/25/2014 | 874 | MOTION to Enforce Judgment *Renewed Motion for Turnover Orders Pursuant to Federal Rule 69 and N.Y. CPLR §§ 5225 & 5226* by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 04/25/2014) |
| 04/25/2014 | 875 | MEMORANDUM in Support re (874 in 1:06-md-01738-BMC-JO, 171 in 1:05-cv-00453-BMC-JO) MOTION to Enforce Judgment *Renewed Motion for Turnover Orders Pursuant to Federal Rule 69 and N.Y. CPLR §§ 5225 & 5226* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Proposed Order) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 04/25/2014) |
| 04/25/2014 | 876 | AFFIDAVIT/DECLARATION in Support re (874 in 1:06-md-01738-BMC-JO, 171 in 1:05-cv-00453-BMC-JO) MOTION to Enforce Judgment *Renewed Motion for Turnover Orders Pursuant to Federal Rule 69 and N.Y. CPLR §§* |

| | | |
|---|---|---|
| | | *5225 & 5226* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 04/25/2014) |
| 04/25/2014 | 877 | Notice of MOTION for Settlement *with Defendants Weisheng Pharmaceutical Co., Ltd. and CSPC Pharmaceutical Group Limited* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration Declaration of April Hyduk, # <u>3</u> Declaration Declaration of R. Alexander Saveri) (Saveri, Richard) (Entered: 04/25/2014) |
| 04/25/2014 | 878 | MOTION for Attorney Fees *and reimbursement of expenses* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Attachments: # <u>1</u> Memorandum in Support, # <u>2</u> Declaration of Timothy Battin, Daniel Hedlund, and R. Alexander Saveri, # <u>3</u> Exhibit A - Compendium, # <u>4</u> Exhibit B - Hyduk Declaration, # <u>5</u> Exhibit C) (Battin, Timothy) (Entered: 04/25/2014) |
| 05/05/2014 | 879 | MEMORANDUM in Opposition re 859 MOTION to Enforce Judgment *Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963* filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B) (Jacobson, Jonathan) (Entered: 05/05/2014) |
| 05/05/2014 | 880 | Letter *to The Honorable Brian M. Cogan respectfully requesting a pre-motion conference* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Weick, Daniel) (Entered: 05/05/2014) |
| 05/05/2014 | | Order re: 880 . Premotion conference is waived. Defendants may file their motion. Ordered by Judge Brian M. Cogan on 5/5/2014. (Clarke, Melonie) (Entered: 05/05/2014) |
| 05/07/2014 | 881 | NOTICE of Appearance by William J. Heye on behalf of Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (aty to be noticed) (Heye, William) (Entered: 05/07/2014) |
| 05/07/2014 | 882 | FILING FEE: $ 25 (pro hac vice admission fee), receipt number 4653073782. Related document: 881 Notice of Appearance by William J. Heye. (Attachments: # <u>1</u> Cover Letter) (Barrett, C) (Entered: 05/08/2014) |
| 05/09/2014 | 883 | Letter *to The Honorable Brian M. Cogan enclosing Declaration of Zhang Wencheng as further support for Defendants' Memorandum in Opposition to Plaintiffs' Motion for Leave to Register the Judgment Pursuant to 28 U.S.C. §* |

| | | |
|---|---|---|
| | | *1963 re Dkt. 879* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp. (Attachments: # 1 Declaration of Zhang Wencheng) (Weick, Daniel) (Entered: 05/09/2014) |
| 05/09/2014 | 884 | MOTION to Stay *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS AND OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR TURNOVER ORDERS (Dkt. 874)* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Jacobson, Jonathan) (Entered: 05/09/2014) |
| 05/09/2014 | 885 | MEMORANDUM in Support re 884 MOTION to Stay *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS AND OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR TURNOVER ORDERS (Dkt. 874)* filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Jacobson, Jonathan) (Entered: 05/09/2014) |
| 05/09/2014 | 886 | AFFIDAVIT/DECLARATION in Support re 884 MOTION to Stay *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS AND OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR TURNOVER ORDERS (Dkt. 874) [DECLARATION OF DANIEL P. WEICK]* filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Attachments: # 1 Exhibits A through I, # 2 Exhibits J through S, # 3 Exhibits T through Z, # 4 Exhibits AA through MM) (Jacobson, Jonathan) (Entered: 05/09/2014) |
| 05/09/2014 | 887 | EXHIBIT *G TO THE DECLARATION OF DANIEL P. WEICK [FILED UNDER SEAL]* by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. Related document: 886 Affidavit in Support of Motion,, filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Jacobson, Jonathan) (Entered: 05/09/2014) |
| 05/12/2014 | 888 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 25, receipt number 0207-6920148. by Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149. (Le, Christopher) (Entered: 05/12/2014) |
| 05/12/2014 | 889 | REPLY in Support re (859 in 1:06-md-01738-BMC-JO) MOTION to Enforce Judgment *Motion for Leave to Register the Judgment in Other Judicial Districts Pursuant to 28 U.S.C. § 1963* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 05/12/2014) |
| 05/13/2014 | 890 | ORDER granting 888 Motion for Leave to Appear Pro Hac Vice -- Attorney Christopher Le, Esq., is permitted to argue or try this case in whole or in part as counsel or advocate. By May 20, 2014, Mr. Le shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Le shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Le shall also ensure that the $25 |

