**A-751**

Case 3:06-md-01738-DGT-DOC Document 27-9 Filed 08/22/2006 Page 6 of 27 Page ID #: 14253

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1028

This is to certify that the English translation of the document attached hereto is identical with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV 15505791

**A-752**

Case 1:06-md-01738-DGT-DO Document 176 Filed 08/22/2008 Page 2 of 27 Page ID #: 14254

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1029

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.1028 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV 15505793

A-754

# A-755

对外贸易经济合作部关于印发
《关于进出口商会人事管理的若干规定》的通知

（１９９４年９月２３日 （１９９４）外经贸人发第５４
０号）

各进出口商会：
　　根据《中华人民共和国对外贸易法》及国务院有关规定，我部制订了《关于进出口商会人事管理的若干规定》，现予印发，请按照执行。
　　特此通知。
　　　　附件：《关于进出口商会人事管理的若干规定》

　　　　　　附件

　　　　　　　　关于进出口商会人事管理的若干规定

　　为了适应外经贸体制改革的需要，健全进出口商会（以下简称商会）组织机构，充实其力量，并利于充分发挥其协调、服务等职能，根据《中华人民共和国对外贸易法》及国务院有关规定，制定本规定。
　　一、管理原则
　　１．商会为社团法人，参照执行国家和外经贸部有关事业单位人事管理的法律、法规和规章。
　　２．商会应结合自身特点依法建立和健全各项规章制度，加强内部管理。
　　３．外经贸部应维护和保障商会的用人自主权，加强宏观管理、指导和服务，促进商会组织的健康发展。
　　二、机构设置和人员编制
　　４．商会应按照国家有关规定，本着精简、效能的原则，并根据工作需要，拟定编制员额，经外经贸部审核，报民政部审定。
　　５．在批准的总编制和内设机构数额内，商会有权根据其章程自行设立、调整（更名）或撤销内部机构和决定其人员编制，并报外经贸部备案。
　　６．商会领导职务及职数一般为会长１人，副会长若干人（其中专职副会长２－３人，兼职副会长若干人），秘书长１人，副秘书长１－２人。正副会长、秘书长职责权限由商会章程规定。
　　７．商会常设办事机构各部门的领导职务的设置，应贯彻精简、效能的原则，其总数可按平均不超过一正一副的标准核定。
　　三、职工来源和管理
　　８．商会常设办事机构所需的一般工作人员，主要应从会员单位、外经贸主管部门及其直属事业单位在职人员中选调。经会员代表大会同意，也可从会员企业中借调少部分人员。不足部分可面向社会招聘。
　　９．调入商会任职的各类人员，其人事、工资关系应随即转入商会。
　　１０．从会员企业借调的人员，实行定期轮换，其人事、工资（含福利待遇）关系可保留在原单位。
　　１１．从社会单位和待业人员中招聘的人员原则上实行合同制，按国家有关规定与被聘人员签订聘用合同。具体办法和标准按外经贸部的有关规定执行。
　　１２．根据需要，商会可临时聘用离退休人员从事某些专项工作。
　　四、领导职务的产生和管理
　　１３．商会领导人的人选由外经贸部推荐（或由三分之一以上的会员单位共同推荐，并经外经贸部批准）后，经会员代表大会选举产生或罢免。
　　１４．商会会长、专职副会长、秘书长、副秘书长应是在职专职人员，商会兼职副会长、

# A-756

１５．商会常设办事机构各部门负责人，原则上应实行聘任制，由会长按规定程序聘任。

五、职工工资、福利待遇

１６．商会职工的工资、福利待遇，除招聘人员按劳动人事部门和聘用合同的有关规定执行外，按国家对事业单位的有关规定执行。

１７．在批准的总编制内，外经贸部人事主管部门根据实有职工人数情况和年度用工计划核定工资总额，并执行《工资基金管理手册》的审核制度。

１８．商会兼职领导人不得在商会领取工资、津贴和享受保险福利待遇。

１９．商会职工的退休条件和待遇，除招聘人员按合同执行外，均按国家有关退休的规定执行，费用由商会支付。

六、其他

２０．本规定同时适用于经外经贸部授权具有行业协调职能的商会、协会。其它外经贸社团根据自身特点参照执行。

２１．本规定由部人事教育劳动司负责解释。

２２．本规定自发布之日起执行。

－法律之星提供－

Case 13-4791, Document 157-2, 07/28/2014, 1280888, Page8 of 150

Case 1:06-md-01738-DGT-JO Document 270 Filed 09/22/2006 Page 8 of 27 PageID #: 14260

# 公　证　书

(2006)长证经字第1028号

兹证明前面的文件后所附的英文译本与中文原本内容相符。

中华人民共和国长安公证处

公　证　员

二〇〇六年六月二日

XIV 15505790

**A-760**

# 公　证　书

（2006）长证经字第1029号

　　兹证明前面（2006）长证经字第1028号《公证书》的英文译本与该公证书中文原本内容相符。

中华人民共和国长安公证处

公　证　员 

二〇〇六年六月

XIV 15505792

# A-761

**A-762**

## CERTIFICATE OF AUTHENTICITY OF RECORDS

City of Beijing )
People's Republic of China )
 )

### STATEMENT OF AUTHENTICITY

  I, JIANG TAO, am an Officer with official duties in the Department of Law & Treaty in the Ministry of Commerce of the People's Republic of China (the "Ministry"). I certify that the authentication of documents in the Ministry's custody is within the scope of my authority and official duties. I also certify that I have compared the document attached to this Certificate and that it is, in all respects, a true and correct copy of a document on file in my office.

  In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

           Senior Officer, Department of Law & Treaty,
         Ministry of Commerce, People's Republic of China

                JIANG TAO

BJI 38316v.1

**A-764**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.895

This is to certify that Jiang Tao (male, born on August 2, 1977, I.D.Card: 370702197708022616), the Authorized Representative of the Ministry of Commerce of the People's Republic of China, affixed his signature to the English document attached hereto before me in this office on May 26, 2006.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XIV 15502908

**A-766**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.896

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.895 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XW 15502910

# A-768



认 字 第 0 6 0 9 0 8 6 5 － 0 0 1 号

兹 证 明 前 面 文 书 上 公 证 处 的 印 章 和

公 证 员　　武 军　　的 签 名（印 章）

属 实 。

中 华 人 民 共 和 国 外 交 部

二 等 秘 书

2 0 0 6 年 0 6 月 1 5 日

**1 3 5 0 4 9 3**

People's Republic of China)

Municipality of Beijing　　　)

Embassy of the United　　　　)　ss:

States of America　　　　　　)

　　　　　　　　　Anu Prattipati

　　　　　　　　　Vice Consul

I, _____, Consul/Vice Consul of the United

States of America at Beijing, People's Republic of China, duly commissioned and qualified,

do hereby certify that ___Chen Bei Liang___, whose true signature and official

seal are, respectively, subscribed and affixed to the foregoing document, was on the

___15___ day of ___June___, 200 6, the date thereof, an

officer of the Ministry of Foreign Affairs of the People's Republic of China, duly

commissioned and qualified, to whose official acts faith and credit are due.

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the

Embassy of the United States of America at Beijing, People's Republic of China this

___16___ day of ___June___, 200 6.

_Anu Prattipati_

Anu Prattipati

Vice Consul

A-769

**A-770**

# 公　证　书

(2006)长证经字第895号

　　兹证明中华人民共和国商务部的授权代表蒋涛（男，一九七七年八月二日出生，身份证号码：370702197708022616）于二〇〇六年五月二十六日来到我处，在我的面前，在前面的英文文件上签字。

中华人民共和国长安公证处

公　证　员　

二〇〇六年五月二十六日

XIV15502907

**A-771**

# 公 证 书

（2006）长证经字第896号

　　兹证明前面（2006）长证经字第895号《公证书》的英文译本与该公证书中文原本内容相符。

中华人民共和国长安公证处

公 证 员 

二〇〇六年五月二十六日

XⅣ15502909

**A-773**

# EXHIBIT 3

# A-774

Interim Provisions for Administration of Export Commodities
(approved by the State Council on December 21, 1992, issued and announced by the
Ministry of Foreign Trade and Economic Cooperation on December 29, 1992)

To meet the needs of the development of a socialist market economy, strengthen the overall administration of exports, to promote enterprises' transformation of operations, to accelerate the development of foreign trade, and to implement international trade conventions, the Interim Provisions for Administration of Export Commodities are enacted as follows:

1.      The scope of export commodities governed by the Government's administration of quota licensing

Export commodities subject to the administration of quota licensing are primarily: bulk resource export commodities that are important for the national interest or individuals' well-being and bulk traditional export commodities that have important status in our export system, important commodities that hold a dominant position in the global marketplace or some other marketplace, export commodities which are subject to foreign nations' quotas or for which other nations ask that, we voluntarily limit our export quantity, commodities exported in large quantities and that may easily disrupt the economic order, important name-brand, high-quality, or specialized export commodities, and export commodities with special requirements.  In all, there are 138 export commodities subject to the administration of national quota licensing (see list attached).  As reform progresses, the number of export commodities subject to the administration of quota permits shall be gradually reduced in the future.

(1) Bulk resource export commodities that are important for the national interest or individuals' livelihood and bulk traditional export commodities that have important status in our exports, of which there are 38 kinds, shall be subject to planned quota administration.

[Not Translated]

4.      Coordination of the administration of export commodities

Those export commodities which are subject to coordination shall be collectively administered by each respective Chamber of Commerce.  Those companies dealing in export commodities which are subject to the administration of quota licensing shall join relevant

# A-775

Chambers of Commerce.  The particular methods of coordination administration shall be made by each Chamber of Commerce and will be strictly implemented upon discussion and approval at member meetings.

Joint operations, on the basis of willingness, equality, and mutual benefit, between companies that deal in the same type of export commodities shall be promoted and encouraged.

[Not Translated]

6.     The present Provisions shall take effect on January 1, 1993.  The Ministry of Foreign Economic Relations and Trade shall be responsible for the interpretation of the present Provisions.

List of export commodities subject to the Government's administration of quota licensing (138 in all)

1.     Export commodities subject to planned quotas and licensing administration (38 kinds in all)

(1) rice, (2) soybeans (including crushed), (3) corn (including crushed), (4) tea, (5) coal (including coal-water mixture), (6) tungsten (tungsten ore, ammonium paratungstate, tungsten trioxide, tungstanic acid), (7) antimony (antimony ingots, antimony oxide), (8) crude oil, (9) processed oil products, (10) cotton, (11) cotton yarn, (12) cotton-polyester yarn, (13) cotton gray cloth, (14) cotton-polyester gray cloth, (15) silk, (16) gray silk fabrics (shuttle-woven, knitted, raw, boiled-off, bleached)

(The above 16 kinds of most important export commodities shall be subject to unified and joint operation as organized by the Government.)

