# 公　证　书

（2006）长证经字第1037号

　　兹证明前面（2006）长证经字第1036号《公证书》的英文译本与该公证书中文原本内容相符。



中华人民共和国长安公证处

公　证　员

二〇〇六年六月

XN 15505808

[TRANSLATION]

## Document of Personnel, Education and Labor Department of

## Ministry of Foreign Trade & Economic Cooperation

[1998] MOFTEC Ren Lao Zi No. 175

---

### Approval for Establishing VC Sub-Committee of China Chamber of Commerce of Medicines & Health Products Importers &Exporters

China Chamber of Commerce of Medicines & Health Products Importers &Exporters

("the Chamber"):

We hereby acknowledge the receipt of the document entitled Request for Establishing the Vitamin C Sub-Committee within the Chamber with reference number of [1998] Yi Shang Zi No.20. We hereby give a reply as follows:

1. Request for Establishing the Vitamin C Sub-Committee within the Chamber is approved. The major responsibilities of VC Sub-Committee are: to be responsible for coordinating the Vitamin C export market, price and customers of China, to improve the competitiveness of Chinese Vitamin C produce in the world market and promote the healthy development of Vitamin C export of China.

2. The Vitamin C Sub-Committee is formed as a branch of the Chamber by the member enterprises of the Chamber that are engaged in Vitamin C export. It does not have a legal person status and is under the Chamber's leadership and administration. The Vitamin C Sub-Committee will not separately develop members or charge additional membership fees. The Chamber shall assist the Vitamin C Sub-Committee in staffing its personnel from the current staff of the Chamber.

3. Please proceed with the relevant procedure at the Ministry of Civil Affairs and carry out work in accordance with laws.

We hereby make this reply.

March 23, 1998

(Seal of Personnel Education and Labor Department of the MOFTEC)

Chopped by the Chamber acknowledging the receipt of this document on March 27, 1998 as No. A34

Handwritten notes by Mr. Qiao Haili on April 15, 1998: "Already in process."


DEFENDANT'S
TRIAL EXHIBIT
E.D.N.Y. / 06-MD-01738
DTX-013

1

Copy to:       Social Organization Department of the Ministry of Civil Affairs

2

**A-3854**

# NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1038

This is to certify that the English translation of the document attached hereto is identical with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XN I5505811

Case 1:06-md-01738-BMC-JO   Document 70-7   Filed 09/22/06   Page 6 of 28 PageID #: 1519

**A-3857**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.1039

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.1038 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

June 2, 2006

XIV15505813

Case 1:06-md-01738-BMC-JO   Document 70-7   Filed 09/22/06   Page 8 of 28 PageID #: 1521

# 对 外 贸 易 经 济 合 作 部
## 人事教育劳动司文件

[1998]外经贸人劳字第175号

## 关于同意成立中国医药保健品进出口商会
## 维生素Ｃ分会的批复

中国医药保健品进出口商会：

你会《关于申请成立中国医药保健品进出口商会维生素Ｃ分会的请示》（[1998]医商字第20号）文悉。现批复如下：

一、同意成立中国医药保健品进出口商会维生素Ｃ分会。该分会的主要任务是：负责我国维生素Ｃ的出口市场、价格、客户的协调工作，努力提高维生素Ｃ在国际市场的竞争能力，促进维生素Ｃ出口的健康发展。

二、该分会由中国医药保健品进出口商会中经营维生素Ｃ出口的企业会员组成，系商会的分支机构，不具法人地位，并接受商会的领导和管理。分会不单独吸收会员，不另外收取会费。其人员编制从商会现有编制中调剂解决。

三、请按规定到民政部办理相关手续，并依法开展活动。

此复。



一九九八年三月二十三日

---

抄送：民政部社团司
　　　本部：人事司（3）　贸管司　存档

Case 1:06-md-01738-BMC-JO   Document 70-7   Filed 09/22/06   Page 11 of 28 PageID #: 1524

# 公　证　书

（2006）长证经字第1038号

兹证明前面的文件后所附的英文译本与中文原本内容相符。

中华人民共和国长安公证处

公　证　员　

二〇〇六年六月

XⅣ 15505810

**A-3862**

Case 1:06-md-01738-BMC-JO   Document 70-7   Filed 09/22/06   Page 12 of 28 PageID #: 1525

# 公 证 书

（2006）长证经字第1039号

　　兹证明前面（2006）长证经字第1038号《公证书》的英文译本与该公证书中文原本内容相符。

中华人民共和国长安公证处

公　证　员



二〇〇六年六月　日

XIV 15505812

**A-3864**

**A-3865**

## CERTIFICATE OF AUTHENTICITY OF RECORDS

City of Beijing )
People's Republic of China )

I, JIANG TAO, as an Officer with official duties in the Department of Law & Treaty of the Ministry of Commerce, the People's Republic of China, certify with respect to the subject matter of the documents to which this certificate is attached:

1. That Ms. Guan Ningyun, who signed the attached document, was at the time of signing the Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters with authority to sign the document; and

2. That the signature of Ms. Guan, Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters, is genuine.

In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

Senior Officer, Department of Law & Treaty,
Ministry of Commerce, People's Republic of China

JIANG TAO

BJ1 38315v.1

**A-3866**

## CERTIFICATE OF AUTHENTICITY OF RECORDS

City of Beijing         )
People's Republic of China   )

I, GUAN NINGYUN, am the Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters. I certify that the authentication of documents in the Ministry's custody is within the scope of my authority and official duties as Director of the Legal Affairs Department of the China Chamber of Commerce of Medicines & Health Products Importers & Exporters. I have compared the document attached to this Certificate and I certify that it is, in all respects, a true and correct copy of a document on file in my office.