| | | |
|---|---|---|
| | | admission fee be submitted to the Clerk's Office. Ordered by Magistrate Judge James Orenstein on 5/13/2014. (Pollock, David) (Entered: 05/13/2014) |
| 05/13/2014 | 891 | NOTICE of Appearance by Christopher V. Le on behalf of Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (notification declined or already on case) (Le, Christopher) (Entered: 05/13/2014) |
| 05/16/2014 | | Minute Entry and Order for Fairness Hearing held before Judge Brian M. Cogan on 5/16/2014. Counsel for the Indirect Purchaser Damages Settlement Class and settling defendants Weisheng Pharmaceutical Co., Ltd. and CSPC Pharmaceutical Group, Ltd. appeared. No objectors or class members appeared. For the reasons stated on the record, the sole objection is overruled, and plaintiffs' motion for final approval of the settlement at 877 is granted, as is plaintiffs' motion for fees and expenses at 878 . Parties to submit proposed final judgment in Microsoft Word format to Christopher_miller@nyed.uscourts.gov. See transcript for details. (Court Reporter Charleane Heading.) Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987-BMC-JO, 1:06-cv-00988-BMC-JO (Clarke, Melonie) (Entered: 05/16/2014) |
| 05/16/2014 | 892 | MEMORANDUM in Support re (874 in 1:06-md-01738-BMC-JO, 171 in 1:05-cv-00453-BMC-JO) MOTION to Enforce Judgment *Renewed Motion for Turnover Orders Pursuant to Federal Rule 69 and N.Y. CPLR §§ 5225 & 5226 Reply Memorandum in Further Support of Renewed Turnover Motion Against Judgment Debtors* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 05/16/2014) |
| 05/16/2014 | 893 | AFFIDAVIT/DECLARATION in Support re (171 in 1:05-cv-00453-BMC-JO) MOTION to Enforce Judgment *Renewed Motion for Turnover Orders Pursuant to Federal Rule 69 and N.Y. CPLR §§ 5225 & 5226* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 05/16/2014) |
| 05/21/2014 | 894 | Letter *to the Honorable Brian M. Cogan enclosing courtesy copy of Proposed Final Judgment* by Plaintiff(s) in Civil Action Philion vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-987, Plaintiff(s) in Civil Action Audette vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-988, Plaintiff(s) in Civil Action Keane vs Hebei Welcome Pharmaceutical Co. Ltd. 06-CV-149 (Heye, William) (Entered: 05/21/2014) |
| 05/22/2014 | | ORDER as to plaintiffs' 894 Letter enclosing courtesy copy of Proposed Final Judgment. The filing does not indicate whether defendants have a position with respect to this form of judgment. The Court will endorse the judgment when defendants indicate their consent. Ordered by Judge Brian M. Cogan on 5/22/2014. (Weisberg, Peggy) (Entered: 05/22/2014) |
| 05/22/2014 | 895 | |