(17) bean cakes and meal, (18) unshelled peanuts (nutmeats), (19) rosin and turpentine, (20) wood and sawn goods, (21) cashmere and woolenless cloth, (22) rabbit fur, (23) raw steel and scrap steel, (24) pig iron, (25) tin (tin ingots, soldering tin and tin ore), (26) zinc (zinc ingots, zinc ore), (27) iron alloy (ferric silicon, ferric tungsten), (28) coke, (29) cement, (30) caustic calcined (dead burnt) magnesite, (31) fluorite lumps (powder), (32) talc lumps (powder)

(33) caustic soda, (34) soda ash, (35) paraffin wax, (36) Chinese herbs (ginseng, licorice root), (37) tetracycline, (38) Vitamin C

**A-776**

[Not Translated]

### 出口商品管理暂行办法
#### （1992年12月31日国务院批准，
#### 1992年12月29日对外经济贸易部令第4号发布）

为适应社会主义市场经济发展的需要，加强出口宏观管理，促进企业转换经营机制，加快对外贸易发展，参照国际贸易惯例，特制订以下出口商品管理暂行办法：

一、国家实行配额许可证管理的出口商品范围

实行配额许可证管理的出口商品主要是：关系国计民生的大宗资源性出口商品及在我出口中占有重要地位的大宗传统出口商品，我在国际市场或某一市场占主导地位的重要商品，国外对我有配额或要求我主动限制出口数量的商品；出口额大且易于引起经营秩序混乱的商品，重要的名、优、特出口商品，或者转换买家的出口商品。实行配额许可证管理的出口商品共138种（见附录）。随着改革的深化，今后实行配额许可证管理的出口商品将逐步减少。

（一）对关系国计民生的大宗资源性出口商品及在我国出口中占有重要地位的大宗传统出口商品，实行计划配额管理。品种为38种，每年出口数量确定后，由经贸部下达到各省、自治区、直辖市和计划单列市（以下简称各地方）及中央各部门所属外贸（工贸）总公司（以下简称各部门外贸公司）具体执行。

（二）我在国际市场或某一市场上占主导地位的重要出口商品、外国要求我主动限制的出口商品，实行主动配额管理，品种为54种，其中涉海地区配额商品为31种，沿海地区配额商品为23种。每年出口数量由经贸部根据国内外市场情况征求有关地方出口商会意见确定，原则上分配到各地方和各部门外贸公司执行。

（三）出口金额大且易营秩序易于混乱和重要的名、优、特出口商品以及分散细管理的商品，实行一般许可管理，列入出口许可证管理商品范围，品种为22种，每年将根据情况调整品种。每年出口数量原则上不限制，着重是管理经营秩序。

（四）国外对我有配额的24种出口商品，继续实行被动配额管理。每年出口数量按双边协议执行。分配办法另行制定。

（五）对外商投资企业生产出口的属配额许可证管理的商品，按立项时批准的合同安排出口配额。

二、出口许可证管理

（一）计划配额、主动配额和一般许可管理的出口商品都实行出口许可证管理。出口许可证管理商品的品种共114种。

（二）计划配额、主动配额出口商品按计划和配额数量发证，一般许可管理的出口商品发证数量原则上不限，如国际、国内市场情况变化需限制时，由经贸部临时通知发证机构执行。

（三）经贸部制定许可证管理办法，实行全项管理和总量控制，一般发证商品发证的事

**A-778**

务性工作主要放到地方经贸管理部门和特派员办事处。

（四）对部分许可证管理商品发证试行招标办法，由进出口商会主持招标，发证机关在已确定的配额内按企业中标数量和价格情况发出口许可证。经贸管理部门监督合同的执行。试行招标的配额许可证管理商品范围，将逐步扩大。

三、出口商品经营管理

（一）计划配额商品中的十六种特别重要出口商品，由国家组织统一联合经营。具体由经贸部组织实施。

（二）除国家组织统一联合经营的十六种外，其他实行配额许可证管理的出口商品由各省、自治区、直辖市和计划单列市经贸管理部门分配给有出口实绩或经营能力的外贸企业或有该种出口商品经营权的其他企业经营（各部门外贸公司由经贸部根据其出口实绩或经营能力分配）。除此以外的出口商品，凡经国家批准经营对外贸易业务的外贸企业都可经营。

（三）有外贸自营权的生产企业或成套件性企业集团、外商投资企业的经营权限仅为自产产品。

（四）凡属下述情况之一的货物，任何企业不得经营出口：（1）危及国家安全的；（2）法律、法规禁止出口的文物、濒临灭绝状态的珍贵动物或植物、劳改产品及其他食物；（3）违反中华人民共和国承担的国际义务的；（4）国内特别紧缺的麝香、天然牛黄、铜及铜基合金、白金。

四、出口商品协调管理

需要协调的出口商品，统一由各进出口商会协调管理。经营实行配额许可证管理出口商品的企业应参加有关进出口商会。具体协调管理办法，由各进出口商会制订，经会员大会讨论通过后严格执行。

积极推动和鼓励经营同类出口商品的企业在自愿、平等、互利的基础上联合经营。

严格执行《商标法》，保护和发展名牌出口商品。

五、增强出口商品管理透明度

实行配额许可证管理的出口商品每年即期的分配、实施结果，凡不涉及商业秘密的都要公布，以接受各方面监督。

六、本办法从一九九三年一月一日起执行。由经贸部负责解释。

国家实行配额许可证管理出口商品目录（共 138 种）

一、实行计划配额管理商品目录（38 种）

1、大米　2、大豆（含大豆饼）　3、玉米（含玉米浆）　4、茶叶　5、煤炭（含水煤浆）　6、锑（指钨品、钟酸锑铵、三氧化锑、锑锭）　7、锡（指锡矿、氧化锡）　8、原油9、成品油　10、锯花　11、棉纱　12、棉腿起绒纱　13、棉坯布14、棉腿起坯布　15、蚕丝类　16、坯绸（包丝坯、针织坯生、练、染绸）

（以上十六种特别重要的出口商品，由国家组织统一联合经营）

17、豆粕及豆饼　18、花生仁（果）　19、松香及松脂　20、蔺草及蔺材21、羊轮及无毛绒　22、兔毛　23、铜材及废铜　24、生铁　25、锡（指锡锭、焊锡及锡砂）　25、锌（指锌锭、锌矿砂）　27、铁合金（指硅铁、钟铁）　28、焦炭　29、水泥　30、铝（重）

烧碱 31、稀石炭（粉） 32、滑石块（粉）

33、挑碱 34、纯碱 35、石雄 36、中药材（其中：人参、甘草） 37、顶环素 38、维生素C

二、实行主动配额管理商品目录（54种，括号内为实行主动配额的国家和地区）

39、细花滑竹（美国、日本、港澳） 40、芦苇编品（欧共体、港澳） 41、水意鲜（日本） 42、红小豆（日本） 43、高粱（日本、东南亚） 44、蔬菜干（日本） 45、栗子（日本、港澳、东南亚） 46、大蒜（港澳、东南亚） 47、芝麻（日本） 48、荞麦（日本） 49、蜂蜜（日本） 50、薄荷脑油（欧共体）

51、萃及萃制品（日本） 52、海草及制品（日本） 53、阿拉伯胶膀（中东六国） 54、磷片石墨（日本） 55、肝素钠（欧共体、港澳、美国） 56、鲜冻王浆（日本、欧共体、美国） 57、半夏（日本） 58、独米（日本） 59、树木及板材（日本） 60、抽漆布（日本、港澳） 61、棉涤绝细布（日本） 62、聚苯双酚（韩国、东南亚） 63、甘草制品（港澳、日本、东南亚） 64、蜡膜（膀）（欧共体、日本） 65、地膜（英国、日本） 66、碳钽合金（日本、港澳） 67、蒜片（东南亚） 68、冻兔肉（欧共体、港澳） 69、蛙子蟹（日本） 70、祐菁（包括括大菁、箭中菁、猪乳膀）（港澳） 71、祐中（港澳） 72、祐荐（港澳）

73、祐食（祐鸡、祐鸭、祐鹅、祐祸）（港澳） 74、冻猪肉（港澳） 75、冻牛肉（港澳） 76、冻羊肉（港澳） 77、冻家禽（港澳） 78、祐水产品（包括祐鲜鱼、大闸蟹）（港澳） 79、鲜水果（包括鲜橘、哈密瓜、苹果、鸭梨、西瓜）（港澳） 80、鲜蔬菜（包括大白菜、土豆、萝卜、冬瓜、茄花）（港澳） 81、皮蛋（港澳）、82、虫草（港澳） 83、荷花（港澳）

84、黄莲（港澳）

85、当归（港澳） 86、枸杞（港澳） 87、党参（港澳） 88、茯苓（港澳） 89、苎麻纱（包括纱、条、练、精干麻）（港澳） 90、兰麻坯布（港澳）

91、卫生纸（港澳） 92、盐水蘑菇（港澳）

三、实行一般许可管理商品目录（22种）

93、食糖 94、抽纱（手帕、手绢） 95、醋膏 96、浆膏衣 97、黑白电视机 98、纳录 99、博士 100、独皮 101、线铀 102、富水 103、景漆夏 104、柒夏 105、麻黄素 105、麻乙肼 107、钼及铱基合金

108、铱及铱基合金 109、铱材 110、黄磷 111、银铝

112、军民通用化学品（10个） 113、易制毒化学品（22个） 114、电子计算机及外部设备

四、实行被动配额管理商品目录（24种）

（一）纺织是被动配额商品（19种）

1、化学纤维 2、棉纱 3、毛纱及毛线 4、其它纱 5、棉布（色织布、花布） 6、化纤混纺布 7、亚麻帆布 8、弹锦 9、枕套、床单、床罩、被套 10、毛巾 11、手套 12、手帕 13、被褥 14、毛纱 15、毛毯 16、台布17、原旗 18、地毯 19、匹

用纱布

（二）非纺织品被动配额商品（5种）

20、麻面罐头（欧共体）   21、日用陶瓷（英国）   22、水螅丝（德国）   23、水墨
干、红薯干（欧共体）   24、黑白、彩色电视机（美国）

说明：1、烟草仍按国家有关规定实行专营。

2、国际公约管制的军民通用化学品 19 个为：光气、氯化膦、三氯硫基甲烷（氟化砷）、
氰化氢、砷硝氧氯、三氯化膦、亚硫酰、亚磷（ＰＩＩＩ）酸的二和三甲／乙酯、一氯化碘、
五氯化砷。

3、国际公约限制的易制毒化学品 22 个为：麻黄碱、麦角新碱、麦角胺、麦角酸、1
－苯基－2－丙酮、伪麻黄碱、Ｎ－乙酰邻氨基苯胺、3、4－亚甲基二氧苯基－2－丙酮、
羟磺酸、黄樟脑、异黄樟脑、醋酸酐、丙酮、邻氨基苯甲酸、乙醚、苯乙酸、哌啶、甲苯乙
基酮、甲苯、高锰酸钾、硫酸、盐酸。

4、计算机系指：ＣＰＵ采用 80486 的微型计算机，以及相当于这一水平或超过这一水
平的微型计算机；各类计算机工作站；小型计算机、以及超过小型机水平的各类计算机；各
类专国产型号的计算机。外部设备系指：屏幕为 19 英寸以上（含 10 英寸）的显示器；速
换率为 1024×1024，以及超出这一水平的各类显示器；容量超过 165ＭＢ 的磁盘存储器；
各按准国产型号的计算机外部设备。

5、纺织品被动配额商品是按照贸易业务统计口径所列出的 19 种（类）、238 个商品。

**A-781**

### CERTIFICATION OF TRANSLATION
#### (Certified by State and Federal Courts)

This is to certify under the penalty of perjury that I am a court certified interpreter in California with license number #301138 and I am fluent in Chinese (Mandarin) and English languages, and I state that the documents below were translated

1. INTERIM PROVISIONS FOR ADMINISTRATION OF EXPORT COMMODITIES;
2. REGARDING THE REDISTRIBUTION OF THE NOTICE OF THE MOFTEC DEPARTMENT OF TRADE ADMINISTRATION *REGARDING THE EMERGENCY NOTICE CALLING FOR A VITAMIN C EXPORT WORK CONFERENCE;*
3. CHAMBER OF COMMERCE MEETING MINUTES, dated December 23, 2005, JJPC0040755C ;
4. Fax of BRUSSELS NEWSLETTER (Issue No. 270), dated September 19, 2001, JJPC0049428;
5. NOTICE REGARDING THE DISTRIBUTION OF DOCUMENTS, INCLUDING MINUTES OF THE THIRD MEETING OF THE MEMBERS OF THE VITAMIN C SUBCOMMITTEE. NEPG075766;
6. FAX WITH SUBJECT "EUROPEAN UNION MAY BRING AN ANTIDUMPING ACTION AGAINST OUR VITAMIN C" FROM GERMAN EMBASSY COMMERCIAL COUNSELOR'S OFFICE, JJPC055588;
7. MINISTER WU YI DISCUSSES THE REFORM OF IMPORT AND EXPORT CHAMBERS OF COMMERCE;
8. CHARTER OF THE VITAMIN C SUBCOMMITTEE OF THE CHINA CHAMBER OF COMMERCE OF MEDICINES AND HEALTH PRODUCTS IMPORTERS AND EXPORTERS. JJPC0055589;
9. REGARDING THE ISSUES CONCERNING THE 1988 FOREIGN TRADE REGIME REFORM by Li Lanqing;
10. REPORT REGARDING THE CURRENT VITAMIN C EXPORT CIRCUMSTANCES AND RECOMMENDATIONS OF COUNTERMEASURES; and
11. REPORT REGARDING APPLYING TO BORROW VC EXPORT LICENSE IN ADVANCE, dated January 10, 1996, JJPC0055625

and that they are accurate translations of the originals.