In proof of the facts set out in this Certificate, I have signed this Certificate on May 26, 2006, at Beijing, the People's Republic of China.

Director, Legal Affairs Department of the China Chamber of Commerce
of Medicines & Health Products Importers & Exporters

_____
GUAN NINGYUN

BJ1 38314v.1

**A-3868**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.913

This is to certify that Jiang Tao (male, born on August 2, 1977, I.D.Card: 370702197708022616), the Authorized Representative of the Ministry of Commerce of the People's Republic of China, affixed his signature to the English document attached hereto before me in this office on May 26, 2006.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XW 15502830

A-3869

**A-3870**

## NOTARIAL CERTIFICATE

2006C.Z.J.Zi,No.914

This is to certify that the English translation of the Notarial Certificate (2006)C.Z.J.Zi,No.913 attached hereto is in conformity with the Chinese original.

Notary:Wu Jun

Changan Notary Public Office

The People's Republic of China

May 26, 2006

XIV 15502832

**A-3872**

认 字 第 ０ ６ ０ ９ ０ ９ ２ ０ － ０ ０ １ 号

兹 证 明 前 面 文 书 上 公 证 处 的 印 章 和

公 证 员　　**武军**　　的 签 名（印章）

属 实。

中华人民共和国外交部

领事司　　　　　一等秘书

２００６年０６月１５日

**1350491**

---

People's Republic of China)

Municipality of Beijing　）

Embassy of the United　　）　ss:

States of America　　　　）

Susan Lively

Consul

I, _____, Consul/Vice Consul of the United

States of America at Beijing, People's Republic of China, duly commissioned and qualified,

do hereby certify that *Chen, Beiliang*, whose true signature and official

seal are, respectively, subscribed and affixed to the foregoing document, was on the

____15____ day of ____Jun____, 200_6_, the date thereof, an

officer of the Ministry of Foreign Affairs of the People's Republic of China, duly

commissioned and qualified, to whose official acts faith and credit are due.

IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the

Embassy of the United States of America at Beijing, People's Republic of China this

____16____ day of ____Jun____, 200_6_.

Susan Lively

Consul

A-3873

7

# 对外贸易经济合作部
## 人事教育劳动司文件

[1998]外经贸人劳字第175号

## 关于同意成立中国医药保健品进出口商会
## 维生素C分会的批复

中国医药保健品进出口商会：

你会《关于申请成立中国医药保健品进出口商会维生素C分会的请示》（[1998]医商字第20号）文悉。现批复如下：

一、同意成立中国医药保健品进出口商会维生素C分会。该分会的主要任务是：负责我国维生素C的出口市场、价格、客户的协调工作，努力提高维生素C在国际市场的竞争能力，促进维生素C出口的健康发展。

二、该分会由中国医药保健品进出口商会中经营维生素C出口的企业会员组成，系商会的分支机构，不具法人地位，并接受商会的领导和管理。分会不单独吸收会员，不另外收取会费。其人员编制从商会现有编制内调剂解决。

三、请按规定到民政部办理相关手续，并依法开展活动。

此复。



一九九八年三月二十三日

抄送：民政部社团司
　　　本部：人事司（3）　贸管司　存档

3.30

A-3875

**A-3876**

# 公　　证　　书

(2006)长证经字第913号

　　兹证明中华人民共和国商务部的授权代表蒋涛（男，一九七七年八月二日出生，身份证号码：370702197708022616）于二〇〇六年五月二十六日来到我处，在我的面前，在前面的英文文件上签字。

中华人民共和国长安公证处

公　证　员



二〇〇六年五月二十六日

XⅣ15502827

**A-3878**

# 公 证 书

（2006）长证经字第914号

　　兹证明前面（2006）长证经字第913号《公证书》的英文译本与该公证书中文原本内容相符。

中华人民共和国长安公证处

公 证 员 

二〇〇六年五月二十六日

XIV 15502831

## A-3879

# China Chamber of Commerce of Medicines & Health Products Importers &Exporters

---

[2001] YiShangZi No.116

### Notice for Distributing the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers

To member enterprises of Vitamin C Sub-Committee,

Pursuant to thoughts of the Ministry of Foreign Trade & Economic Cooperation ("MOFTEC") on reforming the export regulatory system, there will be a relatively significant changes to the regulatory manner of Vitamin C exports in 2002. In order to adapt to the new situation, China Chamber of Commerce of Medicines & Health Products Importers &Exporters ("the Chamber") held two meetings respectively on November 16, 2001 and December 21, 2001 with the persons in charge of the major Vitamin C manufacturers concerning issues of the self-discipline of Vitamin C export industry in 2002. Attached are the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers. Please carefully review these and provide comments, and respond to the Chamber by December 29, 2002. If there are no comments, please implement in compliance with these Minutes.

The Chamber hereby makes this notice.

<u>Attachment</u>: the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers

China Chamber of Commerce of Medicines & Health Products Importers &Exporters
(Seal)

December 25, 2001

02



DEFENDANT'S
TRIAL EXHIBIT
E.D.N.Y. / 06-MD-91738
DTX-028

A-3880

**Minutes of the Second Meeting of Chinese Vitamin C Manufacturers**

On December 21, 2001, China Chamber of Commerce of Medicines & Health Products Importers & Exporters held a meeting with the heads of the Northeast Pharmaceutical General Factory, Jiangsu Jiangshan Pharmaceutical Co., Ltd., Shijiazhuang Pharmaceutical Group and Weisheng Pharmaceutical Co., Ltd., and Hebei Welcome Pharmaceutical Co. Ltd. at the Hua Yao Plaza in Shijiazhuang to discuss issues relating to Vitamin C exports in 2002. Zhang Changxin, Vice Chairman of the Chamber and Qiao Haili, Director of Western Medicine Department and Secretary-General of the Vitamin C Sub-Committee attended this meeting. This meeting was presided over by Qiao Haili.