| | | Letter *to Honorable Brian M. Cogan consenting to entry of proposed final judgment* by Weisheng Pharmaceutical Co. Ltd. (Mason, Daniel) (Entered: 05/22/2014) |
|---|---|---|
| 05/23/2014 | 896 | MEMORANDUM in Opposition re (884 in 1:06-md-01738-BMC-JO) MOTION to Stay *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS AND OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR TURNOVER ORDERS (Dkt. 874)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 05/23/2014) |
| 05/23/2014 | 897 | AFFIDAVIT/DECLARATION in Opposition re (884 in 1:06-md-01738-BMC-JO) MOTION to Stay *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS AND OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR TURNOVER ORDERS (Dkt. 874)* filed by Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Kim, Michael) (Entered: 05/23/2014) |
| 05/27/2014 | 898 | NOTICE of Appearance by Marcus Johnson Green on behalf of Plaintiff(s) in Civil Action Animal Science vs Hebei, 05-CV-453 (aty to be noticed) Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Green, Marcus) (Entered: 05/27/2014) |
| 05/29/2014 | 899 | Final Judgment as to Indirect Purchaser Settlement Class ("Settlement Class") and Defendants Weisheng Pharmaceutical Co. Ltd. ("Weisheng") and CSPC Pharmaceutical Group Limited, formerly China Pharmaceutical Group Ltd. ("CSPC"). Pursuant to Fed. R. Civ. P. 54(b), the Court finds that there is no reason for delay and hereby directs the entry of this final judgment of dismissal forthwith as to the Releasees. Ordered by Judge Brian M. Cogan on 5/28/2014. Associated Cases: 1:06-md-01738-BMC-JO, 1:06-cv-00149-BMC-JO, 1:06-cv-00987- BMC-JO, 1:06-cv-00988-BMC-JO (Barrett, C) (Entered: 05/29/2014) |
| 05/29/2014 | 902 | MOTION to Intervene *" as Plaintiffs Under Rule 24(A) 2, Rule 24(B)"* by Christopher Donnelly, Christopher Wirth, Jimmy Thule, Jonathan Rich, Terry Nichols, John Lindh, James Holmes. (Barrett, C) (Entered: 06/02/2014) |
| 05/30/2014 | 900 | REPLY in Support re 884 MOTION to Stay *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS AND OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR TURNOVER ORDERS (Dkt. 874)* filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Jacobson, Jonathan) (Entered: 05/30/2014) |

| 05/30/2014 | 901 | AFFIDAVIT/DECLARATION in Support re 884 MOTION to Stay *DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS AND OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR TURNOVER ORDERS (Dkt. 874) [[REPLY DECLARATION OF DANIEL P. WEICK IN SUPPORT OF DEFENDANTS MOTION TO DISSOLVE RESTRAINING NOTICES AND PARTIALLY STAY ENFORCEMENT PROCEEDINGS]]* filed by Hebei Welcome Pharmaceutical Co. Ltd., North China Pharmaceutical Group Corp.. (Attachments: # 1 Exhibits A through J, # 2 Exhibits K through T, # 3 Exhibits U through Z, # 4 Exhibit AA) (Jacobson, Jonathan) (Entered: 05/30/2014) |
|---|---|---|
| 06/03/2014 | 903 | ORDER denying 902 Motion to Intervene. No adequate grounds have been stated and the motion is untimely. Ordered by Judge Brian M. Cogan on 6/3/2014. Chambers mailed copies to the following intervenors: Donnelly, Wirth, Thule, Rich, Nichols, Lindh, and Holmes. (Barrett, C) (Entered: 06/03/2014) |
| 06/18/2014 | 904 | Mail Returned as Undeliverable. A copy of the 903 Order was sent to John Lindh at 5880 Highway 67, Florence, CO 81226. Returned with postal notations: "Return to Sender," "Insufficient Address," "Unable to Forward." (Barrett, C) (Entered: 06/26/2014) |
| 06/18/2014 | 905 | Mail Returned as Undeliverable. A copy of the 903 Order was sent to Terry Nichols at 5880 Highway 67, Florence, CO 81226. Returned with postal notations: "Return to Sender," "Insufficient Address," "Unable to Forward." (Barrett, C) (Entered: 06/26/2014) |
| 06/26/2014 | 906 | STIPULATION re 809 MOTION for Disbursement of Funds *to Claimant QualChem, LLC d/b/a Great Earth Chemical*, 819 Response in Opposition to Motion, *INCLUDING PROPOSED ORDER* by QualChem, LLC d/b/a Great Earth Chemical (Gross, Douglas) (Entered: 06/26/2014) |
| 06/26/2014 | | ORDER re 906 STIPULATION, finding as moot 809 Motion for Disbursement of Funds -- The parties' stipulation and proposed order are So Ordered; in light of the parties' agreement, the motion 809 is moot. Ordered by Magistrate Judge James Orenstein on 6/26/2014. (Pollock, David) (Entered: 06/26/2014) |
| 07/03/2014 | 907 | NOTICE of Change of Address for Brent W. Landau by Melinda R. Coolidge (Coolidge, Melinda) (Entered: 07/03/2014) |
| 07/07/2014 | 908 | NOTICE by Animal Science Products, Inc., The Ranis Company, Inc., Plaintiff (s) in Civil Action Animal Science vs Hebei, 05-CV-453 *of Withdrawal of Attorney Tanya S. Chutkan as attorney for Plaintiffs* Associated Cases: 1:06-md-01738-BMC-JO, 1:05-cv-00453-BMC-JO (Isaacson, William) (Entered: 07/07/2014) |