Signed on August 27, 2009 in Los Angeles, California

Samuel Shen Chong
CA Court Certified Interpreter (License No. 301138)

**A-782**

# EXHIBIT 4

# A-783

[TRANSLATION]

## Interim Regulations of the Ministry of Foreign Trade and Economic Cooperation on Punishment for Conduct of Exporting at Lower-than-Normal Price

(Promulgated on March 20, 1996)

Article 1 These interim regulations are formulated in accordance with the Foreign Trade Law and the Anti-Unfair Competition Law of the People's Republic of China, to ensure orderly development of the country's export trade, safeguard the legitimate rights and interests of the State and enterprises and prevent conduct of exporting at lower-than-normal price.

Article 2 These regulations apply to the conduct of exporting products at lower-than-normal price by export enterprises.

The export enterprises mentioned in these regulations refer to those in the People's Republic of China who engage in foreign trade with approval from the departments in charge of foreign trade and economic cooperation; the export products mentioned refer to the products for export which are produced, manufactured, processed or assembled in the People's Republic of China and their origin is China according to the Rule on the Origin of Export Goods of the People's Republic of China.

Article 3 The Ministry of Foreign Trade and economic Cooperation of the People's Republic of China (hereinafter referred to as MOFTEC) is the department which is responsible for punishing the conduct of exporting at lower - than -normal price. The work group set up specially for this work in MOFTEC is in charge of investigations related to of the conduct of exporting at lower -than-normal price, and makes suggestions to MOFTEC on the settlement of any such case.

Article 4 All export enterprises shall make serious market surveys, enhance business accounting, follow the coordination by various chambers of commerce for import and export trade, and set export prices which are suitable in countries to which the goods are exported.

Article 5 A conduct of exporting at lower-than-normal price means that the export price is lower than the necessary price for the product of the enterprise.

The export price shall be calculated based on the amount of foreign exchange which should be charged or has been received on the product of the export enterprise.

The necessary price shall comprise of the cost for the production of the export product in China, the expenses for storage, transportation, insurance and management which are needed in foreign trade and reasonable profit.

Article 6 MOFTEC shall mete out the following punishments on enterprises which commit conducts of exporting at lower -than- normal price as the case may be:

1. Circulating a notice of criticism or giving a warning;

2. Export enterprises which cause losses to the state or related enterprises by exporting at lower-than-normal price shall be fined, the fine shall be not less than 60 percent of

**A-784**

Case 1:06-cv-13738-DGT Document 70 Filed 09/22/2006 Page 33 of 27 PageID #: 14286

the actual amount of income from the conduct of exporting at lower-than-normal price;

3. Export enterprises which have repeatedly committed the conduct of exporting at lower-than-normal price and caused serious losses to the state and related enterprises shall be fined in accordance with Section 2 of this Article. If the export enterprise refuses to accept the punishment within 30 days after the fine notice is received, the enterprise's right to applying and bidding for export quotas of the related products or some part of the products shall be suspended or revoked, or its export license for the related products or some part of the products shall be suspended or revoked, or the enterprise's permit to foreign trade shall be suspended or revoked.

4. Aparting from the above punishments, MOFTEC can investigate or order relevant authority to investigate administrative liability or economic responsibility against legal representative or person directly responsible for the conduct of exporting at lower-than-normal price.

Article 7 Any unit or individual can on the basis of facts, make a report directly or via a chamber of commerce for import and export trade or an association of foreign-funded enterprises to MOFTEC against an export enterprise which has committed the conduct of exporting at lower-than-normal price. The report can include:

1. The name of the product that has been exported at lower-than-normal price;

2. The name of the enterprise which has committed the conduct of exporting at lower-than-normal price;

3. The amount of the exported product and the amount of money involved;

4. Relevant documents and materials that can prove the conduct of exporting at lower-than-normal price.

Article 8 MOFTEC shall, based on a report or any other tips, make a decision on whether to place a case on file for investigation of the export enterprise which has been charged with committing the conduct of exporting at lower-than-normal price. Such a decision shall be made within 30 days after a report is received.

Article 9 After the case is placed on file MOFTEC can entrust the related chamber of commerce for import and export trade, association of foreign-funded enterprises or local department in charge of foreign trade and economic cooperation to make an investigation of the export enterprise which has been charged with committing the conduct of exporting at lower-than-normal price. When the case is serous, MOFTEC can make the investigation itself. The investigation shall cover any such conduct within one year before the date the case is placed on file.

Article 10 The decision on placing a case on file for investigation shall be made in written from, which will include the facts that have been known, the name of the enterprise to be investigated and the name of the institution entrusted to carry out the investigation, and the decision shall be made public.

Article 11 The investigation shall normally end within 90 days from the date the decision is made public.

# A-785

Case 1:06-md-01788-DGT Document 70 Filed 09/22/2006 Page 43 of 27 PageID #: 14287

The unit entrusted to carry out the investigation shall, within 10 days from the conclusion of the investigation, report the results of the investigation to MOFTEC and also make suggestions on the settlement of the case.

MOFTEC shall, based on the results of the investigation and the suggestions, make and publicize a decision in written form on the settlement of the case within 45 days from the conclusion of the investigation. The decision shall take effect on the day it is made public.

Article 12 MOFTEC shall, in accordance with relevant laws and regulations, keep confidential the report against the conduct of exporting at lower-than-normal price made by any unit or individual.

MOFTEC shall award and commend any unit or individual who retrieves a loss for the state or enterprise.

Article 13 In case a punished export enterprise, legal representative or person directly responsible for the conduct of exporting at lower-than-normal price disagrees with the punishment decision, the enterprise, representative or person can apply to the Administrative Appeal Committee of MOFTEC for re-examination of the case in accordance with the Regulations on Administrative Appeal of the People's Regulations on Administrative Appeal of the People's Republic of China; in case the party still disagrees with the re-examination decision, it can take legal proceedings against the decision at a people's court in accordance with the Administrative Procedure Law of the People's Republic of China. The original punishment decision shall remain effective during the period of appealing for re-examination or legal proceedings.

Article 14 These regulations apply to any conduct of exporting at lower-than-normal price that occurs after the regulations go into force.

Article 15 The right to interpret these regulations resides in MOFTEC.

Article 16 These regulations go into force on the date they are made public.

BJI 35695v.1

Case 1:06-md-01738-DGT-DLC Document 70 Filed 09/22/2006 Page 53 of 27 PageID #: 14288

**A-787**

## CERTIFICATE OF AUTHENTICITY OF RECORDS

City of Beijing        )
People's Republic of China   )

## STATEMENT OF AUTHENTICITY

I, JIANG TAO, am an Officer with official duties in the Department of Law & Treaty in the Ministry of Commerce of the People's Republic of China (the "Ministry"). I certify that the authentication of documents in the Ministry's custody is within the scope of my authority and official duties. I also certify that I have compared the document attached to this Certificate and that it is, in all respects, a true and correct copy of a document on file in my office.

In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

Senior Officer, Department of Law & Treaty, Ministry of Commerce, People's Republic of China

JIANG TAO

BJ1 38316v.1

A-788

**A-789**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.899

    This is to certify that Jiang Tao (male, born on August 2, 1977, I.D.Card: 370702197708022616), the Authorized Representative of the Ministry of Commerce of the People's Republic of China, affixed his signature to the English document attached hereto before me in this office on May 26, 2006.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XIV 15502916

A-790

Case 1:06-md-01738-DGT-JO Document 70 Filed 08/22/2006 Page 93 of 37 PageID #: 14292

**A-791**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.900

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.899 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XIV 15502918

**A-792**

认 字 第 0 6 0 9 0 8 6 2 - 0 0 1 号

兹 证 明 前 面 文 书 上 公 证 处 的 印 章 和

公 证 员　　武 军　　的 签 名 ( 印 章 )

属 实。

中 华 人 民 共 和 国 外 交 部

领 事 司　　二　　等 秘 书

2 0 0 6 年 0 6 月 1 5 日

1 3 5 0 5 3 5

People's Republic of China)
Municipality of Beijing       )
Embassy of the United        )  ss:
States of America            )

I, _____Anu Prattipati_____, Consul/Vice Consul of the United
          Vice Consul
States of America at Beijing, People's Republic of China, duly commissioned and qualified,
do hereby certify that ___Guo Hongliang___, whose true signature and official
seal are, respectively, subscribed and affixed to the foregoing document, was on the
___15___ day of ___June___, 2006, the date thereof, an
officer of the Ministry of Foreign Affairs of the People's Republic of China, duly
commissioned and qualified, to whose official acts faith and credit are due.

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the
Embassy of the United States of America at Beijing, People's Republic of China this
___16___ day of ___June___, 2006.


_____Anu Prattipati_____
        Anu Prattipati
        Vice Consul

# A-795

Case 1:06-md-01738-DGT-DU Document 70 Filed 08/22/2008 Page 34 of 27
Case 1:06-md-01738-DGT-DU Document 70 Filed 08/22/2008 Page 34 of 27 PageID #: 14297

## 外经贸部关于处罚低价出口行为的暂行规定

### （一九九六年三月二十日）

**第一条** 为有秩序地发展中华人民共和国的出口贸易，维护国家和企业的合法权益，防止低价出口行为，根据《中华人民共和国对外贸易法》和《中华人民共和国反不正当竞争法》，特制定本规定。

**第二条** 本规定适用于出口企业的低价出口产品行为。

本规定中出口企业指在中华人民共和国境内获得对外经济贸易主管部门许可的对外贸易经营者；出口产品指在中华人民共和国境内生产、制造或加工、装配，并根据《中华人民共和国出口货物原产地规则》，原产地为中国的出口产品。

**第三条** 中华人民共和国对外贸易经济合作部（以下简称外经贸部）是处罚低价出口行为的主管部门。

外经贸部处罚低价出口行为立案调查工作小组，依本规定负责调查低价出口行为，并向外经贸部提出处理建议。

**第四条** 各出口企业应认真做好市场调研，加强经济核算，服从各进出口商会的协调，制定符合进口国市场水平的出口价格。

**第五条** 出口价格低于本企业该项产品的应售价格为低价出口行为。

出口价格应以出口企业对该产品应收或实收的外汇金额为基础进行计算。

应售价格应出口产品的境内生产成本、对外贸易所需的储运、保险、管理等费用加上合理利润构成。

**第六条** 出口企业凡有低价出口行为的，外经贸部视情况给予下列处罚；

一、公开通报批评或警告；

二、因出口企业低价出口行为给国家和有关企业造成经济损失的，处以相应罚款。罚款金额不超过低价出口产品实售金额的６０％；

三、出口企业屡次发生低价出口行为并给国家和有关企业造成严重经济损失的，依本条第二款处以罚款，自收到罚款处罚通知之日起３０日内拒不执行的，暂停或取消其对相关产品或部分产品的配额申请权和投标权，暂停或取消其相关产品或部分产品的出口许可，直至暂停或撤销其对外贸易经营许可；