Pursuant to MOFTEC's thoughts on reforming the export regulatory system, there would be relatively significant changes in the regulatory manner concerning Vitamin C exports in 2002. In order to adapt to the new situation, the Chamber held a meeting on November 16, 2001 with the heads of the major Chinese Vitamin C manufacturers, during which they agreed upon issues regarding the industry self-discipline for Vitamin C export. Specifically, each Chinese Vitamin C manufacturer shall export Vitamin C in 2002 according to the export volume respectively committed by each of them. This meeting reached the following resolutions on the relevant specific issues relating to the implementation of the vitamin C industry self-discipline in 2002:

1.  <u>The committed export volume as part of the industry self-discipline shall be strictly implemented</u>. From January 1, 2002, the Vitamin C products that are and declared at the customs for export by the aforementioned manufacturers shall be respectively recorded into the total export volume of each of such manufacturers; the volume of Vitamin C products declared for export by the import and export companies based on outright purchase or agency arrangements with the above-mentioned manufacturers, upon confirmation by the respective manufacturer, shall be accordingly recorded into the total export volume of such manufacturer. This work is crucial for the implementation of the self-discipline for Vitamin C export industry in 2002, and each import and export company shall actively co-operate and co-ordinate with the manufacturing companies with regard to their confirmations. Those import and export enterprises that are not in strict compliance with this requirement will be punished by Vitamin C Sub-Committee.

2.  <u>Exports shall be balanced</u>. While all the Vitamin C manufacturers agreed to strictly control the export volume, it is imperative to keep the balance of the export. Such balance shall be implemented based on the average monthly export volume (including the export volume declared by the foreign trade companies through outright purchase or agency arrangement) of each manufacturer. To deal with any exceptional situations temporarily appeared in the market, each Vitamin C manufacturer is allowed to have some additional export volume within the whole year apart from its average monthly export volume, with 200 tons for Northeast GPF, 150 tons for Jiangsu Jiangshan, 150 tons for Shijiazhuang Pharmaceutical Group and Weisheng, 130 tons for

03

2

**A-3881**

Hebei Welcome. However, at the end of the year the total export volume shall not exceed the total export volume committed by each manufacturer.

3.      A "Special Chop for the Export Contract" will be used. Each Vitamin C manufacturer shall make such chop and use it on supply contracts with import and export enterprises from January 1, 2002.

4.      To punish any violations. With respect to the Vitamin C manufacturers with violations of using disguised low prices or exporting beyond given volume, etc, when confirmed upon investigation, a penalty will be imposed on the violating manufacturer. Namely, five times of the export volume that is in violation shall be deducted from the total allocated export volume of the violating manufacturer. Penalties applicable to the violating foreign trade companies are to be formulated.

5.      An industry self-discipline inspection group shall be formed, with the Secretary-general of Vitamin C Sub-committee as the leader, and each Vitamin C manufacturer will designate one mid-level officer as member.

**04**

## Abacus Consulting Services

401 N. Garfield Ave. Ste 1, Alhambra, CA 91801 Tel: 626-487-8909 Fax: 626-282-9252 Website:
http://www.certifiedchinesetranslation.com/ Email: abacustranslation@gmail.com

### CERTIFICATION OF TRANSLATION

(Certified by Courts)

This is to certify under the penalty of perjury that I am a court certified interpreter in California with license number #301138 and I am fluent in Chinese (Mandarin) and English languages, that the following

- · Notice for Meeting by Vitamin C Manufacturers dated December 19, 2001, bates labeled 01;
- · Notice for Distributing the Minutes of the Second Meeting of Chinese Vitamin C Manufacturers, bates labeled 02-04, as part of Dep. Ex. 255;
- · Notice for Distributing Minutes of Meeting by Leaders of Vitamin C Manufacturers, dated December 20, 2001, bates labeled JJPC 0051157;
- · Report Regarding the Current Vitamin C Export Circumstances and Recommendations of Countermeasures, dated 1996, Defendants' Trial Exhibit 10, Exhibit 20 to Chan Decl.;
- · Our Vitamin C Is in Danger of an Antidumping Suit by the European Union, dated September 19, 2001, bates labeled JJPC0049428;
- · Regarding the possibility of Europe bringing an antitrust sui against our vitamin C, dated November 5, 2001, bates labeled JJPC55588;
- · Proposal of the board of directors of Weisheng Pharmaceutical, dated May 28, 2004, bates labeled WSC00011430; and
- · Chamber Meeting Minutes dated December 23, 2005, Exhibit 39 to Chan Decl.

is (are) complete and accurate translations of the original versions to the best of my ability and knowledge

Signed on October 25, 2012 in Los Angeles, California, USA

Samuel Shen Chong

CA Court Certified Interpreter (License No. 301138), New York Court Certified Interpreter

Federal Court Registered Interpreter (US District Courts)