---

**PACER Service Center**

**Transaction Receipt**

| 07/11/2014 12:32:23 | | | |
|---|---|---|---|
| **PACER Login:** | rp0118 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-md-01738-BMC-JO |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

**A-144**

A CERTIFIED TRUE COPY

FEB 1 4 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 4 2006

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

*DOCKET NO. 1738*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VITAMIN C ANTITRUST LITIGATION*

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation currently consists of three actions pending, respectively, in the Northern District of California, District of Massachusetts and Eastern District of New York.[1] Before the Panel is a motion, pursuant to 28 U.S.C. § 1407, brought by defendant Northeast Pharmaceutical Group Co., Ltd., for coordinated or consolidated pretrial proceedings of the actions in the Eastern District of New York. The five remaining defendants[2] and plaintiff in the District of Massachusetts action join in the motion for transfer to the Eastern District of New York. Plaintiffs in a related action in the Eastern District of New York also support centralization in that district. Plaintiffs in the Eastern District of New York action take no position on the motion; however, these plaintiffs request that any centralization ordered by the Panel occur in the Eastern District of New York. Plaintiffs in the Northern District of California action propose that district as an appropriate transferee forum.

On the basis of the papers filed and hearing session held, the Panel finds that these three actions involve common questions of fact, and that centralization under Section 1407 in the Eastern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions involve allegations that the same core group of Chinese defendants unlawfully conspired to eliminate competition, maintain market control, and fix prices for Vitamin C, beginning at least as early as December 2001. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery; prevent inconsistent pretrial rulings, including

---

[1]   The movant has identified two related actions pending in the Eastern District of New York and another related action pending in the Eastern District of Tennessee. These three actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2]   Hebei Welcome Pharmaceutical Co., Ltd.; Jiangsu Jiangshan Pharmaceutical Co., Ltd.; Weisheng Pharmaceutical Co., Ltd.; Shijiazhuang Pharmaceutical (USA) Inc.; and China Pharmaceutical Group Co., Ltd.



- 2 -

those with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

    We are persuaded that the Eastern District of New York is an appropriate transferee forum for this litigation. The Eastern District of New York has 1) the only action pending more than a few months; 2) the endorsement of all six defendants; and 3) the support of plaintiffs in actions in the Eastern District of New York as well as plaintiff in an action pending elsewhere. Furthermore, centralization in this forum allows the Panel to assign this litigation to an available transferee judge with prior, successful experience in the management of Section 1407 litigation.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Eastern District of New York are transferred to that district and, with the consent of that court, assigned to the Honorable David G. Trager for coordinated or consolidated pretrial proceedings with the action pending there and listed on Schedule A.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**A-146**

## SCHEDULE A

<u>MDL-1738 -- In re Vitamin C Antitrust Litigation</u>

### <u>Northern District of California</u>

*Linda Philion, et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, C.A. No. 3:05-4524

### <u>District of Massachusetts</u>

*Dennis Audette v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, C.A. No. 1:05-12224

### <u>Eastern District of New York</u>

*Animal Science Products, Inc., et al. v. Hebei Welcome Pharmaceutical Co., Ltd., et al.*, C.A. No. 1:05-453

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE                                                    MASTER FILE 06-MD-1738
VITAMIN C ANTITRUST LITIGATION                           (DGT)(JO)

This Document Relates To:

ALL CASES

-------------------------------------------------------X


**BRIEF OF AMICUS CURIAE**
**THE MINISTRY OF COMMERCE OF THE PEOPLE'S REPUBLIC OF CHINA**
**IN SUPPORT OF THE DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**


### Sidley Austin LLP

ATTORNEYS FOR AMICUS CURIAE
THE MINISTRY OF COMMERCE OF THE
PEOPLE'S REPUBLIC OF CHINA

787 SEVENTH AVENUE
NEW YORK, NEW YORK 10019
(212) 839-5300

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................................. ii