四、除上述一、二、三款规定的处罚外，还可追究或责成有关部门追究该企业法定代表人和直接责任人的行政责任或经济责任。

**第七条** 任何单位或个人均可依据事实对有低价出口行为的出口企业直接或通过进出口商会、外商投资企业协会向外经贸部举报。举报内容可包括：

一、低价出口的产品名称；

二、低价出口的企业名称；

三、低价出口的金额和数量；

四、证明低价出口行为的有关单证。

**第八条** 外经贸部根据举报或其它线索可决定是否对有低价出口行为的出口企业予以立案调查。是否立案调查的决定在收到举报之日起３０日内做出。

**第九条** 立案后，外经贸部可委托有关进出口商会、外商投资企业协会或地方外经贸主管部门负责调查低价出口行为。遇有重大案件时，外经贸部可自行开展调查。调查期间为立案调查之日前１年内的出口行为。

**第十条** 立案进行调查的决定应以书面形式做出，包括已知的事实、被调查单位名称和受托调查的相关机构名称，并予以公布。

**第十一条** 调查一般应在立案进行调查决定公布之日起的９０日内结束。

被授权调查的单位应在调查结束后１０日内向外经贸部报告调查结果并可提出处理建议。

外经贸部应根据调查结果及处理建议在调查结束后４５日内做出书面处理决定，并予以公布。决定自公布之日起生效。

**第十二条** 外经贸部根据国家有关法律、法规的规定对举报单位或个人的举报行为予以保密。

对为国家和企业挽回经济损失的举报单位或个人，外经贸部给予奖励或鼓励。

**第十三条** 被处罚的出口企业、法定代表人或直接责任人对外经贸部的处罚决定不服的，

-法律之星提供-

# A-796

可依《中华人民共和国行政复议条例》向外经贸部行政复议委员会申请复议；对复议不服的，可依《中华人民共和国行政诉讼法》向人民法院提起诉讼，复议和行政诉讼期间，原处罚决定继续有效。

**第十四条** 本规定适用于其生效后发生的低价出口行为。

**第十五条** 本规定由外经贸部负责解释。

**第十六条** 本规定自公布之日起施行。

-法律之星提供-

**A-798**

Case 1:06-md-01738-DGT-DO Document 70 Filed 09/22/2006 Page 37 of 27 PageID #: 14300

# 公　证　书

(2006)长证经字第899号

　　兹证明中华人民共和国商务部的授权代表蒋涛（男，一九七七年八月二日出生，身份证号码：370702197708022616）于二〇〇六年五月二十六日来到我处，在我的面前，在前面的英文文件上签字。

中华人民共和国长安公证处

公　证　员　

二〇〇六年五月二十六日

XN15502915

**A-800**

Case 1:06-md-01738-DGT-DO Document 76 Filed 09/22/2006 11 Page 303 of 27
14302

# 公　证　书

（2006）长证经字第900号

　　兹证明前面（2006）长证经字第899号《公证书》的英文译本与该公证书中文原本内容相符。

中华人民共和国长安公证处

公　证　员

二〇〇六年五月二十六日

XN 15502917

**A-802**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1032

This is to certify that the English translation of the document attached hereto is identical with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV 15505799

A-803

# A-804

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1033

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.1032 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XⅣ15505801

**A-805**

**A-806**

# 公　证　书

(2006)长证经字第1032号

兹证明前面的文件后所附的英文译本与中文原本内容相符。

中华人民共和国长安公证处

公　证　员



二〇〇六年六月　日

XIV 15505798

# 公　证　书

（2006）长证经字第1033号

　　兹证明前面（2006）长证经字第1032号《公证书》的英文译本与该公证书中文原本内容相符。

中华人民共和国长安公证处

公　证　员 

二〇〇六年六月三日

XN 15505800

**A-809**

# EXHIBIT 5

# A-810

L.S. [Legal Seal:  China Chamber of Commerce of Medicines and Health Products Importers and Exporters, 4/[illegible]/1996]

### MINISTRY OF FOREIGN TRADE AND ECONOMIC COOPERATION DOCUMENT

[urgent]

| [1996] Foreign Trade Administration Document No. 185 | Signed and issued by Wu Yi |
| --- | --- |

### REPORT REGARDING THE CURRENT VITAMIN C EXPORT CIRCUMSTANCES AND RECOMMENDATIONS OF COUNTERMEASURES

State Council:

At the end of 1995, comrade Yang Changji wrote a letter to Vice-Premier Zhu Rongji concerning problems that existed in vitamin C production and export.  Three Vice-Premiers, Zhu Rongji, Zou Jiahua, and Li Lanqing, each individually made critical orders.  To implement the

[signatures and dates, including Wang 20/5, Zhu, Cai 23/4, Chen 2/5, Liu 23/4, and others which are illegible]

spirit of these orders, our Ministry has invited the Department of Foreign Trade Administration for the regions of primary vitamin C production and major producers and exporters to the *Vitamin C Export Work Conference* in February of this year, to conduct serious analysis and research regarding the current vitamin C export situation, existing problems, and solutions.  Now, the relevant matters are reported as follows:

[Not Translated]

2.     Primary problems that exist with respect to vitamin C export and their causes

Our country's vitamin C exports enjoyed significant development in recent years.  However, a number of problems exist in the process of development and became prominent during 1995:

# A-811

(1) The product export dependency is too high.  The percentage of annual export quantity as a proportion of total annual production is already as high as 87%.  Whether the export situation is good or bad directly affects the existence and development of our country's vitamin C industry.

(2) Too many export operation channels.  The number of businesses dealing in vitamin C exports during the last two years exceeds 200.

(3) Low-grade export type.  The majority of the exports consists of vitamin C powder, and increase in exports is primarily attributable to an increase in the amount of basic products.

(4) Export prices are not ideal.  Especially since the fourth quarter of last year, export prices have continued to decrease, from a previous price of US$11.30/kg to US$10.30/kg, and then a further decline to the current price of US$8.50/kg.

(5) Increase of blind price cuts in an attempt to gain a competitive export sales advantage.  Other countries are prepared to implement antidumping measures against our product.

There are many factors affecting our vitamin C exports.  There is the organically integrated problem of long-term industry development strategy and staged development strategy.  There are also concerns about the evolution of supply and demand, and the resulting increase in competition, in international and domestic markets.  Then, there are other problems, such as the inefficacy of export administration and coordination measures.


[Not Translated]


(3) Some international companies, in order to prevent the rapid development of Chinese vitamin C exports and to protect their market share and decrease our current market share, have, since the fourth quarter of last year, adopted the strategy of lowering prices to compete with our products.  Since January of this year, the tactic of lowering prices has become even more aggressive, in hopes of forcing us to respond to the price war by lowering the prices of our own products; at the same time, this has shaken the confidence of some of our export businesses regarding the market, pushing the psychology and behavior of those companies towards price decreases for the purpose of increasing sales.  We can say that price competition in the current vitamin C export circumstances is primarily a competition between Chinese vitamin C producers

and multinational companies, and only secondarily a competition among Chinese vitamin C producers.

3.      Strategies to enhance the healthy development of our vitamin C export industry

The current disorderly, chaotic vitamin C export situation in our country is marked by low price competition designed to increase vitamin C export sales, together with the fact that trade protectionism has soared overseas and antidumping measures have been contemplated against our products.  These are serious hidden dangers to the further healthy development of our vitamin C export industry and must be dealt with and resolved with practical countermeasures.

(1) Reduce the production to protect the price, stabilize the market, reduce losses.  Based on the fact that domestic sales of vitamin C are very limited and that current production has a greater degree of surplus, hoping to increase our international market share entirely via price reduction is neither possible nor practical; therefore, we should immediately adopt the measure of decreasing production to protect the price.  First, for a three-year period (from 1996-1998), no new vitamin C production projects or increase in vitamin C production scale can be initiated, including projects by sole proprietorships, joint ventures, and cooperative business operations, so as to absorb the already expanded production of the last two years; second, the relevant departments should take lead and implement measures to restrict the production of current vitamin C producers; third, based on such a foundation, determine and adjust total export volume in a timely fashion in accordance with the changes of supply and demand in the international market.

[Not Translated]



# 对外贸易经济合作部文件

〔急件〕

〔1996〕外经贸管发第185号          吴  仪  签  发

## 关于当前维生素C出口情况
## 及对策建议的报告

国务院：

　　1995年底，杨昌基同志写信给朱镕基副总理，反映当前维生素C生产和出口中存在的某些问题。朱镕基、邹家华和李岚清三位副总理分别对该信作了重要批示。为落实

— 1 —

# A-814

批示精神,我部邀请维生素C主产区外经贸管理部门和主要生产、出口企业,于今年2月召开了"维生素C出口工作座谈会",就当前维生素C出口形势、存在问题及解决措施进行了认真的分析和研究。现将有关情况报告如下:

一、我国维生素C生产和出口概况

我国现已成为维生素C生产大国。1995年,全国维生素C生产总能力已达4.3万吨,实际产量为2.3万吨,分别占当年全球生产总能力的36%和实际总产量的33%。

1990年以来,特别是近3年,我国维生素C出口1年迈上一个新台阶。1993年,出口仅为0.88万吨,计0.96亿美元;1994年便猛增到1.46万吨,合计1.59亿美元,出口数量和金额的年增幅分别高达67%和66%;1995年出口2万余吨,近2.2亿美元,数量和金额比上年各增长了37%和38%,仍处在高速增长之中。

我国维生素C出口的快速发展,打破了国际市场该商品生产和销售的传统格局,取得了令人瞩目的成绩。目前,我国维生素C年出口量已占当年世界该商品年贸易量的40%,是世界上举足轻重的维生素C出口大国。

二、当前维生素C出口存在的主要问题及原因

我国维生素C出口近几年虽获得了大发展,但在发展中也存在着不少的问题,并在1995年表现得尤为突出:

— 2 —

（一）产品的出口依存度过高，年出口量在年生产量中所占的比重已高达 87%，出口状况的好坏直接影响到我国维生素 C 产业的生存和发展。

（二）出口经营渠道过多，经营维生素 C 出口的各类企业近 2 年均在 200 家以上。

（三）出口档次较低，绝大部分为维生素 C 原粉，出口增长主要依靠初级产品粗放的数量扩张。

（四）出口价格不理想，特别是去年第四季度后，出口价格连续下跌，先是从以前的每公斤 11.3 美元下降到 10.3 美元，继而跌至目前的 8.5 美元。

（五）盲目低价对外竞销有加剧之势，国外对我产品的反倾销有从酝酿到实施的可能。

影响我国维生素 C 出口的原因是多方面的，既有产业长远发展战略和阶段发展战术的有机结合问题，也有国际国内市场供求关系的演变以及由此带来的竞争加剧因素，还有对出口的管理和协调手段力度不够等其他原因：

（一）前几年国际维生素 C 市场需求旺盛，出口利润高，刺激了国内维生素 C 生产的盲目超常发展，导致了生产能力的相对过剩。"八·五"期间，我国维生素 C 产量从1991 年的 0.7 万余吨发展到 1995 年的 2.3 万余吨，产能从 1991 年的 0.8 万余吨扩大到 1995 年的 4.2 万余吨，产

— 3 —

# A-816

量和产能的年均增长率分别高达 31% 和 46%。特别是
1993--1995 年,产能年均扩大 61%,产量年均增长 33%,
现产能对产量的相对过剩率已近 31%。生产源失控,生产
规模扩大过快,必然突发性地出现大量无效供给。

(二)国内维生素 C 市场过于狭小,年消费量不到 0.6
万吨,绝大部分产品不出口就无法解决销路,而国产维生素
C 目前在国际市场上又仅能用于食品及饮料行业,在所占
国际市场份额已达 40% 的情况下,出口市场的进一步开拓
需要一定的过程,无法与国内产能和产量的扩大同步。这种
矛盾加快了国产维生素 C 销售向买方市场的转化,加重了
其对出口市场的依赖。

(三)某些国际跨国公司为了阻止中国维生素 C 出口
的快速发展,保住其市场份额并挤占我已有份额,从去年第
四季度起,采取了降低价格同我产品竞争的策略,今年 1 月
以来,降价攻势更加咄咄逼人,在迫使我产品降价应战的同
时,也动摇了我部分出口企业对市场的信心,刺激了企业的
低价求售心理和行为。可以说,目前维生素 C 出口中出现
的价格竞争主要是中国维生素 C 生产企业和国际跨国公
司之间的竞争,其次是中国维生素 C 生产企业之间的竞
争。

三、促进我国维生素 C 出口健康发展的对策

— 4 —

当前我国维生素C出口中的低价竞销、秩序混乱现象
和国外贸易保护主义日趋抬头并对我产品酝酿反倾销的事
实，是我国维生素C出口进一步健康发展的严重隐患，必
须采取切实对策予以解决。