ATA (American Translators Association) Associate #243264

Abacus Consulting Services

401 N. Garfield Ave. #1

Alhambra, CA 91801, USA

Tel: 626-487-8909 Fax: 626-282-9252

**A-3883**

# 中国医药保健品进出口商会

[2001] 医商字第 116 号

关于印发《第二次中国维生素 C 生产企业会议纪要》的通知

维 C 分会会员企业：

根据外经贸部出口商品管理体制改革思路，2002 年维 C 出口管理方式将发生较大变化。为适应新的形势，医保商会于 2001 年 11 月 16 日和 12 月 21 日两次召集中国主要维生素 C 生产企业负责人举行会议，研究 2002 年维 C 出口行业自律问题。现将《第二次中国维生素 C 生产企业会议纪要》印发你们。请认真阅读提修改意见，并于 12 月 29 日反馈我商会。如无意见，即照此执行。

特此通知。

附：第二次中国维生素 C 生产企业会议纪要



中国医药保健品进出口商会

2001 年 12 月 25 日

02

A-3884

附件：

## 第二次中国维生素 C 生产企业会议纪要

2001 年 12 月 21 日，中国医药保健品进出口商会召集东北制药总厂、江苏江山制药有限公司、石家庄制药集团及维生药业、河北维尔康制药有限公司有关负责人在石家庄华药大厦举行会议，研究 2002 年维生素 C 出口问题。医保商会副会长张长新、西药部主任及维 C 分会秘书长乔海利参加了会议。会议由乔海利主持。

根据外经贸部出口商品管理体制改革思路，2002 年维生素 C 出口管理方式将发生较大变化。为适应新的形势，医保商会曾于 2001 年 11 月 16 日召集主要生产企业领导人开会，就维 C 出口的行业自律达成一致意见，即 2002 年，各生产企业将按照各自承诺的数量进行出口。本次会议就落实 2002 年维 C 出口行业自律的有关具体问题形成决议如下：

一、关于全面执行行业自律出口数量问题。从 2002 年 1 月 1 日起，由上述维 C 生产企业报关出口的维 C，均分别记入各企业的出口总量；由外贸公司采购或代理报关出口的维 C，在分别经上述维 C 生产企业确认后，相应记入各企业的出口总量。此项工作对搞好 2002 年维 C 出口行业自律至关重要，务必请各外贸企业给予积极配合，做好与生产企业的衔接确认工作。对不严格执行此项要求的外贸企业，维 C 分

03

**A-3885**

会将予以处罚。

二、关于均衡出口问题。各生产企业一致同意在严格控制出口总量的同时，必须做到均衡出口。均衡出口按生产企业各自的平均月出口量（含外贸企业买断或代理出口数量）实施。为便于解决市场临时出现的特殊情况，各生产企业在各自的平均月出口量以外，在全年内允许有一定的机动出口量，其中东北制药总厂 200 吨、江苏江山制药有限公司 150 吨、石药集团及维生药业 150 吨、河北维尔康制药有限公司 130 吨。到年底不能超出各生产企业应出口总量。

三、关于启用"出口合同专用章"问题。各生产企业加刻"出口合同专用章"，并从 2002 年 1 月 1 日起，用于与外贸企业的供货合同。

四、关于对违规行为的处罚问题。对存在变相低价、超量出口等违规行为的生产企业，一经查实，给予违规出口量 5 倍的扣减。对存在违规行为的外贸企业的处罚规定，另行制定。

五、成立行业自律检查小组，由医保商会维 C 分会秘书长任组长，各生产企业各出一名中层干部组成。

## LIST OF THE FOURTH BATCH OF DEPARTMENTAL DECISIONS ABOLISHED BY THE MINISTRY OF FOREIGN TRADE AND ECONOMIC COOPERATION

The Ministry of Foreign Trade and Economic Cooperation

Order of the Ministry of Foreign Trade and Economic Cooperation

No.24

In order to adapt to the new situation of our country's opening-up to the outside world, to further establish and improve the legal system of the socialist market economy, to earnestly perform the promises of our country's entry to the WTO, to accelerate the transformation of the functions of the government and to improve the level of administration according to law, the Ministry of the Foreign Trade and Economic Cooperation has fully screened the existing departmental regulations. And after the screening,  MOFTEC has decided: the list of the fourth batch of 26 departmental decisions abolished (see Attachment).

Minister of the Ministry of Foreign Trade and Economic Cooperation: Shi Guangsheng

March 21, 2002

List of the Fourth Batch of Departmental Decisions Abolished by the Ministry of Foreign Trade and Economic Cooperation

Attachment:

### The list of the fourth batch of 26 departmental decisions abolished

| No. | Document Name | Department of Promulgation | Date of Promulgation |
|---|---|---|---|
| 1 | Detailed Rules for the Implementation of the Administration of the Technology Import Contracts of the People's Republic of China | MOFTEC | 1987 |
| 2 | Notice of the Ministry of Foreign Trade and Economic Cooperation and the Ministry of Science and Technology on the Printing and Distribution of the Measures for the Administration of the Technologies Restricted from Export | MOFTEC, Ministry of Science and Technology | 1998 |
| 3 | Notice of the Ministry of Foreign Trade and Economic | MOFTEC | 1996 |