INTEREST OF THE AMICI ................................................................................ 1

BACKGROUND .................................................................................................. 4

I.      Allegations of the Complaint ..................................................................... 4

II.     The Regulation of the Vitamin C Export Industry in China ....................... 5

        A.      The Nature and Regulatory Role of the Chamber of Commerce of
                Medicines and Health Products Importers & Exporters ................... 5

        B.      The Vitamin C Sub-Committee .......................................................... 9

                1.      Initial Regulations Mandating Coordination (So-Called "Voluntary
                        Self-Restraint") in Establishing Export Price and Quantity ........... 10

                2.      Revised Regulation of Export Pricing and Quantity: Verification
                        and Chop ........................................................................................ 14

ARGUMENT ...................................................................................................... 15

I.      Dismissal Is Mandated By The Foreign Sovereign Compulsion Doctrine ......... 15

II.     The Act of State Doctrine Also Mandates Dismissal ............................... 21

III.    This Suit Should Be Dismissed Based on Principles of International Comity ......... 23

CONCLUSION ................................................................................................... 25

### TABLE OF AUTHORITIES

### FEDERAL CASES

Agency of Canadian Car & Foundry Co. v. American Can Co., 258 F. 363
(2d Cir. 1919)............................................................................................2

Alfred Dunhill of London, Inc. v. Republic of Cuba, 425 U.S. 682 (1976), cert.
denied, Saksand Co. v. Republic of Cuba, 425 U.S. 991 (1976)................22

Certified O.N.E. Shipping Ltd. v. Flota Mercante Grancolombiana, S.A.,
830 F.2d 449 (2d Cir. 1987)
cert. denied, 488 U.S. 923, (1988) ................................................16, 17, 19, 22, 23, 25

Continental Ore Co. v. Union Carbide and Carbon Corp., 370 U.S. 690 (1962) .............20

Dames & Moore v. Regan, 453 U.S. 654 (1981)..............................................21

Int'l Ass'n of Machinists & Aerospace Workers v. OPEC, 649 F.2d 1354
(9th Cir. 1981) cert. denied, 454 U.S. 1163 (1982) ......................................23

Interamerican Refining Corp. v. Texaco Maracaibo, Inc., 307 F. Supp. 1291,
1298 (D. Del. 1980) ......................................................................................16

Japan Line, Ltd. v. Los Angeles County, 441 U.S. 434 (1979).........................21

Liu v. Republic of China, 892 F.2d 1419 (9th Cir. 1989)....................................22

Mannington Mills, Inc. v. Congoleum Corp., 595 F.2d 1287
(3d Cir. 1979)....................................................................16, 17, 18, 25

Maple Flooring Mfrs Ass'n v. U.S., 268 U.S. 563 (1925)...................................6

Matsushita Electric Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 106 S. Ct.
1348 (1985)....................................................................................3

McElderry v. Cathay Pacific Airways, Ltd., 678 F. Supp. 1071
(S.D.N.Y. 1988) ..............................................................16, 17, 24

Oetjen v. Central Leather Co., 246 U.S. 297 (1918) ......................................22

Robinson v. Government of Malaysia, 269 F.3d 133 (2d Cir. 2001) ................2

Timberlane Lumber Co. v. Bank of America, N.T. and S.A, 549 F.2d 597
(9th Cir. 1976)..................................................................16, 22, 23, 24, 25

Trugman-Nash, Inc. v. New Zealand Dairy Board, Milk Prod. Holdings (North America), Inc., 954 F. Supp. 733 (S.D.N.Y. 1997) ........................................16, 19, 23

U.S. v. Curtiss-Wright Export Corp., 299 U.S. 304 (1936)................................................21

U.S. v. Javino, 960 F.2d 1137 (2d Cir. 1992) cert. denied, Javino v. U.S., 506 U.S. 979 (1992).............................................................................................2

U.S. v. Pink, 315 U.S. 203 (1942) ...............................................................2

U.S. v. Sisal Sales Corp., 274 U.S. 268 (1927) ................................................20

W.S. Kirkpatrick & Co. v. Envtl. Tectonics Corp., Int'l, 493 U.S. 400 (1990) ..........21, 22

## TREATISE

P. Areeda & H. Hovenkamp, ANTITRUST LAW, ¶ 274c (2d ed. 2000).........................15