（一）限产保价，稳定市场，减少损失。鉴于维生素C内
销量十分有限，现有生产能力出现了较大程度的过剩，希望
完全通过降价来扩大国际市场份额既不可能也不现实，因
此，应立即采取限产保价措施。一是近3年（1996—1998
年）内不再上马新的维生素C生产企业或新增维生素C生
产规模，包括独资、合资和合作经营项目，以消化近2年已
扩大的生产能力；二是由有关部门牵头，落实对现有维生素
C生产企业的限产措施；三是在此基础上，根据国际市场供
求关系的变化，及时制定或调整出口总量。

（二）完善现有维生素C出口配额的分配办法，优化出
口经营队伍，推动出口的规模化经营。

按照从今年起执行的我部《关于出口商品配额分配的
若干规定》，各省（自治区、直辖市）经营维生素C出口的企
业出口创汇须达到一定的规模，且总数不得超过5家，地方
外经贸管理部门每次分给每家企业的配额不得低于20吨。
据此，今年经营维生素C出口的企业将比去年减少三分之
一以上，出口企业的素质和经营规模均可望有一定的提高。

— 5 —

### CERTIFICATION OF TRANSLATION
### (Certified by State and Federal Courts)

This is to certify under the penalty of perjury that I am a court certified interpreter in California with license number #301138 and I am fluent in Chinese (Mandarin) and English languages, and I state that the documents below were translated

1.  INTERIM PROVISIONS FOR ADMINISTRATION OF EXPORT COMMODITIES;
2.  REGARDING THE REDISTRIBUTION OF THE NOTICE OF THE MOFTEC DEPARTMENT OF TRADE ADMINISTRATION *REGARDING THE EMERGENCY NOTICE CALLING FOR A VITAMIN C EXPORT WORK CONFERENCE;*
3.  CHAMBER OF COMMERCE MEETING MINUTES, dated December 23, 2005, JJPC0040755C ;
4.  Fax of BRUSSELS NEWSLETTER (Issue No. 270), dated September 19, 2001, JJPC0049428;
5.  NOTICE REGARDING THE DISTRIBUTION OF DOCUMENTS, INCLUDING MINUTES OF THE THIRD MEETING OF THE MEMBERS OF THE VITAMIN C SUBCOMMITTEE, NEPG075766;
6.  FAX WITH SUBJECT "EUROPEAN UNION MAY BRING AN ANTIDUMPING ACTION AGAINST OUR VITAMIN C" FROM GERMAN EMBASSY COMMERCIAL COUNSELOR'S OFFICE, JJPC055588;
7.  MINISTER WU YI DISCUSSES THE REFORM OF IMPORT AND EXPORT CHAMBERS OF COMMERCE;
8.  CHARTER OF THE VITAMIN C SUBCOMMITTEE OF THE CHINA CHAMBER OF COMMERCE OF MEDICINES AND HEALTH PRODUCTS IMPORTERS AND EXPORTERS. JJPC0055589;
9.  REGARDING THE ISSUES CONCERNING THE 1988 FOREIGN TRADE REGIME REFORM by Li Lanqing;
10. REPORT REGARDING THE CURRENT VITAMIN C EXPORT CIRCUMSTANCES AND RECOMMENDATIONS OF COUNTERMEASURES; and
11. REPORT REGARDING APPLYING TO BORROW VC EXPORT LICENSE IN ADVANCE, dated January 10, 1996, JJPC0055625

and that they are accurate translations of the originals.

Signed on August 27, 2009 in Los Angeles, California

Samuel Shen Chong
CA Court Certified Interpreter (License No. 301138)

A-819

# EXHIBIT 6

[TRANSLATION]

*Note: This Notice has been abolished by *List of 26 Abolished Ministerial Regulations of the Fourth Batch by Ministry of Foreign Trade and Economic Cooperation* (promulgation date: March 21, 2002, effective date: March 21, 2002).

## 1997 MOFTEC & SDA Notice

### Notice Relating to Strengthening the Administration of Vitamin C Production and Export by Ministry of Foreign Trade and Economic Cooperation and State Drug Administration

### ((1997) MOFTEC Guan Fa No. 664)

(Issued on November 27, 1997, effective from January 1, 1998)

The Foreign Trade & Economic Cooperation Commissions (Departments and Bureaus) of each province, autonomous region and municipality, State Drug Administration (the "SDA") and relevant departments of drug administration, all Companies directly under the MOFTEC and local counterpart of MOFTEC; all representative offices of MOFTEC, China Chamber of Commerce of Medicines & Health Products Importers &Exporters (the "Chamber"):

China is one of the biggest countries manufacturing and exporting Vitamin C. At present, Vitamin C export encounters intense competitions and challenges from the international market. In order to rectify the operational order and optimize the operational team of Vitamin C export, realize the scale-operation on export, improve the competitiveness of our Vitamin C products in the international market, promote the healthy development of Vitamin C export and maintain the interest of our country and enterprises, we hereby set forth the following:

1.      The scale of Vitamin C production shall be strictly controlled.

    (1)      The establishment of Vitamin C manufacturing enterprises (including foreign investment enterprises) shall be strictly controlled, and the existing enterprises shall not expand production capacity any more.

    (2)      The production licensing system shall apply to those Vitamin C manufacturing enterprises that already started production (not including foreign investment enterprises). The SDA shall issue the production licenses to the Vitamin C manufacturing enterprises, and be responsible for publicizing information of annual production guidance.

    (3)      For the enterprises that has been in continuous production in recent years and achieved certain scales, the production license can be issued to them.

    (4)      Only the products manufactured by the enterprises that are verified by the SDA and obtained the production license can be supplied for export.

SDA shall formulate specific regulations to implement the above principles and circulate such regulations to the enterprises after seeking comments from MOFTEC.

Case 1:06-md-01738-DGT-DC Document 70 Filed 09/22/2006 Page 3 of 32 PageID #: 1492

2.    MOFTEC shall consult with the and relevant departments when determining the total volume of Vitamin C export and the principles for quota allotment.

3.    The enterprises qualified to operate Vitamin C export are: the export enterprises whose annual export volume reached 200 tons in any one of the continuous years from 1994 to 1996, which include foreign trading companies, manufacturing enterprises with the right to export their own products, and foreign investment companies (excluding those starting production in 1997). One of the attachments hereof is a list of the authorized enterprises (Please refer to Annex 1).

4.    The method for allocating export quota shall be improved, Vitamin C export operation team shall be optimized in order to achieve scale-operation on export.

Every local counterpart of MOFTEC shall distribute the export quota set by MOFTEC to the enterprises qualified to operate Vitamin C export in strict accordance with the provisions hereof. It is imperative to follow the principle of fostering the excellent and scrapping the obsolete, distribute the quotas in preference to the enterprises with proper operational capabilities and outstanding profitability.

5.    The Chamber shall improve the coordination on Vitamin C export, and shall monitor, supervise and examine how this notice is implemented by Vitamin C export enterprises, and timely report to MOFTEC about the relevant issues and problems.

6.    The Chamber shall establish a Vitamin C Coordination Group (which was the temporary name of the Vitamin C Sub-committee before the Vitamin C Sub-committee is officially approved). The main responsibilities of this Group are to coordinate with respect to Vitamin C export market, price and customers, and to organize the enterprises in contacting foreign entities. All enterprise qualified to operate Vitamin C export shall participate in such Coordination Group and subject themselves to the coordination of the Group. The specific method for coordination shall be formulated by the Chamber, and filed to MOFTEC for record.

7.    Vitamin C Export Coordination Group shall timely organize meetings for the major Vitamin C export enterprises according to the domestic and international market development, to conduct studies on marketing strategies, timely formulate and adjust export coordination price, which the Vitamin C export enterprises must strictly implement in accordance with. With respect to the enterprises competing at low price and reducing price through any disguised means, a penalty shall be imposed in strict accordance with Article 10 of this Notice.

8.    The organisations that authorized by MOFTEC to issue export licenses shall strictly verify the qualification of Vitamin C export and operation of the enterprises, and verify their export contracts and issue export license according to the Vitamin C coordinated price and volume quotas.

9.    Vitamin C export enterprises shall report the export situations to the Chamber at regular intervals (for detailed information, please refer to Annex 2). With respect to the export enterprises that make report beyond time or disguise report, a penalty shall be imposed as applicable.

2

Case Case 1:06-md-01738-DGTDocument 70led Filed 09/22/2006 140 Page43 of 32geID #:
14719

10. With respect to the export enterprises with violations of relevant provisions hereof, if substantiated, penalties shall be imposed, specifically, the Vitamin C export quota may be reduced, in the worst case their Vitamin C export right shall be revoked.

11. Relevant provisions of this Notice shall enter into force as of the date of January 1, 1998.

Annex:

1. Vitamin C Export and Operation Enterprises List

2. Table of Vitamin C Export Status

Ministry of Foreign Trade & Economic Cooperation of People's Republic of China

State Drug Administration

November 27, 1997

3

**A-823**

Case 1:06-md-01738-DGT-DOC Document 70 Filed 09/22/2006 Page 53 of 32 PageID #: 14325

Annex 1

## Vitamin C Export and Operation Enterprises List[1]

(Enterprises whose annual Vitamin C export volume reached 200 tons in any year from 1994 to 1996)

1.  North East General Pharmaceutical Import & Export Co. Ltd.

2.  Yingkou Sanyou Medical Chemical Co. Ltd.

3.  JiLin Songyuan Food Industry Co. Ltd.

4.  HeBei Provincial Medicines & Health Products Import & Export Co. Ltd.

5.  HeBei Welcome Pharmaceutical Co. Ltd.

6.  Shijiazhuang WeiSheng Pharmaceuticals Co. Ltd.

7.  Shijiazhuang Pharmaceutical Group

8.  JiangSu Jiang'an Pharmaceutical Co. Ltd.

9.  JiangSu Jiangshan Pharmaceutical Co. Ltd.

10. JiangSu High Hope International Group Medicines & Health Products Import & Export Co. Ltd.

11. Shanghai Sunve Pharmaceutical Co. Ltd.

12. Shanghai Municipal Medicines & Health Products Import & Export Co. Ltd.

13. ShangDong Provincial Medicines & Health Products Import & Export Co. Ltd.

14. Jiangsu Kunshan Municipal Foreign Trade Co. Ltd.

15. HuNan Provincial Medicines & Health Products Import & Export Co. Ltd.

16. AnHui Provincial Medicines & Health Products Import & Export Co. Ltd.

17. AnHui Provincial Chemicals Import & Export Co. Ltd.

18. JiangXi Provincial Medicines & Health Products Import & Export Co. Ltd.

19. Sinochem Ningbo Import & Export Co. Ltd.

20. China National Pharmaceutical Foreign Trade Co. Ltd

21. China National Medicines & Health Products Import & Export Co. Ltd.

---

[1] Enterprises listed in 1 , 4, 5, 6, 7 and 9 are the defendants in the current litigation.

4

**A-824**

22. China Export Bases Development Liaoning Co. Ltd * (awaiting verification)

23. China North Industries Guangzhou Co. Ltd * (awaiting verification)

24. HaiNan Nanguang Import & Export Co. Ltd. * (awaiting verification)

25. HeBei Xinwei Pharmaceutical Co. Ltd. * (awaiting verification)

26. Mudanjiang Donghua Pharmaceutical Co. Ltd. * (awaiting verification)

27. AnHui Sitong Bio-Pharm Co. Ltd. * (awaiting verification)

28. Ningbo Jierfu Pharmaceutical Co. Ltd. * (awaiting verification)

29. Jinan Pharmaceutical Factory* (awaiting verification)

30. JiangXi Ganjiang Pharmaceutical Co. Ltd. * (awaiting verification)

**A-825**

Annex 2

Table of Vitamin C Export Status

Name of the Company:

Customs Reference No.:

Month_____ Year_____

| Contract No. | Quantity | Amount | Unit Price | Price Terms | Manufacturer | Port of Destination | Export Country (Region) | Importer | | | | | Port of Entry | Time of Entry |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Name | Tel | Fax | Address | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Tel:

Signed by:

Seal of MOFTEC:

Seal of Company:

Note: This form shall be filled with the situations of the last two months and delivered to the Western Medicines Department of the Chamber before the 10th of every odd month.