DEFENDANT'S TRIAL EXHIBIT
E.D.N.Y. / 06-MD-01738
DTX-029

|  | Cooperation on Changing the Table of the Explanation of End User and Ultimate Use |  |  |
|---|---|---|---|
| 4 | Notice of the State Bureau of the Construction Material Industry and the Ministry of Foreign Trade and Economic Cooperation on Strengthening the Administration of the Export of Concrete Production and Equipment Technologies | State Bureau of Construction Material Industry, Ministry of Science and Technology | 1990 |
| 5 | Notice of the Ministry of Foreign Trade and Economic Cooperation on the Execution of the Relevant Provisions of the Notice on the Relevant Issues of Strengthening the Administration on the Sales and Payment of Foreign Exchange for the Import of Intangible Assets | MOFTEC | 2001 |
| 6 | Supplementary Notice on Strengthening the Administration of Technology Import Contracts and Sales and Payment of Foreign Exchange | MOFTEC, State Administration of Foreign Exchange | 2001 |
| 7 | Notice of the Ministry of Foreign Trade and Economic Cooperation on Explaining Article 71 of the Regulations on the Implementation of the Law of the People¡¯s Republic of China on Sino-foreign Joint Ventures | MOFTEC | 1985 |
| 8 | Notice of the Ministry of Foreign Trade and Economic Cooperation on Explaining Article 74 of the Regulations on the Implementation of the Law of the People¡¯s Republic of China on Sino-foreign Joint Ventures | MOFTEC | 1985 |
| 9 | Notice on Strengthening the Administration of the Labor Cooperation Carried out in Singapore by Chinese Companies | MOFTEC | 1996 |
| 10 | Letter on Strictly Executing the Provisions of the Compensation Committee of the United Nations on the Distribution of Reparations | MOFTEC | 1997 |
| 11 | Notice on the Relevant Matters Concerning Strengthening the Administration of Production and Export of **Vitamin C** | MOFTEC, State Administration of Medicine | 1997 |
| 12 | Notice on the Supplementary Provisions of the Notice on the Relevant Matters Concerning Strengthening the | MOFTEC, State Administration of | 1998 |

| | Administration of Production and Export of **Vitamin C** | Medicine | |
|---|---|---|---|
| 13 | Notice on the Relevant Issues Concerning the export of Honey to America | MOFTEC | 2001 |
| 14 | Measures for the Administration of the Quotas of the Industrial Products Exported to the European Union (Interim) MOFTEC | MOFTEC | 1999 |
| 15 | Notice on the Relevant Supplementary Provisions of the Measures for the Administration of the Quotas of the Industrial Products Exported to the European Union (Interim) | MOFTEC | 2000 |
| 16 | Notice on Several Matters Concerning Encouraging the Enterprises to Make Good Use of the Quotas | MOFTEC | 1999 |
| 17 | Notice on the Relevant Matters regarding the Use of Quotas of Textiles Subject to the License of Freely Applied Total Amount by Foreign-funded Enterprises | MOFTEC | 1999 |
| 18 | Notice on the Relevant Matters Concerning the Free Application for Quotas of Textiles of 2001 | MOFTEC | 2000 |
| 19 | Notice of the Ministry of Foreign Trade and Economic Cooperation on the Cancellation of the Quotas of 6 Categories (Men's Shirts with Sewed Collars) of Textiles by Canada | MOFTEC | 1997 |
| 20 | Notice on the Relevant Matters Concerning Adopting the Freely Applied Visa of Limited Total Number to the Categories of Textiles not in Bad Need | MOFTEC | 1998 |
| 21 | Notice on the Relevant Matters Concerning Strengthening the Administration of Quotas of the Textiles Subject to the Freely Applied License of Limited Total Number | MOFTEC | 1999 |
| 22 | Notice on the Exhibition Organization by the Guaranteed Stands of the Chinese Export Commodities Fair | MOFTEC | 1998 |
| 23 | Notice on Printing and Distributing the Relevant Materials of the Agency Agreement on Frozen Meat Fowls Supplied to Hong Kong and Macao (Sample) | MOFTEC | 1996 |

Case 13-4791, Document 167-8, 07/28/2014, 1280972, Page39 of 50

# A-3889

Case 1:06-md-01738-BMC-JO   Document 497-2   Filed 08/08/12   Page 237 of 303 PageID #:
14421
Case 1:06-md-01738-DGT-JO   Document 397-10   Filed 11/23/09   Page 5 of 58

| 24 | Notice on Revising the Relevant Measures for Trade with Taiwan Province | MOFTEC | 1988 |
|---|---|---|---|
| 25 | Notice on Opening the Import Management Power in Trade with Taiwan | MOFTEC | 1998 |
| 26 | Notice on Printing and Distributing the Interim Provisions on the Procedures for Going Abroad of Labors Sent Abroad | MOFTEC, Ministry of Public Security Ministry of Foreign Affaires | 1997 |

外经贸部第四批废止的部门规章目录

对外贸易经济合作部

中华人民共和国对外贸易经济合作部二〇〇二年第 24 号令

　　为适应我国改革开放的新形势，进一步建立健全社会主义市场经济法律体系，认真履行我国加入世界贸易组织承诺，加快政府职能转变，提高依法行政水平，对外贸易经济合作部对现行部门规章进行了全面清理。经过清理，对外贸易经济合作部决定：第四批废止部门规章 26 件目录（见附件）。

部长：石广生

二〇〇二年三月二十一日

附件

外经贸部第四批废止的部门规章目录

序号 文件名称 发布单位 发布时间

1 中华人民共和国技术引进合同管理条例实施细则 外经贸部 1987
2 对外贸易经济合作部、科学技术部关于印发《限制出口技术管理办法》的通知 外经贸部、科技部 1998
3 对外贸易经济合作部关于更换《最终用户和最终用途说明》表格的通知 外经贸部 1996
4 国家建筑材料工业局、对外经济贸易部关于加强水泥生产的及装备技术出口管理的通知 建材局、外经贸部 1990
5 对外贸易经济合作部关于执行《关于加强对引进无形资产售付汇管理有关问题的通知》的有关规定的通知 外经贸部 2001
6 关于加强技术引进合同及售付汇管理的补充通知 外经贸部、国家外汇管理局 2001
7 对外经济贸易部关于解释《中华人民共和国中外合资经营企业法实施条例》第七十一条的通知 外经贸部 1985
8 对外经济贸易部关于解释《中华人民共和国中外合资经营企业法实施条例》第七十四条通知 外经贸部 1985
9 关于加强对我国公司在新加坡开展劳务合作业务管理的通知 外经贸部 1996
10 关于严格执行联合国赔偿委员会赔款分发规定的函 外经贸部 1997
11 关于加强维生素 C 生产、出口管理有关事项的通知 外经贸部、国家医药管理局 1997
12 关于对《关于加强维 C 生产、出口管理有关事项的通知》的补充规定的通知 外经贸部、国