6

# A-827

## CERTIFICATE OF AUTHENTICITY OF RECORDS

City of Beijing        )
People's Republic of China   )

### STATEMENT OF AUTHENTICITY

I, JIANG TAO, am an Officer with official duties in the Department of Law & Treaty in the Ministry of Commerce of the People's Republic of China (the "Ministry"). I certify that the authentication of documents in the Ministry's custody is within the scope of my authority and official duties. I also certify that I have compared the document attached to this Certificate and that it is, in all respects, a true and correct copy of a document on file in my office.

In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

Senior Officer, Department of Law & Treaty,
Ministry of Commerce, People's Republic of China

JIANG TAO

BJ1 38316v.1

**A-828**

**A-829**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.901

This is to certify that Jiang Tao (male, born on August 2, 1977, I.D.Card: 370702197708022616), the Authorized Representative of the Ministry of Commerce of the People's Republic of China, affixed his signature to the English document attached hereto before me in this office on May 26, 2006.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XIV 15502920

**A-831**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.902

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.901 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XⅣ15502922

# A-833

认 字 第 0 6 0 9 0 8 5 8 - 0 0 1 号

兹证明前面文书上公证处的印章和

公证员　　　武军　　　的签名（印章）

属实。

中华人民共和国外交部
领事司　　一　　等秘书

2006年06月15日

1 3 5 0 5 3 2

People's Republic of China)
Municipality of Beijing     )
Embassy of the United       )  ss:
States of America           )

Anu Prattipati
Vice Consul

I, _____, Consul/Vice Consul of the United States of America at Beijing, People's Republic of China, duly commissioned and qualified, do hereby certify that _Guo Hongliang_, whose true signature and official seal are, respectively, subscribed and affixed to the foregoing document, was on the _15_ day of _June_, 200_6_, the date thereof, an officer of the Ministry of Foreign Affairs of the People's Republic of China, duly commissioned and qualified, to whose official acts faith and credit are due.

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the Embassy of the United States of America at Beijing, People's Republic of China this _16_ day of _June_, 200_6_.

_Anu Prattipati_
Anu Prattipati
Vice Consul

Case 1:06-md-01738-DGT-DO Document 776 Filed 09/22/2006 Page 307 of 32 Page ID #: 14337

*注：本篇法规已被《对外贸易经济合作部第四批废止部门规章 26 件目录》（发布日期：2002 年 3 月 21 日 实施日期：2002 年 3 月 21 日）废止

对外贸易经济合作部　国家医药管理局
关于加强维生素 C 生产、出口管理有关事项的通知
（（１９９７）外经贸管发第６６４号）

各省、自治区、直辖市及计划单列市外经贸委（厅、局），医药管理局及相应的医药管理部门，各部委直属公司，各特派员办事处，中国医药保健品进出口商会：

我国是维生素 C（以下简称维 C）生产和出口大国。目前维 C 出口面临国际市场激烈的竞争和挑战。为整顿维 C 出口经营秩序、优化出口的经营队伍、实现出口的规模化经营、提高我维 C 在国际市场的竞争能力，促进维 C 出口的健康发展，维护国家和企业利益，特通知如下：

一、严格控制维 C 生产规模。
（一）严格限制新建维 C 生产企业（包括外商投资企业），现有维 C 生产企业不再扩大生产能力。
（二）对已开工的维 C 生产企业（不包括外商投资企业）实行生产许可证制度。国家医药管理局对维 C 生产企业颁发生产许可证，并负责公布年度生产指导信息。
（三）近几年连续生产并达到一定规模的企业，可获得维 C 生产许可证。
（四）经国家医药管理局审核并获得生产许可证的企业生产的产品，方可供应出口。
国家医药管理局将根据上述原则制定具体实施细则，并在征求外经贸部意见后下达。

二、外经贸部在确定维 C 出口总量、配额分配原则时征求国家医药管理局及有关部门的意见。

三、维 C 出口经营资格为：１９９４——１９９６年 3 年中任何一年出口量达到２００吨以上的出口企业。包括：外贸公司、自营生产厂出口企业、外商投资企业（97 年新投产的企业除外）。已核定的企业名单附后（见附表一）。

四、完善维 C 出口配额的分配办法，优化出口经营队伍，实行出口规模化经营。
各地方外经贸主管部门，要严格按照本通知规定，将外经贸部下达的出口配额，分配给具有维 C 出口经营资格的企业。在分配配额时要体现优胜劣汰的原则，将配额优先分配给经营能力强，出口效益好的企业。

五、中国医药保健品进出口商会要加强对维 C 出口的协调工作，要跟踪、监督和检查维 C 出口企业的执行情况，并将有关情况和问题及时报外经贸部。

六、中国医药保健品进出口商会要设立维 C 出口协调小组（维 C 分会正式批准前暂定名称）。该小组要重点负责对维 C 出口市场、价格、客户的协调，并组织企业进行对外联络工作。凡是具有维 C 出口经营资格的企业均应加入该"协调小组"，并自觉接受其协调。具体协调办法由中国医药保健品进出口商会制定，并报外经贸部备案。

七、维 C 出口协调小组要根据国内外市场情况，适时组织维 C 主要出口经营企业召开会议，研究营销策略，适时制定和调整出口协调价格，维 C 出口企业必须严格按照执行。对低价竞销及变相降价的企业严格按本《通知》第十条处理。

八、外经贸部授权的发证机关，要严格审核企业维 C 出口经营资格并按维 C 出口协调价格和配额数量，审核企业的出口合同，核发出口许可证。

九、维 C 出口企业必须定期向中国医药保健品进出口商会报送出口情况（内容详见附表二）。凡是不按时上报或瞒报的出口企业，将视情况予以处罚。

十、对违反本通知有关规定的出口企业，一经查实，将根据情节轻重，处以扣减出口配额、直至取消其维 C 出口经营权的处罚。

十一、本通知有关规定自１９９８年１月１日起执行。

附表：一、维 C 出口经营企业名单

二、维生素 C 出口情况报表

中华人民共和国对外贸易经济合作部

国家医药管理局

一九九七年十一月二十七日

# A-837

附表

### 维C出口经营企业名单

（１９９４年至１９９６年任何一年出口维生素Ｃ２００吨以上企业）

１．东北制药总厂进出口公司
２．营口三友医药化工有限公司
３．吉林松源食品工业公司
４．河北省医药保健品进出口公司
５．河北维尔康制药有限公司
６．石家庄维生药业有限公司
７．石家庄制药集团有限公司
８．江苏江安制药有限公司
９．江苏江山制药有限公司
１０．江苏省汇鸿国际集团医药保健品进出口公司
１１．上海三维制药有限公司
１２．上海市医药保健品进出口公司
１３．山东省医药保健品进出口公司
１４．江苏昆山市对外贸易公司
１５．湖南省医药保健品进出口公司
１６．安徽省医药保健品进出口公司
１７．安徽省化工进出口公司
１８．江西省医药保健品进出口公司
１９．中化宁波进出口公司
２０．中国医药对外贸易总公司
２１．中国医药保健品进出口总公司
２２．中国出口商品基地建设辽宁公司 ＊（待核定）
２３．北方工业公司广州公司 ＊（待核定）
２４．海南南光进出口公司 ＊（待核定）
２５．河北新维制药有限公司 ＊（待核定）
２６．牡丹江东华制药有限公司 ＊（待核定）
２７．安徽四通生物医药有限公司 ＊（待核定）
２８．宁波吉尔富制药有限公司 ＊（待核定）
２９．济南制药厂 ＊（待核定）
３０．江西赣江制药有限责任公司 ＊（待核定）

附表二

维生素C出口情况报表

公司名称：

公司报关编码：　　　　　　　　　年　　　月

| 合同号 | 数量 | 金额 | 单价 | 价格条款 | 生产企业 | 目的港 | 出口国（地区） | 进口商情况 | | | | 报关口岸 | 报关时间 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 名称 | 电话 | 传真 | 地点 | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

填表人：　　　　　　　　　　　　　　　联系电话：

公司盖章：　　　　　　　　　　　　　　外经贸委盖章：

注：本表于每单月１０日前将上两个月出口情况报至中国医药保健品进出口商会西药部

chl_19849

文件提供：law.chinalawinfo.com 北大法宝-《中国法律检索系统》Tel:010-8268 9699

**A-839**

**A-840**

# 公　证　书

(2006)长证经字第901号

　　兹证明中华人民共和国商务部的授权代表蒋涛（男，一九七七年八月二日出生，身份证号码：370702197708022616）于二〇〇六年五月二十六日来到我处，在我的面前，在前面的英文文件上签字。

中华人民共和国长安公证处

公　证　员　

二〇〇六年五月二十六日

X Ⅳ 15502919

# 公 证 书

（2006）长证经字第902号

　　兹证明前面（2006）长证经字第901号《公证书》的英文译本与该公证书中文原本内容相符。

中华人民共和国长安公证处

公　证　员



二〇〇六年五月二十六日

XIV 15502921

**A-844**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1036

This is to certify that the English translation of the document attached hereto is identical with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV 15505807

A-845

Case 1:06-md-01738-DGT-DO Document 70 Filed 08/22/2006 Page 27 of 32 PageID #: 14347

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1037

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.1036 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV15505809

**A-848**

# 公 证 书

（2006）长证经字第1036号

兹证明前面的文件后所附的英文译本与中文原本内容相符。

中华人民共和国长安公证处

公 证 员 

二〇〇六年六月二日

XIV 5505806

**A-850**

# 公　证　书

（2006）长证经字第1037号

　　兹证明前面（2006）长证经字第1036号《公证书》的英文译本与该公证书中文原本内容相符。



中华人民共和国长安公证处

公　证　员

二〇〇六年六月二日

XIV 15505808

**A-851**

# EXHIBIT 7

Case 1:06-md-01738-DGT-DC Document 70 Filed 06/22/2006 Page 23 of 28 PageID #: 14354

[TRANSLATION]

## Document of Personnel, Education and Labor Department of

## Ministry of Foreign Trade & Economic Cooperation

[1998] MOFTEC Ren Lao Zi No. 175

---

### Approval for Establishing VC Sub-Committee of China Chamber of Commerce of Medicines & Health Products Importers &Exporters

China Chamber of Commerce of Medicines & Health Products Importers &Exporters

("the Chamber"):

We hereby acknowledge the receipt of the document entitled Request for Establishing the Vitamin C Sub-Committee within the Chamber with reference number of [1998] Yi Shang Zi No.20. We hereby give a reply as follows:

1. Request for Establishing the Vitamin C Sub-Committee within the Chamber is approved. The major responsibilities of VC Sub-Committee are: to be responsible for coordinating the Vitamin C export market, price and customers of China, to improve the competitiveness of Chinese Vitamin C produce in the world market and promote the healthy development of Vitamin C export of China.

2. The Vitamin C Sub-Committee is formed as a branch of the Chamber by the member enterprises of the Chamber that are engaged in Vitamin C export. It does not have a legal person status and is under the Chamber's leadership and administration. The Vitamin C Sub-Committee will not separately develop members or charge additional membership fees. The Chamber shall assist the Vitamin C Sub-Committee in staffing its personnel from the current staff of the Chamber.

3. Please proceed with the relevant procedure at the Ministry of Civil Affairs and carry out work in accordance with laws.

We hereby make this reply.

March 23, 1998

(Seal of Personnel Education and Labor Department of the MOFTEC)

Chopped by the Chamber acknowledging the receipt of this document on March 27, 1998 as No. A34

Handwritten notes by Mr. Qiao Haili on April 15, 1998: "Already in process."