# A-3891

家医药管理局 1998
13 《关于对美蜂蜜出口有关问题的通知》 外经贸部 2001
14 《输欧盟工业品配额管理办法（暂行）》 外经贸部 1999
15 《关于<输欧盟工业品配额管理办法>（暂行）有关补充规定的通知》 外经贸部 2000
16 关于鼓励企业用好配额若干事项的通知 外经贸部 1999
17 关于外商投资企业使用实行总量自主申领许可证的纺织品被动配额有关事项的通知 外经贸部 1999
18 关于 2001 年度纺织品被动配额自主申领有关事项的通知 外经贸部 2000
19 对外贸易经济合作部关于加拿大取消 6 类（男缝制领衬衫）纺织品配额的通知 外经贸部 1997
20 关于对非紧俏类别纺织品实行总量控制自主申领签证有关问题的通知 外经贸部 1998
21 关于加强对总量控制自主申领许可证的纺织品被动配额管理有关事项的通知 外经贸部 1999
22 关于广交会保证性摊位组展工作的通知 外经贸部 1998
23 关于印发《供港澳冻肉禽代理协议（样本）》等材料的通知 外经贸部 1996
24 关于修订对台湾省贸易有关办法的通知 外经贸部 1988
25 关于放开对台湾贸易进口经营权的通知 外经贸部 1998
26 《关于印发<办理外派劳务人员出国手续的暂行规定>的通知》 外经贸部、公安部、外交部 1997

# A-3892

<u>Certificate of Accuracy</u>

This is to certify that the document listed below was translated from Chinese to English.

*LIST OF THE FOURTH BATCH OF DEPARTMENTAL DECISIONS ABOLISHED BY THE MINISTRY OF FOREIGN TRADE AND ECONOMIC COOPERATION*

I am a certified translator, qualified to provide such translation services.

Signature:    *Tara Hu Phillips*

            {Original Signature on File}

Date:        October 13, 2009

## CERTIFICATE OF REPLACEMENT COPIES

City of Beijing         )
People's Republic of China    )

   I, JIANG TAO, as an Officer with official duties in the Department of Law & Treaty of

the Ministry of Commerce, the People's Republic of China, certify with respect to the subject

matter of the documents to which this certificate is attached:

   That the document attached is a true, correct and complete English language translation

of a document entitled "Notice Issued by the Ministry of Foreign Trade and Economic

Cooperation and the General Administration of Customs for the Adjustment of the Catalogue of

Export Products Subject to Price Review by the Customs (MOFTEC MAO FA [2002] No. 187) "

in replacement of the English translation of Exhibit J to the Declaration of Joel M. Mitnick in

Support of Brief Amicus Curiae of the Ministry of Commerce of the People's Republic of China

dated June 29, 2006.

   In proof of the facts set out in this Certificate, I have signed this Certificate on June   ,

2007, at Beijing, the People's Republic of China.

           Senior Officer, Department of Law & Treaty,
        Ministry of Commerce, People's Republic of China

               JIANG TAO

**DEFENDANT'S TRIAL EXHIBIT**
E.D.N.Y. / 06-MD-01738
**DTX-031**

Case 13-4791, Document 167-8, 07/28/2014, 1280972, Page44 of 50

# A-3894

中华人民共和国对外贸易经济合作部



中华人民共和国对外贸易经济合作部
MINISTRY OF FOREIGN TRADE AND ECONOMIC COOPERATION,PRC
English

**业务综述**

**进出口许可证管理**

**进口商品管理**

**出口商品管理**

**加工贸易管理**

**纺织品出口管理**

**出口商品招标管理**

**政策问答**

**政策建议**

您位于本网站: 首页>>中国对外经贸政策介绍>>对外贸易管理>>出口商品管理

### 关于调整出口商品海关审价目录的通知

外经贸贸发[2002]187号

海关总署广东分署，天津、上海特派办，各直属海关，各省、自治区、直辖市及计划单列市外经贸委（厅、局），外经贸部驻各地特派员办事处，各进出口商会：

　　为了适应我国加入世界贸易组织的新形势，维护公平的市场竞争秩序，积极防范国外对我国出口商品的反倾销，推动行业自律，促进出口健康发展，外经贸部、海关总署决定对2002年出口商品海关审价目录进行调整。现将有关事项通知如下：

　　一、调整后的出口海关审价商品为30种（目录见附件），全部实行商会预核签章管理，不再实行海关监审管理。

　　二、各有关进出口商会和各海关应按照《关于印发出口商品海关审价工作有关规定的通知》〔1997〕外经贸综函字第21号）中的《出口商品审价工作联络办法》，加强联系配合，及时反映出口审价工作中存在的问题，共同做好出口审价工作，并将年度审价情况分别报外经贸部和海关总署备案。

　　三、各有关商会务必于2002年4月20日之前，将调整后的各项出口审价商品的同行协议价格资料以软盘（按规定格式）和书面材料形式送达海关总署广州商品价格信息办公室；将负责出口商品审价工作的人员名单、通讯地址、电话、传真号报外经贸部外贸司、海关总署关税征管司和广州商品价格信息中心办公室备案。