1

**A-853**

Copy to:     Social Organization Department of the Ministry of Civil Affairs

2

**A-855**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1038

This is to certify that the English translation of the document attached hereto is identical with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV 15505811

**A-857**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1039

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.1038 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV 15505813

A-858

7

# 对外贸易经济合作部
## 人事教育劳动司文件

[1998]外经贸人劳字第175号

### 关于同意成立中国医药保健品进出口商会
### 维生素C分会的批复

中国医药保健品进出口商会：

你会《关于申请成立中国医药保健品进出口商会维生素C分会的请示》（[1998]医商字第20号）文悉。现批复如下：

一、同意成立中国医药保健品进出口商会维生素C分会。该分会的主要任务是：负责我国维生素C的出口市场、价格、客户的协调工作，努力提高维生素C在国际市场的竞争能力，促进维生素C出口的健康发展。

二、该分会由中国医药保健品进出口商会中经营维生素C出口的企业会员组成，系商会的分支机构，不具法人地位，并接受商会的领导和管理。分会不单独吸收会员，不另外收取会费。其人员编制从商会现有编制中调剂解决。

三、请按规定到民政部办理相关手续，并依法开展活动。

此复。



一九九八年三月二十三日

---

抄送：民政部社团司
本部：人事司（3）　贸管司　存档

A-860

**A-861**

# 公 证 书

(2006)长证经字第1038号

兹证明前面的文件后所附的英文译本与中文原本内容相符。

中华人民共和国长安公证处

公 证 员 

二〇〇六年六月

XN 15505810

**A-863**

# 公 证 书

（2006）长证经字第1039号

　　兹证明前面（2006）长证经字第1038号《公证书》的英文译本与该公证书中文原本内容相符。



中华人民共和国长安公证处

公　　证　　员

二〇〇六年六月　日

XIV 15505812

Case 1:06-md-01738-DGT-DO Document 76 Filed 08/22/2008 Page 104 of 28 PageID #: 14366

**A-865**

## CERTIFICATE OF AUTHENTICITY OF RECORDS

City of Beijing           )
People's Republic of China    )

     I, JIANG TAO, as an Officer with official duties in the Department of Law & Treaty of the Ministry of Commerce, the People's Republic of China, certify with respect to the subject matter of the documents to which this certificate is attached:

     1. That Ms. Guan Ningyun, who signed the attached document, was at the time of signing the Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters with authority to sign the document; and

     2. That the signature of Ms. Guan, Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters, is genuine.

     In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

                                     Senior Officer, Department of Law & Treaty,
                                     Ministry of Commerce, People's Republic of China

                                     JIANG TAO

BJ1 38315v.1

**A-866**

## <u>CERTIFICATE OF AUTHENTICITY OF RECORDS</u>

City of Beijing )

People's Republic of China )

     I, GUAN NINGYUN, am the Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters. I certify that the authentication of documents in the Ministry's custody is within the scope of my authority and official duties as Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters. I have compared the document attached to this Certificate and I certify that it is, in all respects, a true and correct copy of a document on file in my office.

     In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

                         Director, Legal Affairs Department of the China Chamber of Commerce
                                 of Medicines & Health Products Importers & Exporters

                                               _____
                                               GUAN NINGYUN

BJ1 38314v.1

A-867

**A-868**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.913

This is to certify that Jiang Tao (male, born on August 2, 1977, I.D.Card: 370702197708022616), the Authorized Representative of the Ministry of Commerce of the People's Republic of China, affixed his signature to the English document attached hereto before me in this office on May 26, 2006.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XN 15502830

A-869

**A-870**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.914

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.913 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XIV 15502832

Case 1:06-md-01738-DGT-DO Document 76 Filed 09/22/2006 Page 323 of 28 PageID #: 14373

# A-872

认 字 第 ０ ６ ０ ９ ０ ９ ２ ０ － ０ ０ １ 号

兹 证 明 前 面 文 书 上 公 证 处 的 印 章 和

公 证 员 武 军 的 签 名（印 章）

属 实。

中 华 人 民 共 和 国 外 交 部

领 事 司 一 等 秘 书

２ ０ ０ ６ 年 ０ ６ 月 １ ５ 日

1 3 5 0 4 9 1

People's Republic of China )

Municipality of Beijing )

Embassy of the United ) ss:

States of America )

Susan Lively
Consul

I, _____, Consul/Vice Consul of the United

States of America at Beijing, People's Republic of China, duly commissioned and qualified,

do hereby certify that _Chen, Beiliang_, whose true signature and official

seal are, respectively, subscribed and affixed to the foregoing document, was on the

__15__ day of __Jun__, 200 _6_, the date thereof, an

officer of the Ministry of Foreign Affairs of the People's Republic of China, duly

commissioned and qualified, to whose official acts faith and credit are due.

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the

Embassy of the United States of America at Beijing, People's Republic of China this

__16__ day of __Jun__, 200 _6_.

Susan Lively
Consul

# A-874

Case 1:06-md-01738-DGT-DOCument 176 Filed 09/22/2006 Page 124 of 128 PageID #: 14376

7

# 对外贸易经济合作部
## 人事教育劳动司文件

[1998]外经贸人劳字第175号

## 关于同意成立中国医药保健品进出口商会
## 维生素C分会的批复

中国医药保健品进出口商会：

你会《关于申请成立中国医药保健品进出口商会维生素C分会的请示》（[1998]医商字第20号）文悉。现批复如下：

一、同意成立中国医药保健品进出口商会维生素C分会。该分会的主要任务是：负责我国维生素C的出口市场、价格、客户的协调工作，努力提高维生素C在国际市场的竞争能力，促进维生素C出口的健康发展。

二、该分会由中国医药保健品进出口商会中经营维生素C出口的企业会员组成，系商会的分支机构，不具法人地位，并接受商会的领导和管理。分会不单独吸收会员，不另外收取会费。其人员编制从商会现有编制中调剂解决。

三、请按规定到民政部办理相关手续，并依法开展活动。

此复。



一九九八年三月二十三日

抄送：民政部社团司
本部：人事司（3） 贸管司 存档

**A-876**

# 公 证 书

(2006)长证经字第913号

　　兹证明中华人民共和国商务部的授权代表蒋涛（男，一九七七年八月二日出生，身份证号码：370702197708022616）于二〇〇六年五月二十六日来到我处，在我的面前，在前面的英文文件上签字。



中华人民共和国长安公证处

公　证　员

二〇〇六年五月二十六日

XW15502827

**A-878**

# 公　证　书

（2006）长证经字第914号

　　兹证明前面（2006）长证经字第913号《公证书》的英文译本与该公证书中文原本内容相符。



中华人民共和国长安公证处

公　证　员

二〇〇六年五月二十六日

XIV 15502831

**A-879**

# EXHIBIT 8

Case 13-4791, Document 157-2, 07/28/2014, 1280888, Page130 of 150

Case 1:06-md-01738-DGT-JO Document 70 Filed 09/22/2006 Page 23 of 26 PageID #: 14382

# A-880

[TRANSLATION]

## Charter of Vitamin C Sub-Committee of China Chamber of Commerce of Medicines and Health Products Importers and Exporters

(passed upon discussions on the founding conference of Vitamin C Coordination Group on October 11, 1997)

### Chapter I   General Terms

**Article1**    This Charter is constituted in accordance with provisions in *Foreign Trade Law of People's Republic of China, Provisional Regulations on Chamber of Commerce of Importers and Exporters of People's Republic of China, Charter of China Chamber of Commerce of Medicines and Health Products Importers and Exporters* and *Notice Relating to Strengthening the Administration of Vitamin C Production and Export.*

**Article2**    Vitamin C Sub-Committee of China Chamber of Commerce of Medicines and Health Products Importers and Exporters (the "Sub-Committee") is an industrial organization organized, upon approval by the Ministry of Foreign Trade and Economic Cooperation ("MOFTEC") and under leadership of the Chamber, by those member enterprises of China Chamber of Commerce of Medicines and Health Products Importers and Exporters (the "Chamber") who have Vitamin C import and export operation rights and have certain extent of operational scale and ability.

**Article3**    The Sub-Committee has the following tenets: complying with laws of the country; implementing and executing the state policies and regulations on foreign trade; maintaining orderly export of Vitamin C products; exploring international market; and serving for an ordered and highly efficient development of Vitamin C foreign trade on the basis of unified coordination.

**Article4**    The Sub-Committee is located in Beijing.

### Chapter II   Functions

**Article5**    The Sub-Committee performs coordination, direction, consultation, service and supervision & inspection functions over its members. It bridges and ties the enterprises and the government. The Sub-Committee has certain industrial function. It shall, representing the basic interests and demands of the members, inform certain issues to the relevant government department and to cause such issues to be promptly solved.

**Article6**    In accordance with Vitamin C exports and changes on international markets, the Sub-Committee will make proposals on the export development plan and annual export quota allocation, supervise the implementation of export license by member enterprises and advises on allocation and adjustment of export quota, and issuance of export license.

**Article7**    The Sub-Committee shall coordinate and administrate market, price, customer and operation order of Vitamin C export, represent or organize the members to communicate in unison with foreign parties in accordance with international trade principles to protect the rights and interests of the country and the members.

**A-881**

Case 1:06-md-01738-DGT-DC Document 70 Filed 09/22/2006 Page 33 of 36 PageID #:

**Article8**      The Sub-Committee shall actively develop connections with domestic and foreign industries, exchange information, broadly build and develop business partnership and represent the industry to participate in relevant international conferences.

**Article9**      The Sub-Committee shall collect and organize Vitamin C information and materials with respect to domestic and international market, customers, productions and sales, and provide consulting service to the members.

**Article10**      The Sub-Committee shall hold, periodically or otherwise, working meetings for Vitamin C export to exchange information, summarize and communicate experience, analyze and work out coordinated prices for Vitamin C export, to supervise and inspect the implementation of such coordinated export prices set by the Sub-Committee and relevant business activities related to the enterprises.

## ChapterIII    Members

**Article11**      Any member of China Chamber of Commerce of Medicines and Health Products Importers and Exporters whose Vitamin C export volume in any year from 1994 to 1996 is above 200 tons can apply to join the Sub-Committee.

**Article12**      Only the members of the Sub-Committee have the right to export Vitamin C and are simultaneously qualified to have Vitamin C export quota.

**Article13**      Any member who wants to withdraw from the Sub-Committee, shall submit a 3-month prior written application and such withdrawal shall be subject to approval by the Sub-Committee's Council.

**Article14**    Member's rights

       (1)      To elect, to be elected and to vote;

       (2)      To supervise and give suggestions and comments on the Sub-Committee's work;

       (3)      To participate in activities organised by the Sub-Committee, enjoy various services including information and consultation provided by the Sub-Committee;

       (4)      To report and suggest punishment measures on any conduct violating laws and the Charter of the Sub-Committee, harmful to the state and industrial interests, and infringing legitimate rights and interests of the members.

**Article15**    Member's obligations

       (1)      To comply with various directives, policies and regulations with respect to foreign trade, comply with the Charter and regulations of Vitamin C Sub-Committee and implement Sub-Committee's resolution;

       (2)      To foreign trade enterprises can purchase Vitamin C from or act as Vitamin C export agents only from those manufacturing enterprises verified by the Sub-Committee. A manufacturing enterprise can only

2

**A-882**

export its own products and can supply its products only to those foreign trade enterprises verified by the Sub-Committee;

    (3)    The members shall voluntarily adjust their production outputs according to changes of supplies and demands on international market;

    (4)    Manufacturing enterprise members and foreign trade enterprise members shall establish the cooperation relationship, understand and yield to each other and jointly share benefits and risks;

    (5)    To report Vitamin C exports of previous two months to the Sub-Committee every odd month;

    (6)    Strictly execute export coordinated price set by the Chamber and keep it confidential.

**Article16**    Any violation of the Charter of the Sub-Committee, failure to implement any resolution or regulation of the Sub-Committee and failure to perform any member's obligation shall be punished by the Sub-Committee by means of, according to gravity of circumstances, warning, open criticism and even revocation of its membership. The Sub-Committee will suggest to the competent governmental department, through the Chamber, to suspend and even cancel the Vitamin C export right of such violating member.

### ChapterIV    Organisation

**Article17**    The Members Meeting is the highest authority of the Sub-Committee. The Members Meeting will be held once a year and shall only be duly convened when attended by representatives from two thirds of the members. The Members Meeting may be held earlier or later when necessary. The Sub-Committee has a Council. A Council Meeting will be held once every half year and may be earlier or later when necessary. The Council Meeting shall not be duly convened unless it is attended by two thirds of the Council's Directors.