　　四、各有关进出口商会应按照《关于印发出口商品海关审价工作有关规定的通知》〔1997〕外经贸管综函字第21号）中的《关于对出口审价重点商品进行出口价格预核签章的暂行规定》，做好预核签章工作。预核签章办法和程序在有利于商会进行价格协调和行业自律的同时，也要尽可能地方便企业出口，做到既能维护良好的出口秩序，又能有效减少企业出口成本，促进行业和企业出口的发展。从2002年起，各有关商会要参照机电商会双筒望远镜分级预核签章的经验，从本商会审价商品中至少推出一种商品进行试点。

　　五、在国际市场急剧变化的情况下，经商会有关商品分会（协调小组）会员大会通过并报外经贸部和海关总署备案，海关和商会可对有关商品暂停出口审价。

　　六、调整后的出口商品审价目录自2002年5月1日起执行。外经贸部和海关总署于2000年12月25日联合下发的《关于调整出口商品海关审价目录的通知》（〔2000〕外经贸管发第661号）同时废止。

　　特此通知

　　附件：2002年出口商品海关审价目录（30种）

中华人民共和国对外贸易经济合作部

中华人民共和国对外贸易经济合作部

中华人民共和国海关总署

二○○二年三月二十九日

附件

### 2002年出口商品海关审价目录（30种）

| 类别 | 商品名称 | 商品编号 | 计量单位 | 审价方式 |
|---|---|---|---|---|
| 机电 | 1、电动机 | 85014000 | 台 | 预核签章 |
| | | 85015100 | | |
| | | 85015200 | | |
| | 2、单缸柴油机 | 84072100 | 台 | 预核签章 |
| | | 84082090 | | |
| | | 84089091 | | |
| | | 84089092 | | |
| | | 84099199 | 千克 | |
| | | 84099910 | | |
| | | 84099920 | | |
| | | 84099999 | | |
| | 3、双筒望远镜 | 90051000 | 个 | 预核签章 |
| | 4、空调器 | 84151010 | 台 | 预核签章 |
| | | 84151021 | | |
| | | 84161022 | | |
| | | 84158110 | | |
| | | 84158210 | | |
| | | 84158300 | | |
| | 5、轴承 | 84821000 | 套 | 预核签章 |
| | | 84822000 | | |
| | | 84823000 | | |
| | | 84824000 | | |
| | | 84825000 | | |
| | | 84828000 | | |
| | | 84832000 | | |
| | 6、激光视盘机 | 85219010 | 台 | 预核签章 |
| | 7、吸尘器 | 85091000 | 台 | 预核签章 |
| | 8、彩色电视机 | 85281291 | 台 | 预核签章 |
| | | 85281292 | | |

http://www.cofortune.com.cn/moftec_cn/dwmygl/ckspgl_60.html                    5/19/2005

Case 13-4791, Document 167-8, 07/28/2014, 1280972, Page46 of 50

**A-3896**

中华人民共和国对外贸易经济合作部

| | | | | |
|---|---|---|---|---|
| | | 85281293 | | |
| | | 84521010 | | |
| | | 84521090 | | |
| 9、缝纫机 | | 84522110 | 台 | 预核签章 |
| | | 84522190 | | |
| | | 84522900 | | |
| 轻工化艺 | 1、稻草及制品 | 12130000 | 公斤 | 预核签章 |
| | | 46019190 | | |
| | 2、木杆铅笔 | 96091010 | 千克/百支 | 预核签章 |
| | | 96091020 | | |
| 五矿化工 | 1、草甘磷（除草剂）及草甘磷原药 | 38083019 | | 预核签章 |
| | | 29209019.10 | | |
| | 2、柠檬酸 | 29181400 | | 预核签章 |
| | 3、三磷酸钠 | 28353100 | 公斤 | 预核签章 |
| | 4、硅锰铁 | 72023000 | | 预核签章 |
| | 5、硫酸二钠及其它硫酸盐 | 28331100 | | 预核签章 |
| | | 28331900 | | |
| | 6、黄磷（白磷） | 28047010 | | 预核签章 |
| | 7、磷矿石（磷灰石） | 25101010 | 吨 | 预核签章 |
| | | 25101090 | | |
| | | 25102010 | | |
| | | 25102090 | | |
| | 8、天然石墨 | 25041010 | | 预核签章 |
| | | 25041090 | | |
| | | 25049000 | | |
| 医保 | 1、糖精钠 | 29251100 | | 预核签章 |
| | 2、扑热息痛 | 29242920 | | 预核签章 |
| | 3、鲜蜂王浆及鲜蜂王浆粉 | 04100020 | 公斤 | 预核签章 |
| | | 04100030 | | 预核签章 |
| | 4、维生素C | 29362700 | | 预核签章 |
| | 5、人参 | 12112091 | | 预核签章 |
| | | 12112099 | | |
| | | 12112020 | | |
| | | 03061911 | | |



Case 13-4791, Document 167-8, 07/28/2014, 1280972, Page47 of 50

# A-3897

中华人民共和国对外贸易经济合作部

| | | | | |
|---|---|---|---|---|
| 食品土畜 | 1、淡水小龙虾 | 03061919 | 公斤 | 预核签章 |
| | | 16054011 | | |
| | | 16054019 | | |
| | 2、苹果汁 | 20097000 | | 预核签章 |
| | 3、烤鳗 | 16041910 | | 预核签章 |
| | 4、蜂蜜 | 04090000 | | 预核签章 |
| | 5、红小豆 | 07133210 | | 预核签章 |
| | | 07133290 | | |
| | 6、卫生筷子 | 44190010 | | 预核签章 |