**Article18**    Functions of Members Meeting are:

    (1)    to approve and amend the Charter of the Sub-Committee;

    (2)    to review applications to join or withdraw from the Sub-Committee;

    (3)    to elect, appoint and dismiss members of the Council of the Sub-Committee;

    (4)    to review and pass work report of the Council and determine work plans of the Sub-Committee;

    (5)    to discuss and set export coordinated price;

    (6)    to inspect Vitamin C export coordination and administration and the implementation of export coordinated prices, and to suggest on punishment measures on violating member;

    (7)    to review and discuss proposals of the Council and the members.

3

**A-883**

Article19    Functions of the Council

(1)    Implementing and executing resolution of the Member Meeting and reporting to the Member Meeting;

(2)    Stipulating specific regulations and measures of products operation and organising implementation;

(3)    Proposing principle of annual export quota allocation;

(4)    Calling for regular or temporary Members Meeting;

(5)    Electing Chief Director and appointing General Secretary of the Council;

(6)    Discussing and determining coordinated prices and other relevant issues under urgent circumstances.

Article20    The Council of the Sub-Committee has one Chief Director, seven to nine Directors and one General Secretary. Members of the Council will be composed with the members from the Chamber and the members of the Sub-Committee. Chief Director, Director and General Secretary will be elected upon nomination by the Chamber.

Article21    Chief Director, Director and General Secretary have a term of three years, which can be renewed upon re-election. The Sub-Committee does not have any permanent body. General Secretary will be responsible for daily work when the Council is not in session.

## ChapterV    Funding Source

Article22    The Chamber will bear daily expenses of the Sub-Committee, but expenses on meetings and researches shall be collected and expensed by the Sub-Committee itself.

## ChapterVI    Miscellaneous

Article23    This Charter will be passed by the Members Meeting and will become effective upon verification and approval by China Chamber of Commerce of Medicines and Health Products Importers and Exporters. The Members Meeting has the right to amend this Charter and the Council has the right to construe this Charter. Any amendment and supplementation to this Charter shall be verified and approved by China Chamber of Commerce of Medicines and Health Products Importers and Exporters.

BJ1 35809v1

4

Case 1:06-md-01738-DGT-JO Document 70 Filed 09/22/2006 Page 63 of 26 PageID #: 14386

**A-885**

## CERTIFICATE OF AUTHENTICITY OF RECORDS

City of Beijing        )
People's Republic of China   )
                       )

      I, JIANG TAO, as an Officer with official duties in the Department of Law & Treaty of the Ministry of Commerce, the People's Republic of China, certify with respect to the subject matter of the documents to which this certificate is attached:

      1. That Ms. Guan Ningyun, who signed the attached document, was at the time of signing the Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters with authority to sign the document; and

      2. That the signature of Ms. Guan, Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters, is genuine.

      In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

                    Senior Officer, Department of Law & Treaty,
                    Ministry of Commerce, People's Republic of China

                                    JIANG TAO

BJ1 38315v.1

**A-886**

## CERTIFICATE OF AUTHENTICITY OF RECORDS

| | |
|---|---|
| City of Beijing | ) |
| People's Republic of China | ) |
| | ) |

    I, GUAN NINGYUN, am the Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters. I certify that the authentication of documents in the Ministry's custody is within the scope of my authority and official duties as Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters. I have compared the document attached to this Certificate and I certify that it is, in all respects, a true and correct copy of a document on file in my office.

    In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

Director, Legal Affairs Department of the China Chamber of Commerce
of Medicines & Health Products Importers & Exporters

GUAN NINGYUN

BJ1 38314v.1

**A-888**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.911

This is to certify that Jiang Tao (male, born on August 2, 1977, I.D.Card: 370702197708022616), the Authorized Representative of the Ministry of Commerce of the People's Republic of China, affixed his signature to the English document attached hereto before me in this office on May 26, 2006.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XIV 15502829

**A-889**

**A-890**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.912

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.911 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XⅣ 15502826

A-891

认字第06090906-001号

兹证明前面文书上公证处的印章和

公证员　　武军　　　的签名（印章）

属实。

中华人民共和国外交部
领事司
等秘书
2006年06月15日

1350513

People's Republic of China)
Municipality of Beijing    )
                                          ) ss:
Embassy of the United    )
States of America           )

         Susan Lively

I, _____Consul_____, Consul/Vice Consul of the United

States of America at Beijing, People's Republic of China, duly commissioned and qualified,

do hereby certify that _____Chen, Beiliang_____, whose true signature and official

seal are, respectively, subscribed and affixed to the foregoing document, was on the

_____11_____ day of _____Jun_____, 200_6_, the date thereof, an

officer of the Ministry of Foreign Affairs of the People's Republic of China, duly

commissioned and qualified, to whose official acts faith and credit are due.

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the

Embassy of the United States of America at Beijing, People's Republic of China this

_____16_____ day of _____Jun_____, 200_6_.

Susan Lively
Consul

# A-894

Case 1:06-md-01738-DGT-DOc Document 170 Filed 09/22/2006 Page 306 of 26 ID #: 14396

## 中国医药保健品进出口商会维生素 C 分会章程
（1997 年 10 月 11 日维 C 协调小组
成立大会讨论通过）

### 第一章　总则

　　第一条　根据《中华人民共和国对外贸易法》、《中华人民共和国进出口商会暂行条例》、《中国医药保健品进出口商会章程》及《关于加强维生素 C 生产、出口管理的通知》的有关规定制定本章程。

　　第二条　中国医药保健品进出口商会维生素 C 分会（以下简称分会）是经对外贸易经济合作部（以下简称外经贸部）批准，在中国医药保健品进出口商会（以下简称商会）领导下，由维生素 C 进出口经营权且具有一定经营规模和经营能力的医药商会会员单位联合组成的行业组织。

　　第三条　分会的宗旨是：遵守国家法律，贯彻执行国家对外贸易的各项方针政策和法规；维护维生素 C 出口的正常秩序，开拓国际市场，在统一协调的基础上，为维生素 C 的对外贸易有秩序，高效益的发展服务。

　　第四条　分会会址设在北京。

### 第二章　职能

　　第五条　分会对会员有协调、指导、咨询、服务和监督检查等职能。在企业与政府之间发挥桥梁和纽带作用。分会发挥某些行业管理的作用，代表会员的根本利益和要求，向政府有关部门反映情况，促使问题尽快解决。

　　第六条　分会根据维生素 C 的出口情况及国际市场变化情况，提出出口发展规划及年度出口配额的建议，监督会员企业出口许可证的执行情况，并对配额的分配、调整和出口许可证的发放提出建议。

　　第七条　协调管理维生素 C 的出口市场、价格、客户和经营秩序，在国际上代表或组织会员根据国际贸易规范，统一对外交涉，维护国家和会员的权益。

　　第八条　积极发展与国内外行业间的联系，交流信息，广泛建立和发展业务合作关系，并代表本行业参加有关国际会议。

　　第九条　搜集、整理维生素 C 的国内外市场、客户、生产销售等信息资料，为分会会员提供咨询服务。

　　第十条　定期或不定期召开维生素 C 出口工作会议互通情

Case 1:06-md-01738-DGT-DO Document 276 Filed 09/22/2008 Page 107 of 26 PageID #:
14397

况，总结交流经验，研究制定维生素 C 出口协调价格，并对分会制
定的出口协调价格的执行情况和企业有关的经营活动进行监督、检
查。

## 第三章　会员

第十一条　凡是中国医药保健品进出口商会会员，在 1994 年
至 1996 年三年中任意一年出口维生素 C200 吨以上的单位，均可申
请加入分会。

第十二条　只有分会会员，才有维生素 C 出口经营权，同时有
资格获得维生素 C 出口配额。

第十三条　会员如要求退会，须在三个月前提出书面申请，经
分会理事会同意后方可退出。

第十四条　会员的权利

（一）有选举权、被选举权、表决权；

（二）对分会的工作进行监督，提出建议和意见；

（三）参加分会组织的活动，并享受分会提供的信息，咨询等
各项服务；

（四）对违法和违反分会章程，损害国家和行业利益、侵犯会
员正当权益的行为，有举报权、处分建议权。

第十五条　会员的义务

（一）遵守对外贸易的各项方针、政策、法规，遵守维生素 C
分会的章程、规定，执行分会的决议；

（二）外贸企业只能在分会认定的生产企业收购或代理维生素
C 出口，生产企业只能出口本企业的产品，只能向分会认定的外贸
企业供货。

（三）会员要根据国际市场需求变化主动调节生产量。

（四）生产企业和外贸企业会员间要建立起协作关系，互谅互
让，共享利益，共担风险。

（五）每逢单月向分会报告前两个月维生素 C 出口情况；

（六）对分会确定的出口协调价格，协调方案严格执行，保守
秘密，不得向外扩散。

第十六条　会员因违反分会章程，不执行分会的决议与规定，
不承担会员义务，分会视情节轻重分别给予警告、通报批评，直至
取消分会会员资格，并通过商会向政府主管部门建议，暂停直至取
消其维生素 C 的出口经营权。

## 第四章　组织

第十七条　分会的最高权利机构是会员大会。会员大会每年召

Case 1:06-md-01738-DGT-DO Document 770 Filed 09/22/2008 Page 308 of 28 PageID #: 14398

开一次，必要时，可提前或推迟召开，会员大会有三分之二的会员代表出席方为有效。分会设理事会，理事会会议每半年召开一次，必要时，可提前或推迟召开，理事会会议有三分之二的理事出席方为有效。

第十八条　会员大会的职能

（一）批准和修改分会章程；

（二）审议入退会申请；

（三）选举和任免分会理事会成员；

（四）审议通过理事会的工作报告，决定分会的工作方案；

（五）研究制定出口协调价。

（六）检查维生素 C 出口协调管理和出口协调价格的执行情况，对违纪会员提出处理意见；

（七）审议理事会和会员的各项提案。

第十九条　理事会的职能

（一）贯彻执行会员大会的决议，并向其报告工作；

（二）根据分会章程，制订商品经营的具体规定和办法，并组织实施；

（三）提出年度出口配额分配原则的建议；

（四）按期或临时召集会员大会；

（五）选举理事长，任命秘书长；

（六）研究和决定紧急情况下的协调价和其他有关事项。

第二十条　分会理事会设理事长 1 人，理事 7－9 人，秘书长 1 人，理事会成员由商会和分会会员产生。理事长、理事、秘书长人选，均由商会推荐后选举产生。

第二十一条　分会理事长、理事、秘书长，实行任期制，一般任期三年，可连选连任，分会不设常设机构。在理事会休会期间，由秘书长主持日常工作。

## 第五章　经费

第二十二条　分会所需日常费用由商会列支，但会议和调研所需费用自收自支。

## 第六章　附则

第二十三条　本章程经分会会员大会通过并报中国医药保健品进出口商会核准后生效，本章程的修改权归分会会员大会，解释权归分会理事会，本章程的修改补充需经中国医药保健品进出口商会核准。

**A-898**

Case 1:06-md-01738-DGT-DO Document 76 Filed 09/22/2006 Page 320 of 32 Page ID #: 14400

# 公　证　书

(2006)长证经字第911号

　　兹证明中华人民共和国商务部的授权代表蒋涛（男，一九七七年八月二日出生，身份证号码：370702197708022616）于二〇〇六年五月二十六日来到我处，在我的面前，在前面的英文文件上签字。

中华人民共和国长安公证处

公　证　员 

二〇〇六年五月二十六日

XⅣ 15502823

**A-900**

Case 1:06-md-01738-DGT-DO Document 70 Filed 09/22/2006 Page 322 of 26 PageID #: 14402

# 公　证　书

（2006）长证经字第912号

　　兹证明前面（2006）长证经字第911号《公证书》的英文译本与该公证书中文原本内容相符。



中华人民共和国长安公证处

公　证　员

二〇〇六年五月二十六日

XIV 15502825