最佳浏览：IE4以上版本800*600或1024*768屏幕分辨率
版权：中华人民共和国对外贸易经济合作部©
技术支持：中国国际电子商务中心
ICP备案编号：京ICP备010164号

地址：中国北京东长安街2号　邮编：100731
电话：(010)65198114
传真：(010)65198173
✉E-mail:moftec@moftec.gov.cn

[TRANSLATION]

2002 MOFTEC & Customs Notice

**Notice Issued by the Ministry of Foreign Trade and Economic Cooperation and the General Administration of Customs for the Adjustment of the Catalogue of Export Products Subject to Price Review by the Customs**

MOFTEC MAO FA [2002] No. 187

Promulgation Date: March 29, 2002

Effective Date: May 1, 2002

Issued by: the Ministry of Foreign Trade and Economic Cooperation (hereinafter "MOFTEC") and the General Administration of Customs (hereinafter "GAC") [tr.]

To:    Guangdong Branch, Tianjin and Shanghai Commissioners' Offices of GAC, Directly Subordinated Customs Offices, the Commissions (Offices/Bureaus) of Trade and Economic Cooperation of Every Province, Autonomous Region, Municipality and City Specifically Designated in the State Plan, the Commissioners' Offices of MOFTEC at Various Cities, and the Chambers of Import and Export

MOFTEC and GAC have made the decision to adjust the catalogue of export products subject to price review by the customs for year 2002, in order to accommodate the new situations since China's entry into WTO, maintain the order of market competition, make active efforts to avoid anti-dumping sanctions imposed by foreign countries on China's exports, promote industry self-discipline and facilitate the healthy development of exports. The decision includes the following aspects:

1.    After adjustment, 30 categories of export products are subject to price review by the customs (see the Attachment for the Table of Export Products). All of the products are subject to Price Verification and Chop ("PVC") by the chambers, and no longer subject to supervision and review by the customs.

2.    The relevant chambers of import and export and customs offices shall strengthen communication and cooperation among themselves in accordance with the Rules for Co-ordination with Respect to Customs Price Review of Export Products issued together with the

Notice of the Rules on Price Reviews of Export Products by the Customs ([1997] MOFTEC GUAN ZONG HAN ZI No. 21), promptly report any issues arising from export price review exercise, jointly perform the export price review responsibility and file the annual price review report with MOFTEC and GAC.

3.    Following the adjustment made under this Notice, the relevant chambers must, by April 20, 2002, submit to Guangzhou Commodity Price Information Center of GAC information on industry-wide negotiated prices for those export products subject to price review, in both soft copy (in required format) and hard copy; in addition, each chamber shall file the name of personnel responsible for price review, addresses, telephone and fax numbers with the Foreign Trade Department of MOFTEC, the Duty Collection and Administration Department and Guangzhou Commodity Price Information Center of GAC.

4.    The relevant chambers of import and export shall follow the PVC procedures pursuant to the Provisional Rules on Export Price Verification and Chop for Key Products subject to Price Review, which Rules were issued together with the Notice of the Rules on Price Reviews of Export Products by the Customs ([1997] MOFTEC GUAN ZONG HAN ZI No. 21). The adoption of PVC procedure shall be convenient for exporters while it is conducive for the chambers to coordinate export price and industry self-discipline.  The PVC procedures shall be performed in a way that it could assist in maintaining good export order on the one hand and effectively reduce the export costs of enterprises, promoting the development of the industries and exports. From 2002, each relevant chamber shall learn from the experience of the Chamber of Machinery and Electronic Products in implementing classified PVC for binoculars, and select at least one of the products with the jurisdiction of its chamber for trial.

5.    Given the drastically changing international market, the customs and chambers may suspend export price review for certain products with the approvals of the general members' meetings of the sub-chamber (coordination groups) and filing with GAC. and MOFTEC

6.    The adjusted catalogue of export products subject to price review shall become effective from May 1, 2002. The Notice for Adjusting the Catalogue of Export Products Subject to Customs Price Review ([2000] MOFTEC GUAN FA No. 661) jointly issued by MOFTEC and GAC on December 25, 2000 shall become void then.

Attachment: Catalogue of Export Products Subject to Price Review by the Customs for year 2002 (30 categories)

Ministry of Foreign Trade and Economic Cooperation of the People's Republic of China

General Administration of Customs of the People's Republic of China

March 29, 2002

Attachment

Catalogue of Export Products Subject to Price Review by the Customs for year 2002

(30 categories)

| Classification | Category | HS Code | Unit | Method of Price Review |
|---|---|---|---|---|
| Machinery and Electronic Products | 1. electromotor | 85014000<br>85015100<br>85015200 | set | PVC |
| | 2. single-cylinder diesel engine | 84072100<br>84082090<br>84089091<br>84089092 | set | PVC |
| | | 84099199<br>84099910<br>84099920<br>84099999 | kilogram | |
| | 3. binocular | 90051000 | piece | PVC |
| | 4. air conditioner | 84151010<br>84151021<br>84151022<br>84158110<br>84158210<br>84158300 | set | PVC |
| | 5. axletree | 84821000<br>84822000<br>84823000<br>84824000<br>84825000<br>84828000<br>84832000 | set | PVC |
| | 6. laser video CD player | 85219010 | set | PVC |
| | 7. vacuum cleaner | 85091000 | set | PVC |
| | 8. color TV set | 85281291<br>85281292 | set | PVC |

3